**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____

Chapter you are filing under:

■ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy
04/20

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
|---|---|

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **1. Your full name** <br><br> Write the name that is on your government-issued picture identification (for example, your driver's license or passport). <br><br> Bring your picture identification to your meeting with the trustee. | **Sarah** <br> First name <br><br> **E.** <br> Middle name <br><br> **Shaffer** <br> Last name and Suffix (Sr., Jr., II, III) | First name <br><br> Middle name <br><br> Last name and Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years** <br> Include your married or maiden names. |  |  |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | **xxx-xx-5073** |  |

Case: 21-40070   Doc# 1   Filed: 01/20/21   Entered: 01/20/21 14:46:39   Page 1 of 407

Debtor 1    **Sarah E. Shaffer**                                    Case number *(if known)*

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ☐ I have not used any business name or EINs.<br><br>**DBA  Sarah's Science XX-XXX0014**<br>**DBA  This Land is Your Land Summer Day Camp XX-XXX0014**<br><br>Business name(s)<br><br>EIN | ☐ I have not used any business name or EINs.<br><br>Business name(s)<br><br>EIN |

| | | |
|---|---|---|
| **5. Where you live** | **21525 Knoll Way**<br>**Castro Valley, CA 94546**<br>Number, Street, City, State & ZIP Code<br><br>**Alameda**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br>Number, Street, City, State & ZIP Code<br><br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>Number, P.O. Box, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) | *Check one:*<br><br>☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) |

Case: 21-40070   Doc# 1   Filed: 01/20/21   Entered: 01/20/21 14:46:39   Page 2 of 407

Debtor 1    **Sarah E. Shaffer**                                    Case number *(if known)*_____

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

■ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

**8. How you will pay the fee**

■ **I will pay the entire fee when I file my petition**. Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No

☐ Yes.

| Debtor | _____ | | Relationship to you | _____ |
| District | _____ | When _____ | Case number, if known | _____ |
| Debtor | _____ | | Relationship to you | _____ |
| District | _____ | When _____ | Case number, if known | _____ |

**11. Do you rent your residence?**

■ No.    Go to line 12.

☐ Yes.    Has your landlord obtained an eviction judgment against you?

    ☐    No. Go to line 12.

    ☐    Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 3 of 407

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☐ No.    Go to Part 4.

☑ Yes.    Name and location of business

**See Attachment**

Name of business, if any

_____

Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐    Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐    Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐    Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐    Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐    None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor or a debtor as defined by 11 U.S.C. § 1182(1)?***

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines. If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☑ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.    I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

| **Part 4:** | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No.

☐ Yes.    What is the hazard? _____

If immediate attention is needed, why is it needed? _____

Where is the property? _____

Number, Street, City, State & Zip Code

Case: 21-40070   Doc# 1   Filed: 01/20/21   Entered: 01/20/21 14:46:39   Page 4 of 407

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |
| --- | --- |

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
| --- | --- | --- |

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 5 of 407

| Part 6: | Answer These Questions for Reporting Purposes |
| --- | --- |

**16. What kind of debts do you have?**

16a.    **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

■ No. Go to line 16b.

☐ Yes. Go to line 17.

16b.    **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

■ Yes. Go to line 17.

16c.    State the type of debts you owe that are not consumer debts or business debts

_____

**17. Are you filing under Chapter 7?**

☐ No.    I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

■ Yes.    I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

■ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

| | | |
| --- | --- | --- |
| ☐ 1-49 | ■ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**19. How much do you estimate your assets to be worth?**

| | | |
| --- | --- | --- |
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**20. How much do you estimate your liabilities to be?**

| | | |
| --- | --- | --- |
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Part 7: | Sign Below |
| --- | --- |

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Sarah E. Shaffer**
_____        _____
**Sarah E. Shaffer**                          Signature of Debtor 2
Signature of Debtor 1

Executed on    **January 19, 2021**                Executed on _____
                MM / DD / YYYY                                  MM / DD / YYYY

**Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 6 of 407**

Debtor 1   **Sarah E. Shaffer**                                                                 Case number *(if known)* _____

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

| | | |
|---|---|---|
| **/s/ Kathy Quon Bryant, Esq.** | Date | **January 19, 2021** |
| Signature of Attorney for Debtor | | MM / DD / YYYY |

**Kathy Quon Bryant, Esq.**
Printed name

**Meyers Law Group, P.C.**
Firm name

**44 Montgomery St.**
**Ste. 1010**
**San Francisco, CA 94104**
Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| Contact phone   **(415) 362-7500** | Email address | **kquonbryant@meyerslawgroup.com** |

**213156 CA**
Bar number & State

---

Case: 21-40070   Doc# 1   Filed: 01/20/21   Entered: 01/20/21 14:46:39   Page 7 of 407

Certificate Number: 12459-CAN-CC-035144982



12459-CAN-CC-035144982

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>December 3, 2020</u>, at <u>1:20</u> o'clock <u>PM PST</u>, <u>Sarah Shaffer</u> received from <u>Abacus Credit Counseling</u>, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the <u>Northern District of California</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date: <u>December 3, 2020</u>          By:    <u>/s/Fatima Munekata</u>

Name: <u>Fatima Munekata</u>

Title: <u>Credit Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Sarah E. Shaffer** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## FORM 101. VOLUNTARY PETITION ATTACHMENT

## <u>Additional Sole Proprietorship(s)</u>

**Sarah's Science**
Name of business, if any

Number, Street, City, State & ZIP Code

Check the appropriate box to describe your business:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

■ None of the above

**This Land is Your Land Summer Day Camp**
Name of business, if any

Number, Street, City, State & ZIP Code

Check the appropriate box to describe your business:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

■ None of the above

| Fill in this information to identify your case: |

| Debtor 1 | **Sarah E. Shaffer** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA | | |
| Case number | | | |
| (if known) | | | |

☐ Check if this is an
amended filing

# Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

| Part 1: | Summarize Your Assets |
|---|---|

**Your assets**
Value of what you own

| 1. | **Schedule A/B: Property** (Official Form 106A/B) | |
|---|---|---|
| | 1a. Copy line 55, Total real estate, from Schedule A/B........................................................ | $ | 1,827,421.00 |
| | 1b. Copy line 62, Total personal property, from Schedule A/B.............................................. | $ | 413,407.70 |
| | 1c. Copy line 63, Total of all property on Schedule A/B....................................................... | $ | 2,240,828.70 |

| Part 2: | Summarize Your Liabilities |
|---|---|

**Your liabilities**
Amount you owe

| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
|---|---|---|
| | 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $ | 1,316,647.49 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*.............................. | $ | 641,207.97 |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*.......................... | $ | 587,904.16 |

| | **Your total liabilities** | $ | 2,545,759.62 |
|---|---|---|---|

| Part 3: | Summarize Your Income and Expenses |
|---|---|

| 4. | *Schedule I: Your Income* (Official Form 106I) | |
|---|---|---|
| | Copy your combined monthly income from line 12 of *Schedule I*.............................................................. | $ | 4,269.00 |
| 5. | *Schedule J: Your Expenses* (Official Form 106J) | |
| | Copy your monthly expenses from line 22c of *Schedule J*......................................................... | $ | 14,248.00 |

| Part 4: | Answer These Questions for Administrative and Statistical Records |
|---|---|

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

■ Yes

7. **What kind of debt do you have?**

☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

■ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1   **Sarah E. Shaffer**        Case number *(if known)* _____

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 0.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor 1 | **Sarah E. Shaffer** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number _____

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property                                    12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes. Where is the property?

---

**1.1**

**21525 Knoll Way**
Street address, if available, or other description

**Castro Valley      CA      94546-0000**
City                State        ZIP Code

**Alameda**
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Debtor's residence; Title held by The Sarah Shaffer Trust dated April 5, 2018; current value based on Zillow valuation.**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$1,037,385.00** | **$1,037,385.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ Check if this is community property (see instructions)

---

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 12 of 407

### 1.2 If you own or have more than one, list here:

**1543 Grove Way**

Street address, if available, or other description

**Castro Valley**    **CA**    **94546-0000**

City      State      ZIP Code

**Alameda**

County

**What is the property?** Check all that apply

- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Single family home used as business office.; title held by The Sarah Shaffer Trust dated April 5, 2018; value obtained from Zillow.**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$790,036.00** | **$790,036.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property** (see instructions)

---

### 1.3 If you own or have more than one, list here:

**18899 Scenic Dr.**

Street address, if available, or other description

**Redwood Valley**    **CA**    **95470-0000**

City      State      ZIP Code

**Mendocino**

County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ■ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Approximately 19 acres of land; Title held by The Sarah Shaffer Trust dated April 5, 2018 as tenant in common (50% interest); Additional tenants in common: Ellen G. Faulkner (16.67% interest); Adrienne L. Faulkner (16.67% interest); and John Faulkner (16.67% interest).**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **Unknown** | **Unknown** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Tenancy in Common**

☐ **Check if this is community property** (see instructions)

---

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.........................................................................=>**

**$1,827,421.00**

---

**Part 2: Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

### 3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

☐ No

■ Yes

| 3.1 | Make: | **Ram** |
|-----|-------|---------|

Model: **Promaster Cargo Van**

Year: **2017**

Approximate mileage: _____

Other information:

**Location: 21525 Knoll Way, Castro Valley CA 94546**

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$19,550.00**

Current value of the portion you own? **$19,550.00**

---

| 3.2 | Make: | **Subaru** |
|-----|-------|------------|

Model: **Outback**

Year: **2010**

Approximate mileage: _____

Other information:

**Location: 21525 Knoll Way, Castro Valley CA 94546**

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$6,964.00**

Current value of the portion you own? **$6,964.00**

---

| 3.3 | Make: | **Pioneer** |
|-----|-------|-------------|

Model: _____

Year: **2004**

Approximate mileage: _____

Other information:

**Trailer Location: 18899 Scenic Dr., Redwood Valley, CA 95470**

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **Unknown**

Current value of the portion you own? **Unknown**

---

### 4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No

☐ Yes

### 5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here............................................................=> | **$26,514.00** |

**Part 3:  Describe Your Personal and Household Items**

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own? Do not deduct secured claims or exemptions.

### 6. Household goods and furnishings
*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No

■ Yes. Describe.....

| See Attachment 6 | **$3,112.00** |
|---|---|

### 7. Electronics
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

■ **Yes. Describe.....**

| See Attachment 7 | $1,235.00 |
|---|---|

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ■ No
   ☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ■ No
   ☐ Yes. Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No
    ☐ Yes. Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes. Describe.....

| See Attachment 11 | $1,500.00 |
|---|---|

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ■ Yes. Describe.....

| See attachment 12 | $100.00 |
|---|---|

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☐ No
    ■ Yes. Describe.....

| Dog | Unknown |
|---|---|

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ■ No
    ☐ Yes. Give specific information.....

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ............................................................................

$5,947.00

| **Part 4:** | Describe Your Financial Assets |
|---|---|

| Do you own or have any legal or equitable interest in any of the following? | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ☐ No
    ■ Yes............................................................................................................

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

|  |  | **Cash** | $300.00 |
|---|---|---|---|

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
■ Yes.......................    Institution name:

| | | | |
|---|---|---|---|
| 17.1. | **Checking** | **Bank of the West - Business Account - Acct No. 0544** | $6,332.48 |
| 17.2. | **Checking** | **Bank of the West - Personal Account - Acct No. 0374** | $3,882.03 |
| 17.3. | **Checking** | **Fremont Bank - Business Account - Acct No. 1915** | $12,928.82 |
| 17.4. | | **Fremont Bank - Business Account - Acct No. 3136** | $5,000.00 |
| 17.5. | **Checking** | **Fremont Bank - Personal Account - Acct No. 4984** | $4,984.00 |
| 17.6. | **Checking Acct. for Exempt Social Security and Unemployment Benefits** | **Provident Credit Union** | $6,892.71 |
| 17.7. | **Savings Account** | **Patelco - Personal Account (Acct 00)** | $1.00 |
| 17.8. | **Money Market Select** | **Patelco - Personal Account (Acct. 15)** | $110.74 |

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

■ No
☐ Yes.................    Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

■ No
☐ Yes.  Give specific information about them...................
Name of entity:                                    % of ownership:

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

■ No
☐ Yes. Give specific information about them
Issuer name:

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No
■ Yes. List each account separately.
Type of account:                        Institution name:

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| | | |
|---|---|---|
| **Money Market IRA** | **Patelco Credit Union - Member No. 5576** | **$4,670.87** |
| **401k Profit Sharing Plan & Trust - Acct No. 1359** | **Transamerica Retirement Solutions** | **$294,841.00** |
| **IRA** | **BancWest Investment Services** | **$191.86** |

22. **Security deposits and prepayments**
   Your share of all unused deposits you have made so that you may continue service or use from a company
   *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
   ☐ No
   ■ Yes. .....................                                   Institution name or individual:

| | | |
|---|---|---|
| **Esimated Taxes for 2020** | **Internal Revenue Service** | **$15,000.00** |
| **Estimated State Taxes for 2020** | **California Franchise Tax Board** | **$1,200.00** |
| **Rental deposit - Unit 5M** | **DeSilva Properties** | **$1,500.00** |
| **Rental deposit** | **Rental deposit - Unit 4K: DeSilva Properties** | **$1,500.00** |

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
   ■ No
   ☐ Yes............        Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
   26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
   ■ No
   ☐ Yes............        Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
   ☐ No
   ■ Yes.  Give specific information about them...

| | |
|---|---|
| **The Sarah Shaffer Trust dated April 5, 2018** | **Unknown** |

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
   *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
   ☐ No
   ■ Yes.  Give specific information about them...

| | |
|---|---|
| **Children's science curriculum (notes, lesson plans); project instructions for science kits** | **Unknown** |
| **Domain names.  See Attachment 26.** | **Unknown** |
| **Website content** | **Unknown** |

27. **Licenses, franchises, and other general intangibles**
   *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
   ☐ No

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

■ **Yes.  Give specific information about them...**

| | |
|---|---|
| Various software licenses.  See Attachment 27 | $2,366.69 |

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

**28.  Tax refunds owed to you**

■ No

☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

**29.  Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

■ No

☐ Yes. Give specific information......

**30.  Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else

■ No

☐ Yes.  Give specific information..

**31.  Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No

■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **Markel Insurance Company** **10275 West Higgins Rd., Ste. 750** **Rosemont, IL 60018** **Workers Compensation Insurance** **Policy Refund** | | **Unknown** |

**32.  Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

■ No

☐ Yes.  Give specific information..

**33.  Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

■ No

☐ Yes.  Describe each claim.........

**34.  Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

■ No

☐ Yes.  Describe each claim.........

**35.  Any financial assets you did not already list**

■ No

☐ Yes.  Give specific information..

**36.   Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here...................................................................................................................**

| |
|---|
| **$361,702.20** |

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 18 of 407

**Part 5:**   **Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

37.  **Do you own or have any legal or equitable interest in any business-related property?**
☐ No. Go to Part 6.
■ Yes.  Go to line 38.

|  | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

38.  **Accounts receivable or commissions you already earned**
☐ No
■ Yes.  Describe.....

| Various amounts owed by customers dated back to 2010. See Attachment 38. | $19,244.50 |
|---|---|

39.  **Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
☐ No
■ Yes.  Describe.....

| Office furniture - Desks, lamps, file cabinets, etc. | Unknown |
|---|---|
| Office fixtures - Lights, shelves, etc. | Unknown |
| Office equipment - Computers, software, walkie talkies.  See Attachment 39. | Unknown |

40.  **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
☐ No
■ Yes.  Describe.....

| Other machinery - Drill press, shop vacuum, shelves, saws, paper cutter. | Unknown |
|---|---|

41.  **Inventory**
☐ No
■ Yes.  Describe.....

| Completed science kits | Unknown |
|---|---|

42.  **Interests in partnerships or joint ventures**
■ No
☐ Yes.  Give specific information about them...................
        Name of entity:                          % of ownership:

43.  **Customer lists, mailing lists, or other compilations**
☐ No.

■ **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

☐ No

■ Yes. Describe.....

| Customer List | Unknown |
|---|---|

**44. Any business-related property you did not already list**

■ No

☐ Yes. Give specific information.........

45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here.................................................................................................

| $19,244.50 |
|---|

**Part 6:** **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

■ No. Go to Part 7.

☐ Yes.  Go to line 47.

**Part 7:** **Describe All Property You Own or Have an Interest in That You Did Not List Above**

**53. Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

■ No

☐ Yes. Give specific information.........

54. Add the dollar value of all of your entries from Part 7. Write that number here  .....................................

| $0.00 |
|---|

**Part 8:** **List the Totals of Each Part of this Form**

| | | |
|---|---|---|
| 55. Part 1: Total real estate, line 2 ............................................................................... | | $1,827,421.00 |
| 56. Part 2: Total vehicles, line 5 | $26,514.00 | |
| 57. Part 3: Total personal and household items, line 15 | $5,947.00 | |
| 58. Part 4: Total financial assets, line 36 | $361,702.20 | |
| 59. Part 5: Total business-related property, line 45 | $19,244.50 | |
| 60. Part 6: Total farm- and fishing-related property, line 52 | $0.00 | |
| 61. Part 7: Total other property not listed, line 54 + | $0.00 | |
| 62. Total personal property. Add lines 56 through 61... | $413,407.70 | Copy personal property total   $413,407.70 |

63. **Total of all property on Schedule A/B. Add line 55 + line 62**

| $2,240,828.70 |
|---|

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 20 of 407

| Personal and Household Items | Page 6, Part C | | |
|---|---|---|---|
| | | | |
| **Household Goods and Furnishings** | Value (based on Salvation Army Donation guide – I took the high value) | | |
| | | | |
| | | | |
| Refrigerator | $259 | | |
| Stove | $156 | | |
| Dishwasher | $80 | | |
| Washer | $156 | | |
| Dryer | $93 | | |
| Sofa | $207 | | |
| Stuffed Chair | $104 | | |
| Dining Room Table | $156 | | |
| Chairs – 10 | $100 | | |
| Kitchen Table and Chairs | $176 | | |
| Credenza | $25 | | |
| Book Shelves - 12 | $120 | | |
| Kitchenware | $200 | | |
| Linens | $100 | | |
| Fans – 3 | $30 | | |
| Freezer | $100 | | |
| Microwave | $50 | | |
| Bed-Queen | $176 | | |
| Bed-Twin | $104 | | |
| Shredder | $20 | | |
| File Cabinets – 5 | $100 | | |
| Chests - 2 | $120 | | |
| Office Chairs | $40 | | |
| Desk | $20 | | |
| Vanity | $50 | | |
| Air Purifiers | $30 | | |

| Personal and Household Items | Page 6, Part C | | |
|---|---|---|---|
| | | | |
| Household Goods and Furnishings | Value (based on Salvation Army Donation guide – I took the high value) | | |
| | | | |
| Scale | $25 | | |
| Lamps – 6 | $150 | | |
| End Tables - 2 | $100 | | |
| DVD Player | $15 | | |
| Vacuum | $50 | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | | | |
|---|---|---|---|
| **Electronics** | | | |
| | | | |
| TV | $225 | | |
| Computer System | $400 | | |
| IPAD | $50 | | |
| iPhone | $500 | | |
| Fax Machine | $40 | | |
| Adding Machine | $20 | | |
| | | | |
| **Clothing** | | | |
| | | | |
| Everyday clothes | $1,000 | | |
| Shoes and hiking boots | $500 | | |
| | | | |
| **Jewelry** | | | |
| | | | |
| Costume jewelry only | $100 | | |

| What | Amount | Expiration | Notes |
|------|--------|-----------|-------|
| Domain: saraheshaffer.com | $17.99 / year | 8/27/2023 | Forwarding Domain, will auto renew |
| Domain: sarahscience.com | $17.99 / year | 8/27/2023 | Primary Domain, will auto renew |
| Domain: sarahscience.net | $19.99 / year | 8/27/2023 | Forwarding Domain, will auto renew |
| Domain: sarahsscience.com | $17.99 / year | 8/27/2023 | Forwarding Domain, will auto renew |
| Domain: sarahsscience.net | $19.99 / year | 8/27/2023 | Forwarding Domain, will auto renew |
| Domain: sarahsscience.org | $20.99 / year | 8/27/2023 | Forwarding Domain, will auto renew |
| Hosting: Economy Web Hosting Linux | $9.99 / month | 02/24/2024 | Not set to auto renew |
| Hosting: Launch - Business Hosting | $29.99 / month | 10/28/2024 | Will auto renew. Not sure if $29.99 or $14.99. |
| Security: SSL Certificates (Standard) | $79.99 / year | 03/27/2021 | Not set to auto renew |
| Security: Sucuri CDN & Firewall | $25.00 / month | 05/25/2022 | Will auto renew |

| What | Amount | Expiration | Notes |
|------|--------|------------|-------|
| Domain: saraheshaffer.com | $17.99 / year | 8/27/2023 | Forwarding Domain, will auto renew |
| Domain: sarahscience.com | $17.99 / year | 8/27/2023 | Primary Domain, will auto renew |
| Domain: sarahscience.net | $19.99 / year | 8/27/2023 | Forwarding Domain, will auto renew |
| Domain: sarahsscience.com | $17.99 / year | 8/27/2023 | Forwarding Domain, will auto renew |
| Domain: sarahsscience.net | $19.99 / year | 8/27/2023 | Forwarding Domain, will auto renew |
| Domain: sarahsscience.org | $20.99 / year | 8/27/2023 | Forwarding Domain, will auto renew |
| | | | |
| Hosting: Economy Web Hosting Linux | $9.99 / month | 02/24/2024 | Not set to auto renew |
| Hosting: Launch - Business Hosting | $29.99 / month | 10/28/2024 | Will auto renew. Not sure if $29.99 or $14.99. |
| | | | |
| Security: SSL Certificates (Standard) | $79.99 / year | 03/27/2021 | Not set to auto renew |
| Security: Sucuri CDN & Firewall | $25.00 / month | 05/25/2022 | Will auto renew |

| Software | Quantity | Amount | Reoccurring / One Time | Expiration | Notes |
|---|---|---|---|---|---|
| Intuit Quickbooks Premier Professional Services Edition 2016 | 1 x 5 machine license | $1,368.70 | One Time | N/A | |
| Intuit Quickbooks Premier Professional Services Edition 2013 | 5 x 1 machine license | ?? | One Time | N/A | |
| Microsoft Office Professional 2016 | 1 x 1 machine license | ?? | One Time | N/A | |
| Microsoft Office Professional 2013 | 7 x 2 machine license | ?? | One Time | N/A | |
| Microsoft Windows 7 Professional | 13 x 1 machine license | $0.00 | One Time | N/A | Included with computer purchase |
| Microsoft Windows Server 2012R2 | 1 x 1 machine license | $0.00 | One Time | N/A | Included in computer purchase |
| LogMeIn Pro | 1 x 2 machine license | $349.99 | Reoccurring (annual) | 1/30/2021 | No valid payment on file - will not auto renew |
| SplashTop Business Access Solo | 1 x 2 machine license | $60.00 | Reoccurring (annual) | 12/10/2021 | Set to renew, for remote IT & Bookkeeping support for Sarah moving forward |
| Zoom for Education | 13 x user licenses | $0.00 | NA | N/A | Free educational tier |
| Ctera Cloud Backups | ?? | ?? | Reoccurring (monthly) | ?? | Invoiced through IT Consultants "DTE Networks", roughly ~$50/month, invoiced annually. |
| AOL | 1 x user license | ?? | Reoccurring (??) | ?? | Sarah Personal |
| Google G Suite | 1 | $0.00 | NA | N/A | Legacy Free Edition |
| Dropbox | ?? | ?? | ?? | ?? | Used by Bookkeeper Kaylyn, not sure billing/invoicing info if any |
| Sophos | 14 | $0.00 | NA | N/A | Free Edition |
| | | | | | |
| Ablebits Duplicate Remover v2 | 1 | $29.95 | One Time | N/A | Microsoft Excel 3rd party Add-On |
| Ablebits Duplicate Remover v3 (upgrade) | 1 | $13.47 | One Time | N/A | Microsoft Excel 3rd party Add-On |
| Ablebits Duplicate Remover v4 (upgrade) | 1 | $14.97 | One Time | N/A | Microsoft Excel 3rd party Add-On |
| | | | | | |
| PayPal | 1 | $30.00 | Reoccurring (monthly) | N/A | For payment processing. On Sarah's bank card. Auto renews. |
| Stripe | 1 | $0.00 | NA | N/A | Payment processor for some schools we work with. Account balance is $0. |
| | | | | | |
| Constant Contact | 1 | $195.00 | Reoccurring (monthly) | N/A | For email marketing. On Sarah's AMEX. Auto renews. |
| Canva | 1 | $0.00 | NA | N/A | For graphic design |
| | | | | | |
| Homaroom | 1 | $0.00 | NA | N/A | Online enrichment platform |
| 6Crickets | 1 | $0.00 | NA | N/A | Online enrichment platform |

11:20 AM

12/07/20

**Sarah's Science**

**A/R Aging Detail**

As of December 7, 2020

| Type | Date | Num | P. O. # | Name | Terms | Due Date | Class | Aging | Open Balance |
|------|------|-----|---------|------|-------|----------|-------|-------|--------------|
| **Current** | | | | | | | | | |
| Total Current | | | | | | | | | |
| | | | | | | | | | |
| **1 - 30** | | | | | | | | | |
| Total 1 - 30 | | | | | | | | | |
| | | | | | | | | | |
| **31 - 60** | | | | | | | | | |
| Total 31 - 60 | | | | | | | | | |
| | | | | | | | | | |
| **61 - 90** | | | | | | | | | |
| Total 61 - 90 | | | | | | | | | |
| | | | | | | | | | |
| **> 90** | | | | | | | | | |
| Invoice | 07/29/2010 | 33903 | | Segers, Alex | | 07/29/2010 | This Land | 3784 | 45.00 |
| Invoice | 03/30/2011 | 35955 | | Besses, LaReina | | 03/30/2011 | This Land | 3540 | 195.00 |
| Invoice | 03/30/2011 | 35956 | | Besses, LaReina | | 03/30/2011 | This Land | 3540 | 195.00 |
| Invoice | 06/07/2011 | 63760 | | Siegal, Maya | | 06/07/2011 | | 3471 | 5.00 |
| Invoice | 08/22/2011 | 38244 | | Robert-Adams, Jay… | | 08/26/2011 | Berkeley … | 3395 | 45.00 |
| Invoice | 12/20/2011 | 38958 | | Graham, Finnegan, T… | | 12/20/2011 | Winter C… | 3275 | 95.00 |
| Invoice | 01/05/2012 | 38997 | | Spellman, Connor | | 01/05/2012 | Winter C… | 3259 | 285.00 |
| Invoice | 06/26/2012 | 40782 | | Breuner, Riley | | 06/26/2012 | Berkeley … | 3086 | 60.00 |
| Invoice | 06/28/2012 | 40890 | | Henderson, Iyana | | 06/28/2012 | This Land | 3084 | 185.00 |
| Invoice | 07/02/2012 | 40927 | | Quayle, Lucia | | 07/02/2012 | Berkeley … | 3080 | 30.00 |
| Invoice | 07/03/2012 | 40938 | | Cooke, Nicholas | | 07/03/2012 | This Land | 3079 | 95.00 |
| Invoice | 07/18/2012 | 41232 | | Williams, Aleah | | 07/18/2012 | San Ramo… | 3064 | 15.00 |
| Invoice | 07/31/2012 | 41486 | | Williams, Aleah | | 07/31/2012 | San Ramo… | 3051 | 95.00 |
| Invoice | 07/31/2012 | 41505 | | Robert-Adams, Jay… | | 07/31/2012 | Berkeley … | 3051 | 30.00 |
| Invoice | 07/31/2012 | 41521 | | Gutstadt, Jason | | 07/31/2012 | This Land | 3051 | 280.00 |
| Invoice | 07/31/2012 | 41524 | | Hogue, Alexander | | 07/31/2012 | This Land | 3051 | 45.00 |
| Invoice | 08/03/2012 | 41541 | | Bowen, Lewis & Layla | | 08/03/2012 | This Land | 3048 | 30.00 |
| Invoice | 08/12/2012 | 41798 | | Packman, Sam & No… | | 08/12/2012 | Berkeley … | 3039 | 160.00 |
| Invoice | 08/14/2012 | 41679 | | Bryan, John William | | 08/14/2012 | San Ramo… | 3037 | 30.00 |
| Invoice | 08/15/2012 | 41708 | | Kenin, Isaac, Millea,… | | 08/15/2012 | Berkeley … | 3036 | 60.00 |
| Invoice | 08/23/2012 | 42025 | | Diebler, Maria | | 08/23/2012 | Berkeley … | 3028 | 60.00 |
| Invoice | 08/23/2012 | 42037 | | Sherman-Howell, S… | | 08/23/2012 | Berkeley … | 3028 | 80.00 |
| Invoice | 08/29/2012 | 42101 | | Diebler, Maria | | 08/29/2012 | Berkeley … | 3022 | 45.00 |
| Invoice | 08/31/2012 | 42204 | | Packman, Sam & No… | | 08/31/2012 | This Land | 3020 | 60.00 |
| Invoice | 09/04/2012 | 42233 | | Peterson-Carver, Mi… | | 09/04/2012 | After Sc… | 3016 | 280.00 |
| Invoice | 11/14/2012 | 42550 | | Clarvoe, Lucas | | 11/14/2012 | Berkeley … | 2945 | 45.00 |
| Invoice | 11/14/2012 | 42551 | | Clarvoe, Lucas | | 11/14/2012 | Berkeley … | 2945 | 110.00 |
| Invoice | 11/14/2012 | 42552 | | Clarvoe, Lucas | | 11/14/2012 | Berkeley … | 2945 | 35.00 |
| Invoice | 12/14/2012 | 42766 | | McDonough-Swamy,… | | 12/14/2012 | Berkeley … | 2915 | 10.00 |
| Invoice | 01/28/2013 | 43105 | | Ruby, Nathan | | 01/28/2013 | This Land | 2870 | 60.00 |
| Invoice | 01/28/2013 | 43106 | | Ruby, Nathan | | 01/28/2013 | This Land | 2870 | 65.00 |
| Invoice | 01/28/2013 | 43107 | | Ruby, Nathan | | 01/28/2013 | This Land | 2870 | 45.00 |
| Invoice | 01/28/2013 | 43108 | | Ruby, Nathan | | 01/28/2013 | This Land | 2870 | 65.00 |
| Invoice | 03/05/2013 | 43637 | | Langowski, Jack | | 03/05/2013 | This Land | 2834 | 30.00 |
| Invoice | 03/19/2013 | 43793 | | Elenteny, Aidan | | 03/19/2013 | This Land | 2820 | 24.00 |
| Invoice | 04/01/2013 | 44066 | | Zayas-Chien, Alivia … | | 04/01/2013 | This Land | 2807 | 20.00 |
| Invoice | 04/16/2013 | 44218 | | Tracy, Declan & Elta | | 04/16/2013 | Berkeley … | 2792 | 65.00 |
| Invoice | 04/17/2013 | 44231 | | Washington, Ian | | 04/17/2013 | Berkeley … | 2791 | 15.00 |
| Invoice | 05/06/2013 | 44395 | | Reydon, Margaux | | 05/08/2013 | Berkeley … | 2772 | 15.00 |
| Invoice | 05/06/2013 | 44402 | | Webster, Benjamin … | | 05/06/2013 | This Land | 2772 | 10.00 |
| Invoice | 05/22/2013 | 44601 | | Bruner, Jeremy & T… | | 05/22/2013 | This Land | 2756 | 30.00 |
| Invoice | 05/30/2013 | 44559 | | Boyd, Zane | | 05/30/2013 | This Land | 2748 | 17.50 |
| Invoice | 05/30/2013 | 44560 | | Boyd, Zane | | 05/30/2013 | This Land | 2748 | 15.00 |
| Invoice | 05/31/2013 | 44586 | | Schiller, Leo | | 05/31/2013 | Berkeley … | 2747 | 30.00 |
| Invoice | 06/05/2013 | 44650 | | Brewer, Marlon & M… | | 06/05/2013 | Berkeley … | 2742 | 30.00 |
| Invoice | 06/12/2013 | 44723 | | Vyda, Jasper | | 06/12/2013 | Berkeley … | 2735 | 60.00 |
| Invoice | 06/12/2013 | 44728 | | Matheson, Kames | | 06/12/2013 | This Land | 2735 | 5.00 |
| Invoice | 06/20/2013 | 44792 | | Shick, Jonah | | 06/20/2013 | Berkeley … | 2727 | 60.00 |
| Invoice | 06/21/2013 | 44811 | | Lidforss, Nicole | | 06/21/2013 | This Land | 2726 | 20.00 |
| Invoice | 06/27/2013 | 45282 | | Patterson, Lucia | | 06/27/2013 | This Land | 2720 | 30.00 |
| Invoice | 06/27/2013 | 63683 | | Cabanatuan, Ben | | 06/27/2013 | | 2720 | 40.00 |
| Invoice | 07/02/2013 | 44901 | | Hitchcock, Flynn | | 07/02/2013 | This Land | 2715 | 10.00 |
| Invoice | 07/03/2013 | 44921 | | Haley Moskalev, Cal… | | 07/03/2013 | Berkeley … | 2714 | 30.00 |
| Invoice | 07/11/2013 | 44991 | | Rangan, Keshav & K… | | 07/11/2013 | This Land | 2706 | 5.00 |
| Invoice | 07/15/2013 | 45024 | | Vyda, Jasper | | 07/15/2013 | This Land | 2702 | 100.00 |
| Invoice | 07/15/2013 | 45028 | | Suter-Ternynck, Ol… | | 07/15/2013 | This Land | 2702 | 18.00 |
| Invoice | 07/17/2013 | 45062 | | Pritchard, Olin & Zoe | | 07/17/2013 | This Land | 2700 | 65.00 |
| Invoice | 07/22/2013 | 51466 | | Suter-Ternynck, Ol… | | 07/22/2013 | This Land | 2695 | 340.00 |
| Invoice | 07/25/2013 | 45123 | | Ruby, Nathan | | 07/25/2013 | This Land | 2692 | 65.00 |
| Invoice | 07/25/2013 | 45124 | | Ruby, Nathan | | 07/25/2013 | This Land | 2692 | 45.00 |
| Invoice | 07/26/2013 | 45177 | | Ferrari, Enzo | | 07/26/2013 | Berkeley … | 2691 | 20.00 |
| Invoice | 07/29/2013 | 45210 | | Jeon, Paul & Lena | | 07/29/2013 | Berkeley … | 2688 | 5.00 |
| Invoice | 07/29/2013 | 45213 | | Jayaratne, Alex & F… | | 07/29/2013 | This Land | 2688 | 15.00 |

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 27 of 407

| Type | Date | Num | P. O. # | Name | Terms | Due Date | Class | Aging | Open Balance |
|------|------|-----|---------|------|-------|----------|-------|-------|--------------|
| Invoice | 08/02/2013 | 45287 | | Shannon, Maeve | | 08/02/2013 | Berkeley ... | 2684 | 24.00 |
| Invoice | 08/05/2013 | 45316 | | Pakter-Nagel, Canaan | | 08/05/2013 | Berkeley ... | 2681 | 30.00 |
| Invoice | 08/05/2013 | 45317 | | Pakter-Nagel, Canaan | | 08/05/2013 | Berkeley ... | 2681 | 60.00 |
| Invoice | 08/06/2013 | 45315 | | Pakter-Nagel, Canaan | | 08/06/2013 | Berkeley ... | 2680 | 5.00 |
| Invoice | 08/07/2013 | 45360 | | So, Tiffany | | 08/07/2013 | This Land | 2679 | 15.00 |
| Invoice | 08/12/2013 | 45597 | | Fleming, Maya | | 08/12/2013 | Berkeley ... | 2674 | 30.00 |
| Invoice | 08/12/2013 | 45603 | | Ketchersid, Dara | | 08/12/2013 | Berkeley ... | 2674 | 5.00 |
| Invoice | 08/12/2013 | 45613 | | Eig, Levi & Simeon | | 08/12/2013 | This Land | 2674 | 15.00 |
| Invoice | 08/13/2013 | 45631 | | Wells, Kingston | | 08/13/2013 | This Land | 2673 | 15.00 |
| Invoice | 08/19/2013 | 45733 | | Kreutzer, Caleb | | 08/19/2013 | This Land | 2667 | 15.00 |
| Invoice | 08/19/2013 | 45739 | | Hoffman, Zachary | | 08/19/2013 | Berkeley ... | 2667 | 30.00 |
| Invoice | 08/20/2013 | 63694 | | Bertolli, Anthony & ... | | 08/20/2013 | | 2666 | 5.00 |
| Invoice | 08/22/2013 | 45590 | | Lodge, Aura | | 08/22/2013 | This Land | 2664 | 170.00 |
| Invoice | 09/03/2013 | 46263 | | Delaney, Kamren | | 09/03/2013 | After Sc... | 2652 | 200.00 |
| Invoice | 10/01/2013 | 46150 | | Padilla, Elias | | 10/01/2013 | After Sc... | 2624 | 48.00 |
| Invoice | 10/02/2013 | 46224 | | Ward, Race | | 10/02/2013 | After Sc... | 2623 | 36.00 |
| Invoice | 10/23/2013 | 46442 | | Bonta, Reina & Iliana | | 10/23/2013 | After Sc... | 2602 | 30.00 |
| Invoice | 11/12/2013 | 46571 | | Lodge, Aura | | 11/12/2013 | Saturday... | 2582 | 65.00 |
| Invoice | 11/13/2013 | 46551 | | Bonta, Reina & Iliana | | 11/13/2013 | After Sc... | 2581 | 30.00 |
| Invoice | 12/10/2013 | 47751 | | Sekmen, Minaal | | 12/10/2013 | After Sc... | 2554 | 210.00 |
| Invoice | 01/14/2014 | 47754 | | Conroy, Ryann | | 01/14/2014 | After Sc... | 2519 | 235.00 |
| Invoice | 02/07/2014 | 47440 | | Mersch, Sydney | | 02/07/2014 | After Sc... | 2495 | 48.00 |
| Invoice | 02/25/2014 | 47745 | | Will, Virgil & Vivian | | 02/25/2014 | After Sc... | 2477 | 72.00 |
| Invoice | 03/06/2014 | 47864 | | Glick, Jake & Sophie | | 03/06/2014 | This Land | 2468 | 15.00 |
| Invoice | 03/20/2014 | 48067 | | Chin, William | | 03/20/2014 | Berkeley ... | 2454 | 15.00 |
| Invoice | 03/21/2014 | 48088 | | Meynell, Lucas | | 03/21/2014 | This Land | 2453 | 20.00 |
| Invoice | 03/27/2014 | 48186 | | Zuber, Declan & Ro... | | 03/27/2014 | This Land | 2447 | 60.00 |
| Invoice | 03/27/2014 | 48187 | | Zuber, Declan & Ro... | | 03/27/2014 | This Land | 2447 | 20.00 |
| Invoice | 04/02/2014 | 48358 | | Blalock, Giona | | 04/02/2014 | This Land | 2441 | 10.00 |
| Invoice | 04/10/2014 | 48459 | | Gohlke, Hanna & Finn | | 04/10/2014 | Berkeley ... | 2433 | 30.00 |
| Invoice | 04/16/2014 | 48541 | | Whittle, Avery & S... | | 04/14/2014 | Spring Ca... | 2427 | 60.00 |
| Invoice | 04/17/2014 | 48559 | | Lodge, Aura | | 04/17/2014 | Spring Ca... | 2426 | 95.00 |
| Invoice | 04/28/2014 | 48643 | | Blalock, Giona | | 04/28/2014 | This Land | 2415 | 5.00 |
| Invoice | 05/01/2014 | 48698 | | Perry, Julia & Miles | | 05/01/2014 | This Land | 2412 | 60.00 |
| Invoice | 05/08/2014 | 48759 | | Stone, Levi | | 05/08/2014 | Berkeley ... | 2405 | 10.00 |
| Invoice | 05/15/2014 | 48833 | | Levy, Jackton & Jus... | | 05/15/2014 | This Land | 2398 | 5.00 |
| Invoice | 05/16/2014 | 48845 | | Venturini, Penelope | | 05/16/2014 | Berkeley ... | 2397 | 20.00 |
| Invoice | 05/23/2014 | 48909 | | Pacheco, Stella | | 05/23/2014 | After Sc... | 2390 | 165.00 |
| Invoice | 06/23/2014 | 49259 | | Washington, Quincy | | 06/23/2014 | This Land | 2359 | 15.00 |
| Invoice | 06/23/2014 | 49261 | | Kepler, Annie & Leo | | 06/23/2014 | Berkeley ... | 2359 | 30.00 |
| Invoice | 06/23/2014 | 49280 | | Watson, Baran, Sam... | | 06/23/2014 | This Land | 2359 | 20.00 |
| Invoice | 06/30/2014 | 49358 | | Assadi, Andre | | 06/30/2014 | This Land | 2352 | 15.00 |
| Invoice | 06/30/2014 | 49362 | | Davidson, Myles & ... | | 06/30/2014 | Berkeley ... | 2352 | 30.00 |
| Invoice | 07/01/2014 | 49384 | | Cole, Oren | | 07/01/2014 | This Land | 2351 | 15.00 |
| Invoice | 07/07/2014 | 49413 | | Robbins, Matteo | | 07/07/2014 | Berkeley ... | 2345 | 15.00 |
| Invoice | 07/09/2014 | 49450 | | Blunt, Chaeli & Josh... | | 07/09/2014 | This Land | 2343 | 20.00 |
| Invoice | 07/12/2014 | 49491 | | Robbins, Matteo | | 07/12/2014 | Berkeley ... | 2340 | 15.00 |
| Invoice | 07/14/2014 | 49509 | | Jayaratne, Alex & F... | | 07/14/2014 | This Land | 2338 | 15.00 |
| Invoice | 07/15/2014 | 49522 | | Boswell, Durham & ... | | 07/15/2014 | Berkeley ... | 2337 | 30.00 |
| Invoice | 07/15/2014 | 49523 | | Boswell, Durham & ... | | 07/15/2014 | Berkeley ... | 2337 | 110.00 |
| Invoice | 07/16/2014 | 49525 | | Shanken, Elias | | 07/16/2014 | Berkeley ... | 2336 | 15.00 |
| Invoice | 07/18/2014 | 49557 | | Forest, Aidan | | 07/18/2014 | Berkeley ... | 2334 | 15.00 |
| Invoice | 07/21/2014 | 49571 | | Robbins, Matteo | | 07/21/2014 | Berkeley ... | 2331 | 60.00 |
| Invoice | 07/22/2014 | 49580 | | Uzri, Adam | | 07/22/2014 | This Land | 2330 | 440.00 |
| Invoice | 07/24/2014 | 49615 | | Thompson, Jack (N... | | 07/24/2014 | This Land | 2328 | 5.00 |
| Invoice | 07/25/2014 | 49624 | | Koehler, Emmett & ... | | 07/25/2014 | Berkeley ... | 2327 | 5.00 |
| Invoice | 07/28/2014 | 49606 | | Uzri, Adam | | 07/28/2014 | This Land | 2324 | 410.00 |
| Invoice | 07/28/2014 | 49607 | | Thomas, Kai & Talia | | 07/28/2014 | Berkeley ... | 2324 | 725.00 |
| Invoice | 07/28/2014 | 49635 | | Robbins, Matteo | | 07/28/2014 | Berkeley ... | 2324 | 60.00 |
| Invoice | 07/29/2014 | 49661 | | Marcchesini, Neela &... | | 07/29/2014 | Berkeley ... | 2323 | 30.00 |
| Invoice | 08/01/2014 | 49716 | | Raza, Armaan | | 08/01/2014 | This Land | 2320 | 65.00 |
| Invoice | 08/07/2014 | 49785 | | Thomas, Maxima | | 08/07/2014 | This Land | 2314 | 30.00 |
| Invoice | 08/11/2014 | 49953 | | Robbins, Matteo | | 08/11/2014 | Berkeley ... | 2310 | 30.00 |
| Invoice | 08/11/2014 | 49956 | | Koehler, Emmett & ... | | 08/11/2014 | Berkeley ... | 2310 | 30.00 |
| Invoice | 08/15/2014 | 49890 | | Kojan, Thea & Cash | | 08/15/2014 | Berkeley ... | 2306 | 10.00 |
| Invoice | 08/18/2014 | 49828 | | Ruby, Giovanni & Ro... | | 08/18/2014 | This Land | 2303 | 370.00 |
| Invoice | 08/18/2014 | 49912 | | Eig, Levi & Simeon | | 08/18/2014 | This Land | 2303 | 20.00 |
| Invoice | 08/18/2014 | 49915 | | Robbins, Matteo | | 08/18/2014 | Berkeley ... | 2303 | 75.00 |
| Invoice | 08/20/2014 | 49856 | | Mechem, Ariana & R... | | 08/20/2014 | This Land | 2301 | 30.00 |
| Invoice | 08/22/2014 | 49849 | | Patterson, Lucia | | 08/22/2014 | This Land | 2299 | 60.00 |
| Invoice | 09/15/2014 | 50286 | | Hudak, Evan Jason | | 09/15/2014 | After Sc... | 2275 | 215.00 |
| Invoice | 10/07/2014 | 50436 | | Redar, Ronan & Tegan | | 10/07/2014 | Berkeley ... | 2253 | 30.00 |
| Invoice | 10/10/2014 | 50549 | | Le, Ethan & Noah | | 10/10/2014 | This Land | 2250 | 30.00 |
| Invoice | 10/16/2014 | 50632 | | Makarov, Sasha & A... | | 10/16/2014 | After Sc... | 2244 | 42.00 |
| Invoice | 10/17/2014 | 50646 | | Rishin, Roman | | 10/17/2014 | After Sc... | 2243 | 36.00 |

# Sarah's Science
## A/R Aging Detail
### As of December 7, 2020

| Type | Date | Num | P. O. # | Name | Terms | Due Date | Class | Aging | Open Balance |
|------|------|-----|---------|------|-------|----------|-------|-------|--------------|
| Invoice | 10/17/2014 | 50656 | | Zhou, Justin | | 10/17/2014 | After Sc... | 2243 | 6.00 |
| Invoice | 10/17/2014 | 50665 | | Knoll, Vivian | | 10/17/2014 | After Sc... | 2243 | 42.00 |
| Invoice | 10/17/2014 | 50670 | | Owens, Laith | | 10/17/2014 | After Sc... | 2243 | 42.00 |
| Invoice | 10/17/2014 | 50671 | | Prior, Maddie & Ben | | 10/17/2014 | After Sc... | 2243 | 42.00 |
| Invoice | 10/30/2014 | 50712 | | Thompson, Elias | | 10/30/2014 | After Sc... | 2230 | 200.00 |
| Invoice | 11/05/2014 | 50744 | | Rishin, Roman | | 11/05/2014 | After Sc... | 2224 | 30.00 |
| Invoice | 11/05/2014 | 50756 | | Ng, Lydia | | 11/05/2014 | After Sc... | 2224 | 30.00 |
| Invoice | 11/05/2014 | 50759 | | San Juan, Adrienne | | 11/05/2014 | After Sc... | 2224 | 30.00 |
| Invoice | 11/11/2014 | 50798 | | Leung, Evan & Tommy | | 11/11/2014 | This Land | 2218 | 55.00 |
| Invoice | 12/30/2014 | 51296 | | Paulling, Sadie | | 12/30/2014 | Winter C... | 2169 | 15.00 |
| Invoice | 01/19/2015 | 51465 | | Salinas, Giselle | | 01/19/2015 | After Sc... | 2149 | 260.00 |
| Invoice | 01/20/2015 | 51834 | | Sood, Ishaan | | 01/20/2015 | This Land | 2148 | 5.00 |
| Invoice | 01/23/2015 | 51558 | | Gehle, Suriya | | 01/23/2015 | After Sc... | 2145 | 36.00 |
| Invoice | 01/27/2015 | 51603 | | Watson, Donald & K... | | 01/27/2015 | Berkeley ... | 2141 | 10.00 |
| Invoice | 02/02/2015 | 51917 | | Poddatoori, Avya, A... | | 02/02/2015 | This Land | 2135 | 20.00 |
| Invoice | 02/02/2015 | 52284 | | Rafaeli-Doell, Milo | | 02/02/2015 | This Land | 2135 | 20.00 |
| Invoice | 02/02/2015 | 52285 | | Rafaeli-Doell, Milo | | 02/02/2015 | This Land | 2135 | 10.00 |
| Invoice | 02/02/2015 | 52286 | | Rafaeli-Doell, Milo | | 02/02/2015 | This Land | 2135 | 20.00 |
| Invoice | 02/09/2015 | 51720 | | Pennetta, Gianni | | 02/09/2015 | After Sc... | 2128 | 7.00 |
| Invoice | 02/11/2015 | 52131 | | Cain, Mackenzie & S... | | 02/11/2015 | Berkeley ... | 2126 | 30.00 |
| Invoice | 02/16/2015 | 52002 | | Melamed, Liev & Ruth | | 02/16/2015 | This Land | 2121 | 65.00 |
| Invoice | 02/16/2015 | 52005 | | Duffy, Caelin & Leo | | 02/16/2015 | This Land | 2121 | 30.00 |
| Invoice | 02/16/2015 | 54750 | | Chung, Chloe | | 02/16/2015 | Berkeley ... | 2121 | 60.00 |
| Invoice | 02/19/2015 | 52060 | | Medanic-Watt, Chloe. | | 02/19/2015 | This Land | 2118 | 5.00 |
| Invoice | 03/09/2015 | 52367 | | Frasier, Avery & Si... | | 03/09/2015 | Berkeley ... | 2100 | 5.00 |
| Invoice | 03/09/2015 | 52369 | | Treffiletti, Mason | | 03/11/2015 | Berkeley ... | 2100 | 5.00 |
| Invoice | 03/09/2015 | 52384 | | Patel, Diya | | 03/09/2015 | Berkeley ... | 2100 | 35.00 |
| Invoice | 03/09/2015 | 52385 | | Patel, Diya | | 03/09/2015 | Berkeley ... | 2100 | 30.00 |
| Invoice | 03/09/2015 | 52390 | | Van Overbeek, Brod... | | 03/09/2015 | This Land | 2100 | 15.00 |
| Invoice | 03/11/2015 | 52360 | | Dees, Kevin | | 03/11/2015 | After Sc... | 2098 | 315.00 |
| Invoice | 03/16/2015 | 52492 | | Benbrook, Lucas | | 03/16/2015 | Berkeley ... | 2093 | 5.00 |
| Invoice | 03/23/2015 | 52520 | | Reinhard, Jake | | 03/23/2015 | After Sc... | 2086 | 180.00 |
| Invoice | 03/23/2015 | 52565 | | Stratman, Connor &... | | 03/23/2015 | This Land | 2086 | 5.00 |
| Invoice | 03/27/2015 | 52620 | | Norton, Charlie & ... | | 03/27/2015 | After Sc... | 2082 | 48.00 |
| Invoice | 03/27/2015 | 52622 | | Serna, Rowan | | 03/27/2015 | After Sc... | 2082 | 48.00 |
| Invoice | 03/27/2015 | 52626 | | Brownlee, Ben | | 03/27/2015 | After Sc... | 2082 | 48.00 |
| Invoice | 03/27/2015 | 52630 | | Love, Alex & Ian | | 03/27/2015 | After Sc... | 2082 | 48.00 |
| Invoice | 03/27/2015 | 52633 | | Schutjer-Mance, Ev... | | 03/27/2015 | After Sc... | 2082 | 48.00 |
| Invoice | 03/27/2015 | 52638 | | Brockbank, Logan & ... | | 03/27/2015 | Berkeley ... | 2082 | 210.00 |
| Invoice | 03/27/2015 | 52718 | | Theurkauf, Maxwell... | | 03/27/2015 | Berkeley ... | 2082 | 30.00 |
| Invoice | 03/30/2015 | 52747 | | Cortesio, Mia | | 03/30/2015 | Berkeley ... | 2079 | 15.00 |
| Invoice | 03/30/2015 | 52748 | | Cortesio, Mia | | 03/30/2015 | Berkeley ... | 2079 | 15.00 |
| Invoice | 03/30/2015 | 52749 | | Cortesio, Mia | | 03/30/2015 | Berkeley ... | 2079 | 5.00 |
| Invoice | 03/31/2015 | 52800 | | Melamed, Liev & Ruth | | 03/31/2015 | This Land | 2078 | 15.00 |
| Invoice | 03/31/2015 | 52837 | | Velasco, Mario | | 03/31/2015 | This Land | 2078 | 5.00 |
| Invoice | 04/01/2015 | 52879 | | Wong, Tej | | 04/01/2015 | This Land | 2077 | 10.00 |
| Invoice | 04/01/2015 | 52918 | | Morrison Smith, Elli... | | 04/01/2015 | This Land | 2077 | 5.00 |
| Invoice | 04/02/2015 | 52940 | | Vann, Kiran | | 04/02/2015 | This Land | 2076 | 10.00 |
| Invoice | 04/06/2015 | 52981 | | Lueck, Arthur | | 04/06/2015 | Berkeley ... | 2072 | 45.00 |
| Invoice | 04/08/2015 | 53009 | | Coonen, Kaia | | 04/08/2015 | Spring Ca... | 2070 | 95.00 |
| Invoice | 04/13/2015 | 53048 | | Seibel, Mika | | 04/13/2015 | Berkeley ... | 2065 | 5.00 |
| Invoice | 04/16/2015 | 53085 | | Deas, Zahara | | 04/16/2015 | Berkeley ... | 2062 | 10.00 |
| Invoice | 04/28/2015 | 53157 | | Michelson, Layla | | 04/28/2015 | This Land | 2050 | 85.00 |
| Invoice | 05/01/2015 | 52317 | N/A | Live Oak | | 05/01/2015 | After Sc... | 2047 | 360.00 |
| Invoice | 05/04/2015 | 53222 | | Mcfarland-Pino, Ben... | | 05/04/2015 | This Land | 2044 | 75.00 |
| Invoice | 05/05/2015 | 53240 | | Manocchio, Dante &... | | 05/05/2015 | Berkeley ... | 2043 | 30.00 |
| Invoice | 05/20/2015 | 53382 | | Zahmoul, Lila Mae | | 05/20/2015 | Berkeley ... | 2028 | 15.00 |
| Invoice | 05/20/2015 | 53383 | | Valentine, Harper | | 05/20/2015 | Berkeley ... | 2028 | 5.00 |
| Invoice | 05/20/2015 | 53390 | | Davis, Bryson | | 05/20/2015 | This Land | 2028 | 20.00 |
| Invoice | 05/21/2015 | 53400 | | Cornford, Brownen | | 05/21/2015 | This Land | 2027 | 5.00 |
| Invoice | 05/26/2015 | 53445 | | Bonner-Papazian, Ca... | | 05/26/2015 | This Land | 2022 | 5.00 |
| Invoice | 05/26/2015 | 53446 | | Watson, Baran, Sam... | | 05/26/2015 | This Land | 2022 | 20.00 |
| Invoice | 05/26/2015 | 53447 | | Watson, Baran, Sam... | | 05/26/2015 | This Land | 2022 | 5.00 |
| Invoice | 06/01/2015 | 53503 | | Loftus, Avery & Art... | | 06/01/2015 | This Land | 2016 | 10.00 |
| Invoice | 06/02/2015 | 53527 | | Boulatov, Sasha | | 06/02/2015 | This Land | 2015 | 20.00 |
| Invoice | 06/02/2015 | 53530 | | Belger, Wyatt | | 06/02/2015 | Berkeley ... | 2015 | 15.00 |
| Invoice | 06/03/2015 | 53540 | | Villarreal, Diego | | 06/03/2015 | This Land | 2014 | 60.00 |
| Invoice | 06/03/2015 | 53543 | | McCarthy, Julia | | 06/03/2015 | .This Land | 2014 | 65.00 |
| Invoice | 06/08/2015 | 53597 | | Merzenich-Nassiri, ... | | 06/08/2015 | This Land | 2009 | 10.00 |
| Invoice | 06/09/2015 | 53617 | | Jedlicka, Grant & El... | | 06/09/2015 | Berkeley ... | 2008 | 30.00 |
| Invoice | 06/11/2015 | 53642 | | Lucero, Sophia | | 06/11/2015 | Berkeley ... | 2006 | 10.00 |
| Invoice | 06/11/2015 | 53643 | | Lucero, Sophia | | 06/11/2015 | Berkeley ... | 2006 | 5.00 |
| Invoice | 06/11/2015 | 53644 | | Lucero, Sophia | | 06/11/2015 | Berkeley ... | 2006 | 10.00 |
| Invoice | 06/11/2015 | 53645 | | Lucero, Sophia | | 06/11/2015 | Berkeley ... | 2006 | 5.00 |
| Invoice | 06/11/2015 | 53648 | | Weber, Eva | | 06/11/2015 | Berkeley ... | 2006 | 15.00 |

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 29 of 407

# Sarah's Science
## A/R Aging Detail
### As of December 7, 2020

| Type | Date | Num | P. O. # | Name | Terms | Due Date | Class | Aging | Open Balance |
|---|---|---|---|---|---|---|---|---|---|
| Invoice | 06/22/2015 | 53806 | | Duxbury, Sophia | | 06/22/2015 | Berkeley ... | 1995 | 15.00 |
| Invoice | 06/23/2015 | 54190 | | Thompson, Lillian | | 06/23/2015 | Berkeley ... | 1994 | 120.00 |
| Invoice | 06/24/2015 | 53787 | | Graham, Finnegan, I... | | 06/24/2015 | Berkeley ... | 1993 | 5.00 |
| Invoice | 07/02/2015 | 53930 | | Zahmoul, Lila Mae | | 07/02/2015 | Berkeley ... | 1985 | 65.00 |
| Invoice | 07/02/2015 | 53932 | | Zahmoul, Lila Mae | | 07/02/2015 | Berkeley ... | 1985 | 45.00 |
| Invoice | 07/06/2015 | 53950 | | Arizmendi, Leila | | 07/06/2015 | This Land | 1981 | 15.00 |
| Invoice | 07/13/2015 | 54041 | | Rayani, Sofia | | 07/13/2015 | This Land | 1974 | 20.00 |
| Invoice | 07/13/2015 | 54052 | | Kepler, Annie & Leo | | 07/13/2015 | Berkeley ... | 1974 | 30.00 |
| Invoice | 07/15/2015 | 54109 | | Martin, Ishaan | | 07/15/2015 | This Land | 1972 | 70.00 |
| Invoice | 07/16/2015 | 54133 | | Bowes, Sofia | | 07/16/2015 | Berkeley ... | 1971 | 15.00 |
| Invoice | 07/17/2015 | 54158 | | Triplett, Sayzeon | | 07/17/2015 | This Land | 1970 | 25.00 |
| Invoice | 07/20/2015 | 54213 | | Rayani, Sofia | | 07/20/2015 | This Land | 1967 | 25.00 |
| Invoice | 07/20/2015 | 54249 | | Arizmendi, Leila | | 07/20/2015 | This Land | 1967 | 45.00 |
| Invoice | 07/20/2015 | 54466 | | Watson, Donald & K... | | 07/20/2015 | Berkeley ... | 1967 | 5.00 |
| Invoice | 07/21/2015 | 54266 | | Lostuvali, Bediz | | 07/21/2015 | Berkeley ... | 1966 | 5.00 |
| Invoice | 07/22/2015 | 54289 | | O'Connell, Aidan | | 07/22/2015 | This Land | 1965 | 30.00 |
| Invoice | 07/24/2015 | 54224 | | Hjort, Vanessa | | 07/24/2015 | This Land | 1963 | 90.00 |
| Invoice | 07/27/2015 | 54351 | | Rayani, Sofia | | 07/27/2015 | This Land | 1960 | 65.00 |
| Invoice | 07/27/2015 | 54362 | | de Jong, Nadya | | 07/27/2015 | This Land | 1960 | 30.00 |
| Invoice | 07/28/2015 | 54372 | | Dahan, Ezra & Jonah | | 07/28/2015 | This Land | 1959 | 75.00 |
| Invoice | 07/29/2015 | 54384 | | Hake, Jackson & Pe... | | 07/29/2015 | This Land | 1958 | 5.00 |
| Invoice | 07/31/2015 | 54414 | | Weible, Zachary | | 07/31/2015 | This Land | 1956 | 10.00 |
| Invoice | 08/03/2015 | 54484 | | Gomez, Andres | | 08/03/2015 | This Land | 1953 | 5.00 |
| Invoice | 08/04/2015 | 54502 | | Thacker, Zara | | 08/04/2015 | This Land | 1952 | 5.00 |
| Invoice | 08/11/2015 | 54617 | | Jacobowitz, Cole & ... | | 08/11/2015 | Berkeley ... | 1945 | 5.00 |
| Invoice | 08/13/2015 | 54641 | | Smith, Isabella & N... | | 08/13/2015 | This Land | 1943 | 60.00 |
| Invoice | 08/14/2015 | 54660 | | Pines, Jack | | 08/14/2015 | This Land | 1942 | 55.00 |
| Invoice | 08/14/2015 | 54666 | | Tisnado, Diego & M... | | 08/14/2015 | This Land | 1942 | 270.00 |
| Invoice | 08/17/2015 | 54702 | | Bools, Egan | | 08/17/2015 | T-Shirt | 1939 | 25.00 |
| Invoice | 08/18/2015 | 54742 | | Kepler, Annie & Leo | | 08/18/2015 | Berkeley ... | 1938 | 180.00 |
| Invoice | 08/19/2015 | 54773 | | Rashada Warren, N... | | 08/19/2015 | This Land | 1937 | 30.00 |
| Invoice | 08/20/2015 | 54793 | | McKay, Miguel | | 08/20/2015 | Berkeley ... | 1936 | 10.00 |
| Invoice | 08/21/2015 | 54799 | | Scoones, Pablo & So... | | 08/21/2015 | Berkeley ... | 1935 | 30.00 |
| Invoice | 08/21/2015 | 54806 | | Katzschner, Mitra | | 08/21/2015 | This Land | 1935 | 65.00 |
| Invoice | 08/24/2015 | 54845 | | Pakfar, Viona | | 08/24/2015 | Berkeley ... | 1932 | 15.00 |
| Invoice | 08/24/2015 | 54848 | | Arnold, Samuel | | 08/24/2015 | This Land | 1932 | 15.00 |
| Invoice | 08/24/2015 | 54950 | | O'Sullivan, Ryan | | 08/24/2015 | Berkeley ... | 1932 | 45.00 |
| Invoice | 08/24/2015 | 54983 | | Robbins, Matteo | | 08/24/2015 | Berkeley ... | 1932 | 375.00 |
| Invoice | 10/09/2015 | 55482 | | Marietta, Archer & ... | | 10/09/2015 | This Land | 1886 | 6.00 |
| Invoice | 10/13/2015 | 54751 | | Fernandez Smith, ... | | 10/13/2015 | This Land | 1882 | 30.00 |
| Invoice | 10/13/2015 | 55576 | | Ibuki, Kenta | | 10/13/2015 | This Land | 1882 | 12.00 |
| Invoice | 10/14/2015 | 55588 | | Al Basiel, Kemet | | 10/14/2015 | Berkeley ... | 1881 | 6.00 |
| Invoice | 10/27/2015 | 55654 | | Bell-Zarokeeper, Ay... | | 10/27/2015 | After Sc... | 1868 | 210.00 |
| Invoice | 12/04/2015 | 55941 | | Rafaeli-Doell, Milo | | 12/04/2015 | This Land | 1830 | 12.00 |
| Invoice | 12/04/2015 | 55943 | | Rafaeli-Doell, Milo | | 12/04/2015 | This Land | 1830 | 25.00 |
| Invoice | 01/13/2016 | 56386 | | Carty, Natalie | | 01/13/2016 | Berkeley ... | 1790 | 6.00 |
| Invoice | 01/18/2016 | 56443 | | Helava, Jin & Kuno | | 01/18/2016 | This Land | 1785 | 6.00 |
| Invoice | 01/18/2016 | 56477 | | Farnham, Charlotte | | 01/18/2016 | Berkeley ... | 1785 | 6.00 |
| Invoice | 01/22/2016 | 56546 | | Rafaeli-Doell, Milo | | 01/22/2016 | This Land | 1781 | 38.00 |
| Invoice | 02/01/2016 | 56689 | | Less, Nico Blue & C... | | 02/01/2016 | This Land | 1771 | 20.00 |
| Invoice | 02/08/2016 | 56783 | | Sheridan, Liliana & ... | | 02/08/2016 | This Land | 1764 | 12.00 |
| Invoice | 02/12/2016 | 56875 | | Mikalis, Kyle & Luke | | 02/12/2016 | This Land | 1760 | 6.00 |
| Invoice | 02/16/2016 | 56900 | | Silva, Diego | | 02/16/2016 | This Land | 1756 | 80.00 |
| Invoice | 02/16/2016 | 56908 | | Hoz, Mattias | | 02/16/2016 | Berkeley ... | 1756 | 40.00 |
| Invoice | 02/16/2016 | 56932 | | Chace, Tyler & Isabel | | 02/16/2016 | This Land | 1756 | 6.00 |
| Invoice | 02/16/2016 | 56963 | | Roberts, Ada & Hen... | | 02/16/2016 | Berkeley ... | 1756 | 24.00 |
| Invoice | 02/16/2016 | 56973 | | Light, William | | 02/16/2016 | Berkeley ... | 1756 | 6.00 |
| Invoice | 02/16/2016 | 56976 | | Pastore, Emma & Rex | | 02/16/2016 | This Land | 1756 | 50.00 |
| Invoice | 02/16/2016 | 57037 | | Swirburn-Ward, Nola | | 02/16/2016 | This Land | 1756 | 20.00 |
| Invoice | 02/17/2016 | 57073 | | Clarvoe, Lucas | | 02/17/2016 | Berkeley ... | 1755 | 6.00 |
| Invoice | 02/22/2016 | 57112 | | Loren, Daphne & Eva | | 02/22/2016 | This Land | 1750 | 12.00 |
| Invoice | 02/29/2016 | 57176 | | Petersen, Victor | | 02/29/2016 | Berkeley ... | 1743 | 6.00 |
| Invoice | 02/29/2016 | 57195 | | Kerr, Jaden & Shayla | | 02/29/2016 | Berkeley ... | 1743 | 6.00 |
| Invoice | 03/14/2016 | 57362 | | Allen-Wandell, Riley | | 03/14/2016 | This Land | 1729 | 6.00 |
| Invoice | 03/18/2016 | 57440 | | Torke, Abram & Jo... | | 03/18/2016 | Berkeley ... | 1725 | 12.00 |
| Invoice | 03/18/2016 | 57441 | | Torke, Abram & Jo... | | 03/18/2016 | Berkeley ... | 1725 | 24.00 |
| Invoice | 03/22/2016 | 57480 | | Aukerman, Minel | | 03/22/2016 | This Land | 1721 | 6.00 |
| Invoice | 03/31/2016 | 57641 | | Perun, Tyler | | 03/31/2016 | This Land | 1712 | 6.00 |
| Invoice | 04/01/2016 | 57659 | | Dashow, Zachary | | 04/01/2016 | This Land | 1711 | 6.00 |
| Invoice | 04/04/2016 | 57688 | | Hedrick, Alexander,... | | 04/04/2016 | This Land | 1708 | 26.00 |
| Invoice | 04/04/2016 | 57694 | | Wong, Brianna | | 04/04/2016 | This Land | 1708 | 35.00 |
| Invoice | 04/05/2016 | 57729 | | Ko, Lauren | | 04/05/2016 | This Land | 1707 | 6.00 |
| Invoice | 04/06/2016 | 57743 | | Iychel Nuno, Samara | | 04/06/2016 | This Land | 1706 | 20.00 |
| Invoice | 04/11/2016 | 57788 | | Alexis, Ella & Ruby | | 04/11/2016 | This Land | 1701 | 6.00 |
| Invoice | 04/12/2016 | 57816 | | Trefethen, Hazel | | 04/12/2016 | This Land | 1700 | 5.00 |

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 30 of 407

**Sarah's Science**
**A/R Aging Detail**
**As of December 7, 2020**

| Type | Date | Num | P. O. # | Name | Terms | Due Date | Class | Aging | Open Balance |
|---|---|---|---|---|---|---|---|---|---|
| Invoice | 04/13/2016 | 57834 | | Buhler, Grace | | 04/13/2016 | This Land | 1699 | 6.00 |
| Invoice | 04/22/2016 | 57959 | | Bell, Andrew & Tom... | | 04/22/2016 | This Land | 1690 | 80.00 |
| Invoice | 04/22/2016 | 57963 | | Miller, Miles & Oliver | | 04/22/2016 | Berkeley ... | 1690 | 20.00 |
| Invoice | 04/25/2016 | 58003 | | Garcia, Yaretzi | | 04/25/2016 | This Land | 1687 | 6.00 |
| Invoice | 04/26/2016 | 58025 | | Currier, Scarlett & ... | | 04/26/2016 | Berkeley ... | 1686 | 40.00 |
| Invoice | 04/28/2016 | 58047 | | Beadles, Henry, Dan... | | 04/28/2016 | Berkeley ... | 1684 | 24.00 |
| Invoice | 05/05/2016 | 58103 | | Angell, Ava | | 05/05/2016 | Berkeley ... | 1677 | 45.00 |
| Invoice | 05/05/2016 | 58104 | | Steckel, Grace | | 05/05/2016 | Berkeley ... | 1677 | 6.00 |
| Invoice | 05/10/2016 | 58138 | | Choo, Camille & Olivia | | 05/10/2016 | Berkeley ... | 1672 | 40.00 |
| Invoice | 05/18/2016 | 58204 | | Koebel, Max | | 05/18/2016 | This Land | 1664 | 20.00 |
| Invoice | 05/25/2016 | 58258 | | Peterson, Milo | | 05/25/2016 | This Land | 1657 | 6.00 |
| Invoice | 05/27/2016 | 58276 | | Phoenix, Isadora | | 05/27/2016 | This Land | 1655 | 12.00 |
| Invoice | 05/27/2016 | 58277 | | Phoenix, Isadora | | 05/27/2016 | This Land | 1655 | 24.00 |
| Invoice | 05/31/2016 | 58282 | | Duzak-Forestier, M... | | 05/31/2016 | Berkeley ... | 1651 | 71.00 |
| Invoice | 06/02/2016 | 58320 | | Cuba, Santiago "San... | | 06/02/2016 | This Land | 1649 | 12.00 |
| Invoice | 06/06/2016 | 58381 | | Wright, Mason | | 06/06/2016 | This Land | 1645 | 6.00 |
| Invoice | 06/06/2016 | 58387 | | Wager, Paloma | | 06/06/2016 | Berkeley ... | 1645 | 20.00 |
| Invoice | 06/10/2016 | 58430 | | Bailey, Augustus (G... | | 06/10/2016 | Berkeley ... | 1641 | 6.00 |
| Invoice | 06/16/2016 | 58492 | | Stern Yen, Kai | | 06/16/2016 | This Land | 1635 | 6.00 |
| Invoice | 06/18/2016 | 58520 | | Chatman, Austin | | 06/18/2016 | Berkeley ... | 1633 | 40.00 |
| Invoice | 06/22/2016 | 58565 | | Ward, Keeley | | 06/22/2016 | This Land | 1629 | 6.00 |
| Invoice | 06/23/2016 | 58571 | | Schwarz, Abigail & ... | | 06/23/2016 | Berkeley ... | 1628 | 24.00 |
| Invoice | 06/23/2016 | 58573 | | Garcia-Terrazas, Ol... | | 06/23/2016 | This Land | 1628 | 18.00 |
| Invoice | 06/23/2016 | 58576 | | Cordoba, Kevin | | 06/23/2016 | This Land | 1628 | 26.00 |
| Invoice | 06/29/2016 | 58613 | | Slater, Lily & Maddy | | 06/29/2016 | Berkeley ... | 1622 | 12.00 |
| Invoice | 07/06/2016 | 58662 | | Kopelman, Ryan & R... | | 07/06/2016 | Berkeley ... | 1615 | 12.00 |
| Invoice | 07/06/2016 | 58667 | | Laby, Ry | | 07/06/2016 | This Land | 1615 | 60.00 |
| Invoice | 07/08/2016 | 58677 | | Schweizer, Emily | | 07/08/2016 | This Land | 1613 | 6.00 |
| Invoice | 07/11/2016 | 58690 | | Meier, Toby | | 07/11/2016 | Berkeley ... | 1610 | 12.00 |
| Invoice | 07/11/2016 | 58693 | | Vargas, Arianna | | 07/11/2016 | Berkeley ... | 1610 | 6.00 |
| Invoice | 07/11/2016 | 58718 | | Washington, Zoe | | 07/11/2016 | This Land | 1610 | 24.00 |
| Invoice | 07/14/2016 | 58771 | | Grallet, Capucine & ... | | 07/14/2016 | This Land | 1607 | 40.00 |
| Invoice | 07/14/2016 | 58784 | | Beahrs, Erik & Mio | | 07/14/2016 | Berkeley ... | 1607 | 12.00 |
| Invoice | 07/15/2016 | 58787 | | Martin, Nathaniel "... | | 07/15/2016 | This Land | 1606 | 6.00 |
| Invoice | 07/18/2016 | 58802 | | Maus, Drew & Katie | | 07/18/2016 | This Land | 1603 | 80.00 |
| Invoice | 07/20/2016 | 58830 | | Larrison, Annabel & ... | | 07/20/2016 | This Land | 1601 | 12.00 |
| Invoice | 07/21/2016 | 58834 | | Laby, Ry | | 07/21/2016 | This Land | 1600 | 6.00 |
| Invoice | 07/23/2016 | 58855 | | Hedrick, Alexander,... | | 07/23/2016 | This Land | 1598 | 25.00 |
| Invoice | 07/25/2016 | 58869 | | Foreman, Ambrose ... | | 07/25/2016 | Berkeley ... | 1596 | 12.00 |
| Invoice | 07/25/2016 | 58870 | | Flax, Johnstone | | 07/25/2016 | This Land | 1596 | 18.00 |
| Invoice | 07/25/2016 | 58884 | | Patel, Diya | | 07/25/2016 | Berkeley ... | 1596 | 6.00 |
| Invoice | 07/25/2016 | 58885 | | Patel, Diya | | 07/25/2016 | Berkeley ... | 1596 | 6.00 |
| Invoice | 07/29/2016 | 58905 | | Fluhrer, Jake | | 07/29/2016 | This Land | 1592 | 105.00 |
| Invoice | 08/01/2016 | 58921 | | Gould, Amalia & Ava | | 08/01/2016 | Berkeley ... | 1589 | 12.00 |
| Invoice | 08/01/2016 | 58925 | | Flax, Johnstone | | 08/01/2016 | This Land | 1589 | 6.00 |
| Invoice | 08/01/2016 | 58927 | | Richter, Abigail & N... | | 08/01/2016 | This Land | 1589 | 6.00 |
| Invoice | 08/01/2016 | 58928 | | Richter, Abigail & N... | | 08/01/2016 | This Land | 1589 | 6.00 |
| Invoice | 08/02/2016 | 58940 | | Curtis, Daphne | | 08/02/2016 | This Land | 1588 | 6.00 |
| Invoice | 08/04/2016 | 58968 | | Hardy, Nico | | 08/04/2016 | This Land | 1586 | 6.00 |
| Invoice | 08/09/2016 | 59039 | | Anderson, Lanea | | 08/09/2016 | This Land | 1581 | 6.00 |
| Invoice | 08/11/2016 | 59065 | | Myers, Niamh | | 08/11/2016 | This Land | 1579 | 26.00 |
| Invoice | 08/11/2016 | 59070 | | Jakab, Asa Frances... | | 08/11/2016 | This Land | 1579 | 6.00 |
| Invoice | 08/15/2016 | 59089 | | Robbins, Matteo | | 08/15/2016 | Berkeley ... | 1575 | 6.00 |
| Invoice | 08/15/2016 | 59099 | | Guerrero-Escobar, ... | | 08/15/2016 | This Land | 1575 | 20.00 |
| Invoice | 08/15/2016 | 60215 | | Ditty, Anna-Luisa | | 08/15/2016 | Berkeley ... | 1575 | 105.00 |
| Invoice | 08/16/2016 | 59125 | | Tyler-Kim, Wolfgang | | 08/16/2016 | This Land | 1574 | 20.00 |
| Invoice | 10/01/2016 | 60425 | | Sanford, Brandon | | 10/01/2016 | This Land | 1528 | 105.00 |
| Invoice | 11/28/2016 | 60263 | | Simu, Aidan | | 11/28/2016 | Winter C... | 1470 | 10.00 |
| Invoice | 11/29/2016 | 60269 | | Avery, Matthew & ... | | 11/29/2016 | Winter C... | 1469 | 20.00 |
| Invoice | 12/07/2016 | 60403 | | Aranguren, Mateo | | 12/07/2016 | Winter C... | 1461 | 18.00 |
| Invoice | 12/21/2016 | 60457 | | Jones-Burdeaux, Ch... | | 12/21/2016 | Winter C... | 1447 | 24.00 |
| Invoice | 07/11/2017 | 63589 | | Brilman, Ava & Emma | | 07/11/2017 | This Land | 1245 | 20.00 |
| Invoice | 07/13/2017 | 63759 | | Kowalewski, Ada & ... | | 07/13/2017 | This Land | 1243 | 80.00 |
| Invoice | 07/21/2017 | 63918 | | Soong, Elina, Amelia... | | 07/21/2017 | This Land | 1235 | 40.00 |
| Invoice | 08/10/2017 | 64215 | | Loftus, Avery & Art... | | 08/10/2017 | This Land | 1215 | 20.00 |
| Invoice | 08/11/2017 | 64248 | | Duzak-Forestier, M... | | 08/11/2017 | Berkeley ... | 1214 | 60.00 |
| Invoice | 08/16/2017 | 64346 | | Craft, Jarrett | | 08/16/2017 | This Land | 1209 | 18.00 |
| Invoice | 08/17/2017 | 64380 | | Ruiz, Michael | | 08/17/2017 | This Land | 1208 | 25.00 |
| Invoice | 08/29/2017 | 64593 | | Xu, Ziyuan, Qiu, Zh... | | 08/29/2017 | Berkeley ... | 1196 | 54.00 |
| Invoice | 08/31/2017 | 64613 | | Bauer, Nicholas | | 08/31/2017 | This Land | 1194 | 20.00 |
| Invoice | 09/07/2017 | 64786 | | Xu, Ziyuan, Qiu, Zh... | | 09/07/2017 | Berkeley ... | 1187 | 72.00 |
| Invoice | 09/12/2017 | 64890 | | Hill, Olivia | | 09/12/2017 | This Land | 1182 | 6.00 |
| Invoice | 09/15/2017 | 64979 | | Nemitz, Ella | | 09/15/2017 | Berkeley ... | 1179 | 26.00 |
| Invoice | 12/22/2017 | 65992 | | Price, Veronika & Vi... | | 12/22/2017 | Winter C... | 1081 | 60.00 |
| Invoice | 07/17/2018 | 68695 | | Monick, Nina | | 07/17/2018 | Berkeley ... | 874 | 25.00 |

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 31 of 407

# Sarah's Science
## A/R Aging Detail
### As of December 7, 2020

| Type | Date | Num | P. O. # | Name | Terms | Due Date | Class | Aging | Open Balance |
|---|---|---|---|---|---|---|---|---|---|
| Invoice | 08/21/2018 | 69234 | | Stoica, Sofia | | 08/21/2018 | This Land | 839 | 7.00 |
| Invoice | 09/07/2018 | 69443 | | Ellington, Felix | | 09/07/2018 | This Land | 822 | 7.00 |
| Invoice | 09/14/2018 | 69570 | | Becklund, Ezra | | 09/14/2018 | This Land | 815 | 7.00 |
| Invoice | 09/14/2018 | 69572 | | Bunje, John | | 09/14/2018 | This Land | 815 | 7.00 |
| Invoice | 09/14/2018 | 69586 | | Robinson, Julia & Mi... | | 09/14/2018 | This Land | 815 | 7.00 |
| Invoice | 09/18/2018 | 69672 | | Liu, Andrew & Kevin | | 09/18/2018 | Berkeley ... | 811 | 7.00 |
| Invoice | 09/25/2018 | 69816 | | Elenteny, Aidan | | 09/25/2018 | This Land | 804 | 7.00 |
| Invoice | 09/25/2018 | 69817 | | Forbes, Elliott & Lu... | | 09/25/2018 | This Land | 804 | 50.00 |
| Invoice | 01/03/2019 | 70793 | | Tyhurst, Seamus | | 01/03/2019 | Winter C... | 704 | 14.00 |
| Invoice | 01/04/2019 | 70800 | | Tyhurst, Seamus | | 01/04/2019 | Winter C... | 703 | 10.00 |
| Invoice | 04/08/2019 | 72001 | | Hahn, Aaron | | 04/08/2019 | After Sc... | 609 | 25.00 |
| Invoice | 04/09/2019 | 72006 | | Lou, Zoey | | 04/09/2019 | After Sc... | 608 | 25.00 |
| Invoice | 06/19/2019 | 73007 | | Moore, Andres | | 06/19/2019 | T-Shirt | 537 | 15.00 |
| Invoice | 07/25/2019 | 73519 | | Fishman, Georgia | | 07/25/2019 | Berkeley ... | 501 | 14.00 |
| Invoice | 08/12/2019 | 73709 | | Needham, Logan | | 08/12/2019 | Berkeley ... | 483 | 20.00 |
| Invoice | 08/16/2019 | 73869 | | Fishman, Georgia | | 08/16/2019 | Berkeley ... | 479 | 14.00 |
| Invoice | 08/20/2019 | 73958 | | Cheng, Jayden | | 08/20/2019 | This Land | 475 | 7.00 |
| Invoice | 08/20/2019 | 73960 | | Escobar, Marina & ... | | 08/20/2019 | This Land | 475 | 14.00 |
| Invoice | 08/20/2019 | 73961 | | Gamper, Jackson & ... | | 08/20/2019 | This Land | 475 | 7.00 |
| Invoice | 08/23/2019 | 74049 | | Gulden, Magnus | | 08/23/2019 | This Land | 472 | 7.00 |
| Invoice | 08/23/2019 | 74065 | | Towler, Miles | | 08/23/2019 | This Land | 472 | 50.00 |
| Invoice | 08/28/2019 | 74096 | | Elenteny, Aidan | | 08/28/2019 | This Land | 467 | 14.00 |
| Invoice | 08/30/2019 | 74128 | | Odermatt-Nakao, N... | | 08/30/2019 | Berkeley ... | 465 | 7.00 |
| Invoice | 08/30/2019 | 74134 | | Robbins, Matteo | | 08/30/2019 | Berkeley ... | 465 | 360.00 |
| Invoice | 01/14/2020 | 75247 | | Chen, Andrew & Isa... | | 01/14/2020 | After Sc... | 328 | 580.00 |
| Invoice | 01/15/2020 | 75251 | | Horn, Cormac | | 01/15/2020 | After Sc... | 327 | 290.00 |
| Invoice | 01/21/2020 | 75322 | | Enright, Robbie | | 01/21/2020 | After Sc... | 321 | 160.00 |
| Invoice | 02/21/2020 | 75917 | | Brannon, Finnegan | | 02/21/2020 | After Sc... | 290 | 160.00 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Total > 90 | | | | | | | | | 19,244.50 |
| **TOTAL** | | | | | | | | | 19,244.50 |

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 32 of 407

| Sarah's Science - Computer Inventory | | | |
|---|---|---|---|
| **Name** | **ID/SN** | **What** | **Notes** |
| SARAHSERVER | 53MBGB2 | Office Server | |
| SARAHS101 | 2X35GB2 | Office Workstation | At Josh's house |
| SARAHS102 | 2X27GB2 | Office Workstation | Missing / damaged RAM |
| SARAHS103 | 2X2BGB2 | Office Workstation | |
| SARAHS104 | 2X18GB2 | Office Workstation | |
| SARAHS105 | 2X19GB2 | Office Workstation | |
| SARAHS106 | 2X1CGB2 | Office Workstation | |
| SARAHS107 | 2X26GB2 | Office Workstation | |
| SARAHS108 | 2X36GB2 | Workshop File Server | |
| SARAHS109 | 2X28GB2 | Workshop Workstation | |
| SARAHS110 | 2X1BGB2 | Workshop Workstation | |
| SARAHS111 | 2X29GB2 | Workshop Workstation | |
| SARAHS112 | 15VKSD2 | Office Workstation | At Sarah's house |
| SARAHS114 | 58G66L2 | Office Workstation | |
| RABBIT | 94L6QC1 | OLD Office Workstation | HDD removed and erased, non-operational |
| SARAH | 2VBTQL1 | OLD Office Workstation | HDD removed and erased, non-operational |
| ?? | 5BLCTF1 | OLD Office Workstation | HDD removed and erased, non-operational |
| TURTLE | F3TLX21 | OLD Office Workstation | HDD removed and erased, non-operational |
| CUSTOMERSERVICE | 46N4YC1 | OLD Office Workstation | HDD removed and erased, non-operational |
| BLUE JAY | 7VRHRG1 | OLD Office Workstation | HDD removed and erased, non-operational |
| BADGER | F4L6QC1 | OLD Office Workstation | HDD removed and erased, non-operational |

| Sarah's Science - Walkie-Talkie Inventory | | |
|---|---|---|
| **Name** | **SN/ID** | **Model** |
| Berkeley PM 01 | 278G051385 | Motorola VX-261 |
| Berkeley PM 02 | 278G051400 | Motorola VX-261 |
| Berkeley PM 03 | 278G051384 | Motorola VX-261 |
| Berkeley Day 01 | 278F240363 | Motorola VX-261 |
| Berkeley Day 02 | 278F240364 | Motorola VX-261 |
| Berkeley Day 03 | 278G051401 | Motorola VX-261 |
| Berkeley Day 04 | 278G051381 | Motorola VX-261 |
| Berkeley Day 05 | 278G081336 | Motorola VX-261 |
| Berkeley Day 06 | 278G081335 | Motorola VX-261 |
| Berkeley Day 07 | 278G051298 | Motorola VX-261 |
| Berkeley Day 08 | 278F240369 | Motorola VX-261 |
| Berkeley Day 09 | 278F240370 | Motorola VX-261 |
| Berkeley Day 10 | 278G051383 | Motorola VX-261 |
| Berkeley Day 11 | 277H051211 | Motorola VX-261 |
| Berkeley Day 12 | 278G051399 | Motorola VX-261 |
| Oakland PM 01 | 278G050044 | Motorola VX-261 |
| Oakland PM 02 | 278F240368 | Motorola VX-261 |
| Oakland PM 03 | 278H050037 | Motorola VX-261 |
| Oakland PM 04 | 278H051004 | Motorola VX-261 |
| Oakland PM 05 | 278G051382 | Motorola VX-261 |
| Oak Day 01 | 278H050041 | Motorola VX-261 |
| Oak Day 02 | 278H050996 | Motorola VX-261 |
| Oak Day 03 | 278H051001 | Motorola VX-261 |
| Oak Day 04 | 278H050999 | Motorola VX-261 |
| Oak Day 05 | 278H050045 | Motorola VX-261 |
| Oak Day 06 | 278H050043 | Motorola VX-261 |
| Oak Day 07 | 278H050042 | Motorola VX-261 |
| Oak Day 08 | 278H021571 | Motorola VX-261 |
| Oak Day 09 | 278H050997 | Motorola VX-261 |
| Oak Day 10 | 278H021572 | Motorola VX-261 |
| Oak Day 11 | 278H051002 | Motorola VX-261 |
| Oak Day 12 | 278H050036 | Motorola VX-261 |
| Oak Day 13 | 278H050039 | Motorola VX-261 |
| Oak Day 14 | 278H051000 | Motorola VX-261 |
| Oak Day 15 | 278H050040 | Motorola VX-261 |
| Oak Day 16 | 278H051005 | Motorola VX-261 |
| Oak Day 17 | 278H051003 | Motorola VX-261 |
| Oak Day 18 | 278H050998 | Motorola VX-261 |
| N/A | 158TMAY588 | Motorola CP110 |
| N/A | 158TMAY625 | Motorola CP110 |
| N/A | 158TMAY516 | Motorola CP110 |
| N/A | 158TMAY626 | Motorola CP110 |
| N/A | 158TMAY620 | Motorola CP110 |
| N/A | 158TMAY634 | Motorola CP110 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Sarah E. Shaffer** |
| | First Name      Middle Name      Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106C
## Schedule C: The Property You Claim as Exempt    4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

**Part 1:**  Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **21525 Knoll Way Castro Valley, CA 94546  Alameda County** Debtor's residence; Title held by The Sarah Shaffer Trust dated April 5, 2018; current value based on Zillow valuation.<br>Line from *Schedule A/B*: **1.1** | $1,037,385.00 | ☑      $600,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.730 |
| **2010 Subaru Outback Location: 21525 Knoll Way, Castro Valley CA 94546**<br>Line from *Schedule A/B*: **3.2** | $6,964.00 | ☑      $3,325.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.010 |
| **See Attachment 6**<br>Line from *Schedule A/B*: **6.1** | $3,112.00 | ☑      $3,112.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| **See Attachment 7**<br>Line from *Schedule A/B*: **7.1** | $1,235.00 | ☑      $1,235.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.060 |

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 35 of 407

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **See Attachment 11**<br>Line from *Schedule A/B*: **11.1** | $1,500.00 | ☑       $1,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.020** |
| **See attachment 12**<br>Line from *Schedule A/B*: **12.1** | $100.00 | ☑       $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.040** |
| **Checking: Bank of the West - Personal Account - Acct No. 0374**<br>Line from *Schedule A/B*: **17.2** | $3,882.03 | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.225** |
| **Checking: Fremont Bank - Personal Account - Acct No. 4984**<br>Line from *Schedule A/B*: **17.5** | $4,984.00 | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.220** |
| **Checking Acct. for Exempt Social Security and Unemployment Benefits: Provident Credit Union**<br>Line from *Schedule A/B*: **17.6** | $6,892.71 | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.080 Social security and unemployment benefits 100% exempt** |
| **Money Market IRA: Patelco Credit Union - Member No. 5576**<br>Line from *Schedule A/B*: **21.1** | $4,670.87 | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **C.C.P. §§ 704.115(a)(3), (b), (e)** |
| **401k Profit Sharing Plan & Trust - Acct No. 1359: Transamerica Retirement Solutions**<br>Line from *Schedule A/B*: **21.2** | $294,841.00 | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.115(a)(1) & (2), (b)** |
| **IRA: BancWest Investment Services**<br>Line from *Schedule A/B*: **21.3** | $191.86 | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **C.C.P. §§ 704.115(a)(3), (b), (e)** |

3. **Are you claiming a homestead exemption of more than $170,350?**
(Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

☐ No

☑ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

     ☑ No

     ☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

**Fill in this information to identify your case:**

| Debtor 1 | **Sarah E. Shaffer** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number
(if known) _____

☐ Check if this is an
amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:     List All Secured Claims**

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| **2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.  If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name. | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion** If any |

| 2.1 | **American Express Bank, FSB** | Describe the property that secures the claim: | **Unknown** | **$0.00** | **Unknown** |
|---|---|---|---|---|---|
| | Creditor's Name | **UCC Financing Statement describes collateral as "All assets of the Debtor, whether now owned or hereafter acquired or arising[.]"** | | | |

**4315 South 2700 West**
**Salt Lake City, UT 84184**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim relates to a
community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured
car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

☐ Other (including a right to offset) _____

Date debt was incurred   9/2/16          Last 4 digits of account number   _____

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

---

| 2.2 | **American Express National Bank** | **Describe the property that secures the claim:** | **Unknown** | **$0.00** | **Unknown** |

Creditor's Name

**Describe the property that secures the claim:**

**UCC Financing Statements describes collateral as "All assets of the Debtor, whether now owned or hereafter acquired or arising[.]"**

**4315 South 2700 West**
**Salt Lake City, UT 84184**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

■ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number _____

---

| 2.3 | **Cenlar** | **Describe the property that secures the claim:** | **$110,097.98** | **$790,036.00** | **$0.00** |

Creditor's Name

**Describe the property that secures the claim:**

**1543 Grove Way Castro Valley, CA 94546  Alameda County Single family home used as business office.; title held by The Sarah Shaffer Trust dated April 5, 2018; value obtained from Zillow.**

**P.O. Box 77404**
**Ewing, NJ 08628**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

■ Other (including a right to offset)    **Deed of Trust** _____

Date debt was incurred    **July 2006**    Last 4 digits of account number    **5608**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| | | | |
|---|---|---|---|

**2.4** | **Chase**

Creditor's Name

Describe the property that secures the claim:    $218,783.44    $1,037,385.00    $0.00

| 21525 Knoll Way Castro Valley, CA 94546  Alameda County Debtor's residence; Title held by The Sarah Shaffer Trust dated April 5, 2018; current value based on Zillow valuation. |

**700 Kansas Lane LA4-6633 Monroe, LA 71201**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Deed of Trust**

Date debt was incurred    **2001**        Last 4 digits of account number    **1012**

---

**2.5** | **Henry C. Levy, Tax Collector Alameda Cty**

Creditor's Name

Describe the property that secures the claim:    $9,640.98    $790,036.00    $0.00

| 1543 Grove Way Castro Valley, CA 94546  Alameda County Single family home used as business office.; title held by The Sarah Shaffer Trust dated April 5, 2018; value obtained from Zillow. |

**1221 Oak St., Rm. 131 Oakland, CA 94612**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Real Property Taxes**

Date debt was incurred                Last 4 digits of account number    **3700**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| 2.6 | **Henry C. Levy, Tax Collector Alameda Cty** | Describe the property that secures the claim: | $7,892.32 | $1,037,385.00 | $0.00 |

Creditor's Name

**21525 Knoll Way Castro Valley, CA 94546  Alameda County Debtor's residence; Title held by The Sarah Shaffer Trust dated April 5, 2018; current value based on Zillow valuation.**

**1221 Oak St., Rm. 131 Oakland, CA 94612**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Real Property Taxes**

Date debt was incurred _____          Last 4 digits of account number    **4300**

---

| 2.7 | **Patelco Credit Union** | Describe the property that secures the claim: | $9,877.00 | $19,550.00 | $0.00 |

Creditor's Name

**2017 Ram Promaster Cargo Van Location: 21525 Knoll Way, Castro Valley CA 94546**

**P.O. Box 2227 Merced, CA 95344-0227**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   **June 2018**          Last 4 digits of account number    **7601**

Case: 21-40070   Doc# 1   Filed: 01/20/21   Entered: 01/20/21 14:46:39   Page 40 of 407

| 2.8 | **PayPal** | Describe the property that secures the claim: | $64,832.00 | $0.00 | $64,832.00 |

Creditor's Name

**Attn: Executive
Escalation
P.O. Box 45950
Omaha, NE 68145-0950**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

■ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

■ Other (including a right to offset)    **Working Capital Loan**

**Date debt was incurred** _____    **Last 4 digits of account number** _____

| 2.9 | **PNC Bank** | Describe the property that secures the claim: | $343,655.00 | $1,037,385.00 | $0.00 |

Creditor's Name

**21525 Knoll Way Castro Valley, CA
94546  Alameda County
Debtor's residence; Title held by
The Sarah Shaffer Trust dated April
5, 2018; current value based on
Zillow valuation.**

**B6-YM07-01-7
P.O. Box 1820
Dayton, OH 45401-1820**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

■ Other (including a right to offset)    **Deed of Trust**

**Date debt was incurred** **2001**    **Last 4 digits of account number** **0503**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor 1 | Sarah E. Shaffer | | Case number (if known) | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| 2.1 0 | **Select Portfoling Servicing, Inc.** | Describe the property that secures the claim: | $401,320.79 | $790,036.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

> **1543 Grove Way Castro Valley, CA 94546 Alameda County Single family home used as business office.; title held by The Sarah Shaffer Trust dated April 5, 2018; value obtained from Zillow.**

**P.O. Box 65250
Salt Lake City, UT
84165-0250**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Deed of Trust**

**Date debt was incurred**   July 2006        **Last 4 digits of account number**   0375

---

| 2.1 1 | **Shari L. Schapmire,** | Describe the property that secures the claim: | $547.98 | Unknown | Unknown |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

> **18899 Scenic Dr. Redwood Valley, CA 95470 Mendocino County Approximately 19 acres of land; Title held by The Sarah Shaffer Trust dated April 5, 2018 as tenant in common (50% interest); Additional tenants in common: Ellen G. Faulkner (16.6**

**Treasurer-Tax Collector,
Mendocino Count
501 Low Gap Rd., Rm.
#1060
Ukiah, CA 95482**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Real Property Taxes**

**Date debt was incurred**              **Last 4 digits of account number**   0625

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| 2.1 2 | **U.S. Small Business Administration** | Describe the property that secures the claim: | $150,000.00 | Unknown | Unknown |

Creditor's Name

**10737 Gateway West, #300
El Paso, TX 79935**

Number, Street, City, State & Zip Code

| **UCC Financing Statement describes collateral as "All tangible and intangible personal property . . ."** |

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **EIDL Loan**

Date debt was incurred _____    Last 4 digits of account number _____

| Add the dollar value of your entries in Column A on this page. Write that number here: | **$1,316,647.49** |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$1,316,647.49** |

**Part 2:**    List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

[ ]    Name, Number, Street, City, State & Zip Code
**Patelco Credit Union
5050 Hopyard Rd., No. 16
Pleasanton, CA 94588**

On which line in Part 1 did you enter the creditor?   **2.7**

Last 4 digits of account number ___

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| | |
|---|---|
| Debtor 1 | **Sarah E. Shaffer** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List All of Your PRIORITY Unsecured Claims |
|---|---|

**1.** **Do any creditors have priority unsecured claims against you?**

☐ No. Go to Part 2.

☐ Yes.

**2.** **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|

| 2.1 | **Abbey Barrera** | Last 4 digits of account number _____ | $960.00 | $960.00 | $0.00 |
|---|---|---|---|---|---|

Priority Creditor's Name
**353 Warwick Ave.**
**Oakland, CA 94610**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of PRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Domestic support obligations

**Is the claim subject to offset?**

☐ Taxes and certain other debts you owe the government

■ No

☐ Claims for death or personal injury while you were intoxicated

☐ Yes

■ Other. Specify  **Deposits by individuals**

                      **Deposits and/or Payments for Children's Educational Programs**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    37622    Best Case Bankruptcy

Case: 21-40070   Doc# 1   Filed: 01/20/21   Entered: 01/20/21 14:46:39   Page 44 of 407

| 2.2 | **Abby Iggbom & Jonas Iggbom** | Last 4 digits of account number _____ | $692.92 | $692.92 | $0.00 |

Priority Creditor's Name
**1400 Barrows Rd.**
**Oakland, CA 94610**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.3 | **Abby Whiteside & Chad Kipfer** | Last 4 digits of account number _____ | $420.00 | $420.00 | $0.00 |

Priority Creditor's Name
**2432 Spaulding Ave.**
**Berkeley, CA 94703**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.4 | **Adarsh Pandit & Sophia Virani** | Last 4 digits of account number _____ | $600.00 | $600.00 | $0.00 |

Priority Creditor's Name
**1061 Trestle Glen Rd.**
**Oakland, CA 94610**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 45 of 407

| 2.5 | **Adele Salierno & Brendan Beazley** | Last 4 digits of account number _____ | **$58.00** | **$58.00** | **$0.00** |

**Adele Salierno & Brendan Beazley**
Priority Creditor's Name
**1524 Mason St.**
**San Francisco, CA 94133**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a **community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____  **$58.00**  **$58.00**  **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of PRIORITY unsecured claim:

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
                   **Deposits and/or Payments for Children's Educational Programs**

---

**Adina Keller & Fred Keller III**
Priority Creditor's Name
**1374 Cape Cod Way**
**Concord, CA 94521**
Number Street City State Zip Code

2.6

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a **community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____  **$120.00**  **$120.00**  **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of PRIORITY unsecured claim:

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
                   **Deposits and/or Payments for Children's Educational Programs**

---

**Adityanand Guntuboyina & Anusha Joga**
Priority Creditor's Name
**2028 Ascot Dr.**
**Moraga, CA 94556**
Number Street City State Zip Code

2.7

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a **community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____  **$860.00**  **$860.00**  **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of PRIORITY unsecured claim:

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
                   **Deposits and/or Payments for Children's Educational Programs**

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 46 of 407

| 2.8 | **Adrian Boulton & Erika Weisbrich** | Last 4 digits of account number _____ | **$1,200.00** | **$1,200.00** | **$0.00** |

Priority Creditor's Name
**725 Collier Dr.**
**San Leandro, CA 94577**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.9 | **Adriane Armstrong & Mike Armstrong** | Last 4 digits of account number _____ | **$212.92** | **$212.92** | **$0.00** |

Priority Creditor's Name
**822 Mandana Blvd.**
**Oakland, CA 94610**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.10 | **Agnieszka Kufluk & Kenneth Kufluk** | Last 4 digits of account number _____ | **$129.00** | **$129.00** | **$0.00** |

Priority Creditor's Name
**261 Shady Glen Road**
**Walnut Creek, CA 94596**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred? _____

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

Is the claim subject to offset?

■ No
☐ Yes

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 47 of 407

**2.1 1**

**Aisha Barbeau & Matt Wynne**
Priority Creditor's Name
**1035 Central Ave.**
**Alameda, CA 94501**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____   **$625.00**   **$625.00**   **$0.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify  **Deposits by individuals**
                     **Deposits and/or Payments for Children's Educational Programs**

---

**2.1 2**

**Akiko Valdefiera & Erick Valdefiera**
Priority Creditor's Name
**5584 Crow Canyon Rd.**
**Castro Valley, CA 94552**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____   **$26.70**   **$26.70**   **$0.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify  **Deposits by individuals**
                     **Deposits and/or Payments for Children's Educational Programs**

---

**2.1 3**

**Albert Hahn & Haitan Hahn**
Priority Creditor's Name
**212 Austin Ln**
**Alamo, CA 94507**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____   **$129.00**   **$129.00**   **$0.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify  **Deposits by individuals**
                     **Deposits and/or Payments for Children's Educational Programs**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| 2.1 4 | **Alessandra Brook & Callum Brook** | | | |
|---|---|---|---|---|
| | Priority Creditor's Name | Last 4 digits of account number _____ | $240.00 | $240.00 | $0.00 |

**316 Jerome Ave.**
**Piedmont, CA 94610-1024**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify   **Deposits by individuals**
                   **Deposits and/or Payments for Children's**
                   **Educational Programs**

---

| 2.1 5 | **Alex Chase & Annette Guy** | | | |
|---|---|---|---|---|
| | Priority Creditor's Name | Last 4 digits of account number _____ | $212.57 | $212.57 | $0.00 |

**650 Paloma Ave.**
**Oakland, CA 94610**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify   **Deposits by individuals**
                   **Deposits and/or Payments for Children's**
                   **Educational Programs**

---

| 2.1 6 | **Alex Freemon & Laura Parada** | | | |
|---|---|---|---|---|
| | Priority Creditor's Name | Last 4 digits of account number _____ | $240.00 | $240.00 | $0.00 |

**534 Boulevard Way**
**Oakland, CA 94610-1523**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify   **Deposits by individuals**
                   **Deposits and/or Payments for Children's**
                   **Educational Programs**

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 49 of 407

| | | | | |
|---|---|---|---|---|
| **2.1 7** | **Alex Katz & Barbara Stuart** | Last 4 digits of account number _____ | $250.00 | $250.00 | $0.00 |

Priority Creditor's Name
**1704 Oregon St.**
**Berkeley, CA 94703**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred? _____

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify   **Deposits by individuals**
   **Deposits and/or Payments for Children's Educational Programs**

---

| | | | | |
|---|---|---|---|---|
| **2.1 8** | **Alex Kerfoot & Christina Hoheisel** | Last 4 digits of account number _____ | $217.60 | $217.60 | $0.00 |

Priority Creditor's Name
**4332 Harbord Dr.**
**Oakland, CA 94618**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred? _____

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify   **Deposits by individuals**
   **Deposits and/or Payments for Children's Educational Programs**

---

| | | | | |
|---|---|---|---|---|
| **2.1 9** | **Alexandra Lawrence & Alfonzo Acampora** | Last 4 digits of account number _____ | $960.00 | $960.00 | $0.00 |

Priority Creditor's Name
**17 Riviera Ct.**
**Oakland, CA 94605**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred? _____

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify   **Deposits by individuals**
   **Deposits and/or Payments for Children's Educational Programs**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| 2.2 0 | **Alexey Zelin & Elena Zelin** | Last 4 digits of account number _____ | $129.00 | $129.00 | $0.00 |

Priority Creditor's Name
**1330 Alma Ave.**
**Walnut Creek, CA 94596**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.2 1 | **Alexi Mavrellis & Lyla Albright** | Last 4 digits of account number _____ | $240.00 | $240.00 | $0.00 |

Priority Creditor's Name
**1159 Winsor Ave.**
**Piedmont, CA 94610-1048**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.2 2 | **Alexis Bornoff & David Bornoff** | Last 4 digits of account number _____ | $208.89 | $208.89 | $0.00 |

Priority Creditor's Name
**829 51st St.**
**Oakland, CA 94608**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 51 of 407

---

| 2.2 3 | **Alexnadra Singer & Ali Niknejad** | Last 4 digits of account number | | $960.00 | $960.00 | $0.00 |

Priority Creditor's Name
**1004 Cragmont Ave.**
**Berkeley, CA 94708**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.2 4 | **Alice Alvarez & Antonio Alvarez** | Last 4 digits of account number | | $27.50 | $27.50 | $0.00 |

Priority Creditor's Name
**540 El Pintado Rd.**
**Danville, CA 94526**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.2 5 | **Alice Brochu & Keegan Brochu** | Last 4 digits of account number | | $1,450.00 | $1,450.00 | $0.00 |

Priority Creditor's Name
**2957 Moreno Ave.**
**Pleasanton, CA 94588**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 52 of 407

| 2.2 6 | **Alice Lancefield Reid & Gabriel Reid** | | | |
|---|---|---|---|---|
| | Priority Creditor's Name | Last 4 digits of account number _____ | $64.59 | $64.59 | $0.00 |

**Alice Lancefield Reid & Gabriel Reid**
Priority Creditor's Name
**978 60th St.**
**Oakland, CA 94608**
Number Street City State Zip Code

Last 4 digits of account number _____    **$64.59**    **$64.59**    **$0.00**

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated

**Is the claim subject to offset?**
■ No
☐ Yes

■ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.2 7 | **Alicia Chakrabarti & Arnab Chakrabarti** | | | |

**Alicia Chakrabarti & Arnab Chakrabarti**
Priority Creditor's Name
**5032 Kearney Ave.**
**Oakland, CA 94602**
Number Street City State Zip Code

Last 4 digits of account number _____    **$212.92**    **$212.92**    **$0.00**

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated

**Is the claim subject to offset?**
■ No
☐ Yes

■ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.2 8 | **Alicia Jensen & Andy Jensen** | | | |

**Alicia Jensen & Andy Jensen**
Priority Creditor's Name
**6707 Corte Poquita**
**Martinez, CA 94553**
Number Street City State Zip Code

Last 4 digits of account number _____    **$81.00**    **$81.00**    **$0.00**

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated

**Is the claim subject to offset?**
■ No
☐ Yes

■ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| 2.29 | **Alisa Padon & Brandon Silverman** | Last 4 digits of account number | $960.00 | $960.00 | $0.00 |

**Alisa Padon & Brandon Silverman**
Priority Creditor's Name
**854 Longridge Rd.**
**Oakland, CA 94610**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    $960.00    $960.00    $0.00

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.30 | **Alison Sanders & Benjamin Sanders** | Last 4 digits of account number | $1,440.00 | $1,440.00 | $0.00 |

**Alison Sanders & Benjamin Sanders**
Priority Creditor's Name
**1008 Liberty St.**
**El Cerrito, CA 94530**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    $1,440.00    $1,440.00    $0.00

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.31 | **Alissa Hauser & Steve Brown** | Last 4 digits of account number | $145.00 | $145.00 | $0.00 |

**Alissa Hauser & Steve Brown**
Priority Creditor's Name
**410 Colusa Ave.**
**El Cerrito, CA 94530**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    $145.00    $145.00    $0.00

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 54 of 407

| 2.3 2 | **Alka Aeri & Alok Sharma** | Last 4 digits of account number _____ | $168.75 | $168.75 | $0.00 |

Priority Creditor's Name
**105 Pinnacle Ridge Ct.**
**Danville, CA 94506**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  __Deposits by individuals__
__Deposits and/or Payments for Children's Educational Programs__

---

| 2.3 3 | **Allison Hampton & Alan Hampton** | Last 4 digits of account number _____ | $240.00 | $240.00 | $0.00 |

Priority Creditor's Name
**178 Oak Rd.**
**Piedmont, CA 94610**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  __Deposits by individuals__
__Deposits and/or Payments for Children's Educational Programs__

---

| 2.3 4 | **Allison Keith & David Bayless** | Last 4 digits of account number _____ | $480.00 | $480.00 | $0.00 |

Priority Creditor's Name
**6501 Ascot Dr.**
**Oakland, CA 94611**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  __Deposits by individuals__
__Deposits and/or Payments for Children's Educational Programs__

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 55 of 407

| 2.3 5 | **Allyson Hitchcock & Derek Hitchcock** | Last 4 digits of account number | $250.00 | $250.00 | $0.00 |

Priority Creditor's Name
**3416 Madera Ave.**
**Oakland, CA 94619**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of PRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Domestic support obligations

**Is the claim subject to offset?**

☐ Taxes and certain other debts you owe the government

■ No

☐ Claims for death or personal injury while you were intoxicated

☐ Yes

■ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.3 6 | **Allyson Murphy** | Last 4 digits of account number | $400.00 | $400.00 | $0.00 |

Priority Creditor's Name
**6440 Hillside Dr.**
**El Sobrante, CA 94803**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of PRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Domestic support obligations

**Is the claim subject to offset?**

☐ Taxes and certain other debts you owe the government

■ No

☐ Claims for death or personal injury while you were intoxicated

☐ Yes

■ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.3 7 | **Alyse De Maria & Lior Gattlieb** | Last 4 digits of account number | $26.70 | $26.70 | $0.00 |

Priority Creditor's Name
**18555 Mountain Ln.**
**Castro Valley, CA 94552**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of PRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Domestic support obligations

**Is the claim subject to offset?**

☐ Taxes and certain other debts you owe the government

■ No

☐ Claims for death or personal injury while you were intoxicated

☐ Yes

■ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 56 of 407

| 2.38 | Alyssa Witten & Seth Witten | | | $920.00 | $920.00 | $0.00 |
|------|------|------|------|------|------|------|

**Alyssa Witten & Seth Witten**
Priority Creditor's Name
**1806 Gaspar Dr.**
**Oakland, CA 94611**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____    **$920.00**    **$920.00**    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.39 | Amanda Scott & Allen Scott | | | $495.00 | $495.00 | $0.00 |
|------|------|------|------|------|------|------|

**Amanda Scott & Allen Scott**
Priority Creditor's Name
**66 Alvarado Rd.**
**Berkeley, CA 94705**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____    **$495.00**    **$495.00**    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.40 | Amber Chrystal & Jeff Engel | | | $3,100.00 | $3,025.00 | $75.00 |
|------|------|------|------|------|------|------|

**Amber Chrystal & Jeff Engel**
Priority Creditor's Name
**5457 Broadway**
**Oakland, CA 94618**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____    **$3,100.00**    **$3,025.00**    **$75.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 57 of 407

| | | |
|---|---|---|

**2.4
1**    **Amber Straus & Angie Wilson**    Last 4 digits of account number _____    $480.00    $480.00    $0.00

Priority Creditor's Name
**925 East 28th St.**
**Oakland, CA 94610**    When was the debt incurred? _____
Number Street City State Zip Code

**Who incurred the debt?** Check one.    **As of the date you file, the claim is:** Check all that apply

� Contingent
■ Debtor 1 only
☐ Debtor 2 only    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only    ☐ Disputed
☐ At least one of the debtors and another    **Type of PRIORITY unsecured claim:**
☐ **Check if this claim is for a community debt**    ☐ Domestic support obligations
**Is the claim subject to offset?**    ☐ Taxes and certain other debts you owe the government
■ No    ☐ Claims for death or personal injury while you were intoxicated
☐ Yes    ■ Other. Specify    **Deposits by individuals**
   **Deposits and/or Payments for Children's**
   **Educational Programs**

**2.4
2**    **Amber Sutter & Julian Sutter**    Last 4 digits of account number _____    $940.00    $940.00    $0.00

Priority Creditor's Name
**1739 San Benito St.**
**Richmond, CA 94804**    When was the debt incurred? _____
Number Street City State Zip Code

**Who incurred the debt?** Check one.    **As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Debtor 1 only
☐ Debtor 2 only    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only    ☐ Disputed
☐ At least one of the debtors and another    **Type of PRIORITY unsecured claim:**
☐ **Check if this claim is for a community debt**    ☐ Domestic support obligations
**Is the claim subject to offset?**    ☐ Taxes and certain other debts you owe the government
■ No    ☐ Claims for death or personal injury while you were intoxicated
☐ Yes    ■ Other. Specify    **Deposits by individuals**
   **Deposits and/or Payments for Children's**
   **Educational Programs**

**2.4
3**    **Amelia Nardinelli & Ben Nardinelli**    Last 4 digits of account number _____    $1,280.00    $1,280.00    $0.00

Priority Creditor's Name
**2325 Roosevelt Ave.**
**Berkeley, CA 94703**    When was the debt incurred? _____
Number Street City State Zip Code

**Who incurred the debt?** Check one.    **As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Debtor 1 only
☐ Debtor 2 only    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only    ☐ Disputed
☐ At least one of the debtors and another    **Type of PRIORITY unsecured claim:**
☐ **Check if this claim is for a community debt**    ☐ Domestic support obligations
**Is the claim subject to offset?**    ☐ Taxes and certain other debts you owe the government
■ No    ☐ Claims for death or personal injury while you were intoxicated
☐ Yes    ■ Other. Specify    **Deposits by individuals**
   **Deposits and/or Payments for Children's**
   **Educational Programs**

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 58 of
407

| 2.4 4 | **Amena Niaz & Fahim Niaz** | | Last 4 digits of account number | | $231.25 | $231.25 | $0.00 |

Priority Creditor's Name
**127 Heritage Park Dr.**
**Danville, CA 94506**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Debtor 1 only

☐ Unliquidated

☐ Debtor 2 only

☐ Disputed

☐ Debtor 1 and Debtor 2 only

**Type of PRIORITY unsecured claim:**

☐ At least one of the debtors and another

☐ Domestic support obligations

☐ **Check if this claim is for a community debt**

☐ Taxes and certain other debts you owe the government

**Is the claim subject to offset?**

☐ Claims for death or personal injury while you were intoxicated

■ No

■ Other. Specify    **Deposits by individuals**

☐ Yes

**Deposits and/or Payments for Children's**
**Educational Programs**

---

| 2.4 5 | **Ami Bellomo** | | Last 4 digits of account number | | $217.60 | $217.60 | $0.00 |

Priority Creditor's Name
**1 Frank H. Ogawa Plaza**
**Oakland, CA 94612**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Debtor 1 only

☐ Unliquidated

☐ Debtor 2 only

☐ Disputed

☐ Debtor 1 and Debtor 2 only

**Type of PRIORITY unsecured claim:**

☐ At least one of the debtors and another

☐ Domestic support obligations

☐ **Check if this claim is for a community debt**

☐ Taxes and certain other debts you owe the government

**Is the claim subject to offset?**

☐ Claims for death or personal injury while you were intoxicated

■ No

■ Other. Specify    **Deposits by individuals**

☐ Yes

**Deposits and/or Payments for Children's**
**Educational Programs**

---

| 2.4 6 | **Amir Farhid & Marjan Shafieyan** | | Last 4 digits of account number | | $168.75 | $168.75 | $0.00 |

Priority Creditor's Name
**555 Silver Oak Ln.**
**Danville, CA 94506**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Debtor 1 only

☐ Unliquidated

☐ Debtor 2 only

☐ Disputed

☐ Debtor 1 and Debtor 2 only

**Type of PRIORITY unsecured claim:**

☐ At least one of the debtors and another

☐ Domestic support obligations

☐ **Check if this claim is for a community debt**

☐ Taxes and certain other debts you owe the government

**Is the claim subject to offset?**

☐ Claims for death or personal injury while you were intoxicated

■ No

■ Other. Specify    **Deposits by individuals**

☐ Yes

**Deposits and/or Payments for Children's**
**Educational Programs**

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 59 of 407

| 2.4 7 | **Amy Fire & Kaolin Fire** | Last 4 digits of account number _____ | **$2,350.00** | **$2,350.00** | **$0.00** |
|---|---|---|---|---|---|

Priority Creditor's Name
**2953 California St**
**Berkeley, CA 94703**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
     **Deposits and/or Payments for Children's**
     **Educational Programs**

---

| 2.4 8 | **Amy Lou Cluff & Robyn Rindge** | Last 4 digits of account number _____ | **$480.00** | **$480.00** | **$0.00** |
|---|---|---|---|---|---|

Priority Creditor's Name
**6311 Girvin Dr.**
**Oakland, CA 94611**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
     **Deposits and/or Payments for Children's**
     **Educational Programs**

---

| 2.4 9 | **Amy Lou Vincze & Laszlo Vincze** | Last 4 digits of account number _____ | **$585.00** | **$585.00** | **$0.00** |
|---|---|---|---|---|---|

Priority Creditor's Name
**10919 Monan St.**
**Oakland, CA 94605**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
     **Deposits and/or Payments for Children's**
     **Educational Programs**

| 2.5 0 | **Ana Florenca Porto & Bruno Paiva** | Last 4 digits of account number _____ | $505.00 | $505.00 | $0.00 |

Priority Creditor's Name

**When was the debt incurred?** _____

_____
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify   **Deposits by individuals**
_____
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.5 1 | **Ana Jackson** | Last 4 digits of account number _____ | $75.00 | $75.00 | $0.00 |

Priority Creditor's Name
**7789 Grennly Dr.**
**Oakland, CA 94605**

**When was the debt incurred?** _____

_____
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify   **Deposits by individuals**
_____
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.5 2 | **Ana Lopes Melchert & Jose Garcia Netto** | Last 4 digits of account number _____ | $505.00 | $505.00 | $0.00 |

Priority Creditor's Name

**When was the debt incurred?** _____

_____
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify   **Deposits by individuals**
_____
**Deposits and/or Payments for Children's Educational Programs**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 61 of 407

| 2.53 | **Ana Mahiri & Kobie Mahiri** | Last 4 digits of account number | $120.00 | $120.00 | $0.00 |

Priority Creditor's Name
**2819 Mlk Jr Way**
**Berkeley, CA 94703**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
                   **Deposits and/or Payments for Children's**
                   **Educational Programs**

---

| 2.54 | **Ananth Balasubramanian & Shobana Vankipu** | Last 4 digits of account number | $500.00 | $500.00 | $0.00 |

Priority Creditor's Name
**7826 Kelly Canyon Pl.**
**Dublin, CA 94568**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
                   **Deposits and/or Payments for Children's**
                   **Educational Programs**

---

| 2.55 | **Andie Bourguet & Jennifer Nannini** | Last 4 digits of account number | $575.00 | $575.00 | $0.00 |

Priority Creditor's Name
**12901 Brookpark Rd.**
**Oakland, CA 94619**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
                   **Deposits and/or Payments for Children's**
                   **Educational Programs**

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 62 of 407

---

**2.56**

**Andrea Hong & Chris Hong**
Priority Creditor's Name
**122 Dudley Ave**
**Oakland, CA 94611**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____            $960.00            $960.00            $0.00

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify    **Deposits by individuals**
                    **Deposits and/or Payments for Children's**
                    **Educational Programs**

---

**2.57**

**Andrea Lee & Albert Doan**
Priority Creditor's Name
**1515 Trestle Glen Rd.**
**Oakland, CA 94610**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____            $430.00            $430.00            $0.00

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify    **Deposits by individuals**
                    **Deposits and/or Payments for Children's**
                    **Educational Programs**

---

**2.58**

**Andrea Low & Hau Nguyen**
Priority Creditor's Name
**4014 Brown Ave.**
**Oakland, CA 94619**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____            $500.00            $500.00            $0.00

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify    **Deposits by individuals**
                    **Deposits and/or Payments for Children's**
                    **Educational Programs**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 63 of
407

| 2.5 9 | **Andrea Osgood & Monica Wiley** | Last 4 digits of account number _____ | $129.17 | $129.17 | $0.00 |

Priority Creditor's Name
**825 Everett Ave.**
**Oakland, CA 94602**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☑ Other. Specify **Deposits by individuals**
**Deposits and/or Payments for Children's**
**Educational Programs**

---

| 2.6 0 | **Andrea Siu** | Last 4 digits of account number _____ | $284.06 | $284.06 | $0.00 |

Priority Creditor's Name
**41 Arabian Ct.**
**Walnut Creek, CA 94596**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☑ Other. Specify **Deposits by individuals**
**Deposits and/or Payments for Children's**
**Educational Programs**

---

| 2.6 1 | **Andreana Dereniak & Mark Pitts** | Last 4 digits of account number _____ | $1,720.00 | $1,720.00 | $0.00 |

Priority Creditor's Name
**2500 Stockbridge Dr.**
**Oakland, CA 94611**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☑ Other. Specify **Deposits by individuals**
**Deposits and/or Payments for Children's**
**Educational Programs**

---

Case: 21-40070   Doc# 1   Filed: 01/20/21   Entered: 01/20/21 14:46:39   Page 64 of 407

| | | |
|---|---|---|

**2.6 2**  **Andrew McNamara**

Priority Creditor's Name

_____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____   $960.00   $960.00   $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

**2.6 3**  **Andrew Min & Melissa Wheeler**

Priority Creditor's Name

**445 Fernwood Dr.**
**Moraga, CA 94556**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____   $103.50   $103.50   $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

**2.6 4**  **Andrew Nelsen & Judith Nelsen**

Priority Creditor's Name

**1763 Evers Ave.**
**Oakland, CA 94602**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____   $505.00   $505.00   $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

Case: 21-40070   Doc# 1   Filed: 01/20/21   Entered: 01/20/21 14:46:39   Page 65 of 407

| 2.6 5 | **Andy Mardesich & Rebecca Flournoy** | Last 4 digits of account number | $505.00 | $505.00 | $0.00 |

**Andy Mardesich & Rebecca Flournoy**

Priority Creditor's Name

**2637 Woolsey St.**
**Berkeley, CA 94705**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.6 6 | **Angel Garrett & Steven Garrett** | Last 4 digits of account number | $1,352.57 | $1,352.57 | $0.00 |

**Angel Garrett & Steven Garrett**

Priority Creditor's Name

**967 Grosvenor Pl.**
**Oakland, CA 94610**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.6 7 | **Angela Foreman** | Last 4 digits of account number | $120.00 | $120.00 | $0.00 |

**Angela Foreman**

Priority Creditor's Name

**468 Violet St.**
**San Leandro, CA 94578**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

| | | | | |
|---|---|---|---|---|
| **2.68** | **Angela Liu & Benny Liu** | Last 4 digits of account number | $505.00 | $505.00 | $0.00 |

**Angela Liu & Benny Liu**
Priority Creditor's Name
**1088 Clarendon Cres**
**Oakland, CA 94610**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number _____  **$505.00**  **$505.00**  **$0.00**

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ■ Other. Specify  **Deposits by individuals**
  **Deposits and/or Payments for Children's Educational Programs**

---

**Angela Walton & Cody Walton**
**2.69**
Priority Creditor's Name
**112 Elworthy Ranch Dr.**
**Danville, CA 94526**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number _____  **$27.50**  **$27.50**  **$0.00**

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ■ Other. Specify  **Deposits by individuals**
  **Deposits and/or Payments for Children's Educational Programs**

---

**Angelica Galas & Daniel Galas**
**2.70**
Priority Creditor's Name
**728 Mandana Blvd.**
**Oakland, CA 94610**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number _____  **$480.00**  **$480.00**  **$0.00**

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ■ Other. Specify  **Deposits by individuals**
  **Deposits and/or Payments for Children's Educational Programs**

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 67 of 407

**2.7 1**  | **Anisia Sullivan & Michael Sullivan**

Priority Creditor's Name
**223 Magnolia Ave.**
**Piedmont, CA 94610**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __          **$825.00**          **$825.00**          **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify  **Deposits by individuals**
                  **Deposits and/or Payments for Children's**
                  **Educational Programs**

---

**2.7 2**  | **Anita Jain & Rohit Tain**

Priority Creditor's Name
**4000 Casablanca Ter.**
**Danville, CA 94506**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __          **$168.75**          **$168.75**          **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify  **Deposits by individuals**
                  **Deposits and/or Payments for Children's**
                  **Educational Programs**

---

**2.7 3**  | **Ann Payne & Bennett Payne**

Priority Creditor's Name
**1056 Ardmore Ave.**
**Oakland, CA 94610**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __          **$860.00**          **$860.00**          **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify  **Deposits by individuals**
                  **Deposits and/or Payments for Children's**
                  **Educational Programs**

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 68 of
                                    407

| | | | |
|---|---|---|---|
| **2.74** | **Ann Perrin & Marc Perrin** Priority Creditor's Name **274 St. James Dr.** **Piedmont, CA 94611** Number Street City State Zip Code | Last 4 digits of account number _____ When was the debt incurred? _____ | $960.00 $960.00 $0.00 |

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ■ Other. Specify **Deposits by individuals**
  **Deposits and/or Payments for Children's Educational Programs**

---

| | | | |
|---|---|---|---|
| **2.75** | **Anna and Geoff Koops** Priority Creditor's Name **526 Utah St.** **San Francisco, CA 94110** Number Street City State Zip Code | Last 4 digits of account number **0581** When was the debt incurred? _____ | $0.00 $0.00 $0.00 |

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ■ Other. Specify **Deposits by individuals**
  **For Notice Purposes Only**

---

| | | | |
|---|---|---|---|
| **2.76** | **Anna Cheung and David Shih** Priority Creditor's Name **237 Colgate Ave.** **Kensington, CA 94708** Number Street City State Zip Code | Last 4 digits of account number **1377** When was the debt incurred? _____ | $0.00 $0.00 $0.00 |

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ■ Other. Specify **Deposits by individuals**
  **For Notice Purposes Only**

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 69 of 407

---

**2.7 7**

**Anna Gerasimenko** | Last 4 digits of account number _____ | $400.00 | $400.00 | $0.00
Priority Creditor's Name
**580 Canyon Oaks Dr. #B**
**Oakland, CA 94605**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Debtor 1 only

☐ Unliquidated

☐ Debtor 2 only

☐ Disputed

☐ Debtor 1 and Debtor 2 only

**Type of PRIORITY unsecured claim:**

☐ At least one of the debtors and another

☐ Domestic support obligations

☐ **Check if this claim is for a community debt**

☐ Taxes and certain other debts you owe the government

**Is the claim subject to offset?**

☐ Claims for death or personal injury while you were intoxicated

■ No

■ Other. Specify     **Deposits by individuals**

☐ Yes     **Deposits and/or Payments for Children's Educational Programs**

---

**2.7 8**

**Anna Lazo & David Zuckerman** | Last 4 digits of account number _____ | $400.00 | $400.00 | $0.00
Priority Creditor's Name
**855 Maison Way**
**Richmond, CA 94803**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Debtor 1 only

☐ Unliquidated

☐ Debtor 2 only

☐ Disputed

☐ Debtor 1 and Debtor 2 only

**Type of PRIORITY unsecured claim:**

☐ At least one of the debtors and another

☐ Domestic support obligations

☐ **Check if this claim is for a community debt**

☐ Taxes and certain other debts you owe the government

**Is the claim subject to offset?**

☐ Claims for death or personal injury while you were intoxicated

■ No

■ Other. Specify     **Deposits by individuals**

☐ Yes     **Deposits and/or Payments for Children's Educational Programs**

---

**2.7 9**

**Anna Lem & Jason Culbetson** | Last 4 digits of account number _____ | $212.92 | $212.92 | $0.00
Priority Creditor's Name
**1080 Warfield Ave.**
**Oakland, CA 94610**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Debtor 1 only

☐ Unliquidated

☐ Debtor 2 only

☐ Disputed

☐ Debtor 1 and Debtor 2 only

**Type of PRIORITY unsecured claim:**

☐ At least one of the debtors and another

☐ Domestic support obligations

☐ **Check if this claim is for a community debt**

☐ Taxes and certain other debts you owe the government

**Is the claim subject to offset?**

☐ Claims for death or personal injury while you were intoxicated

■ No

■ Other. Specify     **Deposits by individuals**

☐ Yes     **Deposits and/or Payments for Children's Educational Programs**

---

| | | |
|---|---|---|
| **2.80** | **Anna Levine & Andrew Rosenblum** | |

Priority Creditor's Name
**409 48th St.**
**Oakland, CA 94609**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____     **$480.00**     **$480.00**     **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| | | |
|---|---|---|
| **2.81** | **Anna Park & Frank Pizzileo** | |

Priority Creditor's Name
**6703 Corte Segunda**
**Martinez, CA 94549**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____     **$81.00**     **$81.00**     **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| | | |
|---|---|---|
| **2.82** | **Annalisa Schilla & Jake Koralek** | |

Priority Creditor's Name
**1108 Stannage Ave.**
**Albany, CA 94706**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____     **$2,280.00**     **$2,280.00**     **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

| 2.8 3 | **Anne Arkush & James Vlahos** | Last 4 digits of account number _____ | $595.00 | $595.00 | $0.00 |

Priority Creditor's Name
**7410 Curry Ave.**
**El Cerrito, CA 94530**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
           **Deposits and/or Payments for Children's Educational Programs**

---

| 2.8 4 | **Anne Arriaga & Carlos Arriaga** | Last 4 digits of account number _____ | $1,350.00 | $1,350.00 | $0.00 |

Priority Creditor's Name
**3112 Birdsall Ave.**
**Oakland, CA 94619**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
           **Deposits and/or Payments for Children's Educational Programs**

---

| 2.8 5 | **Anne Espinoza & Andres Espinoza** | Last 4 digits of account number _____ | $1,100.00 | $1,100.00 | $0.00 |

Priority Creditor's Name
**1349 Mountain Blvd.**
**Oakland, CA 94611**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
           **Deposits and/or Payments for Children's Educational Programs**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

---

**2.86**

**Anne Hitchcock and Matthew Judd**
Priority Creditor's Name
**606 Canon Dr.**
**Kensington, CA 94708**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

| Last 4 digits of account number | $2,040.00 | $2,040.00 | $0.00 |

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify  **Deposits by individuals**
        **Deposits and/or Payments for Children's Educational Programs**

---

**2.87**

**Anne Ponugoti & Prabhakar Ponugoti**
Priority Creditor's Name
**4784 Beacon Hill Dr.**
**Castro Valley, CA 94552**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

| Last 4 digits of account number | $1,010.00 | $1,010.00 | $0.00 |

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify  **Deposits by individuals**
        **Deposits and/or Payments for Children's Educational Programs**

---

**2.88**

**Annelise Guerisoli & Chris Guerisoli**
Priority Creditor's Name
**3544 Monterey Blvd.**
**Oakland, CA 94619**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

| Last 4 digits of account number | $960.00 | $960.00 | $0.00 |

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify  **Deposits by individuals**
        **Deposits and/or Payments for Children's Educational Programs**

---

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 73 of 407

---

**2.89**

**Annie Bannes & Philip Bannes**
Priority Creditor's Name
**220 Sandringham Rd.**
**Oakland, CA 94611**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Last 4 digits of account number | | $600.00 | $600.00 | $0.00 |
|---|---|---|---|---|

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify   **Deposits by individuals**
       **Deposits and/or Payments for Children's Educational Programs**

---

**2.90**

**Annie Parks & Jame Parks**
Priority Creditor's Name
**2417 Sacramento St.**
**Berkeley, CA 94102**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Last 4 digits of account number | | $960.00 | $960.00 | $0.00 |
|---|---|---|---|---|

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify   **Deposits by individuals**
       **Deposits and/or Payments for Children's Educational Programs**

---

**2.91**

**Annmarie Mota & Jorge Rubio**
Priority Creditor's Name
**4332 Tompkins Ave.**
**Oakland, CA 94619**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Last 4 digits of account number | | $75.00 | $75.00 | $0.00 |
|---|---|---|---|---|

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify   **Deposits by individuals**
       **Deposits and/or Payments for Children's Educational Programs**

---

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 74 of 407

| | | | |
|---|---|---|---|
| **2.9 2** | **Anthea Ma & Gary Ma** | $460.00 | $460.00 | $0.00 |

**Anthea Ma & Gary Ma**
Priority Creditor's Name
**3238 Sylvan Ave.**
**Oakland, CA 94602**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    $460.00    $460.00    $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify    **Deposits by individuals**
    **Deposits and/or Payments for Children's Educational Programs**

---

| | | | |
|---|---|---|---|
| **2.9 3** | **Anya Taylor & Jon Taylor** | $480.00 | $480.00 | $0.00 |

**Anya Taylor & Jon Taylor**
Priority Creditor's Name
**752 61st St.**
**Oakland, CA 94609**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    $480.00    $480.00    $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify    **Deposits by individuals**
    **Deposits and/or Payments for Children's Educational Programs**

---

| | | | |
|---|---|---|---|
| **2.9 4** | **April Bible & Zach Davis** | $208.89 | $208.89 | $0.00 |

**April Bible & Zach Davis**
Priority Creditor's Name
**447 Lee St.**
**Oakland, CA 94610**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    $208.89    $208.89    $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify    **Deposits by individuals**
    **Deposits and/or Payments for Children's Educational Programs**

---

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 75 of 407

| 2.9 5 | **April Gruber & Aric Shalev** | Last 4 digits of account number | **$1,970.00** | **$1,970.00** | **$0.00** |

Priority Creditor's Name
**74 Sea View Ave.**
**Piedmont, CA 94611**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's**
**Educational Programs**

---

| 2.9 6 | **Arielle Harris & Adam Fishman** | Last 4 digits of account number | **$525.00** | **$525.00** | **$0.00** |

Priority Creditor's Name
**1 Prospect Rd.**
**Piedmont, CA 94610**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's**
**Educational Programs**

---

| 2.9 7 | **Arundhati Datta & Pradyot Kar** | Last 4 digits of account number | **$250.00** | **$250.00** | **$0.00** |

Priority Creditor's Name
**599 Hillbrook Pl.**
**Dublin, CA 94568**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's**
**Educational Programs**

---

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 76 of 407

| 2.9 8 | **Asha Jameson & Gilad Gershoni** | Last 4 digits of account number _____ | $480.00 | $480.00 | $0.00 |

Priority Creditor's Name
**809 57th St.**
**Oakland, CA 94608**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
    **Deposits and/or Payments for Children's**
    **Educational Programs**

---

| 2.9 9 | **Ashley and Michael Smith** | Last 4 digits of account number  8254 | $0.00 | $0.00 | $0.00 |

Priority Creditor's Name
**1129 Miller Ave.**
**Berkeley, CA 94708**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
    **For Notice Purposes Only**

---

| 2.1 00 | **Ashley Orton & Graeme Finley** | Last 4 digits of account number _____ | $960.00 | $960.00 | $0.00 |

Priority Creditor's Name
**27 Jessen Ct.**
**Kensington, CA 94707**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
    **Deposits and/or Payments for Children's**
    **Educational Programs**

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 77 of
407

| | | | |
|---|---|---|---|
| **2.1 01** | **Ashley Rogers & Mike Stevens** | Last 4 digits of account number | **$1,040.00** | **$1,040.00** | **$0.00** |

**2.1 01**

**Ashley Rogers & Mike Stevens**
Priority Creditor's Name
**1542 Sherman St.**
**Alameda, CA 94501**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____        **$1,040.00**   **$1,040.00**   **$0.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

**2.1 02**

**Ashley Simpson and Kenny Mixon**
Priority Creditor's Name
**3047 Madsen St.**
**Hayward, CA 94541**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number **2963**        **$0.00**   **$0.00**   **$0.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify   **Deposits by individuals**
**For Notice Purposes Only**

---

**2.1 03**

**Ashley Turner & Cliff Williams**
Priority Creditor's Name
**1514 Martin Luther King Jr. Way**
**Berkeley, CA 94709**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____        **$1,200.00**   **$1,200.00**   **$0.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| 2.1 04 | **Astrid Corvin Brittin & Joe McLaughlin** | Last 4 digits of account number | | $129.17 | $129.17 | $0.00 |
|---|---|---|---|---|---|---|

Priority Creditor's Name
**1058 54th St.**
**Oakland, CA 94608**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.1 05 | **Aubrey Amatelli & Robert Amatelli** | Last 4 digits of account number | | $55.00 | $55.00 | $0.00 |
|---|---|---|---|---|---|---|

Priority Creditor's Name
**7 Avon Ct.**
**Danville, CA 94526**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.1 06 | **Audrey Khuner & Wes Carroll** | Last 4 digits of account number | | $505.00 | $505.00 | $0.00 |
|---|---|---|---|---|---|---|

Priority Creditor's Name
**1936 Delaware St.**
**Berkeley, CA 94709**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| 2.1 07 | **Audrey Lum & Dan Leong** | Last 4 digits of account number _____ | **$1,100.00** | **$1,100.00** | **$0.00** |

**Audrey Lum & Dan Leong**
Priority Creditor's Name
**4421 Terrabella Way**
**Oakland, CA 94619**
Number Street City State Zip Code

Last 4 digits of account number _____

**$1,100.00**     **$1,100.00**     **$0.00**

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.1 08 | **Audrey Thomas & Ethan Thomas** | Last 4 digits of account number _____ | **$2,400.00** | **$2,400.00** | **$0.00** |

**Audrey Thomas & Ethan Thomas**
Priority Creditor's Name
**1147 Francisco St.**
**Berkeley, CA 94702**
Number Street City State Zip Code

Last 4 digits of account number _____

**$2,400.00**     **$2,400.00**     **$0.00**

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.1 09 | **Ava Phalen & Justin Phalen** | Last 4 digits of account number _____ | **$212.57** | **$212.57** | **$0.00** |

**Ava Phalen & Justin Phalen**
Priority Creditor's Name
**760 Santa Ray Ave.**
**Oakland, CA 94610**
Number Street City State Zip Code

Last 4 digits of account number _____

**$212.57**     **$212.57**     **$0.00**

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| 2.1 10 | **Ayyana Chakravartula & Edward Holt** | Last 4 digits of account number _____ | $240.00 | $240.00 | $0.00 |

Priority Creditor's Name
**27 Fairview Ave.**
**Piedmont, CA 94610**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred? _____

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.1 11 | **Barbara Hooks & Dan Hooks** | Last 4 digits of account number _____ | $635.00 | $635.00 | $0.00 |

Priority Creditor's Name
**3206 Guido St.**
**Oakland, CA 94602**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred? _____

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.1 12 | **Barbara Whitfield & Darren Whitfield** | Last 4 digits of account number _____ | $1,010.00 | $1,010.00 | $0.00 |

Priority Creditor's Name
**2151 Trafalgar Pl.**
**Oakland, CA 94611**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred? _____

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 81 of 407

---

| 2.1 13 | **Becky Higashi & Davin Higashi** | Last 4 digits of account number _____ | **$194.44** | **$194.44** | **$0.00** |
|---|---|---|---|---|---|

Priority Creditor's Name
**228 Royal Saint Ct.**
**Danville, CA 94526**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred? _____

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.1 14 | **Becky Uline & Brian Anderson** | Last 4 digits of account number _____ | **$129.17** | **$129.17** | **$0.00** |
|---|---|---|---|---|---|

Priority Creditor's Name
**1359 Hampel St**
**Oakland, CA 94602**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred? _____

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.1 15 | **Behnom Farboud & Shirley Farboud** | Last 4 digits of account number _____ | **$600.00** | **$600.00** | **$0.00** |
|---|---|---|---|---|---|

Priority Creditor's Name
**29 Portsmouth Rd.**
**Piedmont, CA 94610**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred? _____

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

Case: 21-40070   Doc# 1   Filed: 01/20/21   Entered: 01/20/21 14:46:39   Page 82 of 407

| 2.1 16 | **Benjamin  Corotis & Adriana Daringa** | Last 4 digits of account number _____ | $430.00 | $430.00 | $0.00 |

Priority Creditor's Name
**945 Kingston Ave.**
**Piedmont, CA 94611**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify    **Deposits by individuals** _____
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.1 17 | **Bethany Hanson & Dan Hoffman** | Last 4 digits of account number _____ | $860.00 | $860.00 | $0.00 |

Priority Creditor's Name
**575 Kenmore Ave**
**Oakland, CA 94610**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify    **Deposits by individuals** _____
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.1 18 | **Betsy Block & Lawrence Block** | Last 4 digits of account number _____ | $1,379.17 | $1,379.17 | $0.00 |

Priority Creditor's Name
**3900 Greenwood Ave.**
**Oakland, CA 94602**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify    **Deposits by individuals** _____
**Deposits and/or Payments for Children's Educational Programs**

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 83 of 407

| | | Last 4 digits of account number | $480.00 | $480.00 | $0.00 |
|---|---|---|---|---|---|

**2.1 19**

**Betsy O'Donnell & Michael O'Donnell**
Priority Creditor's Name
**5600 Oak Grove Ave.**
**Oakland, CA 94618**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**

- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ■ Other. Specify   **Deposits by individuals**
  **Deposits and/or Payments for Children's Educational Programs**

---

| | | Last 4 digits of account number | $480.00 | $480.00 | $0.00 |
|---|---|---|---|---|---|

**2.1 20**

**Betsy Rate & Jay Berberick**
Priority Creditor's Name
**2168 Jefferson Ave.**
**Berkeley, CA 94703**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**

- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ■ Other. Specify   **Deposits by individuals**
  **Deposits and/or Payments for Children's Educational Programs**

---

| | | Last 4 digits of account number | $212.57 | $212.57 | $0.00 |
|---|---|---|---|---|---|

**2.1 21**

**Blake Rothschild & Kath Rothschild**
Priority Creditor's Name
**561 Fairbanks Ave.**
**Oakland, CA 94610**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**

- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ■ Other. Specify   **Deposits by individuals**
  **Deposits and/or Payments for Children's Educational Programs**

Case: 21-40070     Doc# 1     Filed: 01/20/21     Entered: 01/20/21 14:46:39     Page 84 of 407

| 2.1 22 | **Bobbie Caffe & Ineca Caffe** | Last 4 digits of account number _____ | **$1,210.00** | **$1,210.00** | **$0.00** |
|---|---|---|---|---|---|

Priority Creditor's Name
**4668 Reinhardt Dr.**
**Oakland, CA 94619**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify    **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.1 23 | **Bogdan Popescu & Adela Popescu** | Last 4 digits of account number _____ | **$103.50** | **$103.50** | **$0.00** |
|---|---|---|---|---|---|

Priority Creditor's Name
**774 Crossbrook Dr**
**Moraga, CA 94556**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify    **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.1 24 | **Bonnie Cosgrove & Bruce Nilles** | Last 4 digits of account number _____ | **$595.00** | **$595.00** | **$0.00** |
|---|---|---|---|---|---|

Priority Creditor's Name
**6051 Monroe Ave.**
**Oakland, CA 94618**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify    **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| 2.1 25 | **Bonnie Wittenstein & Jeran Wittenstein** | | | |
|---|---|---|---|---|
| | Priority Creditor's Name | Last 4 digits of account number _____ | $187.60 | $187.60 | $0.00 |

**Bonnie Wittenstein & Jeran Wittenstein**
Priority Creditor's Name
**1001 Mountain Blvd.**
**Oakland, CA 94611**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____        $187.60        $187.60        $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.1 26 | **Brandi Catanese & Joseph Catanese** | | | |
|---|---|---|---|---|

**Brandi Catanese & Joseph Catanese**
Priority Creditor's Name
**1366 Sunnyhills Rd.**
**Oakland, CA 94610**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____        $960.00        $960.00        $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.1 27 | **Brandon Wall & Ada Wall** | | | |
|---|---|---|---|---|

**Brandon Wall & Ada Wall**
Priority Creditor's Name
**4139 Greenwood Ave.**
**Oakland, CA 94602**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____        $1,140.00        $1,140.00        $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 86 of 407

| 2.1 28 | **Breanna Casella** | Last 4 digits of account number _____ | **$81.00** | **$81.00** | **$0.00** |

Priority Creditor's Name
**3891 Vista Oaks Dr. #104**
**Martinez, CA 94553**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify   **Deposits by individuals**
 **Deposits and/or Payments for Children's Educational Programs**

| 2.1 29 | **Brett Shores & Sara Shores** | Last 4 digits of account number _____ | **$218.75** | **$218.75** | **$0.00** |

Priority Creditor's Name
**357 Canterbart Ct.**
**Alamo, CA 94507**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify   **Deposits by individuals**
 **Deposits and/or Payments for Children's Educational Programs**

| 2.1 30 | **Brian Gross & Greg Broderick-Villa** | Last 4 digits of account number _____ | **$150.00** | **$150.00** | **$0.00** |

Priority Creditor's Name
**5901 Manchester Dr.**
**Oakland, CA 94618**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify   **Deposits by individuals**
 **Deposits and/or Payments for Children's Educational Programs**

| 2.1 31 | **Brian Macdonald & Crystal Williams** | Last 4 digits of account number | $595.00 | $595.00 | $0.00 |
|---|---|---|---|---|---|

Priority Creditor's Name
**1311 Carrison St.**
**Berkeley, CA 94702**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.1 32 | **Brian Van Valin & Sofia Van Valin** | Last 4 digits of account number | $206.29 | $206.29 | $0.00 |
|---|---|---|---|---|---|

Priority Creditor's Name
**197 Rudgear Dr.**
**Walnut Creek, CA 94596**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.1 33 | **Britton Hart & Nick Hart** | Last 4 digits of account number | $129.00 | $129.00 | $0.00 |
|---|---|---|---|---|---|

Priority Creditor's Name
**1500 North California Blvd. #325**
**Walnut Creek, CA 94596**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 88 of 407

| 2.1 34 | **Caitlin Coreros & Kevin Leroux** | Last 4 digits of account number | $595.00 | $595.00 | $0.00 |

Priority Creditor's Name
**48 Inverleith Terr.**
**Piedmont, CA 94611**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

□ Debtor 2 only

□ Debtor 1 and Debtor 2 only

□ At least one of the debtors and another

□ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

□ Yes

**As of the date you file, the claim is:** Check all that apply

□ Contingent

□ Unliquidated

□ Disputed

**Type of PRIORITY unsecured claim:**

□ Domestic support obligations

□ Taxes and certain other debts you owe the government

□ Claims for death or personal injury while you were intoxicated

■ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's**
**Educational Programs**

---

| 2.1 35 | **Caitrin Wright** | Last 4 digits of account number | $212.57 | $212.57 | $0.00 |

Priority Creditor's Name
**1155 Holman Rd.**
**Oakland, CA 94610**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

□ Debtor 2 only

□ Debtor 1 and Debtor 2 only

□ At least one of the debtors and another

□ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

□ Yes

**As of the date you file, the claim is:** Check all that apply

□ Contingent

□ Unliquidated

□ Disputed

**Type of PRIORITY unsecured claim:**

□ Domestic support obligations

□ Taxes and certain other debts you owe the government

□ Claims for death or personal injury while you were intoxicated

■ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's**
**Educational Programs**

---

| 2.1 36 | **California Dept. of Tax and Fee Admin.** | Last 4 digits of account number | $0.00 | $0.00 | $0.00 |

Priority Creditor's Name
**Acct. Information Group, MIC: 29**
**P.O. Box 942879**
**Sacramento, CA 94279-0029**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

□ Debtor 2 only

□ Debtor 1 and Debtor 2 only

□ At least one of the debtors and another

□ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No

□ Yes

**As of the date you file, the claim is:** Check all that apply

□ Contingent

□ Unliquidated

□ Disputed

**Type of PRIORITY unsecured claim:**

□ Domestic support obligations

■ Taxes and certain other debts you owe the government

□ Claims for death or personal injury while you were intoxicated

□ Other. Specify  **For Notice Purposes Only**

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 89 of
407

| | | | |
|---|---|---|---|
| 2.1 37 | **Camille Stept & Steven Stept** | | |

| 2.1 37 | **Camille Stept & Steven Stept** Priority Creditor's Name **3558 Jordan Rd. Oakland, CA 94619** Number Street City State Zip Code | Last 4 digits of account number _____   $480.00   $480.00   $0.00 |
|---|---|---|

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals** _____
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.1 38 | **Carla Lee & Kenny Lee** Priority Creditor's Name **13 Littlewood Dr. Piedmont, CA 94611** Number Street City State Zip Code | Last 4 digits of account number _____   $1,140.00   $1,140.00   $0.00 |
|---|---|---|

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals** _____
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.1 39 | **Carla Tibbets & Kevin Tibbets** Priority Creditor's Name **4182 Somerset Ave. Castro Valley, CA 94546** Number Street City State Zip Code | Last 4 digits of account number _____   $260.00   $260.00   $0.00 |
|---|---|---|

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals** _____
**Deposits and/or Payments for Children's Educational Programs**

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 90 of 407

| 2.1 40 | **Carli Cutchin & Scott Handleman** | Last 4 digits of account number | **$3,730.00** | **$3,025.00** | **$705.00** |

Priority Creditor's Name
**2428 Russell St.**
**Berkeley, CA 94705**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.1 41 | **Carlotta Damian & Radu Damian** | Last 4 digits of account number | **$505.00** | **$505.00** | **$0.00** |

Priority Creditor's Name
**579 Kenmore Ave.**
**Oakland, CA 94610**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.1 42 | **Carol Goldstein & Zvika Goldstein** | Last 4 digits of account number | **$480.00** | **$480.00** | **$0.00** |

Priority Creditor's Name
**1048 Leo Way**
**Oakland, CA 94611**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 91 of 407

| | | |
|---|---|---|
| **2.1 43** | **Caroline Myers & Nick Myers** | |

Last 4 digits of account number _____   $960.00   $960.00   $0.00

Priority Creditor's Name
**5265 Harbord Dr.**
**Oakland, CA 94618**
Number Street City State Zip Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Type of PRIORITY unsecured claim:**

- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ■ Other. Specify   **Deposits by individuals**
  **Deposits and/or Payments for Children's Educational Programs**

---

| | | |
|---|---|---|
| **2.1 44** | **Carolyn Finnegan and Brian Strauss** | |

Last 4 digits of account number **1448**   $0.00   $0.00   $0.00

Priority Creditor's Name
**775 Calmar Ave.**
**Oakland, CA 94610**
Number Street City State Zip Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Type of PRIORITY unsecured claim:**

- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ■ Other. Specify   **Deposits by individuals**
  **For Notice Purposes Only**

---

| | | |
|---|---|---|
| **2.1 45** | **Carolyn Morris & Ben Morris** | |

Last 4 digits of account number _____   $129.00   $129.00   $0.00

Priority Creditor's Name
**4026 Lakeshore Ave.**
**Oakland, CA 94610**
Number Street City State Zip Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Type of PRIORITY unsecured claim:**

- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ■ Other. Specify   **Deposits by individuals**
  **Deposits and/or Payments for Children's Educational Programs**

---

Case: 21-40070   Doc# 1   Filed: 01/20/21   Entered: 01/20/21 14:46:39   Page 92 of 407

| 2.1 46 | **Carrie Gray & Lori Droste** | Last 4 digits of account number _____ | $480.00 | $480.00 | $0.00 |

Priority Creditor's Name
**2951 Pine Ave.**
**Berkeley, CA 94705**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.1 47 | **Carrie Lu & Benny Zhou** | Last 4 digits of account number _____ | $112.50 | $112.50 | $0.00 |

Priority Creditor's Name
**300 Bonaire Ct.**
**Danville, CA 94506**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.1 48 | **Carrie Swearngin & Roddy Swearngin** | Last 4 digits of account number _____ | $860.00 | $860.00 | $0.00 |

Priority Creditor's Name
**4278 Detroit Ave.**
**Oakland, CA 94619**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 93 of 407

| 2.1 49 | **Cary Lbeu and Aaron Frankel** | Last 4 digits of account number | | $800.00 | $800.00 | $0.00 |

**Cary Lbeu and Aaron Frankel**
Priority Creditor's Name
**1 Ruppel Pl.**
**Lafayette, CA 94549**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ____            $800.00      $800.00      $0.00

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify   **Deposits by individuals**
                   **Deposits and/or Payments for Children's**
                   **Educational Programs**

---

**2.1 50**

**Cassy Eriksson & Fredrik Eriksson**
Priority Creditor's Name
**10 Shady Oak Ct.**
**Danville, CA 94506**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ____            $56.25       $56.25       $0.00

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify   **Deposits by individuals**
                   **Deposits and/or Payments for Children's**
                   **Educational Programs**

---

**2.1 51**

**Catalina Estrada & Justin Guevara**
Priority Creditor's Name
**804 Madison St.**
**Albany, CA 94706**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ____            $2,300.00    $2,300.00    $0.00

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify   **Deposits by individuals**
                   **Deposits and/or Payments for Children's**
                   **Educational Programs**

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 94 of 407

| | |
|---|---|
| 2.1 52 | **Catherine and Alex Lopoukhine** |

**Catherine and Alex Lopoukhine**
Priority Creditor's Name
**6532 Ascot Dr.**
**Oakland, CA 94611**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number **9299**         $0.00         $0.00         $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
                 **For Notice Purposes Only**

---

| | |
|---|---|
| 2.1 53 | **Catherine Browning & Jonathan Browning** |

**Catherine Browning & Jonathan Browning**
Priority Creditor's Name
**805 Wilde Ct.**
**Pinole, CA 94564**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____         $570.00         $570.00         $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
                 **Deposits and/or Payments for Children's**
                 **Educational Programs**

---

| | |
|---|---|
| 2.1 54 | **Catherine Lee & Michael Paque** |

**Catherine Lee & Michael Paque**
Priority Creditor's Name
**1544 Juanita Way**
**Berkeley, CA 94702**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____         $1,140.00         $1,140.00         $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
                 **Deposits and/or Payments for Children's**
                 **Educational Programs**

---

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 95 of 407

| 2.1 55 | **Catherine Meyers & Mike Meyers** | Last 4 digits of account number | **$1,140.00** | **$1,140.00** | **$0.00** |
|---|---|---|---|---|---|

Priority Creditor's Name
**80 Entrada Ave.**
**Oakland, CA 94611**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify    **Deposits by individuals**
                **Deposits and/or Payments for Children's Educational Programs**

---

| 2.1 56 | **Catherine Sjoberg & Eric Sjoberg** | Last 4 digits of account number | **$112.50** | **$112.50** | **$0.00** |
|---|---|---|---|---|---|

Priority Creditor's Name
**1019 Belleterre Dr.**
**Danville, CA 94506**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify    **Deposits by individuals**
                **Deposits and/or Payments for Children's Educational Programs**

---

| 2.1 57 | **Catherine Sychr & Peter Finney** | Last 4 digits of account number | **$480.00** | **$480.00** | **$0.00** |
|---|---|---|---|---|---|

Priority Creditor's Name
**6167 Aspinwall Rd.**
**Oakland, CA 94611**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify    **Deposits by individuals**
                **Deposits and/or Payments for Children's Educational Programs**

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 96 of 407

| 2.1 58 | **Catherine Westphall & Jennifer Charette** | | | |
|---|---|---|---|---|

Priority Creditor's Name
**300 Montecillo Dr.**
**Walnut Creek, CA 94595**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____    $129.00    $129.00    $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
       **Deposits and/or Payments for Children's Educational Programs**

---

| 2.1 59 | **Cathy Cha & Dara O'Rourke** | | | |
|---|---|---|---|---|

Priority Creditor's Name
**1459 Washington Ave.**
**Albany, CA 94706**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____    $600.00    $600.00    $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
       **Deposits and/or Payments for Children's Educational Programs**

---

| 2.1 60 | **Catrina Vrankovich & Greg Vrankovich** | | | |
|---|---|---|---|---|

Priority Creditor's Name
**1792 Indian Way**
**Oakland, CA 94611**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____    $3,067.00    $3,025.00    $42.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
       **Deposits and/or Payments for Children's Educational Programs**

---

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 97 of 407

| 2.1 61 | **Cecil Park & David Chung** | Last 4 digits of account number | **$1,670.00** | **$1,670.00** | **$0.00** |

Priority Creditor's Name
**2554 Corte Del Marques**
**Walnut Creek, CA 94598**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify   **Deposits by individuals**
                 **Deposits and/or Payments for Children's**
                 **Educational Programs**

---

| 2.1 62 | **Chanpheng Klehr & Steve Klehr** | Last 4 digits of account number | **$168.75** | **$168.75** | **$0.00** |

Priority Creditor's Name
**1119 Trowbridge Way**
**Danville, CA 94506**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify   **Deposits by individuals**
                 **Deposits and/or Payments for Children's**
                 **Educational Programs**

---

| 2.1 63 | **Chantal Vasquez & Dave Braden** | Last 4 digits of account number | **$212.57** | **$212.57** | **$0.00** |

Priority Creditor's Name
**935 Hillcroft Cir.**
**Oakland, CA 94610**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify   **Deposits by individuals**
                 **Deposits and/or Payments for Children's**
                 **Educational Programs**

---

Case: 21-40070   Doc# 1   Filed: 01/20/21   Entered: 01/20/21 14:46:39   Page 98 of 407

| | | | |
|---|---|---|---|
| **2.1 64** | **Charlie Parker and Jessica Brown** | | |

Priority Creditor's Name
**1830 San Pedro Ave.**
**Berkeley, CA 94707**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **9341**    **$0.00**    **$0.00**    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify   **Deposits by individuals**
     **For Notice Purposes Only**

---

| | | | |
|---|---|---|---|
| **2.1 65** | **Chela Delgado & Molly McClure** | | |

Priority Creditor's Name
**4506 Allendale Ave.**
**Oakland, CA 94619**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   _____    **$1,187.50**    **$1,187.50**    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify   **Deposits by individuals**
     **Deposits and/or Payments for Children's**
     **Educational Programs**

---

| | | | |
|---|---|---|---|
| **2.1 66** | **Cherie O'Reilly & Shayne O'Reilly** | | |

Priority Creditor's Name
**5742 Moraga Ave.**
**Piedmont, CA 94611**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   _____    **$1,250.00**    **$1,250.00**    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify   **Deposits by individuals**
     **Deposits and/or Payments for Children's**
     **Educational Programs**

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 99 of 407

| 2.1 67 | **Chi-Na Pak & Jesse Walters** | Last 4 digits of account number ____ ____ ____ ____ | $570.00 | $570.00 | $0.00 |

Priority Creditor's Name
**2960 Holyrood Dr.**
**Oakland, CA 94611**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
_____
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.1 68 | **Chloe Delafield & James Delafield** | Last 4 digits of account number ____ ____ ____ ____ | $595.00 | $595.00 | $0.00 |

Priority Creditor's Name
**1244 Norvell St.**
**El Cerrito, CA 94530**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
_____
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.1 69 | **Chooi Cheh "Annette" Ng & Kamala Ravinda** | Last 4 digits of account number ____ ____ ____ ____ | $56.25 | $56.25 | $0.00 |

Priority Creditor's Name
**254 Abigail Cir.**
**Danville, CA 94506**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
_____
**Deposits and/or Payments for Children's Educational Programs**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                     Best Case Bankruptcy

| | | | |
|---|---|---|---|
| **2.1 70** | **Chris Peyer & Nicole Parrish** | Last 4 digits of account number _____ | $212.92    $212.92    $0.00 |

Priority Creditor's Name
**1387 Holman Rd.**
**Oakland, CA 94610**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
       **Deposits and/or Payments for Children's Educational Programs**

---

| | | | |
|---|---|---|---|
| **2.1 71** | **Chrissy Morss** | Last 4 digits of account number _____ | $51.78    $51.78    $0.00 |

Priority Creditor's Name
**30 Mcconnell Lane**
**Walnut Creek, CA 94596**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
       **Deposits and/or Payments for Children's Educational Programs**

---

| | | | |
|---|---|---|---|
| **2.1 72** | **Christian Niles & Carla Hirsch** | Last 4 digits of account number _____ | $50.00    $50.00    $0.00 |

Priority Creditor's Name
**4453 Howe St.**
**Oakland, CA 94611**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
       **Deposits and/or Payments for Children's Educational Programs**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| 2.1 73 | **Christina Barcelon & Christopher Joaquin** | | | |

Priority Creditor's Name
**6566 Chelton Dr.**
**Oakland, CA 94611**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____  **$600.00**  **$600.00**  **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals** _____
                   **Deposits and/or Payments for Children's Educational Programs**

---

| 2.1 74 | **Christina Pali & Chris Jones** | | | |

Priority Creditor's Name
**5939 Marden Ln.**
**Oakland, CA 94611**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____  **$187.60**  **$187.60**  **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals** _____
                   **Deposits and/or Payments for Children's Educational Programs**

---

| 2.1 75 | **Christina Paulson & Andrew Paulson** | | | |

Priority Creditor's Name
**4562 Elinora Ave.**
**Oakland, CA 94619**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____  **$1,520.00**  **$1,520.00**  **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
                   **Deposits and/or Payments for Children's Educational Programs**

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 102 of 407

| 2.1 76 | **Christine Reed & Vaughn Johnson** | | | |
|---|---|---|---|---|
| | Priority Creditor's Name | Last 4 digits of account number _____ | $505.00 | $505.00 | $0.00 |

**Christine Reed & Vaughn Johnson**

Priority Creditor's Name

**373 40th St. #5**

**Oakland, CA 94609**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____      **$505.00**      **$505.00**      **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify   **Deposits by individuals**
                            **Deposits and/or Payments for Children's**
                            **Educational Programs**

---

**Christine Valdez & Kevin Gray**

Priority Creditor's Name

**21100 Gary Dr. #120**

**Hayward, CA 94546**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____      **$505.00**      **$505.00**      **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify   **Deposits by individuals**
                            **Deposits and/or Payments for Children's**
                            **Educational Programs**

2.1 77

---

**Christopher Fuller & Cara Counter-Fuller**

Priority Creditor's Name

**6240 Elderberry Dr.**

**Oakland, CA 94611**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____      **$1,820.00**      **$1,820.00**      **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify   **Deposits by individuals**
                            **Deposits and/or Payments for Children's**
                            **Educational Programs**

2.1 78

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| 2.1 79 | **Cindy Cesca Yoshiyama & Andrea Cesca** | Last 4 digits of account number _____ | $430.00 | $430.00 | $0.00 |
|---|---|---|---|---|---|

Priority Creditor's Name
**1820 8th St.**
**Berkeley, CA 94710**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
           **Deposits and/or Payments for Children's Educational Programs**

| 2.1 80 | **Cindy Thomas & Taran Thomas** | Last 4 digits of account number _____ | $129.00 | $129.00 | $0.00 |
|---|---|---|---|---|---|

Priority Creditor's Name
**1004 Homestead Ave.**
**Walnut Creek, CA 94596**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
           **Deposits and/or Payments for Children's Educational Programs**

| 2.1 81 | **Cindy Wu & Jason Wu** | Last 4 digits of account number _____ | $1,090.00 | $1,090.00 | $0.00 |
|---|---|---|---|---|---|

Priority Creditor's Name
**872 Shevlin Dr.**
**El Cerrito, CA 94530**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
           **Deposits and/or Payments for Children's Educational Programs**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| 2.1 82 | **Claire Klein & Ben Klein** | | $187.60 | $187.60 | $0.00 |

Priority Creditor's Name
**6816 Thornhill Dr.**
**Oakland, CA 94611**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's**
**Educational Programs**

---

| 2.1 83 | **Clara Long & Bradford Adams** | | $1,250.00 | $1,250.00 | $0.00 |

Priority Creditor's Name
**537 63rd St.**
**Oakland, CA 94609**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's**
**Educational Programs**

---

| 2.1 84 | **Clara Vu & Patrice Fayet** | | $480.00 | $480.00 | $0.00 |

Priority Creditor's Name
**6236 Rockwell St.**
**Oakland, CA 94618**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's**
**Educational Programs**

Case: 21-40070   Doc# 1   Filed: 01/20/21   Entered: 01/20/21 14:46:39   Page 105 of
407

| 2.1 85 | **Clare Keane & Bryan Keane** | Last 4 digits of account number _____ | $175.00 | $175.00 | $0.00 |

Priority Creditor's Name
**3787 Lakeshore Ave.**
**Oakland, CA 94610**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.1 86 | **Clare Talwalker & Munis Faruqui** | Last 4 digits of account number _____ | $350.00 | $350.00 | $0.00 |

Priority Creditor's Name
**1317 66th St.**
**Berkeley, CA 94702**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.1 87 | **Colleen O'Neill & Sean O'Neill** | Last 4 digits of account number _____ | $58.00 | $58.00 | $0.00 |

Priority Creditor's Name
**839 Beechwood Dr.**
**Daly City, CA 94015**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| 2.1 88 | **Connie Wong and Jeremy Dunn** | Last 4 digits of account number **1647** | **$0.00** | **$0.00** | **$0.00** |

Priority Creditor's Name
**67 Mandalay Rd.**
**Oakland, CA 94618**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Contingent
☐ Debtor 2 only
☐ Unliquidated
☐ Debtor 1 and Debtor 2 only
☐ Disputed
☐ At least one of the debtors and another

**Type of PRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**
☐ Domestic support obligations

**Is the claim subject to offset?**
☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ No
■ Other. Specify **Deposits by individuals**
☐ Yes
**For Notice Purposes Only**

---

| 2.1 89 | **Cordelia Nickelsen & Samuel Nickelsen** | Last 4 digits of account number | **$505.00** | **$505.00** | **$0.00** |

Priority Creditor's Name
**1601 Arch St.**
**Berkeley, CA 94709**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Contingent
☐ Debtor 2 only
☐ Unliquidated
☐ Debtor 1 and Debtor 2 only
☐ Disputed
☐ At least one of the debtors and another

**Type of PRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**
☐ Domestic support obligations

**Is the claim subject to offset?**
☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ No
■ Other. Specify **Deposits by individuals**
☐ Yes
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.1 90 | **Corinne Hunsaker & Danny Hunsaker** | Last 4 digits of account number | **$175.00** | **$175.00** | **$0.00** |

Priority Creditor's Name
**602 Joya Ct.**
**Danville, CA 94506**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Contingent
☐ Debtor 2 only
☐ Unliquidated
☐ Debtor 1 and Debtor 2 only
☐ Disputed
☐ At least one of the debtors and another

**Type of PRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**
☐ Domestic support obligations

**Is the claim subject to offset?**
☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ No
■ Other. Specify **Deposits by individuals**
☐ Yes
**Deposits and/or Payments for Children's Educational Programs**

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 107 of 407

---

| 2.1 91 | **Courtney Anderson & Sean Anderson** | | | |
|---|---|---|---|---|

Priority Creditor's Name
**539 Florence Ave.**
**Oakland, CA 94618**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** _____    **$510.00**    **$510.00**    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**

- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ■ Other. Specify    **Deposits by individuals**

**Deposits and/or Payments for Children's Educational Programs**

---

| 2.1 92 | **Courtney Blacker & David Gample** | | | |
|---|---|---|---|---|

Priority Creditor's Name
**5540 Lawton Ave.**
**Oakland, CA 94618**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** _____    **$1,200.00**    **$1,200.00**    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**

- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ■ Other. Specify    **Deposits by individuals**

**Deposits and/or Payments for Children's Educational Programs**

---

| 2.1 93 | **Courtney Martin & John Cary** | | | |
|---|---|---|---|---|

Priority Creditor's Name
**480 42nd St. #E**
**Oakland, CA 94609**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** _____    **$480.00**    **$480.00**    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**

- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ■ Other. Specify    **Deposits by individuals**

**Deposits and/or Payments for Children's Educational Programs**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| 2.1 94 | **Cristen Schultz & Joel Schultz** | Last 4 digits of account number _____ | $217.60 | $217.60 | $0.00 |
|---|---|---|---|---|---|

Priority Creditor's Name
**6052 Broadway Ter.**
**Oakland, CA 94618**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's**
**Educational Programs**

---

| 2.1 95 | **Cristina Valdez-Sellers & Kenneth Seller** | Last 4 digits of account number _____ | $58.00 | $58.00 | $0.00 |
|---|---|---|---|---|---|

Priority Creditor's Name
**990 Broadway #4**
**San Francisco, CA 94133**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's**
**Educational Programs**

---

| 2.1 96 | **Cynthia Peterson & William Peterson** | Last 4 digits of account number _____ | $187.60 | $187.60 | $0.00 |
|---|---|---|---|---|---|

Priority Creditor's Name
**6995 Elverton Dr.**
**Oakland, CA 94611**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's**
**Educational Programs**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 109 of 407

| 2.1 97 | **Dakh Jones & Angelina Merrick** | Last 4 digits of account number | | $480.00 | $480.00 | $0.00 |

**Dakh Jones & Angelina Merrick**
Priority Creditor's Name
**1415 Grant St.**
**Berkeley, CA 94703**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ____    $480.00    $480.00    $0.00

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify    **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

| 2.1 98 | **Damion Martin & emily Martin** | Last 4 digits of account number | | $129.00 | $129.00 | $0.00 |

**Damion Martin & emily Martin**
Priority Creditor's Name
**121 Sequoia Ave**
**Walnut Creek, CA 94595**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ____    $129.00    $129.00    $0.00

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify    **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

| 2.1 99 | **Damon Dean** | Last 4 digits of account number | | $212.92 | $212.92 | $0.00 |

**Damon Dean**
Priority Creditor's Name
**834 Calmar Ave**
**Oakland, CA 94610**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ____    $212.92    $212.92    $0.00

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify    **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 110 of 407

| 2.2 00 | **Damon Grant & Rowan Driscoll** | Last 4 digits of account number _____ | **$1,130.00** | **$1,130.00** | **$0.00** |

Priority Creditor's Name
**9039 Thermal St.**
**Oakland, CA 94605**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.2 01 | **Dan Potter & Nancy Potter** | Last 4 digits of account number _____ | **$194.44** | **$194.44** | **$0.00** |

Priority Creditor's Name
**563 Indian Home Rd.**
**Danville, CA 94526**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.2 02 | **Dana Claffey & Ken Claffey** | Last 4 digits of account number _____ | **$231.25** | **$231.25** | **$0.00** |

Priority Creditor's Name
**20 Foothill Ct.**
**Danville, CA 94506**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 111 of 407

| 2.2 03 | **Dana Futoran** | | | | |
|---|---|---|---|---|---|
| | Priority Creditor's Name | Last 4 digits of account number ___ ___ ___ ___ | **$1,010.00** | **$1,010.00** | **$0.00** |
| | **661 Via Rialto** | | | | |
| | **Oakland, CA 94619** | When was the debt incurred? _____ | | | |
| | Number Street City State Zip Code | | | | |

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

| 2.2 04 | **Dana Johnston Marinovich & Erik Marinovi** | | | | |
|---|---|---|---|---|---|
| | Priority Creditor's Name | Last 4 digits of account number ___ ___ ___ ___ | **$1,720.00** | **$1,720.00** | **$0.00** |
| | **11 Colimbia Cir.** | | | | |
| | **Berkeley, CA 94708** | When was the debt incurred? _____ | | | |
| | Number Street City State Zip Code | | | | |

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

| 2.2 05 | **Danica Skibola & Brad Stevens** | | | | |
|---|---|---|---|---|---|
| | Priority Creditor's Name | Last 4 digits of account number ___ ___ ___ ___ | **$600.00** | **$600.00** | **$0.00** |
| | **7 Diaz Pl.** | | | | |
| | **Oakland, CA 94611** | When was the debt incurred? _____ | | | |
| | Number Street City State Zip Code | | | | |

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 112 of 407

| 2.2 06 | **Daniel Kokotov & Jungdae Kokotov** | | | | |
|---|---|---|---|---|---|
| | Priority Creditor's Name | Last 4 digits of account number _____ | $595.00 | $595.00 | $0.00 |
| | **720 San Carlos Ave.** | | | | |
| | **Albany, CA 94706** | When was the debt incurred? _____ | | | |
| | Number Street City State Zip Code | | | | |

**Who incurred the debt? Check one.**

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
□ Yes

**As of the date you file, the claim is:** Check all that apply
□ Contingent
□ Unliquidated
□ Disputed

**Type of PRIORITY unsecured claim:**
□ Domestic support obligations
□ Taxes and certain other debts you owe the government
□ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits and/or Payments for Children's Educational Programs**  **Deposits by individuals**

---

| 2.2 07 | **Daniela Mavrici and Francesco Pingitore** | | | | |
|---|---|---|---|---|---|
| | Priority Creditor's Name | Last 4 digits of account number 3105 | $0.00 | $0.00 | $0.00 |
| | **5831 Marshall St.** | | | | |
| | **Emeryville, CA 94608** | When was the debt incurred? _____ | | | |
| | Number Street City State Zip Code | | | | |

**Who incurred the debt? Check one.**

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
□ Yes

**As of the date you file, the claim is:** Check all that apply
□ Contingent
□ Unliquidated
□ Disputed

**Type of PRIORITY unsecured claim:**
□ Domestic support obligations
□ Taxes and certain other debts you owe the government
□ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**  **For Notice Purposes Only**

---

| 2.2 08 | **Danielle Corona & Michael Corona** | | | | |
|---|---|---|---|---|---|
| | Priority Creditor's Name | Last 4 digits of account number _____ | $58.00 | $58.00 | $0.00 |
| | **1564 Fell St.** | | | | |
| | **San Francisco, CA 94117** | When was the debt incurred? _____ | | | |
| | Number Street City State Zip Code | | | | |

**Who incurred the debt? Check one.**

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
□ Yes

**As of the date you file, the claim is:** Check all that apply
□ Contingent
□ Unliquidated
□ Disputed

**Type of PRIORITY unsecured claim:**
□ Domestic support obligations
□ Taxes and certain other debts you owe the government
□ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**  **Deposits and/or Payments for Children's Educational Programs**

Case: 21-40070   Doc# 1   Filed: 01/20/21   Entered: 01/20/21 14:46:39   Page 113 of 407

---

**2.2 09**

**Danielle Katz & Alex Katz**
Priority Creditor's Name
**5508 Merriewood Dr.**
**Oakland, CA 94611**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number _____          **$960.00**          **$960.00**          **$0.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☑ Other. Specify  **Deposits by individuals**
  **Deposits and/or Payments for Children's Educational Programs**

---

**2.2 10**

**Danielle Trimiew & Jason Trimiew**
Priority Creditor's Name
**1081 Hyde St.**
**San Leandro, CA 94577**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number _____          **$120.00**          **$120.00**          **$0.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☑ Other. Specify  **Deposits by individuals**
  **Deposits and/or Payments for Children's Educational Programs**

---

**2.2 11**

**Danny Pestal & Shaudi Bazzaz**
Priority Creditor's Name
**421 43rd St.**
**Oakland, CA 94609**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number _____          **$480.00**          **$480.00**          **$0.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☑ Other. Specify  **Deposits by individuals**
  **Deposits and/or Payments for Children's Educational Programs**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| | | | |
|---|---|---|---|
| **2.2 12** | **Daphne Trowbridge-Williams & Timothee Da** | | |

Last 4 digits of account number _____  $1,050.00  $1,050.00  $0.00

Priority Creditor's Name
**675 Arlington Ave.**
**Berkeley, CA 94707**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| | | | |
|---|---|---|---|
| **2.2 13** | **Dapo Agoro & Gloria Ng** | | |

Last 4 digits of account number _____  $300.00  $300.00  $0.00

Priority Creditor's Name
**835 58th St.**
**Oakland, CA 94608**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| | | | |
|---|---|---|---|
| **2.2 14** | **Darwin Paz & Helene Paz** | | |

Last 4 digits of account number _____  $26.70  $26.70  $0.00

Priority Creditor's Name
**22231 N. 6th St.**
**Castro Valley, CA 94546**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

Case: 21-40070  Doc# 1  Filed: 01/20/21  Entered: 01/20/21 14:46:39  Page 115 of 407

| 2.2 15 | | | |
|---|---|---|---|

**Dave Heimlicher**
Priority Creditor's Name
**760 Palmer Rd.**
**Walnut Creek, CA 94596**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **$51.78**    **$51.78**    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
           **Deposits and/or Payments for Children's Educational Programs**

---

| 2.2 16 | | | |
|---|---|---|---|

**David Chung & Bitnary Jeong**
Priority Creditor's Name
**306 Camino Arroyo E**
**Danville, CA 94506**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **$168.75**    **$168.75**    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
           **Deposits and/or Payments for Children's Educational Programs**

---

| 2.2 17 | | | |
|---|---|---|---|

**David Hudson & Sylvia Hudson**
Priority Creditor's Name
**1317 Noble Ct.**
**El Cerrito, CA 94530**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **$960.00**    **$960.00**    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
           **Deposits and/or Payments for Children's Educational Programs**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 116 of 407

| 2.2 18 | **David Reichmuth & Tracy Reichmuth** | | | |
|---|---|---|---|---|
| | Priority Creditor's Name | Last 4 digits of account number | **$1,655.00** | **$1,655.00** | **$0.00** |

**David Reichmuth & Tracy Reichmuth**
Priority Creditor's Name
**2278 Leimert Blvd.**
**Oakland, CA 94602**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number          **$1,655.00**     **$1,655.00**     **$0.00**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify    **Deposits by individuals**
                    **Deposits and/or Payments for Children's Educational Programs**

---

| 2.2 19 | | | | |
|---|---|---|---|---|

**David Salas & Tania Salas**
Priority Creditor's Name
**P.O. Box 2355**
**San Ramon, CA 94583**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number          **$168.75**     **$168.75**     **$0.00**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify    **Deposits by individuals**
                    **Deposits and/or Payments for Children's Educational Programs**

---

| 2.2 20 | | | | |
|---|---|---|---|---|

**David Surber & Lauren Adrover**
Priority Creditor's Name
**1069 Hubert Rd.**
**Oakland, CA 94610**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number          **$480.00**     **$480.00**     **$0.00**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify    **Deposits by individuals**
                    **Deposits and/or Payments for Children's Educational Programs**

| | | | | |
|---|---|---|---|---|
| 2.2 21 | **David White & Malikh Davis** | Last 4 digits of account number _____ | **$50.00** | **$50.00** | **$0.00** |

Priority Creditor's Name
**990 59th St.**
**Oakland, CA 94608**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| | | | | |
|---|---|---|---|---|
| 2.2 22 | **David Wilkie & Andi Wilkie** | Last 4 digits of account number _____ | **$505.00** | **$505.00** | **$0.00** |

Priority Creditor's Name
**474 Vermont Ave.**
**Berkeley, CA 94707**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| | | | | |
|---|---|---|---|---|
| 2.2 23 | **Davina Muldowney & Will Montogomery** | Last 4 digits of account number _____ | **$120.00** | **$120.00** | **$0.00** |

Priority Creditor's Name
**2116 Foothill Blvd. #2**
**Oakland, CA 94606**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

Case: 21-40070   Doc# 1   Filed: 01/20/21   Entered: 01/20/21 14:46:39   Page 118 of 407

| 2.2 24 | | Last 4 digits of account number _____ | $103.56 | $103.56 | $0.00 |

**Dawna Pirkle**
Priority Creditor's Name
**7 La Mesa Ln.**
**Walnut Creek, CA 94598**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify   **Deposits by individuals**
                   **Deposits and/or Payments for Children's**
                   **Educational Programs**

---

| 2.2 25 | | Last 4 digits of account number _____ | $2,720.00 | $2,720.00 | $0.00 |

**Deann Kennedy & Richard Kennedy**
Priority Creditor's Name
**6787 Armour Dr.**
**Oakland, CA 94611**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify   **Deposits by individuals**
                   **Deposits and/or Payments for Children's**
                   **Educational Programs**

---

| 2.2 26 | | Last 4 digits of account number _____ | $960.00 | $960.00 | $0.00 |

**Deborah Crawford & Jacob Crawford**
Priority Creditor's Name
**1324 Talbot Ave.**
**Berkeley, CA 94702**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify   **Deposits by individuals**
                   **Deposits and/or Payments for Children's**
                   **Educational Programs**

Case: 21-40070   Doc# 1   Filed: 01/20/21   Entered: 01/20/21 14:46:39   Page 119 of 407

---

**2.2 27**

**Debra Roisman & Dan Roisman**
Priority Creditor's Name
**649 65th St.**
**Oakland, CA 94609**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____      $480.00      $480.00      $0.00

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify  **Deposits by individuals**
  **Deposits and/or Payments for Children's**
  **Educational Programs**

---

**2.2 28**

**Deepta Doshi & Rajiv Doshi**
Priority Creditor's Name
**1817 School St.**
**Moraga, CA 94556**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____      $103.50      $103.50      $0.00

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify  **Deposits by individuals**
  **Deposits and/or Payments for Children's**
  **Educational Programs**

---

**2.2 29**

**Delwin Ng & Allison Cho**
Priority Creditor's Name
**6461 Colton Blvd.**
**Oakland, CA 94611**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____      $595.00      $595.00      $0.00

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify  **Deposits by individuals**
  **Deposits and/or Payments for Children's**
  **Educational Programs**

---

Case: 21-40070   Doc# 1   Filed: 01/20/21   Entered: 01/20/21 14:46:39   Page 120 of 407

| 2.2 30 | **Denis Green & Chris Mucha** | Last 4 digits of account number _____ | $480.00 | $480.00 | $0.00 |

Priority Creditor's Name
**3758 Victor Ave.**
**Oakland, CA 94619**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify   **Deposits by individuals**
                    **Deposits and/or Payments for Children's**
                    **Educational Programs**

---

| 2.2 31 | **Dennis Song & Elaine Song** | Last 4 digits of account number _____ | $600.00 | $600.00 | $0.00 |

Priority Creditor's Name
**26 Williams Dr.**
**Moraga, CA 94556**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify   **Deposits by individuals**
                    **Deposits and/or Payments for Children's**
                    **Educational Programs**

---

| 2.2 32 | **Devu Gandhi & Leigh Katcher** | Last 4 digits of account number _____ | $875.00 | $875.00 | $0.00 |

Priority Creditor's Name
**5573 Masonic Ave.**
**Oakland, CA 94618**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify   **Deposits by individuals**
                    **Deposits and/or Payments for Children's**
                    **Educational Programs**

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 121 of 407

| 2.2 33 | **Dhea Montegrande & Clarence Montegrande** | | | | |
|---|---|---|---|---|---|

**Dhea Montegrande & Clarence Montegrande**
Priority Creditor's Name
**1109 Morell Park Dr.**
**Martinez, CA 94553**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    **$57.00**    **$57.00**    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
 **Deposits and/or Payments for Children's Educational Programs**

---

| 2.2 34 | **Diana and Boris Sofman** | | | | |
|---|---|---|---|---|---|

**Diana and Boris Sofman**
Priority Creditor's Name
**924 Larkspur Rd.**
**Oakland, CA 94610**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number **9075**    **$0.00**    **$0.00**    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
 **For Notice Purposes Only**

---

| 2.2 35 | **Diana Pasquali & Greg Pasquali** | | | | |
|---|---|---|---|---|---|

**Diana Pasquali & Greg Pasquali**
Priority Creditor's Name
**5237 Lawton Ave.**
**Oakland, CA 94618**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    **$2,930.00**    **$2,930.00**    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
 **Deposits and/or Payments for Children's Educational Programs**

Case: 21-40070   Doc# 1   Filed: 01/20/21   Entered: 01/20/21 14:46:39   Page 122 of 407

| 2.2 36 | **Diane and Victor Peinado** | Last 4 digits of account number  7620 | $0.00 | $0.00 | $0.00 |

Priority Creditor's Name
**999 Jones St.**
**Berkeley, CA 94710**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify  **Deposits by individuals**
**For Notice Purposes Only**

---

| 2.2 37 | **Diane Grauer & Danny Nieder** | Last 4 digits of account number | $505.00 | $505.00 | $0.00 |

Priority Creditor's Name
**205 Laurel Ave.**
**Highland Park, IL 60035**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's**
**Educational Programs**

---

| 2.2 38 | **Diedre Poletiek & Todd Poletiek** | Last 4 digits of account number | $202.00 | $202.00 | $0.00 |

Priority Creditor's Name
**6893 Saroni Dr.**
**Oakland, CA 94611**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's**
**Educational Programs**

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 123 of 407

| 2.2 39 | **Digne Nahimana & Musa Mawanda** | | Last 4 digits of account number _____ | **$1,530.00** | **$1,530.00** | **$0.00** |
|---|---|---|---|---|---|---|

**Digne Nahimana & Musa Mawanda**
Priority Creditor's Name
**24729 Echo Springs Dr.**
**Hayward, CA 94541**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____
When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

| 2.2 40 | **Dominic Dambrosio & Sergie Auyoung** | | Last 4 digits of account number _____ | **$212.57** | **$212.57** | **$0.00** |
|---|---|---|---|---|---|---|

**Dominic Dambrosio & Sergie Auyoung**
Priority Creditor's Name
**4252 Lakeshore Ave.**
**Oakland, CA 94610**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____
When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

| 2.2 41 | **Donna Lee & Peter Wong** | | Last 4 digits of account number _____ | **$58.00** | **$58.00** | **$0.00** |
|---|---|---|---|---|---|---|

**Donna Lee & Peter Wong**
Priority Creditor's Name
**200 Euclid Ave.**
**San Francisco, CA 94118**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____
When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

Case: 21-40070   Doc# 1   Filed: 01/20/21   Entered: 01/20/21 14:46:39   Page 124 of 407

| 2.2 42 | **Doug Ng & Theo Posselt** | Last 4 digits of account number | **$1,140.00** | **$1,140.00** | **$0.00** |
|---|---|---|---|---|---|

Priority Creditor's Name
**2591 Hilgard Ave.**
**Berkeley, CA 94709**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
□ Yes

**As of the date you file, the claim is:** Check all that apply

□ Contingent
□ Unliquidated
□ Disputed

**Type of PRIORITY unsecured claim:**

□ Domestic support obligations
□ Taxes and certain other debts you owe the government
□ Claims for death or personal injury while you were intoxicated
■ Other. Specify    **Deposits by individuals**
            **Deposits and/or Payments for Children's**
            **Educational Programs**

---

| 2.2 43 | **Drew Amerson & Erin Amerson** | Last 4 digits of account number | **$505.00** | **$505.00** | **$0.00** |
|---|---|---|---|---|---|

Priority Creditor's Name
**436 60th St.**
**Oakland, CA 94609**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
□ Yes

**As of the date you file, the claim is:** Check all that apply

□ Contingent
□ Unliquidated
□ Disputed

**Type of PRIORITY unsecured claim:**

□ Domestic support obligations
□ Taxes and certain other debts you owe the government
□ Claims for death or personal injury while you were intoxicated
■ Other. Specify    **Deposits by individuals**
            **Deposits and/or Payments for Children's**
            **Educational Programs**

---

| 2.2 44 | **Earl Davis & Tarita Whittingham** | Last 4 digits of account number | **$315.00** | **$315.00** | **$0.00** |
|---|---|---|---|---|---|

Priority Creditor's Name
**3931 Malcolm Ave.**
**Oakland, CA 94605**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
□ Yes

**As of the date you file, the claim is:** Check all that apply

□ Contingent
□ Unliquidated
□ Disputed

**Type of PRIORITY unsecured claim:**

□ Domestic support obligations
□ Taxes and certain other debts you owe the government
□ Claims for death or personal injury while you were intoxicated
■ Other. Specify    **Deposits by individuals**
            **Deposits and/or Payments for Children's**
            **Educational Programs**

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 125 of
407

| 2.2 45 | **Ebony Manion & Raymond Manion** | | $480.00 | $480.00 | $0.00 |
|---|---|---|---|---|---|

Priority Creditor's Name
**5314 Belvedere St.**
**Oakland, CA 94602**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify    **Deposits by individuals**
                    **Deposits and/or Payments for Children's Educational Programs**

---

| 2.2 46 | **Ed Pan & Amelyn Ho** | | $112.50 | $112.50 | $0.00 |
|---|---|---|---|---|---|

Priority Creditor's Name
**208 Pinewood Ct.**
**Danville, CA 94506**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify    **Deposits by individuals**
                    **Deposits and/or Payments for Children's Educational Programs**

---

| 2.2 47 | **Edith Purcell & Peter Sabin** | | $860.00 | $860.00 | $0.00 |
|---|---|---|---|---|---|

Priority Creditor's Name
**1250 Campus Dr.**
**Berkeley, CA 94708**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify    **Deposits by individuals**
                    **Deposits and/or Payments for Children's Educational Programs**

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 126 of 407

| 2.2 48 | **Ei-Lun Tsai and Kirk Yokomizo** | Last 4 digits of account number | 9824 | $0.00 | $0.00 | $0.00 |
|---|---|---|---|---|---|---|

Priority Creditor's Name
**6115 Skyline Blvd.**
**Oakland, CA 94611**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify   **Deposits by individuals**
**For Notice Purposes Only**

---

| 2.2 49 | **Eileen Kim & James Brown** | Last 4 digits of account number | | $1,200.00 | $1,200.00 | $0.00 |
|---|---|---|---|---|---|---|

Priority Creditor's Name
**8619 Arbor Dr.**
**El Cerrito, CA 94530**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's**
**Educational Programs**

---

| 2.2 50 | **Elaine Minton & Michael Letson** | Last 4 digits of account number | | $480.00 | $480.00 | $0.00 |
|---|---|---|---|---|---|---|

Priority Creditor's Name
**6205 Harwood Ave.**
**Oakland, CA 94618**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's**
**Educational Programs**

Case: 21-40070   Doc# 1   Filed: 01/20/21   Entered: 01/20/21 14:46:39   Page 127 of
407

| 2.2 51 | **Elana Schuldt & Eli Schuldt** | Last 4 digits of account number | | $480.00 | $480.00 | $0.00 |

Priority Creditor's Name
**345 Hampton Rd.**
**Piedmont, CA 94611**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's**
**Educational Programs**

---

| 2.2 52 | **Elana Silver & Charlie Silver** | Last 4 digits of account number | | $480.00 | $480.00 | $0.00 |

Priority Creditor's Name
**11200 Sun Valley Dr.**
**Oakland, CA 94605**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's**
**Educational Programs**

---

| 2.2 53 | **Eleanor Wheeler & Tim Wheeler** | Last 4 digits of account number | | $960.00 | $960.00 | $0.00 |

Priority Creditor's Name
**1547 Solitude Ln.**
**El Sobrante, CA 94803**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's**
**Educational Programs**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| 2.2 54 | **Eleese Meschery & Matthew Meschery** | Last 4 digits of account number | $129.17 | $129.17 | $0.00 |

Priority Creditor's Name
**3741 Ardley Ave**
**Oakland, CA 94602**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
                  **Deposits and/or Payments for Children's**
                  **Educational Programs**

---

| 2.2 55 | **Elena Geels & John Burbridge** | Last 4 digits of account number | $202.00 | $202.00 | $0.00 |

Priority Creditor's Name
**4121 Harbor View Ave.**
**Oakland, CA 94619**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
                  **Deposits and/or Payments for Children's**
                  **Educational Programs**

---

| 2.2 56 | **Elena Holsman & Trent Holsman** | Last 4 digits of account number | $217.60 | $217.60 | $0.00 |

Priority Creditor's Name
**119 Beechwood Dr.**
**Oakland, CA 94618**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
                  **Deposits and/or Payments for Children's**
                  **Educational Programs**

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 129 of 407

| 2.2 57 | **Eli Groban & Kim Parker** | Last 4 digits of account number _____ | $116.00 | $116.00 | $0.00 |
| --- | --- | --- | --- | --- | --- |

Priority Creditor's Name

**1700 Broadway #305**
**San Francisco, CA 94109**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**

- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☑ Other. Specify   **Deposits by individuals** _____
  **Deposits and/or Payments for Children's Educational Programs**

---

| 2.2 58 | **Elina Mnatsakanova** | Last 4 digits of account number _____ | $58.00 | $58.00 | $0.00 |
| --- | --- | --- | --- | --- | --- |

Priority Creditor's Name

**1101 Howard St. #205**
**San Francisco, CA 94403**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**

- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☑ Other. Specify   **Deposits by individuals** _____
  **Deposits and/or Payments for Children's Educational Programs**

---

| 2.2 59 | **Elisabeth Hawley** | Last 4 digits of account number _____ | $960.00 | $960.00 | $0.00 |
| --- | --- | --- | --- | --- | --- |

Priority Creditor's Name

**316 Pomona Ave.**
**El Cerrito, CA 94530**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**

- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☑ Other. Specify   **Deposits by individuals** _____
  **Deposits and/or Payments for Children's Educational Programs**

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 130 of 407

| 2.2 60 | **Elissa Buchanan & Blake Von Knopka** | Last 4 digits of account number | **$1,290.00** | **$1,290.00** | **$0.00** |

Priority Creditor's Name
**1523 Francisco St.**
**Berkeley, CA 94703**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**

- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ■ Other. Specify  **Deposits by individuals**
  **Deposits and/or Payments for Children's Educational Programs**

---

| 2.2 61 | **Eliza Khuner & Harry Kao** | Last 4 digits of account number | **$2,580.00** | **$2,580.00** | **$0.00** |

Priority Creditor's Name
**1936 Deaware St**
**Berkeley, CA 94709**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**

- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ■ Other. Specify  **Deposits by individuals**
  **Deposits and/or Payments for Children's Educational Programs**

---

| 2.2 62 | **Elizabeth Deluca & Darrow Deluca** | Last 4 digits of account number | **$505.00** | **$505.00** | **$0.00** |

Priority Creditor's Name
**4950 Manila Ave.**
**Oakland, CA 94609**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**

- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ■ Other. Specify  **Deposits by individuals**
  **Deposits and/or Payments for Children's Educational Programs**

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 131 of 407

| | 2.2 63 | **Elizabeth Jones & Ben Jones** | | | Last 4 digits of account number | | **$5,330.00** | **$3,025.00** | **$2,305.00** |

**Elizabeth Jones & Ben Jones**
Priority Creditor's Name
**5016 Cochrane Ave.**
**Oakland, CA 94618**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____   **$5,330.00**  **$3,025.00**  **$2,305.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| | 2.2 64 | **Elizabeth Linos & Georgios Mitselos** | | | Last 4 digits of account number | | **$2,364.17** | **$2,364.17** | **$0.00** |

**Elizabeth Linos & Georgios Mitselos**
Priority Creditor's Name
**1187 66th St.**
**Oakland, CA 94608**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____   **$2,364.17**  **$2,364.17**  **$0.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| | 2.2 65 | **Elizabeth Monroe & J.Ben Monroe** | | | Last 4 digits of account number | | **$910.00** | **$910.00** | **$0.00** |

**Elizabeth Monroe & J.Ben Monroe**
Priority Creditor's Name
**830 Kenyon Ave.**
**San Leandro, CA 94577**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____   **$910.00**  **$910.00**  **$0.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 132 of 407

| 2.2 66 | Elizabeth Nichols & Samuel Nichols | | | |
|---|---|---|---|---|
| | Priority Creditor's Name | Last 4 digits of account number _____ | $1,072.57 | $1,072.57 | $0.00 |
| | **801 Calmer Ave.** **Oakland, CA 94610** | When was the debt incurred? _____ | | | |
| | Number Street City State Zip Code | | | | |

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Contingent
☐ Debtor 2 only
☐ Unliquidated
☐ Debtor 1 and Debtor 2 only
☐ Disputed
☐ At least one of the debtors and another

**Type of PRIORITY unsecured claim:**
☐ Check if this claim is for a community debt

☐ Domestic support obligations

**Is the claim subject to offset?**
☐ Taxes and certain other debts you owe the government

■ No
☐ Claims for death or personal injury while you were intoxicated
☐ Yes

■ Other. Specify   **Deposits by individuals**
                   **Deposits and/or Payments for Children's**
                   **Educational Programs**

---

| 2.2 67 | Ellen Veomett & Aaron Rappaport | | | |
|---|---|---|---|---|
| | Priority Creditor's Name | Last 4 digits of account number _____ | $570.00 | $570.00 | $0.00 |
| | **2814 Prince St.** **Berkeley, CA 94705** | When was the debt incurred? _____ | | | |
| | Number Street City State Zip Code | | | | |

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Contingent
☐ Debtor 2 only
☐ Unliquidated
☐ Debtor 1 and Debtor 2 only
☐ Disputed
☐ At least one of the debtors and another

**Type of PRIORITY unsecured claim:**
☐ Check if this claim is for a community debt

☐ Domestic support obligations

**Is the claim subject to offset?**
☐ Taxes and certain other debts you owe the government

■ No
☐ Claims for death or personal injury while you were intoxicated
☐ Yes

■ Other. Specify   **Deposits by individuals**
                   **Deposits and/or Payments for Children's**
                   **Educational Programs**

---

| 2.2 68 | Elveera Rebello & Ryan Mascarenhas | | | |
|---|---|---|---|---|
| | Priority Creditor's Name | Last 4 digits of account number _____ | $58.00 | $58.00 | $0.00 |
| | **3 Bayside Village Pl.** **San Francisco, CA 94107** | When was the debt incurred? _____ | | | |
| | Number Street City State Zip Code | | | | |

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Contingent
☐ Debtor 2 only
☐ Unliquidated
☐ Debtor 1 and Debtor 2 only
☐ Disputed
☐ At least one of the debtors and another

**Type of PRIORITY unsecured claim:**
☐ Check if this claim is for a  community debt

☐ Domestic support obligations

**Is the claim subject to offset?**
☐ Taxes and certain other debts you owe the government

■ No
☐ Claims for death or personal injury while you were intoxicated
☐ Yes

■ Other. Specify   **Deposits by individuals**
                   **Deposits and/or Payments for Children's**
                   **Educational Programs**

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 133 of 407

| 2.2 69 | **Elyse Gilbert & Gregory Sherman** | Last 4 digits of account number | **$1,105.00** | **$1,105.00** | **$0.00** |
| --- | --- | --- | --- | --- | --- |

Priority Creditor's Name
**353 Athol Ave.**
**Oakland, CA 94606**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt? Check one.**

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Contingent

☐ Debtor 2 only
☐ Unliquidated

☐ Debtor 1 and Debtor 2 only
☐ Disputed

☐ At least one of the debtors and another
**Type of PRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**
☐ Domestic support obligations

**Is the claim subject to offset?**
☐ Taxes and certain other debts you owe the government

■ No
☐ Claims for death or personal injury while you were intoxicated

☐ Yes
■ Other. Specify  **Deposits by individuals**
  **Deposits and/or Payments for Children's**
  **Educational Programs**

---

| 2.2 70 | **Emily Anderson** | Last 4 digits of account number | **$960.00** | **$960.00** | **$0.00** |
| --- | --- | --- | --- | --- | --- |

Priority Creditor's Name
**3748 Virden Ave**
**Oakland, CA 94619**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt? Check one.**

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Contingent

☐ Debtor 2 only
☐ Unliquidated

☐ Debtor 1 and Debtor 2 only
☐ Disputed

☐ At least one of the debtors and another
**Type of PRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**
☐ Domestic support obligations

**Is the claim subject to offset?**
☐ Taxes and certain other debts you owe the government

■ No
☐ Claims for death or personal injury while you were intoxicated

☐ Yes
■ Other. Specify  **Deposits by individuals**
  **Deposits and/or Payments for Children's**
  **Educational Programs**

---

| 2.2 71 | **Emily Banwell Lagrone** | Last 4 digits of account number | **$212.57** | **$212.57** | **$0.00** |
| --- | --- | --- | --- | --- | --- |

Priority Creditor's Name
**1133 Norwood Ave.**
**Oakland, CA 94610**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt? Check one.**

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Contingent

☐ Debtor 2 only
☐ Unliquidated

☐ Debtor 1 and Debtor 2 only
☐ Disputed

☐ At least one of the debtors and another
**Type of PRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**
☐ Domestic support obligations

**Is the claim subject to offset?**
☐ Taxes and certain other debts you owe the government

■ No
☐ Claims for death or personal injury while you were intoxicated

☐ Yes
■ Other. Specify  **Deposits by individuals**
  **Deposits and/or Payments for Children's**
  **Educational Programs**

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 134 of
407

| 2.2 72 | **Emily Burton & Matt Burton** | Last 4 digits of account number ____ ____ | $600.00 | $600.00 | $0.00 |

Priority Creditor's Name
**718 Carmel Ave.**
**Albany, CA 94706**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify   **Deposits by individuals**
                        **Deposits and/or Payments for Children's Educational Programs**

---

| 2.2 73 | **Emily Caro-Bruce & Jason Disterhoft** | Last 4 digits of account number ____ ____ | $455.00 | $455.00 | $0.00 |

Priority Creditor's Name
**1244 Dartmouth St.**
**Albany, CA 94706**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify   **Deposits by individuals**
                        **Deposits and/or Payments for Children's Educational Programs**

---

| 2.2 74 | **Emily Epstein & Andrew Perkins** | Last 4 digits of account number ____ ____ | $129.17 | $129.17 | $0.00 |

Priority Creditor's Name
**123 Fairlawn Dr.**
**Berkeley, CA 94708**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify   **Deposits by individuals**
                        **Deposits and/or Payments for Children's Educational Programs**

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 135 of 407

| 2.2 75 | **Emily Fox & Steve Ratcliff** | | Last 4 digits of account number _____ | $520.00 | $520.00 | $0.00 |
|---|---|---|---|---|---|---|

Priority Creditor's Name
**883 57th St.**
**Oakland, CA 94608**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify   **Deposits by individuals**
                   **Deposits and/or Payments for Children's**
                   **Educational Programs**

---

| 2.2 76 | **Emily Kokernak & David Boardman** | | Last 4 digits of account number _____ | $129.17 | $129.17 | $0.00 |
|---|---|---|---|---|---|---|

Priority Creditor's Name
**1224 59th St.**
**Oakland, CA 94608**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify   **Deposits by individuals**
                   **Deposits and/or Payments for Children's**
                   **Educational Programs**

---

| 2.2 77 | **Emily O'Brien & Chris Rauen** | | Last 4 digits of account number _____ | $510.00 | $510.00 | $0.00 |
|---|---|---|---|---|---|---|

Priority Creditor's Name
**1015 Mariposa Ave.**
**Berkeley, CA 94707**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify   **Deposits by individuals**
                   **Deposits and/or Payments for Children's**
                   **Educational Programs**

Case: 21-40070   Doc# 1   Filed: 01/20/21   Entered: 01/20/21 14:46:39   Page 136 of 407

| 2.2 78 | **Emily Rancer & Tanya Danel** | Last 4 digits of account number | | $240.00 | $240.00 | $0.00 |
|---|---|---|---|---|---|---|

Priority Creditor's Name
**7227 Plank Ave.**
**El Cerrito, CA 94530**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify    **Deposits by individuals**
**Deposits and/or Payments for Children's**
**Educational Programs**

| 2.2 79 | **Emily Shearon  & Matthew Shearon** | Last 4 digits of account number | | $480.00 | $480.00 | $0.00 |
|---|---|---|---|---|---|---|

Priority Creditor's Name
**6207 Manoa St.**
**Oakland, CA 94618**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify    **Deposits by individuals**
**Deposits and/or Payments for Children's**
**Educational Programs**

| 2.2 80 | **Emma Cott & Robert Lewis** | Last 4 digits of account number | | $1,610.00 | $1,610.00 | $0.00 |
|---|---|---|---|---|---|---|

Priority Creditor's Name
**3140 Eton Ave.**
**Berkeley, CA 94705**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify    **Deposits by individuals**
**Deposits and/or Payments for Children's**
**Educational Programs**

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 137 of
407

| 2.2 81 | **Employment Development Department** | | | |
|---|---|---|---|---|
| | Priority Creditor's Name | Last 4 digits of account number _____ | **$0.00** | **$0.00** | **$0.00** |

**Employment Development Department**
Priority Creditor's Name
**State of California**
**Bankruptcy Unit - MIC 92E**
**P.O. Box 826880**
**Sacramento, CA 94280**
Number Street City State Zip Code

Last 4 digits of account number _____   **$0.00**   **$0.00**   **$0.00**

When was the debt incurred? _____

Who incurred the debt? Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**For Notice Purposes Only**

---

2.2 82   **Enlai Chen**
Priority Creditor's Name
**339 Broadway #119**
**Alameda, CA 94501**
Number Street City State Zip Code

Last 4 digits of account number _____   **$284.06**   **$284.06**   **$0.00**

When was the debt incurred? _____

Who incurred the debt? Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

2.2 83   **Eric Houssels & Kathleen Houssels**
Priority Creditor's Name
**196 Estates Dr.**
**Danville, CA 94526**
Number Street City State Zip Code

Last 4 digits of account number _____   **$55.00**   **$55.00**   **$0.00**

When was the debt incurred? _____

Who incurred the debt? Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

Case: 21-40070   Doc# 1   Filed: 01/20/21   Entered: 01/20/21 14:46:39   Page 138 of 407

| | | | |
|---|---|---|---|
| **2.2 84** | **Eric Kofoed & Farida Jhabvala Romero** | | |

Priority Creditor's Name

**3122 Guido St.**
**Oakland, CA 94602**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____     **$2,210.00**     **$2,210.00**     **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals** _____
**Deposits and/or Payments for Children's Educational Programs**

---

| | | |
|---|---|---|
| **2.2 85** | **Eric Steuer** | |

Priority Creditor's Name

**1 Parrot Ct.**
**Walnut Creek, CA 94596**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____     **$51.78**     **$51.78**     **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals** _____
**Deposits and/or Payments for Children's Educational Programs**

---

| | | |
|---|---|---|
| **2.2 86** | **Erica Garber & Brian Garber** | |

Priority Creditor's Name

**5406 Brookdale Ave.**
**Oakland, CA 94619**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____     **$480.00**     **$480.00**     **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals** _____
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.2 87 | **Erica Loh Jones & Corey Jones** | Last 4 digits of account number _____ | $505.00 | $505.00 | $0.00 |

Priority Creditor's Name
**4891 Geranium Pl.**
**Oakland, CA 94619**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
_____
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.2 88 | **Erica Spotswood & Leonid Sheps** | Last 4 digits of account number _____ | $1,705.00 | $1,705.00 | $0.00 |

Priority Creditor's Name
**5407 Brann St.**
**Oakland, CA 94619**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
_____
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.2 89 | **Ericha Mondesir & Wiener Mondesir** | Last 4 digits of account number _____ | $520.00 | $520.00 | $0.00 |

Priority Creditor's Name
**438 Elysian Fields Dr.**
**Oakland, CA 94605**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
_____
**Deposits and/or Payments for Children's Educational Programs**

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 140 of 407

**2.2 90**

**Erika Cohen & Kevin Cohen**
Priority Creditor's Name
**21 Crest Ct.**
**Alamo, CA 94507**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____    $206.29    $206.29    $0.00

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify   **Deposits by individuals**
                    **Deposits and/or Payments for Children's**
                    **Educational Programs**

---

**2.2 91**

**Erika Hillsman & Bram Hillsman**
Priority Creditor's Name
**3900 Magee Ave.**
**Oakland, CA 94619**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____    $600.00    $600.00    $0.00

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify   **Deposits by individuals**
                    **Deposits and/or Payments for Children's**
                    **Educational Programs**

---

**2.2 92**

**Erin Barth & Doug Barth**
Priority Creditor's Name
**1515 Camino Peral #C**
**Moraga, CA 94556**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____    $103.50    $103.50    $0.00

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify   **Deposits by individuals**
                    **Deposits and/or Payments for Children's**
                    **Educational Programs**

---

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 141 of
407

| | | | |
|---|---|---|---|
| **2.2 93** | | | |

**Erin Beach & Chris Kraeuter**
Priority Creditor's Name
**775 Creston Rd.**
**Berkeley, CA 94708**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____            $960.00          $960.00          $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
                   **Deposits and/or Payments for Children's**
                   **Educational Programs**

---

| | | | |
|---|---|---|---|
| **2.2 94** | | | |

**Erin Carr & Amelia Carr**
Priority Creditor's Name
**7740 Crest Ave.**
**Oakland, CA 94605**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____            $920.00          $920.00          $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
                   **Deposits and/or Payments for Children's**
                   **Educational Programs**

---

| | | | |
|---|---|---|---|
| **2.2 95** | | | |

**Erin Fredin & Brian Fredin**
Priority Creditor's Name
**4745 El Centro Ave.**
**Oakland, CA 94602**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____            $315.00          $315.00          $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
                   **Deposits and/or Payments for Children's**
                   **Educational Programs**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| | |
|---|---|

**2.2 96**

**Erin Kennedy & Brian Kennedy**
Priority Creditor's Name
**1349 Barrows Rd.**
**Oakland, CA 94610**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____      **$480.00**      **$480.00**      **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

**2.2 97**

**Erin Murphy & Jeremy Tinker**
Priority Creditor's Name
**237 Thompson St. #8D**
**New York, NY 10012**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____      **$1,920.00**      **$1,920.00**      **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

**2.2 98**

**Erin Rich & David Rich**
Priority Creditor's Name
**6450 Regent St.**
**Oakland, CA 94618**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____      **$985.00**      **$985.00**      **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

Case: 21-40070   Doc# 1   Filed: 01/20/21   Entered: 01/20/21 14:46:39   Page 143 of 407

| | | | |
|---|---|---|---|
| 2.2 99 | | | |

**Estee Eliasoph & Judd Eliasoph**
Priority Creditor's Name
**333 Florence Ave.**
**Oakland, CA 94618**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    $525.00    $525.00    $0.00

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| | |
|---|---|
| 2.3 00 | |

**Esti Feller & Matthew Schmid**
Priority Creditor's Name
**652 Norvell St.**
**El Cerrito, CA 94530**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    $780.00    $780.00    $0.00

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| | |
|---|---|
| 2.3 01 | |

**Eugenia Gratto & Paul Edmonson**
Priority Creditor's Name
**622 Calmar Ave**
**Oakland, CA 94610**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    $737.92    $737.92    $0.00

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

Case: 21-40070   Doc# 1   Filed: 01/20/21   Entered: 01/20/21 14:46:39   Page 144 of 407

| 2.3 02 | **Evelyn Chan & Nik Carlson** | Last 4 digits of account number ___ ___ ___ ___ | $420.00 | $420.00 | $0.00 |

Priority Creditor's Name
**6028 Harwood Ave.**
**Oakland, CA 94618**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.3 03 | **Eylon Caspi & Denise Lai** | Last 4 digits of account number ___ ___ ___ ___ | $1,970.00 | $1,970.00 | $0.00 |

Priority Creditor's Name
**3055 Shattuck Ave. #A**
**Berkeley, CA 94705**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.3 04 | **Fannie Lee** | Last 4 digits of account number ___ ___ ___ ___ | $284.06 | $284.06 | $0.00 |

Priority Creditor's Name
**1033 Lewelling Ct.**
**Alameda, CA 94501**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

Case: 21-40070   Doc# 1   Filed: 01/20/21   Entered: 01/20/21 14:46:39   Page 145 of 407

| 2.3 05 | **Fei Xu** | Last 4 digits of account number | | $455.00 | $455.00 | $0.00 |

Priority Creditor's Name
**913 Adams St. #B**
**Albany, CA 94706**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify    **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.3 06 | **Fleurice Monticillo** | Last 4 digits of account number | | $240.00 | $240.00 | $0.00 |

Priority Creditor's Name
**318 Spear St. #8F**
**San Francisco, CA 94105**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify    **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.3 07 | **Flora Spicer Szilagyi & Mark Youakim** | Last 4 digits of account number | | $103.50 | $103.50 | $0.00 |

Priority Creditor's Name
**187 Meadowlark Way**
**Hercules, CA 94547**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify    **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

| 2.3 08 | **Frances Ho & Jeffrey Simms** | Last 4 digits of account number _____ | **$960.00** | **$960.00** | **$0.00** |

Priority Creditor's Name
**1915 Milvia St.**
**Berkeley, CA 94704**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☑ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's**
**Educational Programs**

---

| 2.3 09 | **Francesca Brown & Carey Brown** | Last 4 digits of account number _____ | **$480.00** | **$480.00** | **$0.00** |

Priority Creditor's Name
**6378 Ascot Dr.**
**Oakland, CA 94611**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☑ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's**
**Educational Programs**

---

| 2.3 10 | **Franchise Tax Board** | Last 4 digits of account number _____ | **$0.00** | **$0.00** | **$0.00** |

Priority Creditor's Name
**Bankruptcy Section, MS A-340**
**P.O. Box 2952**
**Sacramento, CA 95812-2952**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☑ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

**For Notice Purposes Only**

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 147 of
407

| 2.3 11 | **Franz Nicolay & Maria Sonevytsky** | Last 4 digits of account number | $505.00 | $505.00 | $0.00 |

Priority Creditor's Name
**2105 California St.**
**Berkeley, CA 94703**
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Contingent
☐ Debtor 2 only
☐ Unliquidated
☐ Debtor 1 and Debtor 2 only
☐ Disputed
☐ At least one of the debtors and another

Type of PRIORITY unsecured claim:

☐ Check if this claim is for a community debt
☐ Domestic support obligations

Is the claim subject to offset?
☐ Taxes and certain other debts you owe the government

■ No
☐ Claims for death or personal injury while you were intoxicated
☐ Yes

■ Other. Specify   **Deposits by individuals**
    **Deposits and/or Payments for Children's Educational Programs**

---

| 2.3 12 | **Fritz Muegenburg & Alison Woolf** | Last 4 digits of account number | $650.00 | $650.00 | $0.00 |

Priority Creditor's Name
**3882 Shafter Ave.**
**Oakland, CA 94609**
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Contingent
☐ Debtor 2 only
☐ Unliquidated
☐ Debtor 1 and Debtor 2 only
☐ Disputed
☐ At least one of the debtors and another

Type of PRIORITY unsecured claim:

☐ Check if this claim is for a community debt
☐ Domestic support obligations

Is the claim subject to offset?
☐ Taxes and certain other debts you owe the government

■ No
☐ Claims for death or personal injury while you were intoxicated
☐ Yes

■ Other. Specify   **Deposits by individuals**
    **Deposits and/or Payments for Children's Educational Programs**

---

| 2.3 13 | **Gabby Turner & Andres Turner** | Last 4 digits of account number | $692.92 | $692.92 | $0.00 |

Priority Creditor's Name
**1008 Trestle Glen Rd.**
**Oakland, CA 94610**
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Contingent
☐ Debtor 2 only
☐ Unliquidated
☐ Debtor 1 and Debtor 2 only
☐ Disputed
☐ At least one of the debtors and another

Type of PRIORITY unsecured claim:

☐ Check if this claim is for a community debt
☐ Domestic support obligations

Is the claim subject to offset?
☐ Taxes and certain other debts you owe the government

■ No
☐ Claims for death or personal injury while you were intoxicated
☐ Yes

■ Other. Specify   **Deposits by individuals**
    **Deposits and/or Payments for Children's Educational Programs**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| 2.3 14 | **Gabriela Kahl & Nicholas Kahl** | Last 4 digits of account number _____ | $555.00 | $555.00 | $0.00 |

Priority Creditor's Name
**7356 Circle Hill Dr.**
**Oakland, CA 94605**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
 **Deposits and/or Payments for Children's Educational Programs**

---

| 2.3 15 | **Gabriela Markette & Paul Markette** | Last 4 digits of account number _____ | $50.00 | $50.00 | $0.00 |

Priority Creditor's Name
**4022 Huntington St.**
**Oakland, CA 94619**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
 **Deposits and/or Payments for Children's Educational Programs**

---

| 2.3 16 | **Gaile Suarez & Edwin Suarez** | Last 4 digits of account number _____ | $57.00 | $57.00 | $0.00 |

Priority Creditor's Name
**125 St Pierre Way**
**Martinez, CA 94553**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
 **Deposits and/or Payments for Children's Educational Programs**

Case: 21-40070   Doc# 1   Filed: 01/20/21   Entered: 01/20/21 14:46:39   Page 149 of 407

| | | | | |
|---|---|---|---|---|
| **2.3 17** | **Gautam Borooah & Sigi Nacson** | Last 4 digits of account number _____ | $505.00 | $505.00 | $0.00 |

Priority Creditor's Name
**5333 James Ave.**
**Oakland, CA 94618**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

When was the debt incurred? _____

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Is the claim subject to offset?**

■ No
☐ Yes

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| | | | | |
|---|---|---|---|---|
| **2.3 18** | **Genesis Prado** | Last 4 digits of account number _____ | $26.70 | $26.70 | $0.00 |

Priority Creditor's Name
**17994 Mayflower Dr.**
**Castro Valley, CA 94546**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

When was the debt incurred? _____

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Is the claim subject to offset?**

■ No
☐ Yes

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| | | | | |
|---|---|---|---|---|
| **2.3 19** | **Genevieve Frisch & Ruben Jackson** | Last 4 digits of account number _____ | $930.00 | $930.00 | $0.00 |

Priority Creditor's Name
**1639 63rd St.**
**Berkeley, CA 94703**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

When was the debt incurred? _____

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Is the claim subject to offset?**

■ No
☐ Yes

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 150 of 407

---

| 2.3 20 | **Geri Landman & Zach Landman** | Last 4 digits of account number _____ | $202.00 | $202.00 | $0.00 |

Priority Creditor's Name
**6501 Pine Needle Dr.**
**Oakland, CA 94618**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Debtor 1 only
☐ Unliquidated

☐ Debtor 2 only
☐ Disputed

☐ Debtor 1 and Debtor 2 only

**Type of PRIORITY unsecured claim:**

☐ At least one of the debtors and another
☐ Domestic support obligations

☐ **Check if this claim is for a community debt**
☐ Taxes and certain other debts you owe the government

**Is the claim subject to offset?**
☐ Claims for death or personal injury while you were intoxicated

■ No
■ Other. Specify   **Deposits by individuals**

☐ Yes
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.3 21 | **Giancarlo Foppiano & Connie Foppiano** | Last 4 digits of account number _____ | $58.00 | $58.00 | $0.00 |

Priority Creditor's Name
**2449 Lake St.**
**San Francisco, CA 94121**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Debtor 1 only
☐ Unliquidated

☐ Debtor 2 only
☐ Disputed

☐ Debtor 1 and Debtor 2 only

**Type of PRIORITY unsecured claim:**

☐ At least one of the debtors and another
☐ Domestic support obligations

☐ **Check if this claim is for a community debt**
☐ Taxes and certain other debts you owe the government

**Is the claim subject to offset?**
☐ Claims for death or personal injury while you were intoxicated

■ No
■ Other. Specify   **Deposits by individuals**

☐ Yes
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.3 22 | **Gina Campbell & David Campbell** | Last 4 digits of account number _____ | $430.00 | $430.00 | $0.00 |

Priority Creditor's Name
**24 Farallon Ct.**
**Richmond, CA 94804**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Debtor 1 only
☐ Unliquidated

☐ Debtor 2 only
☐ Disputed

☐ Debtor 1 and Debtor 2 only

**Type of PRIORITY unsecured claim:**

☐ At least one of the debtors and another
☐ Domestic support obligations

☐ **Check if this claim is for a community debt**
☐ Taxes and certain other debts you owe the government

**Is the claim subject to offset?**
☐ Claims for death or personal injury while you were intoxicated

■ No
■ Other. Specify   **Deposits by individuals**

☐ Yes
**Deposits and/or Payments for Children's Educational Programs**

---

Case: 21-40070   Doc# 1   Filed: 01/20/21   Entered: 01/20/21 14:46:39   Page 151 of 407

| 2.3 23 | **Gina Cibuzar & Greg Cibuzar** | Last 4 digits of account number ____ ____ ____ ____ | **$58.00** | **$58.00** | **$0.00** |

**Gina Cibuzar & Greg Cibuzar**
Priority Creditor's Name
**1522 Mason St.**
**San Francisco, CA 94133**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.3 24 | **Gina Cook & James Cook** | Last 4 digits of account number ____ ____ ____ ____ | **$3,300.00** | **$3,025.00** | **$275.00** |

**Gina Cook & James Cook**
Priority Creditor's Name
**1079 Euclid Ave.**
**Berkeley, CA 94708**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.3 25 | **Gina Morris & Jason Morris** | Last 4 digits of account number ____ ____ ____ ____ | **$480.00** | **$480.00** | **$0.00** |

**Gina Morris & Jason Morris**
Priority Creditor's Name
**1821 Carleton St.**
**Berkeley, CA 94703**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| 2.3 26 | **Gina Taber & Mike Taber** | Last 4 digits of account number | | $103.50 | $103.50 | $0.00 |

Priority Creditor's Name
**1382 Camino Peral**
**Moraga, CA 94556**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ■ Other. Specify  **Deposits by individuals**
  **Deposits and/or Payments for Children's Educational Programs**

---

| 2.3 27 | **Gina Wong Moe & Jeremy Moe** | Last 4 digits of account number | | $57.00 | $57.00 | $0.00 |

Priority Creditor's Name
**523 Ross Cir.**
**Martinez, CA 94553**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ■ Other. Specify  **Deposits by individuals**
  **Deposits and/or Payments for Children's Educational Programs**

---

| 2.3 28 | **Giovanna Blackstone Keren & Roy Keren** | Last 4 digits of account number | | $860.00 | $860.00 | $0.00 |

Priority Creditor's Name
**1857 Magellan Dr.**
**Oakland, CA 94611**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ■ Other. Specify  **Deposits by individuals**
  **Deposits and/or Payments for Children's Educational Programs**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| 2.3 29 | **Glenn Chen & Melissa Chen** | Last 4 digits of account number _____ | $730.00 | $730.00 | $0.00 |

Priority Creditor's Name
**6301 Roanoke Rd.**
**Oakland, CA 94618**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify **Deposits by individuals**
**Deposits and/or Payments for Children's**
**Educational Programs**

---

| 2.3 30 | **Glenn Matsuhara & Terry Dela Cruz** | Last 4 digits of account number _____ | $58.00 | $58.00 | $0.00 |

Priority Creditor's Name
**29 Merrill Cir. South**
**Moraga, CA 94556**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify **Deposits by individuals**
**Deposits and/or Payments for Children's**
**Educational Programs**

---

| 2.3 31 | **Gloria Bruce & Wendy Seider** | Last 4 digits of account number _____ | $1,357.60 | $1,357.60 | $0.00 |

Priority Creditor's Name
**431 38th St.**
**Oakland, CA 94609**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify **Deposits by individuals**
**Deposits and/or Payments for Children's**
**Educational Programs**

Case: 21-40070   Doc# 1   Filed: 01/20/21   Entered: 01/20/21 14:46:39   Page 154 of 407

| 2.3 32 | | | | |
|---|---|---|---|---|

**Grace Ramos**
Priority Creditor's Name
**3615 Juniper St.**
**Castro Valley, CA 94546**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____     **$53.40**     **$53.40**     **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of PRIORITY unsecured claim:

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.3 33 | | | | |
|---|---|---|---|---|

**Grace Tabada & Warren Tabada**
Priority Creditor's Name
**2430 Maho Bay Circle**
**Pittsburg, CA 94565**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____     **$284.06**     **$284.06**     **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of PRIORITY unsecured claim:

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.3 34 | | | | |
|---|---|---|---|---|

**Grace Telcs & Scott Siera**
Priority Creditor's Name
**4165 Whittle Ave.**
**Oakland, CA 94602**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____     **$3,300.00**     **$3,025.00**     **$275.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of PRIORITY unsecured claim:

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 155 of 407

| 2.3 35 | **Gretchen Krebs and Ian Read** | Last 4 digits of account number | | $545.00 | $545.00 | $0.00 |

**Gretchen Krebs and Ian Read**
Priority Creditor's Name
**354 24th St.**
**Oakland, CA 94612**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number _____    $545.00    $545.00    $0.00

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**

- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ■ Other. Specify   **Deposits by individuals**
  **Deposits and/or Payments for Children's**
  **Educational Programs**

---

| 2.3 36 | **Guy Holmes & Toquyen Mai** | Last 4 digits of account number | | $1,440.00 | $1,440.00 | $0.00 |

**Guy Holmes & Toquyen Mai**
Priority Creditor's Name
**4466 Anderson Ave.**
**Oakland, CA 94619**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number _____    $1,440.00    $1,440.00    $0.00

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**

- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ■ Other. Specify   **Deposits by individuals**
  **Deposits and/or Payments for Children's**
  **Educational Programs**

---

| 2.3 37 | **Haley Kayser & Kyle Simonetta** | Last 4 digits of account number | | $480.00 | $480.00 | $0.00 |

**Haley Kayser & Kyle Simonetta**
Priority Creditor's Name
**839 York St.**
**Oakland, CA 94610**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number _____    $480.00    $480.00    $0.00

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**

- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ■ Other. Specify   **Deposits by individuals**
  **Deposits and/or Payments for Children's**
  **Educational Programs**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| 2.3 38 | **Hannah O'Reilly & Shay O'Reilly** | Last 4 digits of account number _____ | $600.00 | $600.00 | $0.00 |

Priority Creditor's Name
**4339 Park Blvd.**
**Oakland, CA 94602**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**

- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ■ Other. Specify  **Deposits by individuals**
  **Deposits and/or Payments for Children's**
  **Educational Programs**

---

| 2.3 39 | **Harriet Gu & Steve Gibbard** | Last 4 digits of account number _____ | $480.00 | $480.00 | $0.00 |

Priority Creditor's Name
**5924 Chabolyn Ter.**
**Oakland, CA 94618**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**

- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ■ Other. Specify  **Deposits by individuals**
  **Deposits and/or Payments for Children's**
  **Educational Programs**

---

| 2.3 40 | **Heather Broome & Curtis Bromme** | Last 4 digits of account number _____ | $1,315.00 | $1,315.00 | $0.00 |

Priority Creditor's Name
**2615 Haverhill Dr.**
**Oakland, CA 94611**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**

- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ■ Other. Specify  **Deposits by individuals**
  **Deposits and/or Payments for Children's**
  **Educational Programs**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 157 of 407

| 2.3 41 | **Heather Cox & Brennan Cox** | | Last 4 digits of account number | | $480.00 | $480.00 | $0.00 |

Priority Creditor's Name
**1831 Capistrano Ave.**
**Berkeley, CA 94707**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
      **Deposits and/or Payments for Children's Educational Programs**

---

| 2.3 42 | **Heather West & Alex Welsh** | | Last 4 digits of account number | | $985.00 | $985.00 | $0.00 |

Priority Creditor's Name
**3381 Jordan Rd.**
**Oakland, CA 94602**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
      **Deposits and/or Payments for Children's Educational Programs**

---

| 2.3 43 | **Helen Bateup & Dirk Hockemeyers** | | Last 4 digits of account number | | $2,875.00 | $2,875.00 | $0.00 |

Priority Creditor's Name
**8170 Terrace Dr.**
**El Cerrito, CA 94530**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
      **Deposits and/or Payments for Children's Educational Programs**

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 158 of 407

| 2.3 44 | **Helen Blain & John Blain** | Last 4 digits of account number ___ ___ ___ ___ | $202.00 | $202.00 | $0.00 |

Priority Creditor's Name
**6600 Liggett Dr.**
**Oakland, CA 94611**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify    **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.3 45 | **Hilary Altman & Kevin Schwartz** | Last 4 digits of account number ___ ___ ___ ___ | $430.00 | $430.00 | $0.00 |

Priority Creditor's Name
**958 Ventura Ave.**
**Albany, CA 94707**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify    **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.3 46 | **Holly Peterson & Fernando Perez** | Last 4 digits of account number ___ ___ ___ ___ | $240.00 | $240.00 | $0.00 |

Priority Creditor's Name
**1017 Walker Ave.**
**Oakland, CA 94610**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify    **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

---

**2.3 47**

**Holly Townsend**
_____
Priority Creditor's Name
**6650 Johnston Rd.**
**Pleasanton, CA 94588**
_____
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number ____        **$168.75**    **$168.75**    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify    **Deposits by individuals**
_____
**Deposits and/or Payments for Children's**
**Educational Programs**

---

**2.3 48**

**Hyder Janjua**
_____
Priority Creditor's Name

_____
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number ____        **$51.78**    **$51.78**    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify    **Deposits by individuals**
_____
**Deposits and/or Payments for Children's**
**Educational Programs**

---

**2.3 49**

**Iidelisa Tibbetts**
_____
Priority Creditor's Name
**100 Black Oak Knoll**
**Walnut Creek, CA 94596**
_____
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number ____        **$51.78**    **$51.78**    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify    **Deposits by individuals**
_____
**Deposits and/or Payments for Children's**
**Educational Programs**

---

Case: 21-40070   Doc# 1   Filed: 01/20/21   Entered: 01/20/21 14:46:39   Page 160 of 407

| 2.3 50 | **Imogen Hart & Stephan Sanders** | Last 4 digits of account number _____ | $103.50 | $103.50 | $0.00 |

Priority Creditor's Name
**1094 Country Club Dr.**
**Moraga, CA 94556**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
_____
**Deposits and/or Payments for Children's Educational Programs**

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3 51 | **Ingrid Paulson & Alex Pugh** | Last 4 digits of account number _____ | $58.00 | $58.00 | $0.00 |

Priority Creditor's Name
**2425 Francisco St.**
**San Francisco, CA 94123**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
_____
**Deposits and/or Payments for Children's Educational Programs**

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3 52 | **Internal Revenue Service** | Last 4 digits of account number _____ | $0.00 | $0.00 | $0.00 |

Priority Creditor's Name
**Special Procedures Section**
**1301 Clay St., Stop 1400S**
**Oakland, CA 94612-5210**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
**For Notice Purposes Only**

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.3 53 | **Irina Walton & Brian Walton** | Last 4 digits of account number _____ | $51.78 | $51.78 | $0.00 |
|---|---|---|---|---|---|

Priority Creditor's Name

**960 Country Lane**
**Walnut Creek, CA 94596**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**

- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☑ Other. Specify   **Deposits by individuals**
        **Deposits and/or Payments for Children's Educational Programs**

---

| 2.3 54 | **Iris Mauss & Josh Knapp** | Last 4 digits of account number _____ | $480.00 | $480.00 | $0.00 |
|---|---|---|---|---|---|

Priority Creditor's Name

**39 Hemlock Ln.**
**Oakland, CA 94611**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**

- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☑ Other. Specify   **Deposits by individuals**
        **Deposits and/or Payments for Children's Educational Programs**

---

| 2.3 55 | **Isabel Cho & Igor Ranitovic** | Last 4 digits of account number _____ | $430.00 | $430.00 | $0.00 |
|---|---|---|---|---|---|

Priority Creditor's Name

**1707 Beverly Pl.**
**Berkeley, CA 94707**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**

- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☑ Other. Specify   **Deposits by individuals**
        **Deposits and/or Payments for Children's Educational Programs**

---

| 2.3 56 | **Isabel Herman & Mike Herman** | | | |

Priority Creditor's Name
**5532 Manila Ave**
**Oakland, CA 94618**
Number Street City State Zip Code

Last 4 digits of account number _____    **$505.00**    **$505.00**    **$0.00**

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify    **Deposits by individuals**
     **Deposits and/or Payments for Children's Educational Programs**

---

| 2.3 57 | **Isabel Ziegler & Steven Ziegler** | | | |

Priority Creditor's Name
**7738 Curry Ave.**
**El Cerrito, CA 94530**
Number Street City State Zip Code

Last 4 digits of account number _____    **$2,200.00**    **$2,200.00**    **$0.00**

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify    **Deposits by individuals**
     **Deposits and/or Payments for Children's Educational Programs**

---

| 2.3 58 | **Iwei Yeh & Serge Saxonov** | | | |

Priority Creditor's Name
**5799 Balmoral Dr.**
**Oakland, CA 94619**
Number Street City State Zip Code

Last 4 digits of account number _____    **$284.06**    **$284.06**    **$0.00**

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify    **Deposits by individuals**
     **Deposits and/or Payments for Children's Educational Programs**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| 2.3 59 | **Jaclyn Burleigh & Fausto De Sousa** | Last 4 digits of account number _____ | $250.00 | $250.00 | $0.00 |

**Jaclyn Burleigh & Fausto De Sousa**
Priority Creditor's Name
**229 MacArthur Blvd. #1G**
**Oakland, CA 94610**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____        $250.00        $250.00        $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.3 60 | **Jae Kim & Carl Milsum** | Last 4 digits of account number _____ | $940.00 | $940.00 | $0.00 |

**Jae Kim & Carl Milsum**
Priority Creditor's Name
**215 Saint James Dr.**
**Piedmont, CA 94611**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____        $940.00        $940.00        $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.3 61 | **Jagadeesh Ambati & Jenifer Rachels** | Last 4 digits of account number _____ | $175.00 | $175.00 | $0.00 |

**Jagadeesh Ambati & Jenifer Rachels**
Priority Creditor's Name
**4128 Rettig Ave**
**Oakland, CA 94602**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____        $175.00        $175.00        $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

---

| 2.3 62 | **James Atencio & Alexandra Atencio** | | |
|---|---|---|---|

Priority Creditor's Name

**2196 Hadden Rd.**
**Walnut Creek, CA 94596**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____    $206.29    $206.29    $0.00

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**

- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ■ Other. Specify   **Deposits by individuals**
        **Deposits and/or Payments for Children's Educational Programs**

---

| 2.3 63 | **James Li & Susan Koo** | | |
|---|---|---|---|

Priority Creditor's Name

**111 Wildwood Ave.**
**Piedmont, CA 94610**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____    $240.00    $240.00    $0.00

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**

- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ■ Other. Specify   **Deposits by individuals**
        **Deposits and/or Payments for Children's Educational Programs**

---

| 2.3 64 | **James Nye & Ashley-Renee Nye** | | |
|---|---|---|---|

Priority Creditor's Name

**940 Evelyn Ave.**
**Albany, CA 94706**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____    $2,730.00    $2,730.00    $0.00

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**

- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ■ Other. Specify   **Deposits by individuals**
        **Deposits and/or Payments for Children's Educational Programs**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| 2.3 65 | **Jamie Besaw & Maria Besaw** | Last 4 digits of account number ___ ___ ___ ___ | $187.60 | $187.60 | $0.00 |
|---|---|---|---|---|---|

Priority Creditor's Name
**2211 Oregon St.**
**Berkeley, CA 94705**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's**
**Educational Programs**

---

| 2.3 66 | **Jamie Dean & Colin Dean** | Last 4 digits of account number ___ ___ ___ ___ | $1,045.00 | $1,045.00 | $0.00 |
|---|---|---|---|---|---|

Priority Creditor's Name
**6767 Sims Dr.**
**Oakland, CA 94611**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's**
**Educational Programs**

---

| 2.3 67 | **Jamie Moore** | Last 4 digits of account number ___ ___ ___ ___ | $212.92 | $212.92 | $0.00 |
|---|---|---|---|---|---|

Priority Creditor's Name
**1185 Holman Rd.**
**Oakland, CA 94610**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's**
**Educational Programs**

Case: 21-40070   Doc# 1   Filed: 01/20/21   Entered: 01/20/21 14:46:39   Page 166 of 407

| 2.3 68 | **Jamie Murray Sandoval & James Sandoval** | Last 4 digits of account number | | $200.00 | $200.00 | $0.00 |

**Jamie Murray Sandoval & James Sandoval**
Priority Creditor's Name
**4157 Emerald St.**
**Oakland, CA 94609**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____  $200.00  $200.00  $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.3 69 | **Jamie O'Halloran & Sean O'Halloran** | Last 4 digits of account number | | $1,010.00 | $1,010.00 | $0.00 |

**Jamie O'Halloran & Sean O'Halloran**
Priority Creditor's Name
**1890 Clemens Rd.**
**Oakland, CA 94602**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____  $1,010.00  $1,010.00  $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.3 70 | **Jamie Tong & Howard Tong** | Last 4 digits of account number | | $194.44 | $194.44 | $0.00 |

**Jamie Tong & Howard Tong**
Priority Creditor's Name
**217 Aptos Pl.**
**Danville, CA 94526**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____  $194.44  $194.44  $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| 2.3 71 | **Jamila Brooks & Kenyatta Miles-Davis** | | | | |
|---|---|---|---|---|---|

**Jamila Brooks & Kenyatta Miles-Davis**
Priority Creditor's Name
**377 Palm Ave. #307**
**Oakland, CA 94610**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____    $202.00    $202.00    $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify    **Deposits by individuals**
     **Deposits and/or Payments for Children's Educational Programs**

---

| 2.3 72 | **Jane Franch & Adam Franch** | | | | |
|---|---|---|---|---|---|

**Jane Franch & Adam Franch**
Priority Creditor's Name
**1401 Acton Crescent**
**Berkeley, CA 94702**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____    $480.00    $480.00    $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify    **Deposits by individuals**
     **Deposits and/or Payments for Children's Educational Programs**

---

| 2.3 73 | **Janet Mun & Eric Mun** | | | | |
|---|---|---|---|---|---|

**Janet Mun & Eric Mun**
Priority Creditor's Name
**512 Buttonwood Dr.**
**Danville, CA 94506**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____    $168.75    $168.75    $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify    **Deposits by individuals**
     **Deposits and/or Payments for Children's Educational Programs**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| 2.3 74 | | Last 4 digits of account number _____ | **$58.00** | **$58.00** | **$0.00** |

**Janice Healey & Jim Mocci**

Priority Creditor's Name
**198 18th Ave.**
**San Francisco, CA 94121**
Number Street City State Zip Code

Last 4 digits of account number _____

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's**
**Educational Programs**

---

| 2.3 75 | | Last 4 digits of account number _____ | **$817.60** | **$817.60** | **$0.00** |

**Janine Palladino & Carl Palladino**

Priority Creditor's Name
**6183 Acacia Ave.**
**Oakland, CA 94618**
Number Street City State Zip Code

Last 4 digits of account number _____

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's**
**Educational Programs**

---

| 2.3 76 | | Last 4 digits of account number _____ | **$480.00** | **$480.00** | **$0.00** |

**Janna Woods**

Priority Creditor's Name
**484 Lake Park Ave. #529**
**Oakland, CA 94610**
Number Street City State Zip Code

Last 4 digits of account number _____

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's**
**Educational Programs**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

---

| 2.3 77 | **Jannie Chan & Robert Sajan** | Last 4 digits of account number _____ | **$75.00** | **$75.00** | **$0.00** |

Priority Creditor's Name
**28 El Carmello Cir.**
**Oakland, CA 94619**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.3 78 | **Jared Maliga Cedar & Anna Lindberg Cedar** | Last 4 digits of account number _____ | **$4,810.00** | **$3,025.00** | **$1,785.00** |

Priority Creditor's Name
**4527 Fleming Ave.**
**Oakland, CA 94619**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.3 79 | **Jason Edelstein & Leah Edelstein** | Last 4 digits of account number _____ | **$480.00** | **$480.00** | **$0.00** |

Priority Creditor's Name
**6417 Thornhill Dr.**
**Oakland, CA 94611**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

Case: 21-40070   Doc# 1   Filed: 01/20/21   Entered: 01/20/21 14:46:39   Page 170 of 407

| 2.3 80 | **Jatin Deshpande & Ashvini Mangalvedhekar** | | | |

**Jatin Deshpande & Ashvini Mangalvedhekar**

Last 4 digits of account number _____      **$50.00**     **$50.00**     **$0.00**

Priority Creditor's Name

**2084 Drysdale St.**

**Danville, CA 94506**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Debtor 1 only

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of PRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Domestic support obligations

**Is the claim subject to offset?**

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ No

☐ Yes

■ Other. Specify   **Deposits by individuals**

**Deposits and/or Payments for Children's Educational Programs**

---

| 2.3 81 | **Jean Spencer & Rene Madamba** | | | |

**Jean Spencer & Rene Madamba**

Last 4 digits of account number _____      **$2,568.00**     **$2,568.00**     **$0.00**

Priority Creditor's Name

**728 San Carlos Ave.**

**Albany, CA 94706**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Debtor 1 only

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of PRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Domestic support obligations

**Is the claim subject to offset?**

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ No

☐ Yes

■ Other. Specify   **Deposits by individuals**

**Deposits and/or Payments for Children's Educational Programs**

---

| 2.3 82 | **Jeanetter Naughton & Cassian Naughton** | | | |

**Jeanetter Naughton & Cassian Naughton**

Last 4 digits of account number _____      **$1,800.00**     **$1,800.00**     **$0.00**

Priority Creditor's Name

**PO Box #718**

**Lafayette, CA 94549**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Debtor 1 only

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of PRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Domestic support obligations

**Is the claim subject to offset?**

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ No

☐ Yes

■ Other. Specify   **Deposits by individuals**

**Deposits and/or Payments for Children's Educational Programs**

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 171 of 407

| 2.3 83 | **Jed Silver & Yuen Chiang** | Last 4 digits of account number _____ | **$1,705.00** | **$1,705.00** | **$0.00** |
|---|---|---|---|---|---|

Priority Creditor's Name
**184 Santa Rosa Ave.**
**Oakland, CA 94610**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify   **Deposits by individuals**
     **Deposits and/or Payments for Children's Educational Programs**

---

| 2.3 84 | **Jee Won Mogensen & Andrew Mogensen** | Last 4 digits of account number _____ | **$1,455.00** | **$1,455.00** | **$0.00** |
|---|---|---|---|---|---|

Priority Creditor's Name
**95 41st St. #101**
**Oakland, CA 94611**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify   **Deposits by individuals**
     **Deposits and/or Payments for Children's Educational Programs**

---

| 2.3 85 | **Jeff Garnand & Yasi Haerizadeh** | Last 4 digits of account number _____ | **$480.00** | **$480.00** | **$0.00** |
|---|---|---|---|---|---|

Priority Creditor's Name
**838 The Alameda**
**Berkeley, CA 94707**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify   **Deposits by individuals**
     **Deposits and/or Payments for Children's Educational Programs**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| 2.3 86 | **Jelena Harada & Tomo Harada** | Last 4 digits of account number | **$1,100.00** | **$1,100.00** | **$0.00** |

Priority Creditor's Name
**1451 Hampel St.**
**Oakland, CA 94602**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify    **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.3 87 | **Jen Dary and Chris Dary** | Last 4 digits of account number | **$600.00** | **$600.00** | **$0.00** |

Priority Creditor's Name
**807 Delaware St.**
**Berkeley, CA 94710**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify    **Deposits by individuals**
**Deposits and/orPayments for Children's Educational Programs**

---

| 2.3 88 | **Jen Hall & Chris Hall** | Last 4 digits of account number | **$58.00** | **$58.00** | **$0.00** |

Priority Creditor's Name
**184 Parker Ave.**
**San Francisco, CA 94118**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify    **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

---

**2.3 89**

**Jen Lundberg & Matt Lundberg**
Priority Creditor's Name
**2494 Pebble Beach Rd.**
**Lafayette, CA 94549**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number _____    **$81.00**    **$81.00**    **$0.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☑ Other. Specify   **Deposits by individuals**
              **Deposits and/or Payments for Children's Educational Programs**

---

**2.3 90**

**Jenafir House & Mark Urban**
Priority Creditor's Name
**2014 Channing Way #4**
**Berkeley, CA 94704**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number _____    **$1,040.00**    **$1,040.00**    **$0.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☑ Other. Specify   **Deposits by individuals**
              **Deposits and/or Payments for Children's Educational Programs**

---

**2.3 91**

**Jenan Abdunnur & Paul Lucas**
Priority Creditor's Name
**6645 Gunn Dr.**
**Oakland, CA 94611**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number _____    **$202.00**    **$202.00**    **$0.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☑ Other. Specify   **Deposits by individuals**
              **Deposits and/or Payments for Children's Educational Programs**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

---

**2.3 92**

**Jenna Dobkin**                              Last 4 digits of account number _____   **$162.00**   **$162.00**   **$0.00**

Priority Creditor's Name
**623 Laird Ln.**                             When was the debt incurred? _____
**Lafayette, CA 94549**
Number Street City State Zip Code

**Who incurred the debt? Check one.**        **As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only                              ☐ Contingent

☐ Debtor 2 only                              ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                 ☐ Disputed

☐ At least one of the debtors and another    **Type of PRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**   ☐ Domestic support obligations

**Is the claim subject to offset?**          ☐ Taxes and certain other debts you owe the government

■ No                                         ☐ Claims for death or personal injury while you were intoxicated

☐ Yes                                        ■ Other. Specify  **Deposits by individuals**
                                             **Deposits and/or Payments for Children's Educational Programs**

---

**2.3 93**

**Jenna Ford & Corey Ford**                  Last 4 digits of account number _____   **$202.00**   **$202.00**   **$0.00**

Priority Creditor's Name
**6609 Colton Blvd.**                        When was the debt incurred? _____
**Oakland, CA 94611**
Number Street City State Zip Code

**Who incurred the debt? Check one.**        **As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only                              ☐ Contingent

☐ Debtor 2 only                              ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                 ☐ Disputed

☐ At least one of the debtors and another    **Type of PRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**   ☐ Domestic support obligations

**Is the claim subject to offset?**          ☐ Taxes and certain other debts you owe the government

■ No                                         ☐ Claims for death or personal injury while you were intoxicated

☐ Yes                                        ■ Other. Specify  **Deposits by individuals**
                                             **Deposits and/or Payments for Children's Educational Programs**

---

**2.3 94**

**Jenna Lerner & Dimitry Lerner**            Last 4 digits of account number _____   **$525.00**   **$525.00**   **$0.00**

Priority Creditor's Name
**105 Monte Vista Rd.**                       When was the debt incurred? _____
**Orinda, CA 94563**
Number Street City State Zip Code

**Who incurred the debt? Check one.**        **As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only                              ☐ Contingent

☐ Debtor 2 only                              ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                 ☐ Disputed

☐ At least one of the debtors and another    **Type of PRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**   ☐ Domestic support obligations

**Is the claim subject to offset?**          ☐ Taxes and certain other debts you owe the government

■ No                                         ☐ Claims for death or personal injury while you were intoxicated

☐ Yes                                        ■ Other. Specify  **Deposits by individuals**
                                             **Deposits and/or Payments for Children's Educational Programs**

---

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 175 of 407

| 2.3 95 | **Jenna Tippie & Brian Tippie** | Last 4 digits of account number _____ | $125.00 | $125.00 | $0.00 |
|---|---|---|---|---|---|

Priority Creditor's Name
**1215 Ridgeview Pl.**
**Pleasant Hill, CA 94523**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Contingent

☐ Debtor 2 only
☐ Unliquidated

☐ Debtor 1 and Debtor 2 only
☐ Disputed

☐ At least one of the debtors and another

**Type of PRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**
☐ Domestic support obligations

**Is the claim subject to offset?**
☐ Taxes and certain other debts you owe the government

■ No
☐ Claims for death or personal injury while you were intoxicated

☐ Yes
■ Other. Specify  **Deposits by individuals**

**Deposits and/or Payments for Children's Educational Programs**

---

| 2.3 96 | **Jennifer Afdahl Rice & Lowell Rice** | Last 4 digits of account number _____ | $1,100.00 | $1,100.00 | $0.00 |
|---|---|---|---|---|---|

Priority Creditor's Name
**360 Monte Vista Ave. #203**
**Oakland, CA 94611**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Contingent

☐ Debtor 2 only
☐ Unliquidated

☐ Debtor 1 and Debtor 2 only
☐ Disputed

☐ At least one of the debtors and another

**Type of PRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**
☐ Domestic support obligations

**Is the claim subject to offset?**
☐ Taxes and certain other debts you owe the government

■ No
☐ Claims for death or personal injury while you were intoxicated

☐ Yes
■ Other. Specify  **Deposits by individuals**

**Deposits and/or Payments for Children's Educational Programs**

---

| 2.3 97 | **Jennifer Bellenger & Don Bellenger** | Last 4 digits of account number _____ | $430.00 | $430.00 | $0.00 |
|---|---|---|---|---|---|

Priority Creditor's Name
**3822 Whittle Ave.**
**Oakland, CA 94602**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Contingent

☐ Debtor 2 only
☐ Unliquidated

☐ Debtor 1 and Debtor 2 only
☐ Disputed

☐ At least one of the debtors and another

**Type of PRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**
☐ Domestic support obligations

**Is the claim subject to offset?**
☐ Taxes and certain other debts you owe the government

■ No
☐ Claims for death or personal injury while you were intoxicated

☐ Yes
■ Other. Specify  **Deposits by individuals**

**Deposits and/or Payments for Children's Educational Programs**

Case: 21-40070   Doc# 1   Filed: 01/20/21   Entered: 01/20/21 14:46:39   Page 176 of 407

| | | | |
|---|---|---|---|
| **2.3 98** | **Jennifer Darmstadt-Holm & Michael Jory** | | |

Priority Creditor's Name
**601 William St. #505**
**Oakland, CA 94612**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **$595.00**     **$595.00**     **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
        **Deposits and/or Payments for Children's Educational Programs**

---

| | | | |
|---|---|---|---|
| **2.3 99** | **Jennifer Du & Daniel Lee** | | |

Priority Creditor's Name
**1015 Elm Ct.**
**El Cerrito, CA 94530**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **$860.00**     **$860.00**     **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
        **Deposits and/or Payments for Children's Educational Programs**

---

| | | | |
|---|---|---|---|
| **2.4 00** | **Jennifer Gin & Amyn Sheriff** | | |

Priority Creditor's Name
**1990 Gaspar Dr.**
**Oakland, CA 94611**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **$202.00**     **$202.00**     **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
        **Deposits and/or Payments for Children's Educational Programs**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| 2.4 01 | **Jennifer Harris & James Hardy** | Last 4 digits of account number | | $480.00 | $480.00 | $0.00 |
|---|---|---|---|---|---|---|

Priority Creditor's Name
**1120 Neilson St.**
**Albany, CA 94706**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
          **Deposits and/or Payments for Children's Educational Programs**

| 2.4 02 | **Jennifer Harrison & Rashad Harrison** | Last 4 digits of account number | | $1,440.00 | $1,440.00 | $0.00 |
|---|---|---|---|---|---|---|

Priority Creditor's Name
**1951 Hoover Ave.**
**Oakland, CA 94602**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
          **Deposits and/or Payments for Children's Educational Programs**

| 2.4 03 | **Jennifer Irish & Marit Sonstelie** | Last 4 digits of account number | | $455.00 | $455.00 | $0.00 |
|---|---|---|---|---|---|---|

Priority Creditor's Name
**512 N 65th St.**
**Seattle, WA 98103**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
          **Deposits and/or Payments for Children's Educational Programs**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| 2.4 04 | **Jennifer Isacoff & Ehud Isacoff** | Last 4 digits of account number _____ | $180.00 | $180.00 | $0.00 |

Priority Creditor's Name
**1936 Thousand Oaks Blvd.**
**Berkeley, CA 94707**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.4 05 | **Jennifer Jackson** | Last 4 digits of account number _____ | $250.00 | $250.00 | $0.00 |

Priority Creditor's Name
**4052 Lincoln Ave. #C**
**Oakland, CA 94602**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.4 06 | **Jennifer Jerum & Greg Jerum** | Last 4 digits of account number _____ | $3,360.00 | $3,025.00 | $335.00 |

Priority Creditor's Name
**10 Ramona Ave.**
**El Cerrito, CA 94530**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

---

**2.4 07**

**Jennifer King & Deneb Meketa**
Priority Creditor's Name
**1511 Cedar St.**
**Berkeley, CA 94703**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    $570.00    $570.00    $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
_____
**Deposits and/or Payments for Children's Educational Programs**

---

**2.4 08**

**Jennifer Lachance & Eric Norden**
Priority Creditor's Name
**4325 Gregory St.**
**Oakland, CA 94619**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    $960.00    $960.00    $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
_____
**Deposits and/or Payments for Children's Educational Programs**

---

**2.4 09**

**Jennifer Lagandaon & Lorenzo Lagandaon**
Priority Creditor's Name
**2810 Pacheco Blvd.**
**Martinez, CA 94553**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    $57.00    $57.00    $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
_____
**Deposits and/or Payments for Children's Educational Programs**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| 2.4 10 | **Jennifer Leech & Michael Burstein** | Last 4 digits of account number _____ | $595.00 | $595.00 | $0.00 |
|---|---|---|---|---|---|

Priority Creditor's Name
**2314 Derby St.**
**Berkeley, CA 94705**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.4 11 | **Jennifer Lucki & Robert Hamrick** | Last 4 digits of account number _____ | $860.00 | $860.00 | $0.00 |
|---|---|---|---|---|---|

Priority Creditor's Name
**6818 Snowdon Ave.**
**El Cerrito, CA 94530**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.4 12 | **Jennifer Martin** | Last 4 digits of account number _____ | $625.00 | $625.00 | $0.00 |
|---|---|---|---|---|---|

Priority Creditor's Name
**7011 Devon Way**
**Berkeley, CA 94705**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

Case: 21-40070   Doc# 1   Filed: 01/20/21   Entered: 01/20/21 14:46:39   Page 181 of 407

| | | | |
|---|---|---|---|
| 2.4 13 | **Jennifer Pfotenhauer & Luis Argueta** | | |

Priority Creditor's Name
**4128 Fruitvale Ave.**
**Oakland, CA 94602**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    $860.00    $860.00    $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
            **Deposits and/or Payments for Children's Educational Programs**

---

| | | | |
|---|---|---|---|
| 2.4 14 | **Jennifer Stomberg & Morris Jones** | | |

Priority Creditor's Name
**43 Estrella Ave.**
**Piedmont, CA 94611**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    $505.00    $505.00    $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
            **Deposits and/or Payments for Children's Educational Programs**

---

| | | | |
|---|---|---|---|
| 2.4 15 | **Jennifer Yelton & Marcus Yelton** | | |

Priority Creditor's Name
**786 Santa Ray Ave.**
**Oakland, CA 94610**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    $455.00    $455.00    $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
            **Deposits and/or Payments for Children's Educational Programs**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| 2.4 16 | **Jenny Feinberg & Stephen Feinberg** | Last 4 digits of account number | | $240.00 | $240.00 | $0.00 |

Priority Creditor's Name
**2556 Warren N. Ave.**
**Seattle, WA 98109-1835**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.4 17 | **Jenny Stern & Dru Krupinsky** | Last 4 digits of account number | | $430.00 | $430.00 | $0.00 |

Priority Creditor's Name
**3546 Jordan Rd.**
**Oakland, CA 94619**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.4 18 | **Jeremy Liu & Irene Kao** | Last 4 digits of account number | | $2,400.00 | $2,400.00 | $0.00 |

Priority Creditor's Name
**2818 Atwell Ave**
**Oakland, CA 94601**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                               Best Case Bankruptcy

| 2.4 19 | | | | |
|---|---|---|---|---|

**Jesse David & Lisa Davis**
Priority Creditor's Name
**1935 Napa Ave.**
**Berkeley, CA 94707**
Number Street City State Zip Code

Last 4 digits of account number _____    **$1,920.00**    **$1,920.00**    **$0.00**

When was the debt incurred? _____

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify    **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.4 20 | | | | |
|---|---|---|---|---|

**Jessica Berthold & Collin Boylan**
Priority Creditor's Name
**2016 Alameda Ave.**
**Alameda, CA 94501**
Number Street City State Zip Code

Last 4 digits of account number _____    **$480.00**    **$480.00**    **$0.00**

When was the debt incurred? _____

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify    **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.4 21 | | | | |
|---|---|---|---|---|

**Jessica Brady & Matthew Brady**
Priority Creditor's Name
**2211 Manzanita Dr.**
**Oakland, CA 94611**
Number Street City State Zip Code

Last 4 digits of account number _____    **$960.00**    **$960.00**    **$0.00**

When was the debt incurred? _____

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify    **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 184 of 407

| 2.4 22 | **Jessica Gorelik & Matt Gorelik** | Last 4 digits of account number _____ | $103.50 | $103.50 | $0.00 |
|---|---|---|---|---|---|

Priority Creditor's Name
**145 Warfield Dr.**
**Moraga, CA 94556**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

| 2.4 23 | **Jessica Grossman & Tom Ladt** | Last 4 digits of account number _____ | $1,515.00 | $1,515.00 | $0.00 |
|---|---|---|---|---|---|

Priority Creditor's Name
**612 Ridge Rd.**
**Tiburon, CA 94920**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

| 2.4 24 | **Jessica Harvill & Alex Harvill** | Last 4 digits of account number _____ | $1,140.00 | $1,140.00 | $0.00 |
|---|---|---|---|---|---|

Priority Creditor's Name
**63 Oakvale Ave.**
**Berkeley, CA 94705**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

Case: 21-40070   Doc# 1   Filed: 01/20/21   Entered: 01/20/21 14:46:39   Page 185 of 407

| 2.4 25 | **Jessica Shimmin and John Honerkamp** | Last 4 digits of account number  4309 | $0.00 | $0.00 | $0.00 |

Priority Creditor's Name
**23539 Lauren Pl.**
**Hayward, CA 94541**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify    **Deposits by individuals**
                     **For Notice Purposes Only**

---

| 2.4 26 | **Jessica Stark & Joseph Stark** | Last 4 digits of account number | $510.00 | $510.00 | $0.00 |

Priority Creditor's Name
**315 Oakes Blvd.**
**San Leandro, CA 94577**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify    **Deposits by individuals**
                     **Deposits and/or Payments for Children's**
                     **Educational Programs**

---

| 2.4 27 | **Jessica Teisch and Michael Rosenberg** | Last 4 digits of account number  2344 | $0.00 | $0.00 | $0.00 |

Priority Creditor's Name
**5861 Margarido Dr.**
**Oakland, CA 94618**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify    **Deposits by individuals**
                     **For Notice Purposes Only**

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 186 of 407

| 2.4 28 | **Jessica Wan & John Denero** | Last 4 digits of account number ____ | | $570.00 | $570.00 | $0.00 |
|---|---|---|---|---|---|---|

Priority Creditor's Name
**1709 La Loma Ave.**
**Berkeley, CA 94709**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify     **Deposits by individuals**
**Deposits and/or Payments for Children's**
**Educational Programs**

| 2.4 29 | **Jessicqa Tillery & Khari Tillery** | Last 4 digits of account number ____ | | $860.00 | $860.00 | $0.00 |
|---|---|---|---|---|---|---|

Priority Creditor's Name
**3015 San Pablo Ave. #422**
**Berkeley, CA 94702**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify     **Deposits by individuals**
**Deposits and/or Payments for Children's**
**Educational Programs**

| 2.4 30 | **Jill Fuss & Andy Thompson** | Last 4 digits of account number ____ | | $480.00 | $480.00 | $0.00 |
|---|---|---|---|---|---|---|

Priority Creditor's Name
**4415 Moraga Ave.**
**Oakland, CA 94611**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify     **Deposits by individuals**
**Deposits and/or Payments for Children's**
**Educational Programs**

| | | |
|---|---|---|

**2.4 31**

**Jim Littlejohn & Kathy Littlejohn**
Priority Creditor's Name
**445 Bengali Ct.**
**Danville, CA 94506**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____     **$168.75**     **$168.75**     **$0.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

**2.4 32**

**Jim Sivori & Yvonne Cordova**
Priority Creditor's Name
**51 Alamo Ave.**
**Berkeley, CA 94708**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____     **$480.00**     **$480.00**     **$0.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

**2.4 33**

**Jingjing Liu & Guochang Zhang**
Priority Creditor's Name
**176 Miramonte Dr.**
**Moraga, CA 94556**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____     **$103.50**     **$103.50**     **$0.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 188 of 407

| 2.4 34 | **Jo Ann Chen & Michiel Post Van Der Molen** | | | |
|---|---|---|---|---|

**Jo Ann Chen & Michiel Post Van Der Molen**
Priority Creditor's Name
**5830 Snake Rd.**
**Oakland, CA 94611**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____     $202.00     $202.00     $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.4 35 | **Joana Chambers & Jeff Chambers** | | | |
|---|---|---|---|---|

**Joana Chambers & Jeff Chambers**
Priority Creditor's Name
**647 Santa Rosa Ave.**
**Berkeley, CA 94707**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____     $430.00     $430.00     $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.4 36 | **Joann Fetzer & Mark Fetzer** | | | |
|---|---|---|---|---|

**Joann Fetzer & Mark Fetzer**
Priority Creditor's Name
**2116 Meriweather Ct.**
**Walnut Creek, CA 94596**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____     $206.29     $206.29     $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| 2.4 37 | **Joann Ruckman & Adan Gutierrez-Gallegos** | Last 4 digits of account number _____ | $505.00 | $505.00 | $0.00 |
|---|---|---|---|---|---|

Priority Creditor's Name
**2116 Encinal Ave. #D**
**Alameda, CA 94501**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred? _____

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**

- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ■ Other. Specify **Deposits by individuals**
  **Deposits and/or Payments for Children's Educational Programs**

---

| 2.4 38 | **Joanna Rudnick & Jordan Gimberl** | Last 4 digits of account number _____ | $2,280.00 | $2,280.00 | $0.00 |
|---|---|---|---|---|---|

Priority Creditor's Name
**6040 Ocean View Dr.**
**Oakland, CA 94618**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred? _____

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**

- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ■ Other. Specify **Deposits by individuals**
  **Deposits and/or Payments for Children's Educational Programs**

---

| 2.4 39 | **Joe Moss & Mira Moss** | Last 4 digits of account number _____ | $194.44 | $194.44 | $0.00 |
|---|---|---|---|---|---|

Priority Creditor's Name
**30 Meese Cir.**
**Danville, CA 94526**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred? _____

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**

- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ■ Other. Specify **Deposits by individuals**
  **Deposits and/or Payments for Children's Educational Programs**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| 2.4 40 | **John Warren & Ashley Boyd** | Last 4 digits of account number _____ | $425.00 | $425.00 | $0.00 |
|---|---|---|---|---|---|

Priority Creditor's Name
**1647 Carleton St.**
**Berkeley, CA 94703**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.4 41 | **John Winkel & Celeste Winkel** | Last 4 digits of account number _____ | $755.00 | $755.00 | $0.00 |
|---|---|---|---|---|---|

Priority Creditor's Name
**3382 Victor Ave.**
**Oakland, CA 94602**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.4 42 | **Jolene Santos** | Last 4 digits of account number _____ | $103.56 | $103.56 | $0.00 |
|---|---|---|---|---|---|

Priority Creditor's Name
**40 Norlyn Dr.**
**Walnut Creek, CA 94596**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 191 of 407

| | | | Last 4 digits of account number | | $202.00 | $202.00 | $0.00 |

**2.4 43**

**Jonah Meacham & Heather Meacham**
Priority Creditor's Name
**1849 Brentwood Rd.**
**Oakland, CA 94602**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number ____ $202.00 $202.00 $0.00

**When was the debt incurred?**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

**2.4 44**

**Jonathan Marr & John Mack**
Priority Creditor's Name
**778 Contra Costa Ave.**
**Berkeley, CA 94707**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number ____ $1,365.00 $1,365.00 $0.00

**When was the debt incurred?**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

**2.4 45**

**Jordan Edelstein & Liz Yap**
Priority Creditor's Name
**5310 Lawton Ave.**
**Oakland, CA 94618**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number ____ $50.00 $50.00 $0.00

**When was the debt incurred?**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

Case: 21-40070 Doc# 1 Filed: 01/20/21 Entered: 01/20/21 14:46:39 Page 192 of 407

| 2.4 46 | **Jordan Golinkoff & Liz Forwand** | Last 4 digits of account number | | $625.00 | $625.00 | $0.00 |

Priority Creditor's Name

**676 60th St.**
**Oakland, CA 94609**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify **Deposits by individuals**
**Deposits and/or Payments for Children's**
**Educational Programs**

---

| 2.4 47 | **Jordan Womack & Christina Womack** | Last 4 digits of account number | | $26.70 | $26.70 | $0.00 |

Priority Creditor's Name

**5319 Fairweather Ct.**
**Castro Valley, CA 94552**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify **Deposits by individuals**
**Deposits and/or Payments for Children's**
**Educational Programs**

---

| 2.4 48 | **Jorge Blandon & Stacy Borden** | Last 4 digits of account number | | $692.57 | $692.57 | $0.00 |

Priority Creditor's Name

**4267 Lakeshore Ave.**
**Oakland, CA 94610**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify **Deposits by individuals**
**Deposits and/or Payments for Children's**
**Educational Programs**

Case: 21-40070   Doc# 1   Filed: 01/20/21   Entered: 01/20/21 14:46:39   Page 193 of 407

| 2.4 49 | **Joseph Shapiro & Amanda Brewster** | Last 4 digits of account number _____ | **$1,140.00** | **$1,140.00** | **$0.00** |
|---|---|---|---|---|---|

Priority Creditor's Name
**1613 Sonoma Ave.**
**Albany, CA 94707**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.4 50 | **Joseph Zeccardi & Hilda Ma** | Last 4 digits of account number _____ | **$206.29** | **$206.29** | **$0.00** |
|---|---|---|---|---|---|

Priority Creditor's Name
**531 Chandon Ct.**
**Walnut Creek, CA 94597**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.4 51 | **Josh Seidenfeld & Diana Ip** | Last 4 digits of account number _____ | **$1,140.00** | **$1,140.00** | **$0.00** |
|---|---|---|---|---|---|

Priority Creditor's Name
**3951 Park Blvd.**
**Oakland, CA 94602**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| 2.4 52 | **Joy Sherrod & Jay Sherrod** | Last 4 digits of account number ____ ____ | $570.00 | $570.00 | $0.00 |
|---|---|---|---|---|---|

Priority Creditor's Name
**529 31st St.**
**Oakland, CA 94609**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.4 53 | **JT Taylor & Sandy Baird** | Last 4 digits of account number ____ ____ | $960.00 | $960.00 | $0.00 |
|---|---|---|---|---|---|

Priority Creditor's Name
**4615 Reinhardt Dr.**
**Oakland, CA 94619**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.4 54 | **Judy Feria & Sergio Feria** | Last 4 digits of account number ____ ____ | $1,090.00 | $1,090.00 | $0.00 |
|---|---|---|---|---|---|

Priority Creditor's Name
**1688 Tacoma Ave.**
**Berkeley, CA 94707**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 195 of 407

| 2.4 55 | **Julia Arnold & Josh Arnold** | Last 4 digits of account number ____ | **$58.00** | **$58.00** | **$0.00** |

Priority Creditor's Name
**117 Palm Ave.**
**San Francisco, CA 94118**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.4 56 | **Julia Hatton & Joef Hatton** | Last 4 digits of account number ____ | **$625.00** | **$625.00** | **$0.00** |

Priority Creditor's Name
**723 San Carlos Ave.**
**Albany, CA 94706**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.4 57 | **Julia Ng** | Last 4 digits of account number **0637** | **$0.00** | **$0.00** | **$0.00** |

Priority Creditor's Name
**434 Clayton Ave.**
**El Cerrito, CA 94530**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
**For Notice Purposes Only**

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 196 of 407

| 2.4 58 | | | | | |
|---|---|---|---|---|---|

**Julia Valdez & Matthew Valdez**

Priority Creditor's Name

**4350 Briar Ridge**
**Castro Valley, CA 94552**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____          **$26.70**          **$26.70**          **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's**
**Educational Programs**

---

| 2.4 59 | | | | | |
|---|---|---|---|---|---|

**Julia Walters & Andrew Ross**

Priority Creditor's Name

**1542 Sunny Ct.**
**Walnut Creek, CA 94595**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____          **$129.00**          **$129.00**          **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's**
**Educational Programs**

---

| 2.4 60 | | | | | |
|---|---|---|---|---|---|

**Juliana Moravy & Lars Moravy**

Priority Creditor's Name

**5060 Proctor Ave.**
**Oakland, CA 94618**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____          **$217.60**          **$217.60**          **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's**
**Educational Programs**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

---

**2.4 61**

**Julie Bai & Alan Chinn**
Priority Creditor's Name
**5509 Broadway**
**Oakland, CA 94618**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number _____　　$920.00　　$920.00　　$0.00

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**

- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☑ Other. Specify　**Deposits by individuals**
  **Deposits and/or Payments for Children's Educational Programs**

---

**2.4 62**

**Julie Beagle & Eric Knecht**
Priority Creditor's Name
**1639 Wellington St.**
**Oakland, CA 94602**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number _____　　$1,200.00　　$1,200.00　　$0.00

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**

- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☑ Other. Specify　**Deposits by individuals**
  **Deposits and/or Payments for Children's Educational Programs**

---

**2.4 63**

**Julie Honour & Adam Kulesza**
Priority Creditor's Name
**6720 Colton Blvd.**
**Oakland, CA 94611**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number _____　　$202.00　　$202.00　　$0.00

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**

- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☑ Other. Specify　**Deposits by individuals**
  **Deposits and/or Payments for Children's Educational Programs**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com　　Best Case Bankruptcy

---

| 2.4 64 | **Julie Kim & Sean Sylvis** | Last 4 digits of account number ___ | $505.00 | $505.00 | $0.00 |

Priority Creditor's Name
**4145 Opal St.**
**Oakland, CA 94609**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
        **Deposits and/or Payments for Children's Educational Programs**

---

| 2.4 65 | **Julie Lanoff & Jonathan Stein** | Last 4 digits of account number ___ | $575.00 | $575.00 | $0.00 |

Priority Creditor's Name
**488 Fairbanks Ave.**
**Oakland, CA 94610**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
        **Deposits and/or Payments for Children's Educational Programs**

---

| 2.4 66 | **Julie Schulte & Greg Schulte** | Last 4 digits of account number ___ | $202.00 | $202.00 | $0.00 |

Priority Creditor's Name
**12 Eastwood Ct.**
**Oakland, CA 94611**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
        **Deposits and/or Payments for Children's Educational Programs**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| 2.4 67 | **Julie Ziegler** | Last 4 digits of account number | $100.00 | $100.00 | $0.00 |

Priority Creditor's Name
**1518 Hampel St.**
**Oakland, CA 94602**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's**
**Educational Programs**

---

| 2.4 68 | **Justine Giovanello & Nicholas Giovanello** | Last 4 digits of account number | $103.50 | $103.50 | $0.00 |

Priority Creditor's Name
**4 Corliss Dr.**
**Moraga, CA 94556**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's**
**Educational Programs**

---

| 2.4 69 | **Justine Yang & Ryan Woloshyn** | Last 4 digits of account number | $202.00 | $202.00 | $0.00 |

Priority Creditor's Name
**5972 Zinn Dr.**
**Oakland, CA 94611**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's**
**Educational Programs**

Case: 21-40070   Doc# 1   Filed: 01/20/21   Entered: 01/20/21 14:46:39   Page 200 of
407

| 2.4 70 | **Jyl Boline** | Last 4 digits of account number _____ | $51.78 | $51.78 | $0.00 |
|---|---|---|---|---|---|

Priority Creditor's Name
**31 El Camino Corto**
**Walnut Creek, CA 94596**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
                   **Deposits and/or Payments for Children's**
                   **Educational Programs**

---

| 2.4 71 | **Ka Ming Lai and Lilian Leung** | Last 4 digits of account number 3302 | $0.00 | $0.00 | $0.00 |
|---|---|---|---|---|---|

Priority Creditor's Name
**19996 Shadow Creek Cir.**
**Castro Valley, CA 94552**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
                   **For Notice Purposes Only**

---

| 2.4 72 | **Kalpesh Joshi & Cindy Nguyen** | Last 4 digits of account number _____ | $220.00 | $220.00 | $0.00 |
|---|---|---|---|---|---|

Priority Creditor's Name
**285 Grizzle Peak Blvd.**
**Kensington, CA 94708**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
                   **Deposits and/or Payments for Children's**
                   **Educational Programs**

Case: 21-40070   Doc# 1   Filed: 01/20/21   Entered: 01/20/21 14:46:39   Page 201 of 407

---

**2.4 73**    **Kamala Asher**                    Last 4 digits of account number _____    $860.00    $860.00    $0.00

Priority Creditor's Name
**1312 Poe St.**
**Berkeley, CA 94702**                             When was the debt incurred?    _____
Number Street City State Zip Code

**Who incurred the debt? Check one.**              **As of the date you file, the claim is:** Check all that apply

☑ Debtor 1 only                                    ☐ Contingent
☐ Debtor 2 only                                    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                       ☐ Disputed
☐ At least one of the debtors and another
                                                   **Type of PRIORITY unsecured claim:**
☐ **Check if this claim is for a community debt**
                                                   ☐ Domestic support obligations
**Is the claim subject to offset?**                ☐ Taxes and certain other debts you owe the government
☑ No                                               ☐ Claims for death or personal injury while you were intoxicated
☐ Yes                                              ☑ Other. Specify   **Deposits by individuals**
                                                                      **Deposits and/or Payments for Children's**
                                                                      **Educational Programs**

---

**2.4 74**    **Karen Chin & Mark Hamers**         Last 4 digits of account number _____    $425.00    $425.00    $0.00

Priority Creditor's Name
**4632 Fair Ave.**
**Oakland, CA 94619**                              When was the debt incurred?    _____
Number Street City State Zip Code

**Who incurred the debt? Check one.**              **As of the date you file, the claim is:** Check all that apply

☑ Debtor 1 only                                    ☐ Contingent
☐ Debtor 2 only                                    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                       ☐ Disputed
☐ At least one of the debtors and another
                                                   **Type of PRIORITY unsecured claim:**
☐ **Check if this claim is for a community debt**
                                                   ☐ Domestic support obligations
**Is the claim subject to offset?**                ☐ Taxes and certain other debts you owe the government
☑ No                                               ☐ Claims for death or personal injury while you were intoxicated
☐ Yes                                              ☑ Other. Specify   **Deposits by individuals**
                                                                      **Deposits and/or Payments for Children's**
                                                                      **Educational Programs**

---

**2.4 75**    **Karen Famous & George Famous**     Last 4 digits of account number _____    $505.00    $505.00    $0.00

Priority Creditor's Name
**87 Westminster Dr.**
**Oakland, CA 94618**                              When was the debt incurred?    _____
Number Street City State Zip Code

**Who incurred the debt? Check one.**              **As of the date you file, the claim is:** Check all that apply

☑ Debtor 1 only                                    ☐ Contingent
☐ Debtor 2 only                                    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                       ☐ Disputed
☐ At least one of the debtors and another
                                                   **Type of PRIORITY unsecured claim:**
☐ **Check if this claim is for a community debt**
                                                   ☐ Domestic support obligations
**Is the claim subject to offset?**                ☐ Taxes and certain other debts you owe the government
☑ No                                               ☐ Claims for death or personal injury while you were intoxicated
☐ Yes                                              ☑ Other. Specify   **Deposits by individuals**
                                                                      **Deposits and/or Payments for Children's**
                                                                      **Educational Programs**

---

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 202 of
407

| 2.4 76 | **Karen Jurist & Dan Buch** | Last 4 digits of account number _____ | $600.00 | $600.00 | $0.00 |
|---|---|---|---|---|---|

Priority Creditor's Name
**5668 Broadway**
**Oakland, CA 94618**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**

- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ■ Other. Specify  **Deposits by individuals**
  **Deposits and/or Payments for Children's Educational Programs**

| 2.4 77 | **Karen Robertson & Michael Goldenberg** | Last 4 digits of account number _____ | $480.00 | $480.00 | $0.00 |
|---|---|---|---|---|---|

Priority Creditor's Name
**1539 Acton St.**
**Berkeley, CA 94702**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**

- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ■ Other. Specify  **Deposits by individuals**
  **Deposits and/or Payments for Children's Educational Programs**

| 2.4 78 | **Karen Sonders & Angie Barta** | Last 4 digits of account number _____ | $206.29 | $206.29 | $0.00 |
|---|---|---|---|---|---|

Priority Creditor's Name
**1340 Hermine Ave.**
**Walnut Creek, CA 94596**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**

- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ■ Other. Specify  **Deposits by individuals**
  **Deposits and/or Payments for Children's Educational Programs**

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 203 of 407

| 2.4 79 | **Karen Triandafyllis & Uri Cohen** | Last 4 digits of account number | | $2,090.00 | $2,090.00 | $0.00 |

Priority Creditor's Name
**576 Cragmont Ave.**
**Berkeley, CA 94708**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify **Deposits by individuals**
**Deposits and/or Payments for Children's**
**Educational Programs**

---

| 2.4 80 | **Karen Wei & Kevin Tao** | Last 4 digits of account number | | $284.06 | $284.06 | $0.00 |

Priority Creditor's Name
**1436 Trestle Glen Rd.**
**Oakland, CA 94610**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify **Deposits by individuals**
**Deposits and/or Payments for Children's**
**Educational Programs**

---

| 2.4 81 | **Karen Wise & Jeff Sammis** | Last 4 digits of account number | | $1,190.00 | $1,190.00 | $0.00 |

Priority Creditor's Name
**101 Colgett Dr.**
**Oakland, CA 94619**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify **Deposits by individuals**
**Deposits and/or Payments for Children's**
**Educational Programs**

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 204 of
407

| 2.4 82 | **Karri Wells & Brian Wane** | | |
|---|---|---|---|

**Karri Wells & Brian Wane**
Priority Creditor's Name
**5416 Lawton Ave.**
**Oakland, CA 94618**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    **$625.00**    **$625.00**    **$0.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify    **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.4 83 | **Kartika Aranda & Andrew Aranda** | | |
|---|---|---|---|

**Kartika Aranda & Andrew Aranda**
Priority Creditor's Name
**2736 Pickford Pl.**
**Hayward, CA 94541**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    **$26.70**    **$26.70**    **$0.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify    **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.4 84 | **Kat Di Piazza & Jason Di Piazza** | | |
|---|---|---|---|

**Kat Di Piazza & Jason Di Piazza**
Priority Creditor's Name
**6020 Bullard Dr.**
**Oakland, CA 94611**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    **$240.00**    **$240.00**    **$0.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify    **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| 2.4 85 | **Kat Park & Kyle Steinfeld** | Last 4 digits of account number _____ | **$480.00** | **$480.00** | **$0.00** |

Priority Creditor's Name
**320 Warwick Ave.**
**Oakland, CA 94619**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's**
**Educational Programs**

---

| 2.4 86 | **Kate Deyoe & Jonathan Deyoe** | Last 4 digits of account number _____ | **$480.00** | **$480.00** | **$0.00** |

Priority Creditor's Name
**541 Vistamont Ave.**
**Berkeley, CA 94708**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's**
**Educational Programs**

---

| 2.4 87 | **Kate Owens & Eugene Stacy** | Last 4 digits of account number _____ | **$50.00** | **$50.00** | **$0.00** |

Priority Creditor's Name
**3043 Broadway #361**
**Oakland, CA 94611**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's**
**Educational Programs**

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 206 of 407

| 2.4 88 | **Kate Schwass & Chris Schwass** | Last 4 digits of account number _____ | $480.00 | $480.00 | $0.00 |
|---|---|---|---|---|---|

Priority Creditor's Name
**3821 Greenwood Ave.**
**Oakland, CA 94602**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Debtor 1 only

☐ Unliquidated

☐ Debtor 2 only

☐ Disputed

☐ Debtor 1 and Debtor 2 only

**Type of PRIORITY unsecured claim:**

☐ At least one of the debtors and another

☐ Domestic support obligations

☐ **Check if this claim is for a community debt**

☐ Taxes and certain other debts you owe the government

**Is the claim subject to offset?**

☐ Claims for death or personal injury while you were intoxicated

■ No

■ Other. Specify    **Deposits by individuals**

☐ Yes

**Deposits and/or Payments for Children's Educational Programs**

---

| 2.4 89 | **Kate Winsor & John Winsor** | Last 4 digits of account number _____ | $910.00 | $910.00 | $0.00 |
|---|---|---|---|---|---|

Priority Creditor's Name
**1359 El Centro Ave.**
**Oakland, CA 94602**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Debtor 1 only

☐ Unliquidated

☐ Debtor 2 only

☐ Disputed

☐ Debtor 1 and Debtor 2 only

**Type of PRIORITY unsecured claim:**

☐ At least one of the debtors and another

☐ Domestic support obligations

☐ **Check if this claim is for a community debt**

☐ Taxes and certain other debts you owe the government

**Is the claim subject to offset?**

☐ Claims for death or personal injury while you were intoxicated

■ No

■ Other. Specify    **Deposits by individuals**

☐ Yes

**Deposits and/or Payments for Children's Educational Programs**

---

| 2.4 90 | **Kate Woodrow & Alden Woodrow** | Last 4 digits of account number _____ | $667.60 | $667.60 | $0.00 |
|---|---|---|---|---|---|

Priority Creditor's Name
**3876 Brighton Ave.**
**Oakland, CA 94602**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Debtor 1 only

☐ Unliquidated

☐ Debtor 2 only

☐ Disputed

☐ Debtor 1 and Debtor 2 only

**Type of PRIORITY unsecured claim:**

☐ At least one of the debtors and another

☐ Domestic support obligations

☐ **Check if this claim is for a community debt**

☐ Taxes and certain other debts you owe the government

**Is the claim subject to offset?**

☐ Claims for death or personal injury while you were intoxicated

■ No

■ Other. Specify    **Deposits by individuals**

☐ Yes

**Deposits and/or Payments for Children's Educational Programs**

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 207 of 407

| 2.4 91 | **Katherine Caradec & Andre Caradec** | | | | |
|---|---|---|---|---|---|
| | Priority Creditor's Name | Last 4 digits of account number | | $1,440.00 | $1,440.00 | $0.00 |

**Katherine Caradec & Andre Caradec**
Priority Creditor's Name
**5811 Keith Ave.**
**Oakland, CA 94618**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **$1,440.00**    **$1,440.00**    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify    **Deposits by individuals**
                    **Deposits and/or Payments for Children's Educational Programs**

---

**Katherine Dharlingue & Michael Norman**
Priority Creditor's Name
**7765 Hansom Dr.**
**Oakland, CA 94605**
Number Street City State Zip Code

2.4 92

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **$575.00**    **$575.00**    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify    **Deposits by individuals**
                    **Deposits and/or Payments for Children's Educational Programs**

---

**Katherine Mason & Ward Stern**
Priority Creditor's Name
**1140 Addison St.**
**Berkeley, CA 94702**
Number Street City State Zip Code

2.4 93

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **$250.00**    **$250.00**    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify    **Deposits by individuals**
                    **Deposits and/or Payments for Children's Educational Programs**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Case: 21-40070   Doc# 1   Filed: 01/20/21   Entered: 01/20/21 14:46:39   Page 208 of 407

| 2.4 94 | **Katherine Pinson & Chris Macolino** | Last 4 digits of account number | $208.89 | $208.89 | $0.00 |
|---|---|---|---|---|---|

Priority Creditor's Name
**5705 Jordan Ave.**
**El Cerrito, CA 94530**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify    **Deposits by individuals**
                    **Deposits and/or Payments for Children's**
                    **Educational Programs**

---

| 2.4 95 | **Kathleen Freitas & Ron Freitas** | Last 4 digits of account number | $27.50 | $27.50 | $0.00 |
|---|---|---|---|---|---|

Priority Creditor's Name
**3113 Cedawood Loop**
**San Ramon, CA 94582**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify    **Deposits by individuals**
                    **Deposits and/or Payments for Children's**
                    **Educational Programs**

---

| 2.4 96 | **Kathryn Brown & Brian Brown** | Last 4 digits of account number | $480.00 | $480.00 | $0.00 |
|---|---|---|---|---|---|

Priority Creditor's Name
**637 Viona Ave**
**Oakland, CA 94610**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify    **Deposits by individuals**
                    **Deposits and/or Payments for Children's**
                    **Educational Programs**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**2.4 97**  **Katie Hollenbaugh & Jack Stoddard**

Priority Creditor's Name

**1417 Grant St.**
**Berkeley, CA 94703**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

| | | |
|---|---|---|
| Last 4 digits of account number | $480.00 | $480.00 | $0.00 |

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
                  **Deposits and/or Payments for Children's Educational Programs**

---

**2.4 98**  **Katrina Journey & Damaune Journey**

Priority Creditor's Name

**6312 Rocky Point Ct.**
**Oakland, CA 94605**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

| | | |
|---|---|---|
| Last 4 digits of account number | $625.00 | $625.00 | $0.00 |

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
                  **Deposits and/or Payments for Children's Educational Programs**

---

**2.4 99**  **Katrina Kellogg & Mary Fuller**

Priority Creditor's Name

**2535 Delmer St.**
**Oakland, CA 94602**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

| | | |
|---|---|---|
| Last 4 digits of account number | $1,135.00 | $1,135.00 | $0.00 |

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
                  **Deposits and/or Payments for Children's Educational Programs**

---

Case: 21-40070   Doc# 1   Filed: 01/20/21   Entered: 01/20/21 14:46:39   Page 210 of 407

| 2.5 00 | **Kaya Sattava & Cally Martin** | Last 4 digits of account number _____ | $480.00 | $480.00 | $0.00 |
|---|---|---|---|---|---|

Priority Creditor's Name
**5379 Bryant Ave.**
**Oakland, CA 94618**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.5 01 | **Keith Speers & Maulik Bhansali** | Last 4 digits of account number _____ | $525.00 | $525.00 | $0.00 |
|---|---|---|---|---|---|

Priority Creditor's Name
**5230 Shafter Ave.**
**Oakland, CA 94618**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.5 02 | **Kelley Morgan & Michael Earle** | Last 4 digits of account number _____ | $47.00 | $47.00 | $0.00 |
|---|---|---|---|---|---|

Priority Creditor's Name
**4752 Mountain Blvd.**
**Oakland, CA 94619**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 211 of 407

| 2.5 03 | **Kelly Benson & Tyler Benson** | Last 4 digits of account number _____ | $103.50 | $103.50 | $0.00 |

Priority Creditor's Name
**63 Miramonte Dr.**
**Moraga, CA 94556**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.5 04 | **Kelly Kratky & Terry Kratky** | Last 4 digits of account number _____ | $231.25 | $231.25 | $0.00 |

Priority Creditor's Name
**4 Heartland Ct.**
**Danville, CA 94506**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.5 05 | **Kelly Lukrich & Dave Lukrich** | Last 4 digits of account number _____ | $27.50 | $27.50 | $0.00 |

Priority Creditor's Name
**14 Gary Way**
**Alamo, CA 94507**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 212 of 407

| 2.5 06 | **Kelly Pschirrer & Martin Spizman** | Last 4 digits of account number ___ ___ ___ ___ | $505.00 | $505.00 | $0.00 |

Priority Creditor's Name
**6176 Valley View Rd.**
**Oakland, CA 94611**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

| 2.5 07 | **Kelly Quinley & Stephen Downs** | Last 4 digits of account number ___ ___ ___ ___ | $570.00 | $570.00 | $0.00 |

Priority Creditor's Name
**5340 Broadway Terr. #608**
**Oakland, CA 94618**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

| 2.5 08 | **Kelly Shimoda & Neil Harris** | Last 4 digits of account number ___ ___ ___ ___ | $480.00 | $480.00 | $0.00 |

Priority Creditor's Name
**2035 Essex St.**
**Berkeley, CA 94703**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| 2.5 09 | **Kelly Thompson & Mychal Luther** | Last 4 digits of account number _____ | $480.00 | $480.00 | $0.00 |

Priority Creditor's Name
**166 John St.**
**Oakland, CA 94611**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.5 10 | **Kelly Tuck & Hunter Tuck** | Last 4 digits of account number _____ | $1,147.60 | $1,147.60 | $0.00 |

Priority Creditor's Name
**263 Taurus Ave.**
**Oakland, CA 94611**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.5 11 | **Kelly Virgillito** | Last 4 digits of account number _____ | $56.25 | $56.25 | $0.00 |

Priority Creditor's Name
**196 Monte Carlo Way**
**Danville, CA 94506**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| 2.5 12 | **Kelsey Lesley & Ken Lesley** | Last 4 digits of account number | | **$57.00** | **$57.00** | **$0.00** |
|---|---|---|---|---|---|---|

Priority Creditor's Name
**124 Mont St. Michel Way**
**Martinez, CA 94553**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.5 13 | **Kenda Burke & Scott Yundt** | Last 4 digits of account number | | **$129.17** | **$129.17** | **$0.00** |
|---|---|---|---|---|---|---|

Priority Creditor's Name
**1664 Miami Ct.**
**Oakland, CA 94602**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.5 14 | **Keng Jin Lee & Mike "Yu" Cheng** | Last 4 digits of account number | | **$520.00** | **$520.00** | **$0.00** |
|---|---|---|---|---|---|---|

Priority Creditor's Name
**23 Harbord Ct. #2**
**Oakland, CA 94618**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

---

**2.5 15**    **Kenneth Lau & Van Wong**

Priority Creditor's Name

**6701 Sobrante Rd.**
**Oakland, CA 94611**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    **$187.60**    **$187.60**    **$0.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify    **Deposits by individuals**
                    **Deposits and/or Payments for Children's**
                    **Educational Programs**

---

**2.5 16**    **Kerrie Hogan & Bret Hogan**

Priority Creditor's Name

**6232 Rockwell St.**
**Oakland, CA 94618**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    **$960.00**    **$960.00**    **$0.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify    **Deposits by individuals**
                    **Deposits and/or Payments for Children's**
                    **Educational Programs**

---

**2.5 17**    **Kerryn Pincus & Chad Gallagher**

Priority Creditor's Name

**5656 Weaver Pl.**
**Oakland, CA 94619**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    **$1,010.00**    **$1,010.00**    **$0.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify    **Deposits by individuals**
                    **Deposits and/or Payments for Children's**
                    **Educational Programs**

---

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 216 of
407

| 2.5 18 | **Keslie Stewart & Dave Mateer** | Last 4 digits of account number | $420.00 | $420.00 | $0.00 |
|---|---|---|---|---|---|

Priority Creditor's Name
**1825 Channing Way**
**Berkeley, CA 94703**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify   **Deposits by individuals**
        **Deposits and/or Payments for Children's Educational Programs**

---

| 2.5 19 | **Kevin Growney & Regina Growney** | Last 4 digits of account number | $116.00 | $116.00 | $0.00 |
|---|---|---|---|---|---|

Priority Creditor's Name
**742 27th Ave.**
**San Francisco, CA 94121**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify   **Deposits by individuals**
        **Deposits and/or Payments for Children's Educational Programs**

---

| 2.5 20 | **Kevin Hill and Jenny Des Jarlais** | Last 4 digits of account number 3914 | $0.00 | $0.00 | $0.00 |
|---|---|---|---|---|---|

Priority Creditor's Name
**16 Elston Ct.**
**Oakland, CA 94602**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify   **Deposits by individuals**
        **For Notice Purposes Only**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

---

**2.5 21**

**Kevin McCarthy & Emily Biuso**
Priority Creditor's Name
**3306 Herrier St.**
**Oakland, CA 94602**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    **$1,710.00**    **$1,710.00**    **$0.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify    **Deposits by individuals**
         **Deposits and/or Payments for Children's**
         **Educational Programs**

---

**2.5 22**

**Kevin Schaaf & Megumi Schaaf**
Priority Creditor's Name
**2128 Sutter St.**
**San Francisco, CA 94115**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    **$58.00**    **$58.00**    **$0.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify    **Deposits by individuals**
         **Deposits and/or Payments for Children's**
         **Educational Programs**

---

**2.5 23**

**Kier Van Remoortere & William Holtz**
Priority Creditor's Name
**1801 Dwight Way**
**Berkeley, CA 94703**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    **$1,100.00**    **$1,100.00**    **$0.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify    **Deposits by individuals**
         **Deposits and/or Payments for Children's**
         **Educational Programs**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

---

**2.5 24**

**Kimberley Gregg & David Fortner**

Priority Creditor's Name

**484 Spruce St.**
**Berkeley, CA 94708**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

| Last 4 digits of account number | | $480.00 | $480.00 | $0.00 |

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify  **Deposits by individuals**
        **Deposits and/or Payments for Children's Educational Programs**

---

**2.5 25**

**Kimberly Diaz & Tony Diaz**

Priority Creditor's Name

**6774 Broadway Terrace**
**Oakland, CA 94611**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

| Last 4 digits of account number | | $187.60 | $187.60 | $0.00 |

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify  **Deposits by individuals**
        **Deposits and/or Payments for Children's Educational Programs**

---

**2.5 26**

**Kimberly Mealins**

Priority Creditor's Name

**19 Camino Del Diablo**
**Orinda, CA 94563**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

| Last 4 digits of account number | | $1,920.00 | $1,920.00 | $0.00 |

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify  **Deposits by individuals**
        **Deposits and/or Payments for Children's Educational Programs**

---

Case: 21-40070   Doc# 1   Filed: 01/20/21   Entered: 01/20/21 14:46:39   Page 219 of 407

| 2.5 27 | **Kimberly Murphy & Conor Murphy** | | | | |
|---|---|---|---|---|---|
| | Priority Creditor's Name | Last 4 digits of account number | | $960.00 | $960.00 | $0.00 |

**Kimberly Murphy & Conor Murphy**
Priority Creditor's Name
**14230 Skyline Blvd.**
**Oakland, CA 94619**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____   $960.00   $960.00   $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
   **Deposits and/or Payments for Children's Educational Programs**

---

| 2.5 28 | **Kimberly Shartsis & Andrea Lopez** |
|---|---|

**Kimberly Shartsis & Andrea Lopez**
Priority Creditor's Name
**324 Sea View Ave.**
**Piedmont, CA 94610**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____   $240.00   $240.00   $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
   **Deposits and/or Payments for Children's Educational Programs**

---

| 2.5 29 | **Kira Goodman & Arik Goodman** |
|---|---|

**Kira Goodman & Arik Goodman**
Priority Creditor's Name
**1374 Holman Rd.**
**Oakland, CA 94610**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____   $692.57   $692.57   $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
   **Deposits and/or Payments for Children's Educational Programs**

Case: 21-40070   Doc# 1   Filed: 01/20/21   Entered: 01/20/21 14:46:39   Page 220 of 407

| 2.5 30 | **Kit Shum** | Last 4 digits of account number _____ | $85.22 | $85.22 | $0.00 |

Priority Creditor's Name

**303 Ripley Ave. #A**
**Richmond, CA 94801**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☑ Other. Specify __Deposits by individuals__
__Deposits and/or Payments for Children's Educational Programs__

---

| 2.5 31 | **Krista Coupar Piagentini & Nick Piagenti** | Last 4 digits of account number _____ | $58.00 | $58.00 | $0.00 |

Priority Creditor's Name

**170 27th St.**
**San Francisco, CA 94121**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☑ Other. Specify __Deposits by individuals__
__Deposits and/or Payments for Children's Educational Programs__

---

| 2.5 32 | **Kristi Melick & Josh Melick** | Last 4 digits of account number _____ | $240.00 | $240.00 | $0.00 |

Priority Creditor's Name

**560 Fairbanks Ave.**
**Oakland, CA 94610**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☑ Other. Specify __Deposits by individuals__
__Deposits and/or Payments for Children's Educational Programs__

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| 2.5 33 | **Kristin Kaplan & Adam Kaplan** | Last 4 digits of account number ___ ___ ___ ___ | **$1,920.00** | **$1,920.00** | **$0.00** |
|---|---|---|---|---|---|

Priority Creditor's Name
**2966 Hedge Ct.**
**Oakland, CA 94602**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**

- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☑ Other. Specify **Deposits by individuals**
  **Deposits and/or Payments for Children's Educational Programs**

| 2.5 34 | **Kristin Kyono & Evan Kyono** | Last 4 digits of account number ___ ___ ___ ___ | **$860.00** | **$860.00** | **$0.00** |
|---|---|---|---|---|---|

Priority Creditor's Name
**5557 Lawton Ave.**
**Oakland, CA 94618**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**

- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☑ Other. Specify **Deposits by individuals**
  **Deposits and/or Payments for Children's Educational Programs**

| 2.5 35 | **Kristin Wolfe & Christopher Wolfe** | Last 4 digits of account number ___ ___ ___ ___ | **$1,200.00** | **$1,200.00** | **$0.00** |
|---|---|---|---|---|---|

Priority Creditor's Name
**1100 Ashmount Ave.**
**Piedmont, CA 94610**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**

- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☑ Other. Specify **Deposits by individuals**
  **Deposits and/or Payments for Children's Educational Programs**

Case: 21-40070   Doc# 1   Filed: 01/20/21   Entered: 01/20/21 14:46:39   Page 222 of 407

| 2.5 36 | **Kristina Andrews & Allison Andrews** | Last 4 digits of account number ____ | **$1,800.00** | **$1,800.00** | **$0.00** |

Priority Creditor's Name
**420 Balra Dr.**
**El Cerrito, CA 94530**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.5 37 | **Kristine Maing** | Last 4 digits of account number ____ | **$100.00** | **$100.00** | **$0.00** |

Priority Creditor's Name
**958 Kingston Ave**
**Piedmont, CA 94611**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.5 38 | **Kristine Sosine & Brian Sosine** | Last 4 digits of account number ____ | **$55.00** | **$55.00** | **$0.00** |

Priority Creditor's Name
**52 Corte Encanto**
**Danville, CA 94526**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 223 of 407

| 2.5 39 | **Kristy Kirshtner & Patrick Kirshtner** | Last 4 digits of account number | $315.00 | $315.00 | $0.00 |
|---|---|---|---|---|---|

Priority Creditor's Name
**7516 Sunkist Dr.**
**Oakland, CA 94605**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
          **Deposits and/or Payments for Children's Educational Programs**

---

| 2.5 40 | **Kumiko Nguyen & Dave Nguyen** | Last 4 digits of account number | $218.75 | $218.75 | $0.00 |
|---|---|---|---|---|---|

Priority Creditor's Name
**101 Angela Ave.**
**Alamo, CA 94507**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
          **Deposits and/or Payments for Children's Educational Programs**

---

| 2.5 41 | **Labor Commissioner** | Last 4 digits of account number | $0.00 | $0.00 | $0.00 |
|---|---|---|---|---|---|

Priority Creditor's Name
**State of California**
**1515 Clay St., Rm. 801**
**Oakland, CA 94612**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Wages, salaries, and commissions**
          **For Notice Purposes Only**

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 224 of 407

---

**2.5 42**

**Ladonna Jackson & Deidre Mitchell**

Priority Creditor's Name

**P.O. Box #60327**
**Palo Alto, CA 94306**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

| | | |
|---|---|---|
| Last 4 digits of account number _____ | $480.00 | $480.00 | $0.00 |

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**

- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☑ Other. Specify   **Deposits by individuals** _____
  **Deposits and/or Payments for Children's Educational Programs**

---

**2.5 43**

**Lara Grisemer & Kent Grisemer**

Priority Creditor's Name

**6105 Castle Dr.**
**Oakland, CA 94611**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

| | | |
|---|---|---|
| Last 4 digits of account number _____ | $570.00 | $570.00 | $0.00 |

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**

- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☑ Other. Specify   **Deposits by individuals** _____
  **Deposits and/or Payments for Children's Educational Programs**

---

**2.5 44**

**Lassen Hines & Brian Hinch**

Priority Creditor's Name

**3108 Mabel St**
**Berkeley, CA 94702**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

| | | |
|---|---|---|
| Last 4 digits of account number _____ | $1,660.00 | $1,660.00 | $0.00 |

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**

- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☑ Other. Specify   **Deposits by individuals** _____
  **Deposits and/or Payments for Children's Educational Programs**

---

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 225 of 407

| 2.5 45 | **Latrina Chavez & Mateus Chavez** | Last 4 digits of account number _____ | **$1,250.00** | **$1,250.00** | **$0.00** |

Priority Creditor's Name
**2204 East 25th St.**
**Oakland, CA 94606**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply

□ Contingent
□ Unliquidated
□ Disputed

**Type of PRIORITY unsecured claim:**

□ Domestic support obligations
□ Taxes and certain other debts you owe the government
□ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

**Is the claim subject to offset?**
■ No
□ Yes

---

| 2.5 46 | **Laura Alanis & Justin Alanis** | Last 4 digits of account number _____ | **$1,870.00** | **$1,870.00** | **$0.00** |

Priority Creditor's Name
**6430 Girvin Dr.**
**Oakland, CA 94611**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply

□ Contingent
□ Unliquidated
□ Disputed

**Type of PRIORITY unsecured claim:**

□ Domestic support obligations
□ Taxes and certain other debts you owe the government
□ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

**Is the claim subject to offset?**
■ No
□ Yes

---

| 2.5 47 | **Laura Altieri** | Last 4 digits of account number _____ | **$520.00** | **$520.00** | **$0.00** |

Priority Creditor's Name
**2514 Buena Vista Way**
**Berkeley, CA 94708**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply

□ Contingent
□ Unliquidated
□ Disputed

**Type of PRIORITY unsecured claim:**

□ Domestic support obligations
□ Taxes and certain other debts you owe the government
□ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

**Is the claim subject to offset?**
■ No
□ Yes

Case: 21-40070   Doc# 1   Filed: 01/20/21   Entered: 01/20/21 14:46:39   Page 226 of 407

| | | | |
|---|---|---|---|

**2.5 48** | **Laura Arreola & Liam Beesley**

Priority Creditor's Name
**154 Maiden Ln.**
**Oakland, CA 94602**
Number Street City State Zip Code

Last 4 digits of account number _____     **$880.00**     **$880.00**     **$0.00**

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

**2.5 49** | **Laura Bozzolo & Kristopher Campbell**

Priority Creditor's Name
**4035 Laurel Ave.**
**Oakland, CA 94602**
Number Street City State Zip Code

Last 4 digits of account number _____     **$1,820.00**     **$1,820.00**     **$0.00**

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

**2.5 50** | **Laura Savage & Brian Savage**

Priority Creditor's Name
**90 Heartland St.**
**Danville, CA 94506**
Number Street City State Zip Code

Last 4 digits of account number _____     **$175.00**     **$175.00**     **$0.00**

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Case: 21-40070   Doc# 1   Filed: 01/20/21   Entered: 01/20/21 14:46:39   Page 227 of 407

| 2.5 51 | **Laura Sheckler & Crow Cianciola** | Last 4 digits of account number _____ | $480.00 | $480.00 | $0.00 |

Priority Creditor's Name
**519 Ohio St.**
**Vallejo, CA 94590**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's**
**Educational Programs**

---

| 2.5 52 | **Laura Simon** | Last 4 digits of account number _____ | $568.12 | $568.12 | $0.00 |

Priority Creditor's Name
**1086 Alcatraz Ave.**
**Oakland, CA 94608**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's**
**Educational Programs**

---

| 2.5 53 | **Lauren Drobocky & Nick Drobocky** | Last 4 digits of account number _____ | $600.00 | $600.00 | $0.00 |

Priority Creditor's Name
**11 Shetland Ct.**
**Oakland, CA 94605**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's**
**Educational Programs**

Case: 21-40070   Doc# 1   Filed: 01/20/21   Entered: 01/20/21 14:46:39   Page 228 of 407

| | | | |
|---|---|---|---|

**2.5 54**

**Lauren Dutra & Anthony Dutra**
Priority Creditor's Name
**1636 La Loma Ave.**
**Berkeley, CA 94709**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number _____    **$2,205.00**    **$2,205.00**    **$0.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**

- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☑ Other. Specify   **Deposits by individuals**
  **Deposits and/or Payments for Children's Educational Programs**

---

**2.5 55**

**Lauren Hartman & Douglas Hartman**
Priority Creditor's Name
**110 Palm Dr.**
**Piedmont, CA 94610**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number _____    **$240.00**    **$240.00**    **$0.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**

- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☑ Other. Specify   **Deposits by individuals**
  **Deposits and/or Payments for Children's Educational Programs**

---

**2.5 56**

**Lauren Konopka & Ben Haid**
Priority Creditor's Name
**4309 Park Blvd.**
**Oakland, CA 94602**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number _____    **$1,110.00**    **$1,110.00**    **$0.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**

- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☑ Other. Specify   **Deposits by individuals**
  **Deposits and/or Payments for Children's Educational Programs**

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 229 of 407

| 2.5 57 | **Lauren Lee & David Lee** | Last 4 digits of account number | | $207.00 | $207.00 | $0.00 |

Priority Creditor's Name
**116 Corliss Dr.**
**Moraga, CA 94556**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's**
**Educational Programs**

---

| 2.5 58 | **Lauren Lockwood & Jason Lockwood** | Last 4 digits of account number | | $187.60 | $187.60 | $0.00 |

Priority Creditor's Name
**6718 Pinehaven Rd.**
**Oakland, CA 94611**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's**
**Educational Programs**

---

| 2.5 59 | **Lauren Lyon & Nathan Lyon** | Last 4 digits of account number | | $206.29 | $206.29 | $0.00 |

Priority Creditor's Name
**84 Margaret Dr.**
**Walnut Creek, CA 94596**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's**
**Educational Programs**

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 230 of
407

| 2.5 60 | **Lauren Temme & Karsten Temme** | Last 4 digits of account number | **$1,140.00** | **$1,140.00** | **$0.00** |
|---|---|---|---|---|---|

Priority Creditor's Name
**6015 La Salle Ave.**
**Oakland, CA 94611**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

| 2.5 61 | **Lauren Wiener** | Last 4 digits of account number | **$1,010.00** | **$1,010.00** | **$0.00** |
|---|---|---|---|---|---|

Priority Creditor's Name
**1725 Sonoma Ave.**
**Berkeley, CA 94707**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

| 2.5 62 | **Laurence "Lance" Stone** | Last 4 digits of account number | **$168.75** | **$168.75** | **$0.00** |
|---|---|---|---|---|---|

Priority Creditor's Name
**4012 Sugar Maple Dr.**
**Danville, CA 94506**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 231 of 407

| 2.5 63 | **Laurie Pecoraro & Daniel Pecoraro** | Last 4 digits of account number | $625.00 | $625.00 | $0.00 |
|---|---|---|---|---|---|

Priority Creditor's Name
**5964 Merriewood Dr.**
**Oakland, CA 94611**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
       **Deposits and/or Payments for Children's**
       **Educational Programs**

---

| 2.5 64 | **Laurin Asdal & John Perry** | Last 4 digits of account number | $520.00 | $520.00 | $0.00 |
|---|---|---|---|---|---|

Priority Creditor's Name
**4627 Brookdale Ave.**
**Oakland, CA 94619**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
       **Deposits and/or Payments for Children's**
       **Educational Programs**

---

| 2.5 65 | **Lawrence Sutten & Anya Shapina** | Last 4 digits of account number | $570.00 | $570.00 | $0.00 |
|---|---|---|---|---|---|

Priority Creditor's Name
**2974 Burdeck Dr.**
**Oakland, CA 94602**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
       **Deposits and/or Payments for Children's**
       **Educational Programs**

Case: 21-40070   Doc# 1   Filed: 01/20/21   Entered: 01/20/21 14:46:39   Page 232 of 407

| 2.5 66 | **Lawton Eng & Quin Wu** | | | | | |
|---|---|---|---|---|---|---|

**Lawton Eng & Quin Wu**
Priority Creditor's Name
**3301 Morcom Ave.**
**Oakland, CA 94619**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **$50.00**    **$50.00**    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
           **Deposits and/or Payments for Children's Educational Programs**

---

| 2.5 67 | **Leah Nastro** | | | | | |
|---|---|---|---|---|---|---|

**Leah Nastro**
Priority Creditor's Name
**45 Panorama Ct.**
**Danville, CA 94506**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **$175.00**    **$175.00**    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
           **Deposits and/or Payments for Children's Educational Programs**

---

| 2.5 68 | **Leah Schwartz & Michael Schwartz** | | | | | |
|---|---|---|---|---|---|---|

**Leah Schwartz & Michael Schwartz**
Priority Creditor's Name
**365 61st St.**
**Oakland, CA 94618**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **$51.78**    **$51.78**    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
           **Deposits and/or Payments for Children's Educational Programs**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| 2.5<br>69 | **Leigh Anne Gray & Liam Gray** | Last 4 digits of account number | | **$50.00** | **$50.00** | **$0.00** |

Priority Creditor's Name

**830 Haight Ave.**
**Alameda, CA 94501**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's**
**Educational Programs**

---

| 2.5<br>70 | **Leslie Carballo & Ryan Teed** | Last 4 digits of account number | | **$194.44** | **$194.44** | **$0.00** |

Priority Creditor's Name

**1668 Saint David Dr.**
**Danville, CA 94526**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's**
**Educational Programs**

---

| 2.5<br>71 | **Leslie Chang & Ian Cooper** | Last 4 digits of account number | | **$600.00** | **$600.00** | **$0.00** |

Priority Creditor's Name

**4200 Lincoln Ave.**
**Oakland, CA 94602**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's**
**Educational Programs**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| 2.5 72 | **Leslie Sullivan & Brian Sullivan** | Last 4 digits of account number _____ | $545.00 | $545.00 | $0.00 |

Priority Creditor's Name
**2015 Drake Dr.**
**Oakland, CA 94611**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.5 73 | **Leslie Yoshimura & Seth Hubbert** | Last 4 digits of account number _____ | $860.00 | $860.00 | $0.00 |

Priority Creditor's Name
**3125 Frye St.**
**Oakland, CA 94602**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.5 74 | **Leticia Pereira & Joseph Casciana** | Last 4 digits of account number _____ | $202.00 | $202.00 | $0.00 |

Priority Creditor's Name
**2811 Regatta Dr.**
**Oakland, CA 94601**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

Case: 21-40070   Doc# 1   Filed: 01/20/21   Entered: 01/20/21 14:46:39   Page 235 of 407

| 2.5 75 | **Lidia Manea & Ovidiv Manea** | Last 4 digits of account number | | $218.75 | $218.75 | $0.00 |

Priority Creditor's Name
**237 Angela Ave.**
**Alamo, CA 94507**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.5 76 | **Lillian Kim & Samuel Kim** | Last 4 digits of account number | | $525.00 | $525.00 | $0.00 |

Priority Creditor's Name
**1141 Verdemar Dr.**
**Alameda, CA 94502**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.5 77 | **Linda Chen & Eugene Wong** | Last 4 digits of account number | | $284.06 | $284.06 | $0.00 |

Priority Creditor's Name
**1536 Sacramento St.**
**Berkeley, CA 94702**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

Case: 21-40070   Doc# 1   Filed: 01/20/21   Entered: 01/20/21 14:46:39   Page 236 of 407

| 2.5 78 | **Linda Nguyen & Robert Anderson** | Last 4 digits of account number _____ | $960.00 | $960.00 | $0.00 |

Priority Creditor's Name
**15036 Thoits St.**
**San Leandro, CA 94579**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
   **Deposits and/or Payments for Children's Educational Programs**

---

| 2.5 79 | **Linda Niazi & Ali Niazi** | Last 4 digits of account number _____ | $168.75 | $168.75 | $0.00 |

Priority Creditor's Name
**724 Westbrook Ct.**
**Danville, CA 94506**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
   **Deposits and/or Payments for Children's Educational Programs**

---

| 2.5 80 | **Linda Wilbrecht & Chris Hoofnagle** | Last 4 digits of account number _____ | $480.00 | $480.00 | $0.00 |

Priority Creditor's Name
**2625 Alcatraz Ave. #343**
**Berkeley, CA 94705**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
   **Deposits and/or Payments for Children's Educational Programs**

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 237 of 407

| 2.5 81 | **Lindsay Jurow** | | Last 4 digits of account number | | $103.56 | $103.56 | $0.00 |

Priority Creditor's Name
**1250 Newell Ave., #200**
**Walnut Creek, CA 94596**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
                          **Deposits and/or Payments for Children's**
                          **Educational Programs**

---

| 2.5 82 | **Lindsay Kraybill & Aaron Koressel** | | Last 4 digits of account number | | $910.00 | $910.00 | $0.00 |

Priority Creditor's Name
**502 Norvell St.**
**El Cerrito, CA 94530**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
                          **Deposits and/or Payments for Children's**
                          **Educational Programs**

---

| 2.5 83 | **Lindsay Pleasant & Drew Pleasant** | | Last 4 digits of account number | | $206.29 | $206.29 | $0.00 |

Priority Creditor's Name
**1107 Westmoreland Cir.**
**Walnut Creek, CA 94596**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
                          **Deposits and/or Payments for Children's**
                          **Educational Programs**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                               Best Case Bankruptcy

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 238 of 407

| 2.5 84 | **Lindsay Weakley & Eric Weakley** | Last 4 digits of account number | | $505.00 | $505.00 | $0.00 |
|---|---|---|---|---|---|---|

Priority Creditor's Name
**13514 Campus Dr.**
**Oakland, CA 94501**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.5 85 | **Linn and Magnus Hillestad** | Last 4 digits of account number | | $240.00 | $240.00 | $0.00 |
|---|---|---|---|---|---|---|

Priority Creditor's Name
**c/o Sanity**
**2345 Yale St.**
**Palo Alto, CA 94306**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.5 86 | **Lisa Gies & Daniel Gies** | Last 4 digits of account number | | $5,400.00 | $3,025.00 | $2,375.00 |
|---|---|---|---|---|---|---|

Priority Creditor's Name
**1508 Sonoma Ave.**
**Albany, CA 94706**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| 2.5 87 | **Lisa Hellam & Aaron Hellam** | Last 4 digits of account number _____ | **$2,800.00** | **$2,800.00** | **$0.00** |

Priority Creditor's Name
**23 Carr Dr.**
**Moraga, CA 94556**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.5 88 | **Lisa Ivancich & Warren Strudwick** | Last 4 digits of account number _____ | **$202.00** | **$202.00** | **$0.00** |

Priority Creditor's Name
**5852 McAndrew Dr.**
**Oakland, CA 94611**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.5 89 | **Lisa Jackson & Frank Slayne** | Last 4 digits of account number _____ | **$129.17** | **$129.17** | **$0.00** |

Priority Creditor's Name
**997 55th St.**
**Emeryville, CA 94608**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

Case: 21-40070   Doc# 1   Filed: 01/20/21   Entered: 01/20/21 14:46:39   Page 240 of 407

| | | | | |
|---|---|---|---|---|
| 2.5 90 | **Lisa Nessan & Chad Augur** | Last 4 digits of account number _____ | $480.00 | $480.00 | $0.00 |

Priority Creditor's Name
**2027 Damuth St.**
**Oakland, CA 94602**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's**
**Educational Programs**

---

| | | | | |
|---|---|---|---|---|
| 2.5 91 | **Lisa Schultz & John Jason Schultz** | Last 4 digits of account number _____ | $1,040.00 | $1,040.00 | $0.00 |

Priority Creditor's Name
**910 60th St.**
**Oakland, CA 94608**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's**
**Educational Programs**

---

| | | | | |
|---|---|---|---|---|
| 2.5 92 | **Lisa Taylor & Joseph Taylor** | Last 4 digits of account number _____ | $240.00 | $240.00 | $0.00 |

Priority Creditor's Name
**1063 Ranleigh Way**
**Piedmont, CA 94610**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's**
**Educational Programs**

Case: 21-40070   Doc# 1   Filed: 01/20/21   Entered: 01/20/21 14:46:39   Page 241 of 407

| 2.5 93 | **Lisa Tsuchiya & Nathan Tsuchiva** | Last 4 digits of account number _____ | **$1,200.00** | **$1,200.00** | **$0.00** |

Priority Creditor's Name
**3892 Rhoda Ave.**
**Oakland, CA 94602**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

When was the debt incurred? _____

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's**
**Educational Programs**

---

| 2.5 94 | **Lisa Young & Brian Zheng** | Last 4 digits of account number _____ | **$960.00** | **$960.00** | **$0.00** |

Priority Creditor's Name
**1359 Maria Ave.**
**Albany, CA 94706**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

When was the debt incurred? _____

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's**
**Educational Programs**

---

| 2.5 95 | **Lissette Merman & Jason Merman** | Last 4 digits of account number _____ | **$480.00** | **$480.00** | **$0.00** |

Priority Creditor's Name
**9 Mission Springs**
**Hercules, CA 94547**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

When was the debt incurred? _____

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's**
**Educational Programs**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                            Best Case Bankruptcy

Case: 21-40070   Doc# 1   Filed: 01/20/21   Entered: 01/20/21 14:46:39   Page 242 of 407

---

**2.5 96**

**Liz Clark & Bryant Palomo**
Priority Creditor's Name
**6038 Fairlane Dr.**
**Oakland, CA 94611**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____  **$625.00**  **$625.00**  **$0.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
  **Deposits and/or Payments for Children's**
  **Educational Programs**

---

**2.5 97**

**Liz Ly & Hung Ly**
Priority Creditor's Name
**3449 Crane Way**
**Oakland, CA 94602**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____  **$1,040.00**  **$1,040.00**  **$0.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
  **Deposits and/or Payments for Children's**
  **Educational Programs**

---

**2.5 98**

**Llia Arieta & Tony Arieta**
Priority Creditor's Name
**301 Morello Ave.**
**Martinez, CA 94553**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____  **$57.00**  **$57.00**  **$0.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
  **Deposits and/or Payments for Children's**
  **Educational Programs**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| 2.5 99 | **Lome Aseron & Janine Macbeth** | Last 4 digits of account number ____ | $1,720.00 | $1,720.00 | $0.00 |
|---|---|---|---|---|---|

Priority Creditor's Name
**3059 Frye St.**
**Oakland, CA 94602**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's**
**Educational Programs**

---

| 2.6 00 | **Loren Olson & Alison Maddeford** | Last 4 digits of account number ____ | $417.78 | $417.78 | $0.00 |
|---|---|---|---|---|---|

Priority Creditor's Name
**6466 Outlook Ave.**
**Oakland, CA 94505**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's**
**Educational Programs**

---

| 2.6 01 | **Lori Riga & Ray Riga** | Last 4 digits of account number ____ | $100.00 | $100.00 | $0.00 |
|---|---|---|---|---|---|

Priority Creditor's Name
**4018 Brown Ave.**
**Oakland, CA 94619**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's**
**Educational Programs**

---

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 244 of 407

| 2.6 02 | **Lorien Fono & Richard Fromm** | Last 4 digits of account number ___ | **$1,920.00** | **$1,920.00** | **$0.00** |
|---|---|---|---|---|---|

Priority Creditor's Name
**1815 Delaware St.**
**Berkeley, CA 94703**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.6 03 | **Louise Palmer & Jason Rubin** | Last 4 digits of account number ___ | **$115.00** | **$115.00** | **$0.00** |
|---|---|---|---|---|---|

Priority Creditor's Name
**45 Whitaker Ave.**
**Berkeley, CA 94708**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.6 04 | **Luan Nio & Bart Haverkorn Van Rijsewijk** | Last 4 digits of account number ___ | **$600.00** | **$600.00** | **$0.00** |
|---|---|---|---|---|---|

Priority Creditor's Name
**1603 Derby St.**
**Berkeley, CA 94703**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

Case: 21-40070   Doc# 1   Filed: 01/20/21   Entered: 01/20/21 14:46:39   Page 245 of 407

| 2.6 05 | **Lucy Chien & Don Au-Yeung** | Last 4 digits of account number | | $860.00 | $860.00 | $0.00 |
|---|---|---|---|---|---|---|

Priority Creditor's Name
**19923 Crow Creek Rd.**
**Castro Valley, CA 94552**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify    **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.6 06 | **Lwam Abraha & Daniel Wolday** | Last 4 digits of account number | | $27.50 | $27.50 | $0.00 |
|---|---|---|---|---|---|---|

Priority Creditor's Name
**1101 San Ramon Valley Blvd.**
**Danville, CA 94526**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify    **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.6 07 | **Lydia Stacey & Oliver Stacey** | Last 4 digits of account number | | $1,200.00 | $1,200.00 | $0.00 |
|---|---|---|---|---|---|---|

Priority Creditor's Name
**793 52nd St.**
**Oakland, CA 94609**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify    **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| 2.6 08 | **Mackenzie Moore & Lucia Brosgart** | Last 4 digits of account number | $480.00 | $480.00 | $0.00 |

**Mackenzie Moore & Lucia Brosgart**
Priority Creditor's Name
**2438 Rossevelt Ave.**
**Berkeley, CA 94703**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    $480.00    $480.00    $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.6 09 | **Macy Cornell & Ron Cornell** | Last 4 digits of account number | $1,920.00 | $1,920.00 | $0.00 |

**Macy Cornell & Ron Cornell**
Priority Creditor's Name
**6475 Colton Blvd.**
**Oakland, CA 94611**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    $1,920.00    $1,920.00    $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.6 10 | **Madeleine Buck & J.R. Spiegel** | Last 4 digits of account number | $530.00 | $530.00 | $0.00 |

**Madeleine Buck & J.R. Spiegel**
Priority Creditor's Name
**126 Glenwood Glade**
**Oakland, CA 94611**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    $530.00    $530.00    $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

| 2.6 11 | **Magda Cooney & Kevin Cooney** | Last 4 digits of account number _____ | **$50.00** | **$50.00** | **$0.00** |

Priority Creditor's Name
**4312 Anderson Ave.**
**Oakland, CA 94619**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify  **Deposits by individuals** _____
**Deposits and/or Payments for Children's**
**Educational Programs**

---

| 2.6 12 | **Maggie Mesa & Melanie Mesa** | Last 4 digits of account number _____ | **$212.57** | **$212.57** | **$0.00** |

Priority Creditor's Name
**1165 Holman Rd.**
**Oakland, CA 94610**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify  **Deposits by individuals** _____
**Deposits and/or Payments for Children's**
**Educational Programs**

---

| 2.6 13 | **Maggie Wang & Michael Nguyen** | Last 4 digits of account number _____ | **$120.00** | **$120.00** | **$0.00** |

Priority Creditor's Name
**5 Rich Acres Rd.**
**Orinda, CA 94563**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify  **Deposits by individuals** _____
**Deposits and/or Payments for Children's**
**Educational Programs**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 248 of
407

**2.6 14**

**Maile Christensen & Jon Christensen**
Priority Creditor's Name
**208 Ashbury Ave.**
**El Cerrito, CA 94530**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____    **$1,440.00**    **$1,440.00**    **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

**2.6 15**

**Maki Kasai & Aaron Potash**
Priority Creditor's Name
**3729 Wisconsin St.**
**Oakland, CA 94619**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____    **$50.00**    **$50.00**    **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

**2.6 16**

**Maneesh Singh & Dalbir Singh**
Priority Creditor's Name
**1001 Trestle Glen Rd.**
**Oakland, CA 94610**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____    **$1,140.00**    **$1,140.00**    **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| 2.6 17 | **Marci Donohoe & John Donohoe** | Last 4 digits of account number _____ | $420.00 | $420.00 | $0.00 |

Priority Creditor's Name
**3546 Wilson Ave.**
**Oakland, CA 94602**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.6 18 | **Marcia Lam** | Last 4 digits of account number _____ | $75.00 | $75.00 | $0.00 |

Priority Creditor's Name
**478 Crescent St.**
**Oakland, CA 94610**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.6 19 | **Marcos Sanchez & Jessica Polsky-Sanchez** | Last 4 digits of account number _____ | $525.00 | $525.00 | $0.00 |

Priority Creditor's Name
**5351 Lawton Ave.**
**Oakland, CA 94618**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| 2.6 20 | **Marcy Spaulding & Andrew Kercher** | | | |
|---|---|---|---|---|
| | Priority Creditor's Name | Last 4 digits of account number _____ | $430.00 | $430.00 | $0.00 |

**Marcy Spaulding & Andrew Kercher**
Priority Creditor's Name
**3045 Frye St.**
**Oakland, CA 94602**
Number Street City State Zip Code

Last 4 digits of account number _____  $430.00  $430.00  $0.00

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

**Margaret Piskitel & Noah Kravitz**
2.6 21
Priority Creditor's Name
**1872 Leimert Blvd.**
**Oakland, CA 94602**
Number Street City State Zip Code

Last 4 digits of account number _____  $1,660.00  $1,660.00  $0.00

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

**Maria Culcasi & Jeff Ettenhofer**
2.6 22
Priority Creditor's Name
**5156 Coach Dr.**
**Richmond, CA 94803**
Number Street City State Zip Code

Last 4 digits of account number _____  $595.00  $595.00  $0.00

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

Case: 21-40070   Doc# 1   Filed: 01/20/21   Entered: 01/20/21 14:46:39   Page 251 of 407

| 2.6 23 | **Maria Isabel Mejia & Kent Krizman** | | $168.75 | $168.75 | $0.00 |

| | |
|---|---|
| Priority Creditor's Name | Last 4 digits of account number _____ |
| **5155 Blackhawk Dr.** | |
| **Danville, CA 94506** | When was the debt incurred? _____ |
| Number Street City State Zip Code | |
| **Who incurred the debt?** Check one. | As of the date you file, the claim is: Check all that apply |
| ■ Debtor 1 only | ☐ Contingent |
| ☐ Debtor 2 only | ☐ Unliquidated |
| ☐ Debtor 1 and Debtor 2 only | ☐ Disputed |
| ☐ At least one of the debtors and another | **Type of PRIORITY unsecured claim:** |
| ☐ **Check if this claim is for a community debt** | ☐ Domestic support obligations |
| **Is the claim subject to offset?** | ☐ Taxes and certain other debts you owe the government |
| ■ No | ☐ Claims for death or personal injury while you were intoxicated |
| ☐ Yes | ■ Other. Specify  **Deposits by individuals** |
| | **Deposits and/or Payments for Children's Educational Programs** |

| 2.6 24 | **Maria Powers** | | $58.00 | $58.00 | $0.00 |

| | |
|---|---|
| Priority Creditor's Name | Last 4 digits of account number _____ |
| **1788 Clay St. #609** | |
| **San Francisco, CA 94109** | When was the debt incurred? _____ |
| Number Street City State Zip Code | |
| **Who incurred the debt?** Check one. | As of the date you file, the claim is: Check all that apply |
| ■ Debtor 1 only | ☐ Contingent |
| ☐ Debtor 2 only | ☐ Unliquidated |
| ☐ Debtor 1 and Debtor 2 only | ☐ Disputed |
| ☐ At least one of the debtors and another | **Type of PRIORITY unsecured claim:** |
| ☐ **Check if this claim is for a community debt** | ☐ Domestic support obligations |
| **Is the claim subject to offset?** | ☐ Taxes and certain other debts you owe the government |
| ■ No | ☐ Claims for death or personal injury while you were intoxicated |
| ☐ Yes | ■ Other. Specify  **Deposits by individuals** |
| | **Deposits and/or Payments for Children's Educational Programs** |

| 2.6 25 | **Maria Powers & Jed Powers** | | $404.00 | $404.00 | $0.00 |

| | |
|---|---|
| Priority Creditor's Name | Last 4 digits of account number _____ |
| **18 North Cir.** | |
| **Oakland, CA 94611** | When was the debt incurred? _____ |
| Number Street City State Zip Code | |
| **Who incurred the debt?** Check one. | As of the date you file, the claim is: Check all that apply |
| ■ Debtor 1 only | ☐ Contingent |
| ☐ Debtor 2 only | ☐ Unliquidated |
| ☐ Debtor 1 and Debtor 2 only | ☐ Disputed |
| ☐ At least one of the debtors and another | **Type of PRIORITY unsecured claim:** |
| ☐ **Check if this claim is for a community debt** | ☐ Domestic support obligations |
| **Is the claim subject to offset?** | ☐ Taxes and certain other debts you owe the government |
| ■ No | ☐ Claims for death or personal injury while you were intoxicated |
| ☐ Yes | ■ Other. Specify  **Deposits by individuals** |
| | **Deposits and/or Payments for Children's Educational Programs** |

Case: 21-40070   Doc# 1   Filed: 01/20/21   Entered: 01/20/21 14:46:39   Page 252 of 407

| 2.6 26 | **Maria Zapata & David North** | Last 4 digits of account number _____ | $337.50 | $337.50 | $0.00 |

Priority Creditor's Name
**442 Bengali Ct.**
**Danville, CA 94506**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.6 27 | **Mariana Bissonnette & Daniel Bissonnette** | Last 4 digits of account number _____ | $480.00 | $480.00 | $0.00 |

Priority Creditor's Name
**3470 Pierson St.**
**Oakland, CA 94619**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.6 28 | **Maribel De La Torre & Oscar Chora** | Last 4 digits of account number _____ | $58.00 | $58.00 | $0.00 |

Priority Creditor's Name
**3620 Fillmore St. #204**
**San Francisco, CA 94123**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Case: 21-40070   Doc# 1   Filed: 01/20/21   Entered: 01/20/21 14:46:39   Page 253 of 407

| 2.6 29 | **Marika Rice** | | |
|---|---|---|---|
| | Priority Creditor's Name | | |

Last 4 digits of account number _____   $51.78   $51.78   $0.00

**Marika Rice**
Priority Creditor's Name
**P.O. Box 493**
**Danville, CA 94526**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☑ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.6 30 | **Mariko Farrell & Devin Farrell** | | |
|---|---|---|---|

Last 4 digits of account number _____   $985.00   $985.00   $0.00

**Mariko Farrell & Devin Farrell**
Priority Creditor's Name
**468 Alcatraz Ave.**
**Oakland, CA 94609**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☑ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.6 31 | **Marilee Nguyen & Daonald Nguyen** | | |
|---|---|---|---|

Last 4 digits of account number _____   $609.17   $609.17   $0.00

**Marilee Nguyen & Daonald Nguyen**
Priority Creditor's Name
**3918 Greenwood Ave**
**Oakland, CA 94602**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case: 21-40070   Doc# 1   Filed: 01/20/21   Entered: 01/20/21 14:46:39   Page 254 of 407

| 2.6 32 | **Marin Moran & Brian Moran** | Last 4 digits of account number | $208.89 | $208.89 | $0.00 |

Priority Creditor's Name
**4231 Montgomery St. #105**
**Oakland, CA 94611**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.6 33 | **Marina Grondona & Bahador Grondona** | Last 4 digits of account number | $129.00 | $129.00 | $0.00 |

Priority Creditor's Name
**1310 Alma Ave. #C210**
**Walnut Creek, CA 94596**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.6 34 | **Marina Oseneko & Alex Oseneko** | Last 4 digits of account number | $53.40 | $53.40 | $0.00 |

Priority Creditor's Name
**5966 Greenridge Rd.**
**Castro Valley, CA 94552**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 255 of 407

| 2.6 35 | **Marina Stofsky** | | | |
|---|---|---|---|---|

**Marina Stofsky**
Priority Creditor's Name
**181 Sutherland Dr.**
**Walnut Creek, CA 94596**
Number Street City State Zip Code

Last 4 digits of account number _____    $51.78    $51.78    $0.00

When was the debt incurred? _____

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify    **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.6 36 | **Marisa Gardner & Varum Saxena** | | | |
|---|---|---|---|---|

**Marisa Gardner & Varum Saxena**
Priority Creditor's Name
**42 Estrella Ave.**
**Piedmont, CA 94611**
Number Street City State Zip Code

Last 4 digits of account number _____    $480.00    $480.00    $0.00

When was the debt incurred? _____

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify    **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.6 37 | **Marissa Hereso & Rob Kvoriak** | | | |
|---|---|---|---|---|

**Marissa Hereso & Rob Kvoriak**
Priority Creditor's Name
**1033 Rose Ave.**
**Oakland, CA 94611**
Number Street City State Zip Code

Last 4 digits of account number _____    $430.00    $430.00    $0.00

When was the debt incurred? _____

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify    **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| 2.6 38 | **Marit Sonstelie & Maria Echaniz** | Last 4 digits of account number | $860.00 | $860.00 | $0.00 |
|---|---|---|---|---|---|

Priority Creditor's Name
**3828 La Cresta Ave.**
**Oakland, CA 94602**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify    **Deposits by individuals**
     **Deposits and/or Payments for Children's Educational Programs**

---

| 2.6 39 | **Mark Bridge & Amy Bridge** | Last 4 digits of account number | $206.29 | $206.29 | $0.00 |
|---|---|---|---|---|---|

Priority Creditor's Name

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify    **Deposits by individuals**
     **Deposits and/or Payments for Children's Educational Programs**

---

| 2.6 40 | **Mark Dubois & Hazel Belbis** | Last 4 digits of account number | $1,190.00 | $1,190.00 | $0.00 |
|---|---|---|---|---|---|

Priority Creditor's Name
**5319 Broadway Ter. #103**
**Oakland, CA 94618**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify    **Deposits by individuals**
     **Deposits and/or Payments for Children's Educational Programs**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| 2.6 41 | **Mark Kushner & Chelsea Kushner** | Last 4 digits of account number _____ | $420.00 | $420.00 | $0.00 |

Priority Creditor's Name
**3817 Forest Hill Ave**
**Oakland, CA 94602**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's**
**Educational Programs**

---

| 2.6 42 | **Mark Raycraft & James Raycraft** | Last 4 digits of account number _____ | $1,100.00 | $1,100.00 | $0.00 |

Priority Creditor's Name
**2368 East 22nd St.**
**Oakland, CA 94601**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's**
**Educational Programs**

---

| 2.6 43 | **Mark Unter & Rebecca Unter** | Last 4 digits of account number _____ | $480.00 | $480.00 | $0.00 |

Priority Creditor's Name
**4163 Park Blvd.**
**Oakland, CA 94602**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's**
**Educational Programs**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

| 2.6 44 | **Marlisa Mayberry & Matt Mayberry** | Last 4 digits of account number _____ | $206.29 | $206.29 | $0.00 |

Priority Creditor's Name
**11 Brookdale Ct.**
**Alamo, CA 94507**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.6 45 | **Marta Mcleod & Angela Remington** | Last 4 digits of account number _____ | $505.00 | $505.00 | $0.00 |

Priority Creditor's Name
**2214 Browning St.**
**Berkeley, CA 94702**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.6 46 | **Martine Schmidt-Poolman** | Last 4 digits of account number _____ | $1,365.00 | $1,365.00 | $0.00 |

Priority Creditor's Name
**2619 Ellsworth St.**
**Berkeley, CA 94704**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 259 of 407

| 2.6 47 | **Maryam Boller & David Boller** | Last 4 digits of account number | | $206.29 | $206.29 | $0.00 |

Priority Creditor's Name
**117 Meadow Crest Ln.**
**Walnut Creek, CA 94595**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only                                    ☐ Contingent

☐ Debtor 2 only                                    ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                       ☐ Disputed

☐ At least one of the debtors and another          **Type of PRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**  ☐ Domestic support obligations

**Is the claim subject to offset?**                ☐ Taxes and certain other debts you owe the government

■ No                                               ☐ Claims for death or personal injury while you were intoxicated

☐ Yes                                              ■ Other. Specify   **Deposits by individuals**
                                                   **Deposits and/or Payments for Children's**
                                                   **Educational Programs**

| 2.6 48 | **Maryann Sargent & Steve Solnit** | Last 4 digits of account number | | $125.00 | $125.00 | $0.00 |

Priority Creditor's Name
**2905 Deakin St.**
**Berkeley, CA 94705**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only                                    ☐ Contingent

☐ Debtor 2 only                                    ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                       ☐ Disputed

☐ At least one of the debtors and another          **Type of PRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**  ☐ Domestic support obligations

**Is the claim subject to offset?**                ☐ Taxes and certain other debts you owe the government

■ No                                               ☐ Claims for death or personal injury while you were intoxicated

☐ Yes                                              ■ Other. Specify   **Deposits by individuals**
                                                   **Deposits and/or Payments for Children's**
                                                   **Educational Programs**

| 2.6 49 | **Maryrose Dunton & Chris McGuire** | Last 4 digits of account number | | $1,440.00 | $1,440.00 | $0.00 |

Priority Creditor's Name
**6300 Estates Dr.**
**Oakland, CA 94611**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only                                    ☐ Contingent

☐ Debtor 2 only                                    ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                       ☐ Disputed

☐ At least one of the debtors and another          **Type of PRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**  ☐ Domestic support obligations

**Is the claim subject to offset?**                ☐ Taxes and certain other debts you owe the government

■ No                                               ☐ Claims for death or personal injury while you were intoxicated

☐ Yes                                              ■ Other. Specify   **Deposits by individuals**
                                                   **Deposits and/or Payments for Children's**
                                                   **Educational Programs**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| | | |
|---|---|---|

**2.6 50**

**Masha Brown & Christian Brown**
Priority Creditor's Name
**856 Blair Ave.**
**Oakland, CA 94611**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    **$1,642.00**    **$1,642.00**    **$0.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
    **Deposits and/or Payments for Children's Educational Programs**

---

**2.6 51**

**Massuda Atta & Mostafa Wali**
Priority Creditor's Name
**1328 Laverock Ln.**
**Alamo, CA 94507**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    **$218.75**    **$218.75**    **$0.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
    **Deposits and/or Payments for Children's Educational Programs**

---

**2.6 52**

**Matt Cowger & Laura Cowger**
Priority Creditor's Name
**6616 Saroni Dr.**
**Oakland, CA 94611**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    **$50.00**    **$50.00**    **$0.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
    **Deposits and/or Payments for Children's Educational Programs**

Case: 21-40070   Doc# 1   Filed: 01/20/21   Entered: 01/20/21 14:46:39   Page 261 of 407

| | | Last 4 digits of account number _____ | $240.00 | $240.00 | $0.00 |

**2.6 53**

**Matt Derrigo & Kathy Hale-Derrigo**
Priority Creditor's Name
**171 Oak Rd.**
**Piedmont, CA 94610**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify   **Deposits by individuals**
                    **Deposits and/or Payments for Children's Educational Programs**

---

| | | Last 4 digits of account number _____ | $425.00 | $425.00 | $0.00 |

**2.6 54**

**Matt Pasternack & Rebecca Falik**
Priority Creditor's Name
**85 Norman Ln.**
**Oakland, CA 94618**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify   **Deposits by individuals**
                    **Deposits and/or Payments for Children's Educational Programs**

---

| | | Last 4 digits of account number _____ | $505.00 | $505.00 | $0.00 |

**2.6 55**

**Matthew French & Anastasia French**
Priority Creditor's Name
**2032 Clemens Rd.**
**Oakland, CA 94602**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify   **Deposits by individuals**
                    **Deposits and/or Payments for Children's Educational Programs**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 262 of 407

| 2.6 56 | **Matthew Kovner & Yael Friedkin** | Last 4 digits of account number | $935.00 | $935.00 | $0.00 |

**Matthew Kovner & Yael Friedkin**
Priority Creditor's Name
**93 Cambrian Ave.**
**Oakland, CA 94611**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number                    $935.00        $935.00        $0.00

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify  **Deposits by individuals**
                  **Deposits and/or Payments for Children's**
                  **Educational Programs**

---

| 2.6 57 | **Matthew Lambert & Adeline Lambert** | Last 4 digits of account number | $600.00 | $600.00 | $0.00 |

**Matthew Lambert & Adeline Lambert**
Priority Creditor's Name
**3580 Lincoln Ave.**
**Oakland, CA 94602**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number                    $600.00        $600.00        $0.00

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify  **Deposits by individuals**
                  **Deposits and/or Payments for Children's**
                  **Educational Programs**

---

| 2.6 58 | **Matthew Panosellis & Georgia Panosellis** | Last 4 digits of account number | $150.00 | $150.00 | $0.00 |

**Matthew Panosellis & Georgia Panosellis**
Priority Creditor's Name
**7792 Hansom Dr.**
**Oakland, CA 94605**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number                    $150.00        $150.00        $0.00

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify  **Deposits by individuals**
                  **Deposits and/or Payments for Children's**
                  **Educational Programs**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| 2.6 59 | **Matthew Potts & Celine Pallud** | Last 4 digits of account number | | $505.00 | $505.00 | $0.00 |
|---|---|---|---|---|---|---|

Priority Creditor's Name
**2885 Shasta Rd.**
**Berkeley, CA 94708**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify  **Deposits by individuals**
        **Deposits and/or Payments for Children's**
        **Educational Programs**

---

| 2.6 60 | **Matthew White & Sarah Holzman** | Last 4 digits of account number | | $960.00 | $960.00 | $0.00 |
|---|---|---|---|---|---|---|

Priority Creditor's Name
**1476 Greenwood Ter #A**
**Berkeley, CA 94708**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify  **Deposits by individuals**
        **Deposits and/or Payments for Children's**
        **Educational Programs**

---

| 2.6 61 | **Maureen Martin & Nat Hallinan** | Last 4 digits of account number | | $480.00 | $480.00 | $0.00 |
|---|---|---|---|---|---|---|

Priority Creditor's Name
**1071 Stannage Ave.**
**Albany, CA 94706**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify  **Deposits by individuals**
        **Deposits and/or Payments for Children's**
        **Educational Programs**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| 2.6 62 | **Maureen Mcfadden & Vicent Yagazie** | | | | |
|---|---|---|---|---|---|
| | Priority Creditor's Name | Last 4 digits of account number | | $1,140.00 | $1,140.00 | $0.00 |

**Maureen Mcfadden & Vicent Yagazie**
Priority Creditor's Name
**3905 Clayton Rd. #32**
**Concord, CA 94521**
Number Street City State Zip Code

Last 4 digits of account number _____ **$1,140.00** **$1,140.00** **$0.00**

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

**Is the claim subject to offset?**
■ No
☐ Yes

---

**Maya Levy Meruk & Tal Levy Meruk**
Priority Creditor's Name
**2972 San Carlos Dr.**
**Walnut Creek, CA 94598**
Number Street City State Zip Code

2.6 63

Last 4 digits of account number _____ **$240.00** **$240.00** **$0.00**

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

**Is the claim subject to offset?**
■ No
☐ Yes

---

**Meg Kunchai & Pall Kunchai**
Priority Creditor's Name
**1627 Russsell St.**
**Berkeley, CA 94703**
Number Street City State Zip Code

2.6 64

Last 4 digits of account number _____ **$505.00** **$505.00** **$0.00**

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

**Is the claim subject to offset?**
■ No
☐ Yes

Case: 21-40070   Doc# 1   Filed: 01/20/21   Entered: 01/20/21 14:46:39   Page 265 of 407

| 2.6 65 | **Megan Cody & Nathan Parsley** | Last 4 digits of account number | | $480.00 | $480.00 | $0.00 |

Priority Creditor's Name
**6145 Fremont St.**
**Oakland, CA 94608**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.6 66 | **Megan Cohn & David Cohn** | Last 4 digits of account number | | $1,710.00 | $1,710.00 | $0.00 |

Priority Creditor's Name
**738 Wildcat Canyon Rd.**
**Berkeley, CA 94708**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.6 67 | **Megan Low & Geoffrey Triplett** | Last 4 digits of account number | | $129.17 | $129.17 | $0.00 |

Priority Creditor's Name
**892 54th St.**
**Oakland, CA 94608**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

| 2.6 68 | **Megan Mackenzie & Will Rulifson** | Last 4 digits of account number _____ | **$57.00** | **$57.00** | **$0.00** |

Priority Creditor's Name
**94 Elder Dr.**
**Martinez, CA 94553**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

When was the debt incurred? _____

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify    **Deposits by individuals**
**Deposits and/or Payments for Children's**
**Educational Programs**

| 2.6 69 | **Megan Slater & Nate Slater** | Last 4 digits of account number _____ | **$510.00** | **$510.00** | **$0.00** |

Priority Creditor's Name
**1271 Washington Ave. #717**
**San Leandro, CA 94577**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

When was the debt incurred? _____

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify    **Deposits by individuals**
**Deposits and/or Payments for Children's**
**Educational Programs**

| 2.6 70 | **Meghan Mannion Gray & Sean Gray** | Last 4 digits of account number _____ | **$100.00** | **$100.00** | **$0.00** |

Priority Creditor's Name
**1352 Martino Rd.**
**Lafayette, CA 94549**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

When was the debt incurred? _____

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify    **Deposits by individuals**
**Deposits and/or Payments for Children's**
**Educational Programs**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| 2.6 71 | **Meghan Mitman & Xander Mitman** | Last 4 digits of account number _____ | $960.00 | $960.00 | $0.00 |

Priority Creditor's Name
**559 Merriewood Dr.**
**Lafayette, CA 94549**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☑ Other. Specify    **Deposits by individuals**
                    **Deposits and/or Payments for Children's**
                    **Educational Programs**

---

| 2.6 72 | **Melanie Marco-Mendoza & Norbe Mendoza** | Last 4 digits of account number _____ | $26.70 | $26.70 | $0.00 |

Priority Creditor's Name
**5694 Greenridge Rd.**
**Castro Valley, CA 94552**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☑ Other. Specify    **Deposits by individuals**
                    **Deposits and/or Payments for Children's**
                    **Educational Programs**

---

| 2.6 73 | **Melinda Kramer & Eric Fenster** | Last 4 digits of account number _____ | $985.00 | $985.00 | $0.00 |

Priority Creditor's Name
**278 Lake Dr.**
**Kensington, CA 94708**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☑ Other. Specify    **Deposits by individuals**
                    **Deposits and/or Payments for Children's**
                    **Educational Programs**

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 268 of
407

| 2.6 74 | **Melissa Clark & Kevin Clark** | Last 4 digits of account number _____ | $480.00 | $480.00 | $0.00 |

Priority Creditor's Name
**53 Cambrian Ave.**
**Piedmont, CA 94611**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.6 75 | **Melissa Garden Streblow & Brad Kintzer** | Last 4 digits of account number _____ | $129.17 | $129.17 | $0.00 |

Priority Creditor's Name


Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.6 76 | **Melissa Harris** | Last 4 digits of account number _____ | $505.00 | $505.00 | $0.00 |

Priority Creditor's Name
**7085 Exeter Dr.**
**Oakland, CA 94611**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 269 of 407

| 2.6 77 | **Melissa Isenburg & Patrick Isenburg** | Last 4 digits of account number _____ | $129.00 | $129.00 | $0.00 |
|---|---|---|---|---|---|

Priority Creditor's Name
**130 Sequoia Ave.**
**Walnut Creek, CA 94595**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
　　　　　　　　**Deposits and/or Payments for Children's Educational Programs**

---

| 2.6 78 | **Melissa Mann & David Mann** | Last 4 digits of account number _____ | $218.75 | $218.75 | $0.00 |
|---|---|---|---|---|---|

Priority Creditor's Name
**62 Pleasant Knoll Ct.**
**Alamo, CA 94507**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
　　　　　　　　**Deposits and/or Payments for Children's Educational Programs**

---

| 2.6 79 | **Melissa Moore** | Last 4 digits of account number _____ | $51.78 | $51.78 | $0.00 |
|---|---|---|---|---|---|

Priority Creditor's Name

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
　　　　　　　　**Deposits and/or Payments for Children's Educational Programs**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 270 of 407

| 2.6 80 | **Melissa Schneider & Derrick Schneider** | | | | |
|---|---|---|---|---|---|
| | Priority Creditor's Name | Last 4 digits of account number _____ | $430.00 | $430.00 | $0.00 |
| | **1357 Channing Way** | | | | |
| | **Berkeley, CA 94702** | When was the debt incurred? _____ | | | |

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☑ Other. Specify **Deposits by individuals**
  **Deposits and/or Payments for Children's Educational Programs**

---

| 2.6 81 | **Meredith Broome & Michael Lasevich** | | | | |
|---|---|---|---|---|---|
| | Priority Creditor's Name | Last 4 digits of account number _____ | $425.00 | $425.00 | $0.00 |
| | **4314 Shafter Ave.** | | | | |
| | **Oakland, CA 94609** | When was the debt incurred? _____ | | | |

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☑ Other. Specify **Deposits by individuals**
  **Deposits and/or Payments for Children's Educational Programs**

---

| 2.6 82 | **Meredith Judy & Brendan Mullaney** | | | | |
|---|---|---|---|---|---|
| | Priority Creditor's Name | Last 4 digits of account number _____ | $910.00 | $910.00 | $0.00 |
| | **1621 Sacramento St.** | | | | |
| | **Berkeley, CA 94702** | When was the debt incurred? _____ | | | |

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☑ Other. Specify **Deposits by individuals**
  **Deposits and/or Payments for Children's Educational Programs**

Case: 21-40070   Doc# 1   Filed: 01/20/21   Entered: 01/20/21 14:46:39   Page 271 of 407

---

| 2.6 83 | **Mia Perkins & Daniel Perkins** | Last 4 digits of account number _____ | **$1,735.00** | **$1,735.00** | **$0.00** |
|---|---|---|---|---|---|

Priority Creditor's Name
**1 Melvin Ct.**
**Oakland, CA 94602**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.6 84 | **Michael Lim & Vanessa Lim** | Last 4 digits of account number _____ | **$985.00** | **$985.00** | **$0.00** |
|---|---|---|---|---|---|

Priority Creditor's Name
**823 Cornell Ave.**
**Albany, CA 94706**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.6 85 | **Michael Manfre & Kristen Manfre** | Last 4 digits of account number _____ | **$337.50** | **$337.50** | **$0.00** |
|---|---|---|---|---|---|

Priority Creditor's Name
**26 Baltana Pl.**
**Danville, CA 94506**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

Case: 21-40070   Doc# 1   Filed: 01/20/21   Entered: 01/20/21 14:46:39   Page 272 of 407

| 2.6 86 | **Michael Penn & Jocelyne Penn** | Last 4 digits of account number | $202.00 | $202.00 | $0.00 |

Priority Creditor's Name
**1249 66th St.**
**Emeryville, CA 94608**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.6 87 | **Michael Reymann & Dianne Breznikar** | Last 4 digits of account number | $1,200.00 | $1,200.00 | $0.00 |

Priority Creditor's Name
**1664 138th Ave.**
**San Leandro, CA 94578**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.6 88 | **Michael Romito & Leah Romito** | Last 4 digits of account number | $187.60 | $187.60 | $0.00 |

Priority Creditor's Name
**5565 Florence Terrace**
**Oakland, CA 94611**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

| 2.6 89 | **Michael Stearns & Robin Stearns** | Last 4 digits of account number _____ | $240.00 | $240.00 | $0.00 |

Priority Creditor's Name

_____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
   **Deposits and/or Payments for Children's Educational Programs**

---

| 2.6 90 | **Michaela Straznicka & Ray Rassai** | Last 4 digits of account number _____ | $258.00 | $258.00 | $0.00 |

Priority Creditor's Name
**288 Castle Crest Rd.**
**Alamo, CA 94507**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
   **Deposits and/or Payments for Children's Educational Programs**

---

| 2.6 91 | **Michele Fletcher & Joe Fletcher** | Last 4 digits of account number _____ | $960.00 | $960.00 | $0.00 |

Priority Creditor's Name
**2082 Drake Dr.**
**Oakland, CA 94611**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
   **Deposits and/or Payments for Children's Educational Programs**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

| | | | |
|---|---|---|---|
| 2.6 92 | **Michele Reinhart & James Reinhart** | | |

Priority Creditor's Name
**6001 Margarido Dr.**
**Oakland, CA 94618**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____      **$505.00**      **$505.00**      **$0.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
_____
**Deposits and/or Payments for Children's Educational Programs**

---

| | | | |
|---|---|---|---|
| 2.6 93 | **Michelle Abeyta & Joel Pool** | | |

Priority Creditor's Name
**3235 Brunell Dr.**
**Oakland, CA 94602**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____      **$985.00**      **$985.00**      **$0.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
_____
**Deposits and/or Payments for Children's Educational Programs**

---

| | | | |
|---|---|---|---|
| 2.6 94 | **Michelle Borjal & James Wilson** | | |

Priority Creditor's Name
**109 Colgett Dr.**
**Oakland, CA 94619**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____      **$50.00**      **$50.00**      **$0.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
_____
**Deposits and/or Payments for Children's Educational Programs**

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 275 of 407

| 2.6 95 | **Michelle Collins & BJ Barrow** | | | |
|---|---|---|---|---|
| | Priority Creditor's Name | Last 4 digits of account number _____ | $667.00 | $667.00 | $0.00 |

**Michelle Collins & BJ Barrow**
Priority Creditor's Name
**6165 Valley View Rd.**
**Oakland, CA 94611**
Number Street City State Zip Code

Last 4 digits of account number _____   **$667.00**   **$667.00**   **$0.00**

When was the debt incurred? _____

**Who incurred the debt? Check one.**
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ■ Other. Specify **Deposits by individuals**
  **Deposits and/or Payments for Children's Educational Programs**

---

| 2.6 96 | **Michelle Jesperson & Walter Tuholski** | | | |
|---|---|---|---|---|

**Michelle Jesperson & Walter Tuholski**
Priority Creditor's Name
**1345 El Centro Ave.**
**Oakland, CA 94602**
Number Street City State Zip Code

Last 4 digits of account number _____   **$570.00**   **$570.00**   **$0.00**

When was the debt incurred? _____

**Who incurred the debt? Check one.**
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ■ Other. Specify **Deposits by individuals**
  **Deposits and/or Payments for Children's Educational Programs**

---

| 2.6 97 | **Michelle Lamm & Chris Lamm** | | | |
|---|---|---|---|---|

**Michelle Lamm & Chris Lamm**
Priority Creditor's Name

Number Street City State Zip Code

Last 4 digits of account number _____   **$57.00**   **$57.00**   **$0.00**

When was the debt incurred? _____

**Who incurred the debt? Check one.**
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ■ Other. Specify **Deposits by individuals**
  **Deposits and/or Payments for Children's Educational Programs**

Case: 21-40070   Doc# 1   Filed: 01/20/21   Entered: 01/20/21 14:46:39   Page 276 of 407

| 2.6 98 | **Michelle Levine & Adam Levine** | | | |
|---|---|---|---|---|
| | Priority Creditor's Name | Last 4 digits of account number  **4456** | **$0.00** | **$0.00** | **$0.00** |

**Michelle Levine & Adam Levine**
Priority Creditor's Name
**3461 Cashmere St.**
**Danville, CA 94506**
Number Street City State Zip Code

Last 4 digits of account number  **4456**          **$0.00**          **$0.00**          **$0.00**

When was the debt incurred? _____

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☑ Other. Specify  **Deposits by individuals**
  **For Notice Purposes Only**

---

| 2.6 99 | **Michelle Meyers & David Adelberg** | | | |
|---|---|---|---|---|

**Michelle Meyers & David Adelberg**
Priority Creditor's Name
**83 Muth Dr.**
**Orinda, CA 94563**
Number Street City State Zip Code

Last 4 digits of account number  _____          **$1,220.00**          **$1,220.00**          **$0.00**

When was the debt incurred? _____

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☑ Other. Specify  **Deposits by individuals**
  **Deposits and/or Payments for Children's Educational Programs**

---

| 2.7 00 | **Michelle Quan & Kenny Quan** | | | |
|---|---|---|---|---|

**Michelle Quan & Kenny Quan**
Priority Creditor's Name
**1179 Trowbridge Way**
**Danville, CA 94506**
Number Street City State Zip Code

Last 4 digits of account number  _____          **$168.75**          **$168.75**          **$0.00**

When was the debt incurred? _____

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☑ Other. Specify  **Deposits by individuals**
  **Deposits and/or Payments for Children's Educational Programs**

---

Case: 21-40070   Doc# 1   Filed: 01/20/21   Entered: 01/20/21 14:46:39   Page 277 of 407

| 2.7 01 | **Michelle Sousa Akerstein & Ari Akerstein** | | | |

Priority Creditor's Name
**4250a 25th St.**
**San Francisco, CA 94114**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          $480.00          $480.00          $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
                   **Deposits and/or Payments for Children's**
                   **Educational Programs**

---

| 2.7 02 | **Michelle Young & Kevin Young** | | | |

Priority Creditor's Name
**1279A Grizzly Peak Blvd.**
**Berkeley, CA 94708**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          $1,100.00          $1,100.00          $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
                   **Deposits and/or Payments for Children's**
                   **Educational Programs**

---

| 2.7 03 | **Mike Paunovich and Rebecca Faulkner** | | | |

Priority Creditor's Name
**3830 Forest Hill Ave.**
**Oakland, CA 94602**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  7066          $0.00          $0.00          $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
                   **For Notice Purposes Only**

---

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 278 of 407

| 2.7 04 | **Minda Berbeco & Will Fertman** | Last 4 digits of account number | | **$4,470.00** | **$3,025.00** | **$1,445.00** |
|---|---|---|---|---|---|---|

Priority Creditor's Name
**2801 Stanton St.**
**Berkeley, CA 94702**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.7 05 | **Ming Du** | Last 4 digits of account number | | **$175.00** | **$175.00** | **$0.00** |
|---|---|---|---|---|---|---|

Priority Creditor's Name
**4080 Westminster Pl.**
**Danville, CA 94506**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.7 06 | **Miriam Lundy & Chris Ward** | Last 4 digits of account number | | **$510.00** | **$510.00** | **$0.00** |
|---|---|---|---|---|---|---|

Priority Creditor's Name
**18 Cowper Ave.**
**Kensington, CA 94707**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**2.7 07**

**Mishan Wroe**
Priority Creditor's Name
**5340 Broadway Terrace Apt. #406**
**Oakland, CA 94618**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    $600.00    $600.00    $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify    **Deposits by individuals**
     **Deposits and/or Payments for Children's Educational Programs**

---

**2.7 08**

**Missy Dawson & Kyle Dawson**
Priority Creditor's Name
**108 Virginia St.**
**Salt Lake City, UT 84103**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    $1,920.00    $1,920.00    $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify    **Deposits by individuals**
     **Deposits and/or Payments for Children's Educational Programs**

---

**2.7 09**

**Missy Purquiss**
Priority Creditor's Name
**224 Chatham Ter.**
**Danville, CA 94506**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    $168.75    $168.75    $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify    **Deposits by individuals**
     **Deposits and/or Payments for Children's Educational Programs**

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 280 of 407

| 2.7 10 | **Miyuki Boyle & Brandon Boyle** | Last 4 digits of account number | $206.29 | $206.29 | $0.00 |

Priority Creditor's Name
**1103 Glengarry Dr.**
**Walnut Creek, CA 94596**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

| 2.7 11 | **Mohan Sarovar & Varada Sarovar** | Last 4 digits of account number | $570.00 | $570.00 | $0.00 |

Priority Creditor's Name
**521 Santa Fe Ave.**
**Albany, CA 94706**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

| 2.7 12 | **Mollie Boero & Robert Mathews** | Last 4 digits of account number | $2,580.00 | $2,580.00 | $0.00 |

Priority Creditor's Name
**1060 Keith Ave.**
**Berkeley, CA 94708**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| 2.7 13 | **Molly Campbell & Jeff Anderle** | Last 4 digits of account number | | **$1,140.00** | **$1,140.00** | **$0.00** |

Priority Creditor's Name
**5429 Brookdale Ave.**
**Oakland, CA 94619**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.7 14 | **Molly Dickens** | Last 4 digits of account number | 5626 | **$0.00** | **$0.00** | **$0.00** |

Priority Creditor's Name
**5707 Ayala Ave.**
**Oakland, CA 94609**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
**For Notice Purposes Only**

---

| 2.7 15 | **Molly Gilligan & David Gilligan** | Last 4 digits of account number | | **$168.75** | **$168.75** | **$0.00** |

Priority Creditor's Name
**759 Bourne Ct.**
**Danville, CA 94506**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

| 2.7 16 | **Molly Khammanivong & Kai Khammanivong** | | | | |
|---|---|---|---|---|---|
| | Priority Creditor's Name | Last 4 digits of account number _____ | **$1,010.00** | **$1,010.00** | **$0.00** |

**2418 Shannon Ln.**
**Walnut Creek, CA 94598**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

When was the debt incurred? _____

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify    **Deposits by individuals** _____
        **Deposits and/or Payments for Children's Educational Programs**

---

| 2.7 17 | **Monica Coniglio** | | | | |
|---|---|---|---|---|---|
| | Priority Creditor's Name | Last 4 digits of account number _____ | **$81.00** | **$81.00** | **$0.00** |

**8104 Alhambra Valley Rd.**
**Martinez, CA 94553**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

When was the debt incurred? _____

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify    **Deposits by individuals** _____
        **Deposits and/or Payments for Children's Educational Programs**

---

| 2.7 18 | **Monica Piniella & Dan Piniella** | | | | |
|---|---|---|---|---|---|
| | Priority Creditor's Name | Last 4 digits of account number _____ | **$240.00** | **$240.00** | **$0.00** |

**135 Arbor Dr.**
**Piedmont, CA 94610**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

When was the debt incurred? _____

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify    **Deposits by individuals** _____
        **Deposits and/or Payments for Children's Educational Programs**

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 283 of 407

| 2.7 19 | **Monica Smith & Scott Smith** | Last 4 digits of account number | | $480.00 | $480.00 | $0.00 |

Priority Creditor's Name
**1721 Mcgee Ave.**
**Berkeley, CA 94703**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.7 20 | **Monika Stevens & Joshua Stevens** | Last 4 digits of account number | | $555.00 | $555.00 | $0.00 |

Priority Creditor's Name
**101 Alta Rd.**
**Oakland, CA 94518**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.7 21 | **Morgan Young & Cameron Balliett** | Last 4 digits of account number | | $595.00 | $595.00 | $0.00 |

Priority Creditor's Name
**1700 Indian Way**
**Oakland, CA 94611**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| 2.7 22 | Nadine Gordenev & Brian Gordenev | | | |
|---|---|---|---|---|
| | Priority Creditor's Name | Last 4 digits of account number _____ | **$81.00** | **$81.00** | **$0.00** |

**Nadine Gordenev & Brian Gordenev**
Priority Creditor's Name
**6728 Corte Seganda**
**Martinez, CA 94553**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **$81.00**    **$81.00**    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
    **Deposits and/or Payments for Children's Educational Programs**

---

**Nadine Takvorian & Brent Van Gunten**
Priority Creditor's Name
**1639 Francisco St.**
**Berkeley, CA 94703**
Number Street City State Zip Code

2.7 23

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **$880.00**    **$880.00**    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
    **Deposits and/or Payments for Children's Educational Programs**

---

**Nalini Kotamraju**
Priority Creditor's Name
**1555 Lakeside Dr, #192**
**Oakland, CA 94612**
Number Street City State Zip Code

2.7 24

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **$425.00**    **$425.00**    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
    **Deposits and/or Payments for Children's Educational Programs**

Case: 21-40070   Doc# 1   Filed: 01/20/21   Entered: 01/20/21 14:46:39   Page 285 of 407

| 2.7 25 | | | | | |
|---|---|---|---|---|---|
| | **Nana Cho and David Seo** | Last 4 digits of account number   **2630** | **$0.00** | **$0.00** | **$0.00** |

Priority Creditor's Name
**76 Ashbrook Pl.**
**Moraga, CA 94556**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify    **Deposits by individuals**
                **For Notice Purposes Only**

---

| 2.7 26 | | | | | |
|---|---|---|---|---|---|
| | **Nancy Beninati-Carter & Bruce Carter** | Last 4 digits of account number | **$1,040.00** | **$1,040.00** | **$0.00** |

Priority Creditor's Name
**321 Sheridan Ave.**
**Piedmont, CA 94611**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify    **Deposits by individuals**
                **Deposits and/or Payments for Children's**
                **Educational Programs**

---

| 2.7 27 | | | | | |
|---|---|---|---|---|---|
| | **Nancy Kaufman-Cohn & Eric Kaufman-Cohen** | Last 4 digits of account number | **$430.00** | **$430.00** | **$0.00** |

Priority Creditor's Name
**458 65th St.**
**Oakland, CA 94609**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify    **Deposits by individuals**
                **Deposits and/or Payments for Children's**
                **Educational Programs**

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 286 of 407

| 2.7 28 | | | | | |
|---|---|---|---|---|---|

**Nancy Leung & Nemo Gould**
Priority Creditor's Name
**958 Underhills Rd.**
**Oakland, CA 94610**
Number Street City State Zip Code

Last 4 digits of account number      **$1,502.57**      **$1,502.57**      **$0.00**

When was the debt incurred?

**Who incurred the debt? Check one.**
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
     **Deposits and/or Payments for Children's**
     **Educational Programs**

| 2.7 29 | | | | | |
|---|---|---|---|---|---|

**Nancy Villarreal & John Villarreal**
Priority Creditor's Name
**17060 High Pine Way**
**Castro Valley, CA 94546**
Number Street City State Zip Code

Last 4 digits of account number      **$505.00**      **$505.00**      **$0.00**

When was the debt incurred?

**Who incurred the debt? Check one.**
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
     **Deposits and/or Payments for Children's**
     **Educational Programs**

| 2.7 30 | | | | | |
|---|---|---|---|---|---|

**Nannette Mitchell & Chris Pew**
Priority Creditor's Name
**4322 Bridgeview Dr.**
**Oakland, CA 94602**
Number Street City State Zip Code

Last 4 digits of account number      **$625.00**      **$625.00**      **$0.00**

When was the debt incurred?

**Who incurred the debt? Check one.**
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
     **Deposits and/or Payments for Children's**
     **Educational Programs**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**2.7 31**

**Naomi Igra & Matt Clausen**

Last 4 digits of account number ____    $935.00    $935.00    $0.00

Priority Creditor's Name
**1218 Carlotta Ave.**
**Berkeley, CA 94707**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of PRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Domestic support obligations

**Is the claim subject to offset?**

☐ Taxes and certain other debts you owe the government

■ No

☐ Claims for death or personal injury while you were intoxicated

☐ Yes

■ Other. Specify   **Deposits by individuals**
          **Deposits and/or Payments for Children's Educational Programs**

---

**2.7 32**

**Nargis Kassam & Altaf Kassam**

Last 4 digits of account number ____    $430.00    $430.00    $0.00

Priority Creditor's Name
**4440 Clarewood Dr.**
**Oakland, CA 94618**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of PRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Domestic support obligations

**Is the claim subject to offset?**

☐ Taxes and certain other debts you owe the government

■ No

☐ Claims for death or personal injury while you were intoxicated

☐ Yes

■ Other. Specify   **Deposits by individuals**
          **Deposits and/or Payments for Children's Educational Programs**

---

**2.7 33**

**Nathaniel Popper & Elissa Strauss**

Last 4 digits of account number ____    $960.00    $960.00    $0.00

Priority Creditor's Name
**2135 Funston Pl.**
**Oakland, CA 94602**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of PRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Domestic support obligations

**Is the claim subject to offset?**

☐ Taxes and certain other debts you owe the government

■ No

☐ Claims for death or personal injury while you were intoxicated

☐ Yes

■ Other. Specify   **Deposits by individuals**
          **Deposits and/or Payments for Children's Educational Programs**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| 2.7 34 | **Navya Reddy & JK Werner** | | Last 4 digits of account number _____ | **$1,045.00** | **$1,045.00** | **$0.00** |
|---|---|---|---|---|---|---|

Priority Creditor's Name
**22 Muth Dr.**
**Orinda, CA 94563**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

■ Debtor 1 only

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Debtor 2 only
☐ Unliquidated
☐ Debtor 1 and Debtor 2 only
☐ Disputed
☐ At least one of the debtors and another

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ **Check if this claim is for a community debt**
☐ Taxes and certain other debts you owe the government

**Is the claim subject to offset?**
☐ Claims for death or personal injury while you were intoxicated
■ No
■ Other. Specify **Deposits by individuals**
☐ Yes          **Deposits and/or Payments for Children's Educational Programs**

---

| 2.7 35 | **Neesha Dave & Sameer Samat** | | Last 4 digits of account number _____ | **$535.00** | **$535.00** | **$0.00** |
|---|---|---|---|---|---|---|

Priority Creditor's Name
**3 Maxwelton Rd.**
**Piedmont, CA 94618**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

■ Debtor 1 only

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Debtor 2 only
☐ Unliquidated
☐ Debtor 1 and Debtor 2 only
☐ Disputed
☐ At least one of the debtors and another

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ **Check if this claim is for a community debt**
☐ Taxes and certain other debts you owe the government

**Is the claim subject to offset?**
☐ Claims for death or personal injury while you were intoxicated
■ No
■ Other. Specify **Deposits by individuals**
☐ Yes          **Deposits and/or Payments for Children's Educational Programs**

---

| 2.7 36 | **Neeta Dhawan & Rich Maiers** | | Last 4 digits of account number _____ | **$480.00** | **$480.00** | **$0.00** |
|---|---|---|---|---|---|---|

Priority Creditor's Name
**5065 Kearney Ave**
**Oakland, CA 94602**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

■ Debtor 1 only

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Debtor 2 only
☐ Unliquidated
☐ Debtor 1 and Debtor 2 only
☐ Disputed
☐ At least one of the debtors and another

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ **Check if this claim is for a community debt**
☐ Taxes and certain other debts you owe the government

**Is the claim subject to offset?**
☐ Claims for death or personal injury while you were intoxicated
■ No
■ Other. Specify **Deposits by individuals**
☐ Yes          **Deposits and/or Payments for Children's Educational Programs**

Case: 21-40070   Doc# 1   Filed: 01/20/21   Entered: 01/20/21 14:46:39   Page 289 of 407

| | | | | |
|---|---|---|---|---|
| 2.7 37 | **Neha Desai & Nirav Pandya** | Last 4 digits of account number | **$1,515.00** | **$1,515.00** | **$0.00** |

Priority Creditor's Name
**1301 Mountain Blvd.**
**Oakland, CA 94611**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify    **Deposits by individuals**
**Deposits and/or Payments for Children's**
**Educational Programs**

---

| | | | | |
|---|---|---|---|---|
| 2.7 38 | **Nereida Bravo & Fernando Maldonado** | Last 4 digits of account number | **$290.00** | **$290.00** | **$0.00** |

Priority Creditor's Name
**9650 Coral Rd.**
**Oakland, CA 94603**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify    **Deposits by individuals**
**Deposits and/or Payments for Children's**
**Educational Programs**

---

| | | | | |
|---|---|---|---|---|
| 2.7 39 | **Nicholas Fynn & Kelly Oliver** | Last 4 digits of account number | **$505.00** | **$505.00** | **$0.00** |

Priority Creditor's Name
**838 61st St.**
**Oakland, CA 94608**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify    **Deposits by individuals**
**Deposits and/or Payments for Children's**
**Educational Programs**

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 290 of 407

| 2.7 40 | **Nick Griffin & Amie Fishman** | Last 4 digits of account number ___ | **$1,800.00** | **$1,800.00** | **$0.00** |
|---|---|---|---|---|---|

Priority Creditor's Name
**3727 Elston Ave.**
**Oakland, CA 94602**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.7 41 | **Nick Resnick & Kelly Resnick** | Last 4 digits of account number ___ | **$1,190.00** | **$1,190.00** | **$0.00** |
|---|---|---|---|---|---|

Priority Creditor's Name
**4146 Whittle Ave.**
**Oakland, CA 94602**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.7 42 | **Nicki Brito & Arthur Brito** | Last 4 digits of account number ___ | **$480.00** | **$480.00** | **$0.00** |
|---|---|---|---|---|---|

Priority Creditor's Name
**2510 Buena Vista Ave.**
**Alameda, CA 94501**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

Case: 21-40070   Doc# 1   Filed: 01/20/21   Entered: 01/20/21 14:46:39   Page 291 of 407

| 2.7 43 | **Nicola Curtin & Ashley Tessier** | Last 4 digits of account number _____ | $600.00 | $600.00 | $0.00 |

Priority Creditor's Name
**4317 Townsend Ave.**
**Oakland, CA 94602**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
    **Deposits and/or Payments for Children's Educational Programs**

---

| 2.7 44 | **Nicola Slavin & Peter Slavin** | Last 4 digits of account number _____ | $103.50 | $103.50 | $0.00 |

Priority Creditor's Name
**93 Miramonte Dr.**
**Moraga, CA 94556**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
    **Deposits and/or Payments for Children's Educational Programs**

---

| 2.7 45 | **Nicole Giacinti & Mike Giacinti** | Last 4 digits of account number _____ | $58.00 | $58.00 | $0.00 |

Priority Creditor's Name
**349 Dellbrook Ave.**
**San Francisco, CA 94131**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
    **Deposits and/or Payments for Children's Educational Programs**

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 292 of 407

| 2.7 46 | **Nicole Heeren & David Heeren** | Last 4 digits of account number _____ | **$4,160.00** | **$3,025.00** | **$1,135.00** |
|---|---|---|---|---|---|

Priority Creditor's Name
**424 Gravatt Dr.**
**Berkeley, CA 94705**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
                    **Deposits and/or Payments for Children's**
                    **Educational Programs**

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 2.7 47 | **Nicole O'Shea & Brian O'Shea** | Last 4 digits of account number _____ | **$1,710.00** | **$1,710.00** | **$0.00** |
|---|---|---|---|---|---|

Priority Creditor's Name
**1850 Woodhaven Way**
**Oakland, CA 94611**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
                    **Deposits and/or Payments for Children's**
                    **Educational Programs**

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 2.7 48 | **Nicole Pierson & Casey Pierson** | Last 4 digits of account number _____ | **$57.00** | **$57.00** | **$0.00** |
|---|---|---|---|---|---|

Priority Creditor's Name
**1345 Hull Lane**
**Martinez, CA 94553**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
                    **Deposits and/or Payments for Children's**
                    **Educational Programs**

**Is the claim subject to offset?**
■ No
☐ Yes

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 293 of
407

| 2.7 49 | **Nicole Platt & Cameron Platt** | Last 4 digits of account number | $880.00 | $880.00 | $0.00 |

Priority Creditor's Name
**690 Calmer Ave.**
**Oakland, CA 94610**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify **Deposits by individuals**
         **Deposits and/or Payments for Children's Educational Programs**

---

| 2.7 50 | **Nicole Saleta & Jonah Hendrickson** | Last 4 digits of account number | $1,920.00 | $1,920.00 | $0.00 |

Priority Creditor's Name
**4120 Montgomery St.**
**Oakland, CA 94611**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify **Deposits by individuals**
         **Deposits and/or Payments for Children's Educational Programs**

---

| 2.7 51 | **Nikki Jong & Todd Touesnard** | Last 4 digits of account number | $58.00 | $58.00 | $0.00 |

Priority Creditor's Name
**1618 Larkin St.**
**San Francisco, CA 94109**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify **Deposits by individuals**
         **Deposits and/or Payments for Children's Educational Programs**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| 2.7 52 | **Nikki Vo & Thien Vo** | Last 4 digits of account number _____ | **$1,320.00** | **$1,320.00** | **$0.00** |

Priority Creditor's Name
**613 Via Rialto**
**Oakland, CA 94619**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify **Deposits by individuals Deposits and/or Payments for Children's Educational Programs**

---

| 2.7 53 | **Nina Callahan** | Last 4 digits of account number _____ | **$51.78** | **$51.78** | **$0.00** |

Priority Creditor's Name
**4346 Walnut Blvd.**
**Walnut Creek, CA 94596**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify **Deposits by individuals Deposits and/or Payments for Children's Educational Programs**

---

| 2.7 54 | **Nina Goodby & David Michel** | Last 4 digits of account number _____ | **$50.00** | **$50.00** | **$0.00** |

Priority Creditor's Name
**6439 Hillegass Ave.**
**Oakland, CA 94618**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify **Deposits by individuals Deposits and/or Payments for Children's Educational Programs**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| 2.7 55 | **Nina Patel & Joaquin Pochat** | Last 4 digits of account number ____ | $860.00 | $860.00 | $0.00 |

Priority Creditor's Name
**1375 Curtis St.**
**Berkeley, CA 94702**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
      **Deposits and/or Payments for Children's Educational Programs**

---

| 2.7 56 | **Nina Wasow & Travis Neal** | Last 4 digits of account number ____ | $625.00 | $625.00 | $0.00 |

Priority Creditor's Name
**1491 Cedar St.**
**Berkeley, CA 94702**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
      **Deposits and/or Payments for Children's Educational Programs**

---

| 2.7 57 | **Nina Webster & Mori Tabatabaei** | Last 4 digits of account number ____ | $1,170.00 | $1,170.00 | $0.00 |

Priority Creditor's Name
**2038 Parker St. #406**
**Berkeley, CA 94704**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
      **Deposits and/or Payments for Children's Educational Programs**

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 296 of 407

| 2.7 58 | **Niraj Shah & Priya Shah** | Last 4 digits of account number ___ ___ ___ ___ | $217.60 | $217.60 | $0.00 |

Priority Creditor's Name
**6140 Mazuela Dr.**
**Oakland, CA 94611**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.7 59 | **Nirlip Syan & Shailinder Singh** | Last 4 digits of account number ___ ___ ___ ___ | $53.40 | $53.40 | $0.00 |

Priority Creditor's Name
**19282 Heyer Ln.**
**Castro Valley, CA 94546**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.7 60 | **Norah Nicholls & Michael Nicholls** | Last 4 digits of account number ___ ___ ___ ___ | $712.60 | $712.60 | $0.00 |

Priority Creditor's Name
**6464 Estates Dr.**
**Piedmont, CA 94622**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

| 2.7 61 | **Noriko Kurotsu and Jesper Balle** | Last 4 digits of account number **4491** | **$0.00** | **$0.00** | **$0.00** |

Priority Creditor's Name
**474 Taurus Ave.**
**Oakland, CA 94611**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify  **Deposits by individuals**
**For Notice Purposes Only**

---

| 2.7 62 | **Odessa Cooper-Legardy & Rodney Legardy J** | Last 4 digits of account number | **$570.00** | **$570.00** | **$0.00** |

Priority Creditor's Name
**405 Ashbury Ave.**
**El Cerrito, CA 94530**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's**
**Educational Programs**

---

| 2.7 63 | **Odin Zackman & Mara Guccione** | Last 4 digits of account number | **$505.00** | **$505.00** | **$0.00** |

Priority Creditor's Name
**1300 Blake St.**
**Berkeley, CA 94702**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's**
**Educational Programs**

Case: 21-40070   Doc# 1   Filed: 01/20/21   Entered: 01/20/21 14:46:39   Page 298 of 407

| 2.7 64 | **Ofer Morag & Erin Rosenblatt** | Last 4 digits of account number _____ | $570.00 | $570.00 | $0.00 |

Priority Creditor's Name
**2437 Potomac St.**
**Oakland, CA 94602**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.7 65 | **Oksana Rapoport & Boris Rapoport** | Last 4 digits of account number _____ | $53.40 | $53.40 | $0.00 |

Priority Creditor's Name
**20554 Crow Creek**
**Castro Valley, CA 94552**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.7 66 | **Olga Sadkova & Dzmitry Shkuratau** | Last 4 digits of account number _____ | $206.29 | $206.29 | $0.00 |

Priority Creditor's Name
**2105 Youngs Ct.**
**Walnut Creek, CA 94596**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| 2.7 67 | **Oliver Ruebel & Rachel Lance-Ruebel** | Last 4 digits of account number ____ | **$1,190.00** | **$1,190.00** | **$0.00** |
|---|---|---|---|---|---|

Priority Creditor's Name
**4722 Buckboard Way**
**Richmond, CA 94803**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.7 68 | **Olivia Herscovitch & Matthew Herscovitch** | Last 4 digits of account number ____ | **$75.00** | **$75.00** | **$0.00** |
|---|---|---|---|---|---|

Priority Creditor's Name
**1600 Tresle Glen Rd.**
**Oakland, CA 94610**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.7 69 | **Olivia Ma & Sean Kelly** | Last 4 digits of account number ____ | **$535.00** | **$535.00** | **$0.00** |
|---|---|---|---|---|---|

Priority Creditor's Name
**5710 Harbord Dr.**
**Oakland, CA 94611**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

---

**2.7 70**

**Orlee and Lenny Karpel**
Priority Creditor's Name
**1047 Sunnyhills Rd.**
**Oakland, CA 94610**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number **3675**    **$0.00**    **$0.00**    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
     **For Notice Purposes Only**

---

**2.7 71**

**Ozlem Ayduk & Rudy Mendoza-Denton**
Priority Creditor's Name
**806 Curtis St.**
**Albany, CA 94706**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **$455.00**    **$455.00**    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
     **Deposits and/or Payments for Children's**
     **Educational Programs**

---

**2.7 72**

**Pallavi Somusetty & Mehul Thakker**
Priority Creditor's Name
**11280 Sun Valley Dr.**
**Oakland, CA 94605**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **$50.00**    **$50.00**    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
     **Deposits and/or Payments for Children's**
     **Educational Programs**

---

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 301 of 407

| 2.7 73 | **Pamela Cardenas & Marco Garza** |
|---|---|

Priority Creditor's Name
**28 Pleasant St.**
**San Francisco, CA 94108**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____    **$58.00**    **$58.00**    **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.7 74 | **Pamela Wyman & Jordaan Van Romburgh** |
|---|---|

Priority Creditor's Name
**3630 Hillview St.**
**Oakland, CA 94602**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____    **$900.00**    **$900.00**    **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.7 75 | **Paolomee Udani & Hardil Udani** |
|---|---|

Priority Creditor's Name
**6033 Chabolyn Ter.**
**Oakland, CA 94618**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____    **$480.00**    **$480.00**    **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 302 of 407

| 2.7 76 | **Patricia Johnson** | Last 4 digits of account number | **$1,090.00** | **$1,090.00** | **$0.00** |
|---|---|---|---|---|---|

Priority Creditor's Name
**460 41st St.**
**Oakland, CA 94609**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.7 77 | **Patrick Ryan & Stephanie-Adams Ryan** | Last 4 digits of account number | **$58.00** | **$58.00** | **$0.00** |
|---|---|---|---|---|---|

Priority Creditor's Name
**35 Lopez Ave.**
**San Francisco, CA 94116**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.7 78 | **Paul Mackinaw & Jen Cha** | Last 4 digits of account number | **$2,450.00** | **$2,450.00** | **$0.00** |
|---|---|---|---|---|---|

Priority Creditor's Name
**1981 Magellan Dr.**
**Oakland, CA 94611**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| 2.7 79 | | | |
|---|---|---|---|

**Paul Sherreard & Alicia Blum-Ross**
Priority Creditor's Name
**4024 Randolph Ave.**
**Oakland, CA 94602**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____     **$2,400.00**     **$2,400.00**     **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals** _____
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.7 80 | | | |
|---|---|---|---|

**Pengbo Ma & Rui Ding**
Priority Creditor's Name
**100 Sandringham Dr. S**
**Moraga, CA 94556**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____     **$103.50**     **$103.50**     **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals** _____
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.7 81 | | | |
|---|---|---|---|

**Peter Santina & Lin Chin**
Priority Creditor's Name
**3221 Madeline St.**
**Oakland, CA 94602**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____     **$1,140.00**     **$1,140.00**     **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals** _____
**Deposits and/or Payments for Children's Educational Programs**

---

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 304 of 407

| 2.7 82 | **Philipos Hailemichael & Selome Yacob** | | Last 4 digits of account number | $260.00 | $260.00 | $0.00 |
|---|---|---|---|---|---|---|

Priority Creditor's Name
**250 Sullivan Way**
**Hayward, CA 94541**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
□ Contingent

□ Debtor 2 only
□ Unliquidated

□ Debtor 1 and Debtor 2 only
□ Disputed

□ At least one of the debtors and another

**Type of PRIORITY unsecured claim:**

□ **Check if this claim is for a community debt**
□ Domestic support obligations

**Is the claim subject to offset?**
□ Taxes and certain other debts you owe the government

■ No
□ Claims for death or personal injury while you were intoxicated

□ Yes
■ Other. Specify    **Deposits by individuals**
          **Deposits and/or Payments for Children's Educational Programs**

---

| 2.7 83 | **Phing Yamamoto & Ryan Yamamoto** | | Last 4 digits of account number | $202.00 | $202.00 | $0.00 |
|---|---|---|---|---|---|---|

Priority Creditor's Name
**5008 Crystal Ridge Ct.**
**Oakland, CA 94605**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
□ Contingent

□ Debtor 2 only
□ Unliquidated

□ Debtor 1 and Debtor 2 only
□ Disputed

□ At least one of the debtors and another

**Type of PRIORITY unsecured claim:**

□ **Check if this claim is for a community debt**
□ Domestic support obligations

**Is the claim subject to offset?**
□ Taxes and certain other debts you owe the government

■ No
□ Claims for death or personal injury while you were intoxicated

□ Yes
■ Other. Specify    **Deposits by individuals**
          **Deposits and/or Payments for Children's Educational Programs**

---

| 2.7 84 | **Piers Ouano-Dodd & Christine Ouano-Dodd** | | Last 4 digits of account number | $58.00 | $58.00 | $0.00 |
|---|---|---|---|---|---|---|

Priority Creditor's Name
**650 Visitacion Ave.**
**San Francisco, CA 94134**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
□ Contingent

□ Debtor 2 only
□ Unliquidated

□ Debtor 1 and Debtor 2 only
□ Disputed

□ At least one of the debtors and another

**Type of PRIORITY unsecured claim:**

□ **Check if this claim is for a  community debt**
□ Domestic support obligations

**Is the claim subject to offset?**
□ Taxes and certain other debts you owe the government

■ No
□ Claims for death or personal injury while you were intoxicated

□ Yes
■ Other. Specify    **Deposits by individuals**
          **Deposits and/or Payments for Children's Educational Programs**

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 305 of 407

| 2.7 85 | **Ping Lin & Patrick Coleman** | Last 4 digits of account number ____ | **$1,710.00** | **$1,710.00** | **$0.00** |
|---|---|---|---|---|---|

Priority Creditor's Name
**6855 Shepherd Canyon Rd.**
**Oakland, CA 94611**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**

- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ■ Other. Specify   **Deposits by individuals**
  **Deposits and/or Payments for Children's Educational Programs**

---

| 2.7 86 | **Pon Thoummavong & Karl Kenna** | Last 4 digits of account number ____ | **$58.00** | **$58.00** | **$0.00** |
|---|---|---|---|---|---|

Priority Creditor's Name
**793 14th Ave.**
**San Francisco, CA 94118**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**

- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ■ Other. Specify   **Deposits by individuals**
  **Deposits and/or Payments for Children's Educational Programs**

---

| 2.7 87 | **Purvi Sanghavi** | Last 4 digits of account number ____ | **$51.78** | **$51.78** | **$0.00** |
|---|---|---|---|---|---|

Priority Creditor's Name
**6363 Christie Ave., Apt. 1423**
**Emeryville, CA 94608**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**

- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ■ Other. Specify   **Deposits by individuals**
  **Deposits and/or Payments for Children's Educational Programs**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| 2.7 88 | **Qing Wei & Nathan Curtis** | | |
|---|---|---|---|

**Qing Wei & Nathan Curtis**
Priority Creditor's Name
**6459 Melville Dr.**
**Oakland, CA 94611**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **$570.00**    **$570.00**    **$0.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify    **Deposits by individuals**
   **Deposits and/or Payments for Children's**
   **Educational Programs**

---

| 2.7 89 | **Quynh Nguyen & Su Nguyen** | | |
|---|---|---|---|

**Quynh Nguyen & Su Nguyen**
Priority Creditor's Name
**21052 San Miguel Ave.**
**Castro Valley, CA 94546**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **$260.00**    **$260.00**    **$0.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify    **Deposits by individuals**
   **Deposits and/or Payments for Children's**
   **Educational Programs**

---

| 2.7 90 | **Rachel Ayfer & Omer Ayfer** | | |
|---|---|---|---|

**Rachel Ayfer & Omer Ayfer**
Priority Creditor's Name
**10870 Snowdown Ave.**
**Oakland, CA 94605**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **$985.00**    **$985.00**    **$0.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify    **Deposits by individuals**
   **Deposits and/or Payments for Children's**
   **Educational Programs**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| 2.7 91 | **Rachel Balsley & Anthony Pape** | Last 4 digits of account number _____ | $960.00 | $960.00 | $0.00 |
|---|---|---|---|---|---|

Priority Creditor's Name
__4325 Adelaide St.__
__Oakland, CA 94619__
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
   **Deposits and/or Payments for Children's Educational Programs**

---

| 2.7 92 | **Rachel Brem & Jack Schonbrun** | Last 4 digits of account number _____ | $480.00 | $480.00 | $0.00 |
|---|---|---|---|---|---|

Priority Creditor's Name
__1710 Jaynes St.__
__Berkeley, CA 94703__
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
   **Deposits and/or Payments for Children's Educational Programs**

---

| 2.7 93 | **Rachel Coen & Timothy Henrich** | Last 4 digits of account number _____ | $4,050.00 | $3,025.00 | $1,025.00 |
|---|---|---|---|---|---|

Priority Creditor's Name
__815 Santa Fe Ave.__
__Albany, CA 94706__
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
   **Deposits and/or Payments for Children's Educational Programs**

Case: 21-40070   Doc# 1   Filed: 01/20/21   Entered: 01/20/21 14:46:39   Page 308 of 407

| 2.7 94 | **Rachel Gargano & Fernando Gargano** | | | |

Priority Creditor's Name
**1113 Morell Park Dr.**
**Martinez, CA 94553**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____     **$57.00**     **$57.00**     **$0.00**

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.7 95 | **Rachel Meyer & Troy Blanchard** | | | |

Priority Creditor's Name
**2333 Leimert Blvd.**
**Oakland, CA 94602**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____     **$1,440.00**     **$1,440.00**     **$0.00**

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.7 96 | **Rachel Pomerantz & Mike Pitler** | | | |

Priority Creditor's Name
**56 Camelford Pl.**
**Oakland, CA 94611**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____     **$2,880.00**     **$2,880.00**     **$0.00**

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 309 of 407

| 2.7 97 | **Rachel Segal & Doron Segal** | Last 4 digits of account number _____ | **$1,250.00** | **$1,250.00** | **$0.00** |
|---|---|---|---|---|---|

Priority Creditor's Name
**2139 Oregon St.**
**Oakland, CA 94611**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.7 98 | **Rachel Steinberg & John Schmid** | Last 4 digits of account number _____ | **$860.00** | **$860.00** | **$0.00** |
|---|---|---|---|---|---|

Priority Creditor's Name
**4166 Webster St.**
**Oakland, CA 94609**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.7 99 | **Rachel Teisch & Gabriel Petlin** | Last 4 digits of account number _____ | **$1,720.00** | **$1,720.00** | **$0.00** |
|---|---|---|---|---|---|

Priority Creditor's Name
**4401 Harbord Dr.**
**Oakland, CA 94618**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

Case: 21-40070   Doc# 1   Filed: 01/20/21   Entered: 01/20/21 14:46:39   Page 310 of 407

---

**2.800**

**Rachel Tobey & Will Nottingham**
Priority Creditor's Name
**1008 Grizzly Peak Blvd.**
**Berkeley, CA 94708**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

| Last 4 digits of account number _____ | $960.00 | $960.00 | $0.00 |

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

**2.801**

**Rachel True & Josh Cline**
Priority Creditor's Name
**2427 Scenic Ave.**
**Oakland, CA 94602**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

| Last 4 digits of account number _____ | $1,020.00 | $1,020.00 | $0.00 |

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

**2.802**

**Rae Wannier & Jesse Jablonski**
Priority Creditor's Name
**2500 Sacramento St.**
**Berkeley, CA 94702**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

| Last 4 digits of account number _____ | $3,000.00 | $3,000.00 | $0.00 |

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| 2.8 03 | **Raja Antony & Panteha Rezai** | Last 4 digits of account number _____ | $600.00 | $600.00 | $0.00 |
|---|---|---|---|---|---|

Priority Creditor's Name
**1071 Cragmont Ave.**
**Berkeley, CA 94708**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.8 04 | **Ramona Meyer-Piagentini & Owen Roberts** | Last 4 digits of account number _____ | $2,680.00 | $2,680.00 | $0.00 |
|---|---|---|---|---|---|

Priority Creditor's Name
**1043 Overlook Rd.**
**Berkeley, CA 94708**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.8 05 | **Randall Chan & Susan Chan** | Last 4 digits of account number _____ | $986.70 | $986.70 | $0.00 |
|---|---|---|---|---|---|

Priority Creditor's Name
**25692 Crestfield Cir.**
**Castro Valley, CA 94552**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| 2.8 06 | **Randall Darden & Cynthia Meyers** | Last 4 digits of account number | | $202.00 | $202.00 | $0.00 |
|---|---|---|---|---|---|---|

Priority Creditor's Name
**5930 Rincon Dr.**
**Oakland, CA 94611**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
           **Deposits and/or Payments for Children's Educational Programs**

---

| 2.8 07 | **Rani Sanghera & Jez Humble** | Last 4 digits of account number | | $960.00 | $960.00 | $0.00 |
|---|---|---|---|---|---|---|

Priority Creditor's Name
**888 Indian Rock Ave.**
**Berkeley, CA 94707**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
           **Deposits and/or Payments for Children's Educational Programs**

---

| 2.8 08 | **Rebecca and Matteo Rizzetta** | Last 4 digits of account number | 4998 | $0.00 | $0.00 | $0.00 |
|---|---|---|---|---|---|---|

Priority Creditor's Name
**3154 Monticello Ave.**
**Oakland, CA 94619**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
           **For Notice Purposes Only**

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 313 of 407

| 2.8 09 | **Rebecca Biernat & Francis Keenan** | Last 4 digits of account number | **$58.00** | **$58.00** | **$0.00** |

Priority Creditor's Name
**144 Corona St.**
**San Francisco, CA 94127**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred?

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.8 10 | **Rebecca Carpenter & Adam Carpenter** | Last 4 digits of account number | **$600.00** | **$600.00** | **$0.00** |

Priority Creditor's Name
**3031 Davis St.**
**Oakland, CA 94601**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred?

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.8 11 | **Rebecca Chance & Wes Keller** | Last 4 digits of account number | **$120.00** | **$120.00** | **$0.00** |

Priority Creditor's Name
**13 Las Piedras**
**Orinda, CA 94563**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred?

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 314 of 407

| | | | |
|---|---|---|---|
| **2.8 12** | **Rebecca Kucera & Margaret Anstrand** | $202.00 | $202.00 | $0.00 |

**Rebecca Kucera & Margaret Anstrand**
Priority Creditor's Name
**5959 Balboa Dr.**
**Oakland, CA 94611**
Number Street City State Zip Code

Last 4 digits of account number _____    $202.00    $202.00    $0.00

When was the debt incurred? _____

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
           **Deposits and/or Payments for Children's Educational Programs**

---

| | | | |
|---|---|---|---|
| **2.8 13** | **Rebecca Mcentee & Jack Chase** | $315.00 | $315.00 | $0.00 |

**Rebecca Mcentee & Jack Chase**
Priority Creditor's Name
**4900 Harbord Dr.**
**Oakland, CA 94618**
Number Street City State Zip Code

Last 4 digits of account number _____    $315.00    $315.00    $0.00

When was the debt incurred? _____

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
           **Deposits and/or Payments for Children's Educational Programs**

---

| | | | |
|---|---|---|---|
| **2.8 14** | **Rebecca Sklar & Evan Sklar** | $1,290.00 | $1,290.00 | $0.00 |

**Rebecca Sklar & Evan Sklar**
Priority Creditor's Name
**3881 Forest Hill Ave.**
**Oakland, CA 94602**
Number Street City State Zip Code

Last 4 digits of account number _____    $1,290.00    $1,290.00    $0.00

When was the debt incurred? _____

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
           **Deposits and/or Payments for Children's Educational Programs**

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 315 of 407

**2.8 15**

**Rebecca So & David So**
Priority Creditor's Name
**105 St. Pierre Way**
**Martinez, CA 94553**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number _____    **$57.00**    **$57.00**    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☑ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's**
**Educational Programs**

---

**2.8 16**

**Rekha Daram**
Priority Creditor's Name
**1433 Dumaine St.**
**Concord, CA 94518**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number _____    **$51.78**    **$51.78**    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☑ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's**
**Educational Programs**

---

**2.8 17**

**Rene Sanchez & Jamie Watkins**
Priority Creditor's Name
**1528 Excelsior Ave.**
**Oakland, CA 94602**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number _____    **$129.17**    **$129.17**    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☑ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's**
**Educational Programs**

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 316 of
407

| 2.8 18 | **Renne Stromsness & Bjorn Stromsness** | Last 4 digits of account number ___ ___ ___ ___ | $550.00 | $550.00 | $0.00 |

Priority Creditor's Name
**1374 Hansen Ave.**
**Alameda, CA 94501**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify  **Deposits by individuals**
_____
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.8 19 | **Renuka Kher & Sandeep Solanki** | Last 4 digits of account number ___ ___ ___ ___ | $3,240.00 | $3,025.00 | $215.00 |

Priority Creditor's Name
**5224 Golden Gate Ave.**
**Oakland, CA 94618**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify  **Deposits by individuals**
_____
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.8 20 | **Reshma Shetty & Nirup Shetty** | Last 4 digits of account number ___ ___ ___ ___ | $56.25 | $56.25 | $0.00 |

Priority Creditor's Name
**8 Rainbow Cir.**
**Danville, CA 94506**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify  **Deposits by individuals**
_____
**Deposits and/or Payments for Children's Educational Programs**

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 317 of 407

| 2.8 21 | **Reut Hadley** | Last 4 digits of account number ___ | **$1,100.00** | **$1,100.00** | **$0.00** |

Priority Creditor's Name
**3901 Brown Ave.**
**Oakland, CA 94619**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

| 2.8 22 | **Rhea Bailey & Eric Bailey** | Last 4 digits of account number ___ | **$202.00** | **$202.00** | **$0.00** |

Priority Creditor's Name
**49 Donna Way**
**Oakland, CA 94605**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

| 2.8 23 | **Rhonda Kendall** | Last 4 digits of account number ___ | **$26.70** | **$26.70** | **$0.00** |

Priority Creditor's Name
**22650 Canyon Ridge Pl.**
**Castro Valley, CA 94552**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

Case: 21-40070   Doc# 1   Filed: 01/20/21   Entered: 01/20/21 14:46:39   Page 318 of 407

**2.8 24**

**Rianna Stoll & Darren Stoll**    Last 4 digits of account number    **$915.00**    **$915.00**    **$0.00**

Priority Creditor's Name
**7755 Skyline Blvd.**
**Oakland, CA 94611**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
    **Deposits and/or Payments for Children's Educational Programs**

---

**2.8 25**

**Ricardo Cortes & Kristina Faul**    Last 4 digits of account number    **$1,040.00**    **$1,040.00**    **$0.00**

Priority Creditor's Name
**5832 Morse Dr.**
**Oakland, CA 94605**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
    **Deposits and/or Payments for Children's Educational Programs**

---

**2.8 26**

**Rick Breslin & Karena Breslin**    Last 4 digits of account number    **$1,455.00**    **$1,455.00**    **$0.00**

Priority Creditor's Name
**1612 Cornell Dr.**
**Alameda, CA 94501**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
    **Deposits and/or Payments for Children's Educational Programs**

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 319 of 407

---

| 2.8 27 | **Rika Lino & Thomas Cavanagh** | Last 4 digits of account number _____ | $480.00 | $480.00 | $0.00 |

Priority Creditor's Name
**5422 Hilltop Crescent**
**Oakland, CA 94618**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's**
**Educational Programs**

---

| 2.8 28 | **Rina Knoblock Palmer** | Last 4 digits of account number _____ | $51.78 | $51.78 | $0.00 |

Priority Creditor's Name
**245 Paula Ct.**
**Martinez, CA 94553**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's**
**Educational Programs**

---

| 2.8 29 | **Rita Shiau & Timothy Shiau** | Last 4 digits of account number _____ | $860.00 | $860.00 | $0.00 |

Priority Creditor's Name
**1433 Allman St.**
**Oakland, CA 94602**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's**
**Educational Programs**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

| 2.8 30 | **Robabeh Sarvi Pyraivatio** | Last 4 digits of account number _____ | $217.60 | $217.60 | $0.00 |
|---|---|---|---|---|---|

Priority Creditor's Name
**6207 Buena Vista Ave.**
**Oakland, CA 94618**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify    **Deposits by individuals**
           **Deposits and/or Payments for Children's Educational Programs**

---

| 2.8 31 | **Robin Busch-Wheaton & Elliot Busch-Wheat** | Last 4 digits of account number _____ | $960.00 | $960.00 | $0.00 |
|---|---|---|---|---|---|

Priority Creditor's Name
**1314 67th St.**
**Berkeley, CA 94702**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify    **Deposits by individuals**
           **Deposits and/or Payments for Children's Educational Programs**

---

| 2.8 32 | **Robin Green & Nathan McCreary** | Last 4 digits of account number _____ | $202.00 | $202.00 | $0.00 |
|---|---|---|---|---|---|

Priority Creditor's Name
**3800 Suter St.**
**Oakland, CA 94619**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify    **Deposits by individuals**
           **Deposits and/or Payments for Children's Educational Programs**

---

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 321 of 407

| 2.8 33 | | Last 4 digits of account number _____ | $187.60 | $187.60 | $0.00 |

**Rodiemar Campanilla & Shana Campanilla**
Priority Creditor's Name
**6300 Heather Ridge Way**
**Oakland, CA 94611**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☑ Other. Specify  **Deposits by individuals**
  **Deposits and/or Payments for Children's Educational Programs**

---

| 2.8 34 | | Last 4 digits of account number _____ | $250.00 | $250.00 | $0.00 |

**Roy Chan & Lora Chan**
Priority Creditor's Name
**4448 Anderson Ave.**
**Oakland, CA 94619**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☑ Other. Specify  **Deposits by individuals**
  **Deposits and/or Payments for Children's Educational Programs**

---

| 2.8 35 | | Last 4 digits of account number 5791 | $0.00 | $0.00 | $0.00 |

**Ryan Brennan and Cesar Martinez**
Priority Creditor's Name
**9520 Burr St.**
**Oakland, CA 94605**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** 5791

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☑ Other. Specify  **Deposits by individuals**
  **For Notice Purposes Only**

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 322 of 407

| | | | |
|---|---|---|---|

**2.8 36**

**Ryan Brutger & Alex Schoenfeld**
Priority Creditor's Name
**106 Dudley Ave.**
**Narberth, PA 19072**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____        **$2,080.00**        **$2,080.00**        **$0.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

**2.8 37**

**Ryan Greene-Roesel & Ray Minjares**
Priority Creditor's Name
**1830 Arch St.**
**Berkeley, CA 94709**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____        **$3,000.00**        **$3,000.00**        **$0.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

**2.8 38**

**Ryan Inouye & Julie Inouye**
Priority Creditor's Name
**2080 Drysdale St.**
**Danville, CA 94506**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____        **$168.75**        **$168.75**        **$0.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 323 of 407

| | | |
|---|---|---|

**2.8 39**

**Ryan Oettinger and Clarice Souza**
Priority Creditor's Name
**240 Tharp**
**Moraga, CA 94556**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number **8877**        $0.00        $0.00        $0.00

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
**For Notice Purposes Only**

---

**2.8 40**

**Saaz Grover**
Priority Creditor's Name
**109 Baltana Ct.**
**Danville, CA 94506**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number        $168.75        $168.75        $0.00

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's**
**Educational Programs**

---

**2.8 41**

**Sabrina Almazan & Thomas Fitzsimons**
Priority Creditor's Name
**953 Helen Ave.**
**San Leandro, CA 94577**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number        $120.00        $120.00        $0.00

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's**
**Educational Programs**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| 2.8 42 | **Sabrina Brown & Vincent Brown** | Last 4 digits of account number | | **$58.00** | **$58.00** | **$0.00** |

Priority Creditor's Name
**250 Point Lobos #601**
**San Francisco, CA 94121**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify    **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.8 43 | **Sadie Waddington & Aaron Daley** | Last 4 digits of account number | | **$129.00** | **$129.00** | **$0.00** |

Priority Creditor's Name
**1691 Newell Ave.**
**Walnut Creek, CA 94595**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify    **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.8 44 | **Sahra Halpern & Dan Engler** | Last 4 digits of account number | | **$525.00** | **$525.00** | **$0.00** |

Priority Creditor's Name
**5825 Colby St.**
**Oakland, CA 94618**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify    **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

Case: 21-40070     Doc# 1     Filed: 01/20/21     Entered: 01/20/21 14:46:39     Page 325 of 407

| 2.8 45 | **Saima Siddiqui & Mir Qamar** | Last 4 digits of account number | **$58.00** | **$58.00** | **$0.00** |
|---|---|---|---|---|---|

Priority Creditor's Name
**690 Longbridge St.**
**San Francisco, CA 94158**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify    **Deposits by individuals**
                             **Deposits and/or Payments for Children's**
                             **Educational Programs**

| 2.8 46 | **Saira Mohamed & John Nels Bangerter** | Last 4 digits of account number | **$570.00** | **$570.00** | **$0.00** |
|---|---|---|---|---|---|

Priority Creditor's Name
**436 Hudson St.**
**Oakland, CA 94618**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify    **Deposits by individuals**
                             **Deposits and/or Payments for Children's**
                             **Educational Programs**

| 2.8 47 | **Salima Jiwani and Tessin Daya** | Last 4 digits of account number | **$1,140.00** | **$1,140.00** | **$0.00** |
|---|---|---|---|---|---|

Priority Creditor's Name
**7280 Woodrow Dr.**
**Oakland, CA 94611**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify    **Deposits by individuals**
                             **Deposits and/or Payments for Children's**
                             **Educational Programs**

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 326 of 407

| | | | |
|---|---|---|---|
| **2.8 48** | **Sally Sosa & Charlie Sosa** | | |

Priority Creditor's Name
**1025 Galvin St.**
**Oakland, CA 94602**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **$525.00**    **$525.00**    **$0.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify    **Deposits by individuals**
**Deposits and/or Payments for Children's**
**Educational Programs**

---

| | | | |
|---|---|---|---|
| **2.8 49** | **Sanjay Bhatt** | | |

Priority Creditor's Name
**800 Glendome Cir.**
**Oakland, CA 94602**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **$5,610.00**    **$3,025.00**    **$2,585.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify    **Deposits by individuals**
**Deposits and/or Payments for Children's**
**Educational Programs**

---

| | | | |
|---|---|---|---|
| **2.8 50** | **Sara Harrison & Jason Harrison** | | |

Priority Creditor's Name
**320 Caldecott Ln. #108**
**Oakland, CA 94618**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **$187.60**    **$187.60**    **$0.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify    **Deposits by individuals**
**Deposits and/or Payments for Children's**
**Educational Programs**

---

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 327 of 407

| 2.8 51 | **Sara Mancini & Patrick Bennett** | Last 4 digits of account number | **$1,040.00** | **$1,040.00** | **$0.00** |

Priority Creditor's Name
**338 Lincoln Ave.**
**Alameda, CA 94501**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
      **Deposits and/or Payments for Children's**
      **Educational Programs**

| 2.8 52 | **Sara Webb-Schmitz & Matt Schmitz** | Last 4 digits of account number | **$270.00** | **$270.00** | **$0.00** |

Priority Creditor's Name
**4709 Meadowbrook Dr.**
**Richmond, CA 94803**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
      **Deposits and/or Payments for Children's**
      **Educational Programs**

| 2.8 53 | **Sara Whitfield & Sean Whitfield** | Last 4 digits of account number | **$1,760.00** | **$1,760.00** | **$0.00** |

Priority Creditor's Name
**176 Camino Don Miguel**
**Orinda, CA 94563**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
      **Deposits and/or Payments for Children's**
      **Educational Programs**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com              Best Case Bankruptcy

| 2.8 54 | **Sara Yamamoto** | | | |
|---|---|---|---|---|
| | Priority Creditor's Name | Last 4 digits of account number _____ | $51.78 | $51.78 | $0.00 |

When was the debt incurred? _____

_____
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify    **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.8 55 | **Sarabeth Chapman and Matt Pietras** | | | |
|---|---|---|---|---|
| | Priority Creditor's Name | Last 4 digits of account number 1285 | $0.00 | $0.00 | $0.00 |

**5697 Keith Ave.**
**Oakland, CA 94618**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify    **Deposits by individuals**
**For Notice Purposes Only**

---

| 2.8 56 | **Sarah Ago & Ledio Ago** | | | |
|---|---|---|---|---|
| | Priority Creditor's Name | Last 4 digits of account number _____ | $1,920.00 | $1,920.00 | $0.00 |

**1691 Mountain Blvd.**
**Oakland, CA 94611**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify    **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 329 of 407

| 2.8 57 | **Sarah Aguilar & Carlos Aguilar** | Last 4 digits of account number _____ | **$1,010.00** | **$1,010.00** | **$0.00** |
|---|---|---|---|---|---|

Priority Creditor's Name
**410 Ridgeview Dr.**
**Pleasant Hill, CA 94523**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.8 58 | **Sarah Bromma & Jonathan Bromma** | Last 4 digits of account number _____ | **$1,177.60** | **$1,177.60** | **$0.00** |
|---|---|---|---|---|---|

Priority Creditor's Name
**5815 Morpeth St.**
**Oakland, CA 94618**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.8 59 | **Sarah Chin** | Last 4 digits of account number _____ | **$53.40** | **$53.40** | **$0.00** |
|---|---|---|---|---|---|

Priority Creditor's Name
**1668 Renaissance Ln.**
**San Leandro, CA 94578**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

---

| 2.8 60 | **Sarah Colton & Gabriel Lawrence** | Last 4 digits of account number ___ ___ ___ ___ | $570.00 | $570.00 | $0.00 |

Priority Creditor's Name
**4040 Laurel Ave.**
**Oakland, CA 94602**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
_____
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.8 61 | **Sarah Hawley & Charles Collett** | Last 4 digits of account number ___ ___ ___ ___ | $480.00 | $480.00 | $0.00 |

Priority Creditor's Name
**849 York St.**
**Oakland, CA 94610**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
_____
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.8 62 | **Sarah Holt & Peter Stwecker** | Last 4 digits of account number ___ ___ ___ ___ | $570.00 | $570.00 | $0.00 |

Priority Creditor's Name
**2 Monte Ave.**
**Piedmont, CA 94611**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
_____
**Deposits and/or Payments for Children's Educational Programs**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| 2.8 63 | **Sarah Marcus** | Last 4 digits of account number _____ | $480.00 | $480.00 | $0.00 |
|---|---|---|---|---|---|

Priority Creditor's Name
**1836 Grand View Dr.**
**Oakland, CA 94618**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**

**Is the claim subject to offset?**

■ No
☐ Yes

**Deposits and/or Payments for Children's Educational Programs**

---

| 2.8 64 | **Sarah Rampersad-Reed** | Last 4 digits of account number _____ | $168.75 | $168.75 | $0.00 |
|---|---|---|---|---|---|

Priority Creditor's Name
**5647 Evolene St.**
**Danville, CA 94506**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**

**Is the claim subject to offset?**

■ No
☐ Yes

**Deposits and/or Payments for Children's Educational Programs**

---

| 2.8 65 | **Sarah Scarbrough & Aaron Scarbrough** | Last 4 digits of account number _____ | $860.00 | $860.00 | $0.00 |
|---|---|---|---|---|---|

Priority Creditor's Name
**4615 Walnut St.**
**Oakland, CA 94619**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**

**Is the claim subject to offset?**

■ No
☐ Yes

**Deposits and/or Payments for Children's Educational Programs**

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 332 of 407

| 2.8 66 | **Sarah Schuppisser & Michael Bull** | Last 4 digits of account number _____ | $570.00 | $570.00 | $0.00 |
|---|---|---|---|---|---|

Priority Creditor's Name
**4116 Coolidge Ave.**
**Oakland, CA 94602**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.8 67 | **Sarina Dhanoa & Jim Dhanoa** | Last 4 digits of account number _____ | $168.75 | $168.75 | $0.00 |
|---|---|---|---|---|---|

Priority Creditor's Name
**5042 Kerry Hill St.**
**Danville, CA 94506**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.8 68 | **Sasha Miyamoto & Matthew Miyamoto** | Last 4 digits of account number _____ | $960.00 | $960.00 | $0.00 |
|---|---|---|---|---|---|

Priority Creditor's Name
**858 Alice Ave.**
**San Leandro, CA 94577**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| 2.8 69 | **Sayaka Araki & Rafael Real de Asua** | | Last 4 digits of account number _____ | $208.89 | $208.89 | $0.00 |

Priority Creditor's Name
**71 Starview Dr.**
**Oakland, CA 94618**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify   **Deposits by individuals**
     **Deposits and/or Payments for Children's Educational Programs**

---

| 2.8 70 | **Scott Lifton & Heather Van Atta** | | Last 4 digits of account number _____ | $187.60 | $187.60 | $0.00 |

Priority Creditor's Name
**449 Merritt Ave. #B**
**Oakland, CA 94610**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify   **Deposits by individuals**
     **Deposits and/or Payments for Children's Educational Programs**

---

| 2.8 71 | **Scott Miller & Meghan Miller** | | Last 4 digits of account number _____ | $682.00 | $682.00 | $0.00 |

Priority Creditor's Name
**5656 Colton Blvd.**
**Oakland, CA 94611**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify   **Deposits by individuals**
     **Deposits and/or Payments for Children's Educational Programs**

Case: 21-40070   Doc# 1   Filed: 01/20/21   Entered: 01/20/21 14:46:39   Page 334 of 407

| 2.8 72 | **Scott Nelson Windels & Sarah Windels** | Last 4 digits of account number _____ | **$1,342.00** | **$1,342.00** | **$0.00** |

Priority Creditor's Name

**6672 Heartwood Dr.**
**Oakland, CA 94611**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
       **Deposits and/or Payments for Children's Educational Programs**

---

| 2.8 73 | **Scott Pelzer** | Last 4 digits of account number _____ | **$284.06** | **$284.06** | **$0.00** |

Priority Creditor's Name

**1230 66th St.**
**Emeryville, CA 94608**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
       **Deposits and/or Payments for Children's Educational Programs**

---

| 2.8 74 | **Sean Brannan & Adrianne Brannan** | Last 4 digits of account number _____ | **$168.75** | **$168.75** | **$0.00** |

Priority Creditor's Name

**5454 Belarus St.**
**Danville, CA 94506**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
       **Deposits and/or Payments for Children's Educational Programs**

Case: 21-40070   Doc# 1   Filed: 01/20/21   Entered: 01/20/21 14:46:39   Page 335 of 407

| 2.8 75 | **Sean Stafford & Stephanie Stafford** | Last 4 digits of account number | $168.75 | $168.75 | $0.00 |

Priority Creditor's Name
**237 Stetson Dr.**
**Danville, CA 94506**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify    **Deposits by individuals**
                    **Deposits and/or Payments for Children's**
                    **Educational Programs**

---

| 2.8 76 | **Sean Sullivan & Catherine Dam** | Last 4 digits of account number | $1,140.00 | $1,140.00 | $0.00 |

Priority Creditor's Name
**1054 54th St.**
**Oakland, CA 94608**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify    **Deposits by individuals**
                    **Deposits and/or Payments for Children's**
                    **Educational Programs**

---

| 2.8 77 | **Sean Unger & Siri Thanasombat** | Last 4 digits of account number | $1,005.00 | $1,005.00 | $0.00 |

Priority Creditor's Name
**1480 Campus Dr.**
**Berkeley, CA 94708**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify    **Deposits by individuals**
                    **Deposits and/or Payments for Children's**
                    **Educational Programs**

Case: 21-40070   Doc# 1   Filed: 01/20/21   Entered: 01/20/21 14:46:39   Page 336 of 407

| 2.8 78 | **Seini Vunga & Sione Fine** | Last 4 digits of account number _____ | **$81.00** | **$81.00** | **$0.00** |
|---|---|---|---|---|---|

Priority Creditor's Name
**5355 Alhambra Valley Rd.**
**Martinez, CA 94553**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ■ Other. Specify  **Deposits by individuals**
  **Deposits and/or Payments for Children's**
  **Educational Programs**

---

| 2.8 79 | **Selam Brown & Mal Brown** | Last 4 digits of account number _____ | **$187.60** | **$187.60** | **$0.00** |
|---|---|---|---|---|---|

Priority Creditor's Name
**5763 Scarborough Dr.**
**Oakland, CA 94611**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ■ Other. Specify  **Deposits by individuals**
  **Deposits and/or Payments for Children's**
  **Educational Programs**

---

| 2.8 80 | **Seth Patel & Seema Patel** | Last 4 digits of account number _____ | **$860.00** | **$860.00** | **$0.00** |
|---|---|---|---|---|---|

Priority Creditor's Name
**543 58th St.**
**Oakland, CA 94609**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ■ Other. Specify  **Deposits by individuals**
  **Deposits and/or Payments for Children's**
  **Educational Programs**

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 337 of 407

| | | | |
|---|---|---|---|

**2.8 81**

**Shannon Steen & Scott Berry**
Priority Creditor's Name
**3958 Canon Ave.**
**Oakland, CA 94602**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____    $420.00    $420.00    $0.00

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's**
**Educational Programs**

---

**2.8 82**

**Shasa Curl & Tremaine Waters**
Priority Creditor's Name
**1588 Fitzgerald Dr. #370**
**Pinole, CA 94564**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____    $510.00    $510.00    $0.00

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's**
**Educational Programs**

---

**2.8 83**

**Sheila Wang**
Priority Creditor's Name
**1945 Berkeley Way #104**
**Berkeley, CA 94704**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____    $1,635.00    $1,635.00    $0.00

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's**
**Educational Programs**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

| 2.8 84 | **Sherri McDevitt** | Last 4 digits of account number _____ | **$27.50** | **$27.50** | **$0.00** |

Priority Creditor's Name

**693 Las Barrancas Dr.**
**Danville, CA 94526**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
                   **Deposits and/or Payments for Children's**
                   **Educational Programs**

---

| 2.8 85 | **Shilpi Agarwal & Bryan Heckenlively** | Last 4 digits of account number _____ | **$480.00** | **$480.00** | **$0.00** |

Priority Creditor's Name

**5524 Manila Ave**
**Oakland, CA 94618**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
                   **Deposits and/or Payments for Children's**
                   **Educational Programs**

---

| 2.8 86 | **Shonna Khambay** | Last 4 digits of account number _____ | **$337.50** | **$337.50** | **$0.00** |

Priority Creditor's Name

**305 Mashona Ct.**
**Danville, CA 94506**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
                   **Deposits and/or Payments for Children's**
                   **Educational Programs**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| 2.8 87 | **Shrine Mitchell & Dave Mitchell** | Last 4 digits of account number _____ | $168.75 | $168.75 | $0.00 |

Priority Creditor's Name
**3350 Quail Walk Ln.**
**Danville, CA 94506**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.8 88 | **Shuang Zhang & Lily Zhang** | Last 4 digits of account number _____ | $194.44 | $194.44 | $0.00 |

Priority Creditor's Name
**126 Conway Ct.**
**Danville, CA 94526**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.8 89 | **Shylah Conway-Hamilton & Janna Conway-Ha** | Last 4 digits of account number _____ | $545.20 | $545.20 | $0.00 |

Priority Creditor's Name
**5917 Almaden Ln.**
**Oakland, CA 94611**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| 2.8 90 | **Si hoi Chen & Don Owyang** | Last 4 digits of account number | | $26.70 | $26.70 | $0.00 |
|---|---|---|---|---|---|---|

Priority Creditor's Name
**5559 Boulder Canyon Dr.**
**Castro Valley, CA 94552**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Contingent
☐ Debtor 2 only
☐ Unliquidated
☐ Debtor 1 and Debtor 2 only
☐ Disputed
☐ At least one of the debtors and another

**Type of PRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**
☐ Domestic support obligations

**Is the claim subject to offset?**
☐ Taxes and certain other debts you owe the government
■ No
☐ Claims for death or personal injury while you were intoxicated
☐ Yes
■ Other. Specify **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.8 91 | **Siang Peng Oh & Fanesca Young** | Last 4 digits of account number | | $4,680.00 | $3,025.00 | $1,655.00 |
|---|---|---|---|---|---|---|

Priority Creditor's Name
**16 Rabble Rd.**
**Orinda, CA 94563**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Contingent
☐ Debtor 2 only
☐ Unliquidated
☐ Debtor 1 and Debtor 2 only
☐ Disputed
☐ At least one of the debtors and another

**Type of PRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**
☐ Domestic support obligations

**Is the claim subject to offset?**
☐ Taxes and certain other debts you owe the government
■ No
☐ Claims for death or personal injury while you were intoxicated
☐ Yes
■ Other. Specify **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.8 92 | **Siewmei Phuan & Aneesh Krishna** | Last 4 digits of account number | | $910.00 | $910.00 | $0.00 |
|---|---|---|---|---|---|---|

Priority Creditor's Name
**709 Caldwell Rd.**
**Oakland, CA 94611**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Contingent
☐ Debtor 2 only
☐ Unliquidated
☐ Debtor 1 and Debtor 2 only
☐ Disputed
☐ At least one of the debtors and another

**Type of PRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**
☐ Domestic support obligations

**Is the claim subject to offset?**
☐ Taxes and certain other debts you owe the government
■ No
☐ Claims for death or personal injury while you were intoxicated
☐ Yes
■ Other. Specify **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 341 of 407

| | | | | |
|---|---|---|---|---|
| 2.8 93 | **Simone Greenberg & Matt Greenberg** | Last 4 digits of account number | $505.00 | $505.00 | $0.00 |

**Simone Greenberg & Matt Greenberg**
Priority Creditor's Name
**7211 Wild Currant Way**
**Oakland, CA 94611**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____  $505.00   $505.00   $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
                   **Deposits and/or Payments for Children's**
                   **Educational Programs**

---

| 2.8 94 | **Sindhu Nair** | Last 4 digits of account number | $51.78 | $51.78 | $0.00 |

**Sindhu Nair**
Priority Creditor's Name
**6163 Mount Rushmore Cir.**
**Castro Valley, CA 94552**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____  $51.78   $51.78   $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
                   **Deposits and/or Payments for Children's**
                   **Educational Programs**

---

| 2.8 95 | **Skye Callan & Paul Callan** | Last 4 digits of account number | $217.60 | $217.60 | $0.00 |

**Skye Callan & Paul Callan**
Priority Creditor's Name
**130 Florence Ave.**
**Oakland, CA 94618**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____  $217.60   $217.60   $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
                   **Deposits and/or Payments for Children's**
                   **Educational Programs**

Case: 21-40070   Doc# 1   Filed: 01/20/21   Entered: 01/20/21 14:46:39   Page 342 of
407

**2.8 96**

**Social Security Administration**
Priority Creditor's Name
**Office of the General Counsel, Rgion IX**
**160 Spear St., Ste. 800**
**San Francisco, CA 94105-1545**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number _____    **$0.00**    **$0.00**    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____    **For Notice Purposes Only**

---

**2.8 97**

**SohChean Huan & ShinPing Huang**
Priority Creditor's Name
**1903 Mantova St.**
**Danville, CA 94506**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____    **$168.75**    **$168.75**    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify    **Deposits by individuals**
    **Deposits and/or Payments for Children's Educational Programs**

---

**2.8 98**

**Sola Takahashi & Summer Henerson**
Priority Creditor's Name
**2721 Grande Vista Ave**
**Oakland, CA 94601**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____    **$1,140.00**    **$1,140.00**    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify    **Deposits by individuals**
    **Deposits and/or Payments for Children's Educational Programs**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| 2.8 99 | **Sonsire Garcia & Carlos Gandara** | Last 4 digits of account number _____ | $300.00 | $300.00 | $0.00 |

Priority Creditor's Name
**980 31st St.**
**Richmond, CA 94804**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
          **Deposits and/or Payments for Children's**
          **Educational Programs**

---

| 2.9 00 | **Soraya Zambrano & Mario Zambrano** | Last 4 digits of account number _____ | $187.60 | $187.60 | $0.00 |

Priority Creditor's Name
**1932 109th Ave.**
**Oakland, CA 94603**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
          **Deposits and/or Payments for Children's**
          **Educational Programs**

---

| 2.9 01 | **Stacey and Seth Blackman** | Last 4 digits of account number 2828 | $0.00 | $0.00 | $0.00 |

Priority Creditor's Name
**1537 Serafix Rd.**
**Alamo, CA 94507**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
          **For Notice Purposes Only**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| 2.9 02 | **Stacey Han & Frank Cobourn** | Last 4 digits of account number _____ | $860.00 | $860.00 | $0.00 |

Priority Creditor's Name
**689 Walavista Ave.**
**Oakland, CA 94610**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
    **Deposits and/or Payments for Children's**
    **Educational Programs**

---

| 2.9 03 | **Statia Hafer & James Rossi** | Last 4 digits of account number _____ | $58.00 | $58.00 | $0.00 |

Priority Creditor's Name
**318 Spear St. #3F**
**San Francisco, CA 94105**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
    **Deposits and/or Payments for Children's**
    **Educational Programs**

---

| 2.9 04 | **Stefanie Sosnowski** | Last 4 digits of account number _____ | $51.78 | $51.78 | $0.00 |

Priority Creditor's Name
**2490 Sky Rd.**
**Walnut Creek, CA 94596**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
    **Deposits and/or Payments for Children's**
    **Educational Programs**

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 345 of 407

| 2.9 05 | **Stella Edelmann** | | | |
|---|---|---|---|---|
| | Priority Creditor's Name | Last 4 digits of account number | $187.60 | $187.60 | $0.00 |

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
  **Deposits and/or Payments for Children's Educational Programs**

---

| 2.9 06 | **Stella Young & David Young** | | | |
|---|---|---|---|---|
| | Priority Creditor's Name | Last 4 digits of account number | $81.00 | $81.00 | $0.00 |
| | 520 Eagle Nest Dr. | | | | |
| | Martinez, CA 94553 | | | | |

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
  **Deposits and/or Payments for Children's Educational Programs**

---

| 2.9 07 | **Stephanie and Dashiell Gerdes** | | | |
|---|---|---|---|---|
| | Priority Creditor's Name | Last 4 digits of account number 5325 | $0.00 | $0.00 | $0.00 |
| | 508 Fairbanks Ave. | | | | |
| | Oakland, CA 94610 | | | | |

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
  **For Notice Purposes Only**

Case: 21-40070   Doc# 1   Filed: 01/20/21   Entered: 01/20/21 14:46:39   Page 346 of 407

| 2.9 08 | **Stephanie Kennedy** | Last 4 digits of account number | | **$58.00** | **$58.00** | **$0.00** |

Priority Creditor's Name
**133 18th Ave.**
**San Francisco, CA 94121**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☑ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's**
**Educational Programs**

---

| 2.9 09 | **Stephanie Lau & John Westendorf** | Last 4 digits of account number | | **$1,762.00** | **$1,762.00** | **$0.00** |

Priority Creditor's Name
**2135 Manzanita Dr.**
**Oakland, CA 94611**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☑ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's**
**Educational Programs**

---

| 2.9 10 | **Stephanie Mamane & Matt Dilworth** | Last 4 digits of account number | | **$8.00** | **$8.00** | **$0.00** |

Priority Creditor's Name
**2055 Leimert Blvd.**
**Oakland, CA 94602**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☑ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's**
**Educational Programs**

Case: 21-40070   Doc# 1   Filed: 01/20/21   Entered: 01/20/21 14:46:39   Page 347 of 407

| 2.9<br>11 | **Stephanie Neuringer & Clay Whitakes** | | | |
|---|---|---|---|---|
| | Priority Creditor's Name | Last 4 digits of account number _____ | $480.00 | $480.00 | $0.00 |

**Stephanie Neuringer & Clay Whitakes**
Priority Creditor's Name
**27 Oak Creek Rd.**
**El Sobrante, CA 94803**
Number Street City State Zip Code

Last 4 digits of account number _____    $480.00    $480.00    $0.00

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

■ Other. Specify   **Deposits by individuals**
    **Deposits and/or Payments for Children's Educational Programs**

---

**Stephanie Nielsen & Scott Nielsen**
Priority Creditor's Name
**4320 Gregory St.**
**Oakland, CA 94619**
Number Street City State Zip Code

2.9 12

Last 4 digits of account number _____    $480.00    $480.00    $0.00

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

■ Other. Specify   **Deposits by individuals**
    **Deposits and/or Payments for Children's Educational Programs**

---

**Stephanie Orloff & Christopher Orloff**
Priority Creditor's Name
**6429 Shelterwood Dr.**
**Oakland, CA 94611**
Number Street City State Zip Code

2.9 13

Last 4 digits of account number _____    $600.00    $600.00    $0.00

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

■ Other. Specify   **Deposits by individuals**
    **Deposits and/or Payments for Children's Educational Programs**

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 348 of 407

| 2.9 14 | **Stephen Stewart & Marin Van Young** | Last 4 digits of account number _____ | $560.00 | $560.00 | $0.00 |

Priority Creditor's Name
**914 Tulare Ave.**
**Albany, CA 94707**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals** _____
   **Deposits and/or Payments for Children's Educational Programs**

---

| 2.9 15 | **Steve Jackson & Ardi Jackson** | Last 4 digits of account number _____ | $2,720.00 | $2,720.00 | $0.00 |

Priority Creditor's Name
**776 Spruce St.**
**Berkeley, CA 94707**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals** _____
   **Deposits and/or Payments for Children's Educational Programs**

---

| 2.9 16 | **Steven Vaniman** | Last 4 digits of account number _____ | $188.00 | $188.00 | $0.00 |

Priority Creditor's Name
**3878 Boubler Canyon Dr.**
**Castro Valley, CA 94546**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals** _____
   **Deposits and/or Payments for Children's Educational Programs**

Case: 21-40070   Doc# 1   Filed: 01/20/21   Entered: 01/20/21 14:46:39   Page 349 of 407

| 2.9 17 | **Stracey Gordon & Jason Allen** | Last 4 digits of account number _____ | $208.89 | $208.89 | $0.00 |

Priority Creditor's Name
**3157 Kingsland Ave.**
**Oakland, CA 94619**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.9 18 | **Sukanya Venkarachalan & Ramaswamy Venkat** | Last 4 digits of account number _____ | $245.00 | $245.00 | $0.00 |

Priority Creditor's Name
**7352 Lemonwood Way**
**Pleasanton, CA 94588**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.9 19 | **Sumaiya Balbale & Robert Coolidge** | Last 4 digits of account number _____ | $1,172.92 | $1,172.92 | $0.00 |

Priority Creditor's Name
**697 Calmar Ave.**
**Oakland, CA 94610**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

| 2.9 20 | **Sunny Kim & Young Kim** | Last 4 digits of account number | $26.70 | $26.70 | $0.00 |

Priority Creditor's Name
**4164 High Ridge Pl.**
**Castro Valley, CA 94552**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify    **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.9 21 | **Sunny Saperstein & Leon Saperstein** | Last 4 digits of account number | $560.00 | $560.00 | $0.00 |

Priority Creditor's Name
**135 Lexford Rd.**
**Piedmont, CA 94611**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify    **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.9 22 | **Sunny Yoon & Jung Kamburov** | Last 4 digits of account number | $520.00 | $520.00 | $0.00 |

Priority Creditor's Name
**2709 Benvenue Ave.**
**Berkeley, CA 94705**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify    **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                            Best Case Bankruptcy

---

**2.9 23**

**Surriya Khan**
Priority Creditor's Name
**1091 Trumpet Vine Ln.**
**San Ramon, CA 94582**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

| Last 4 digits of account number | $250.00 | $250.00 | $0.00 |
| --- | --- | --- | --- |

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
     **Deposits and/or Payments for Children's Educational Programs**

---

**2.9 24**

**Susan Ficker & Josh Robinson**
Priority Creditor's Name
_____
_____
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

| Last 4 digits of account number | $57.00 | $57.00 | $0.00 |
| --- | --- | --- | --- |

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
     **Deposits and/or Payments for Children's Educational Programs**

---

**2.9 25**

**Susan Hyde & Sean Smith**
Priority Creditor's Name
**31 Florida Ave.**
**Berkeley, CA 94707**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

| Last 4 digits of account number | $880.00 | $880.00 | $0.00 |
| --- | --- | --- | --- |

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
     **Deposits and/or Payments for Children's Educational Programs**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| 2.9 26 | **Susan Landau & Pierre Garrigues** | Last 4 digits of account number | | $480.00 | $480.00 | $0.00 |

Priority Creditor's Name
**29 Lake Ave.**
**Piedmont, CA 94611**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
                   **Deposits and/or Payments for Children's**
                   **Educational Programs**

---

| 2.9 27 | **Susanne Rublein & Michael Leslie** | Last 4 digits of account number | | $697.60 | $697.60 | $0.00 |

Priority Creditor's Name
**1961 Gouldin Rd.**
**Oakland, CA 94611**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
                   **Deposits and/or Payments for Children's**
                   **Educational Programs**

---

| 2.9 28 | **Suzanna Smith & Kenny Washington** | Last 4 digits of account number | | $810.00 | $810.00 | $0.00 |

Priority Creditor's Name
**1641 Vancouver Way**
**Livermore, CA 94550**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
                   **Deposits and/or Payments for Children's**
                   **Educational Programs**

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 353 of 407

| 2.9 29 | | | | |
|---|---|---|---|---|

**Suzie Kim and Sean Liao**

Last 4 digits of account number   3306    $0.00    $0.00    $0.00

Priority Creditor's Name
**1237 Grand Ave.**
**Piedmont, CA 94610**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☑ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of PRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Domestic support obligations

**Is the claim subject to offset?**

☐ Taxes and certain other debts you owe the government

☑ No

☐ Claims for death or personal injury while you were intoxicated

☐ Yes

☑ Other. Specify   **Deposits by individuals**

           **For Notice Purposes Only**

---

| 2.9 30 | | | | |
|---|---|---|---|---|

**Suzy Kim & Evan Despelder**

Last 4 digits of account number       $480.00    $480.00    $0.00

Priority Creditor's Name
**720 Gilman St.**
**Berkeley, CA 94710**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☑ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of PRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Domestic support obligations

**Is the claim subject to offset?**

☐ Taxes and certain other debts you owe the government

☑ No

☐ Claims for death or personal injury while you were intoxicated

☐ Yes

☑ Other. Specify   **Deposits by individuals**

           **Deposits and/or Payments for Children's**
           **Educational Programs**

---

| 2.9 31 | | | | |
|---|---|---|---|---|

**Svea Lin Soll & Jason Soll**

Last 4 digits of account number       $1,720.00    $1,720.00    $0.00

Priority Creditor's Name
**1331 Bonia Ave. #3**
**Berkeley, CA 94709**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☑ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of PRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Domestic support obligations

**Is the claim subject to offset?**

☐ Taxes and certain other debts you owe the government

☑ No

☐ Claims for death or personal injury while you were intoxicated

☐ Yes

☑ Other. Specify   **Deposits by individuals**

           **Deposits and/or Payments for Children's**
           **Educational Programs**

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 354 of 407

| 2.9 32 | **Sweepeck Quek & Charles Marshall** | | | | |
|---|---|---|---|---|---|
| | Priority Creditor's Name | Last 4 digits of account number _____ | $430.00 | $430.00 | $0.00 |
| | **730 Albemarle St.** | When was the debt incurred? _____ | | | |
| | **El Cerrito, CA 94530** | | | | |

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**

- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ■ Other. Specify   **Deposits by individuals**
  **Deposits and/or Payments for Children's Educational Programs**

---

| 2.9 33 | **Talia Gracer & Todd Ryan** | | | | |
|---|---|---|---|---|---|
| | Priority Creditor's Name | Last 4 digits of account number _____ | $737.57 | $737.57 | $0.00 |
| | **618 Mandana Blvd.** | When was the debt incurred? _____ | | | |
| | **Oakland, CA 94610** | | | | |

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**

- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ■ Other. Specify   **Deposits by individuals**
  **Deposits and/or Payments for Children's Educational Programs**

---

| 2.9 34 | **Talia Litle & Adam Litle** | | | | |
|---|---|---|---|---|---|
| | Priority Creditor's Name | Last 4 digits of account number _____ | $692.92 | $692.92 | $0.00 |
| | **1060 Warfield Ave.** | When was the debt incurred? _____ | | | |
| | **Oakland, CA 94610** | | | | |

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**

- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ■ Other. Specify   **Deposits by individuals**
  **Deposits and/or Payments for Children's Educational Programs**

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 355 of 407

| 2.9 35 | **Tamara Carrington-Clegg & Chris Clegg** | Last 4 digits of account number _____ | $810.00 | $810.00 | $0.00 |

Priority Creditor's Name
**552 Valle Vista Ave.**
**Oakland, CA 94610**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.9 36 | **Tania Yarema & Gerald Santamaria** | Last 4 digits of account number _____ | $480.00 | $480.00 | $0.00 |

Priority Creditor's Name
**4128 Barner Ave.**
**Oakland, CA 94602**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.9 37 | **Tanis Kelly & Conor Kelly** | Last 4 digits of account number _____ | $58.00 | $58.00 | $0.00 |

Priority Creditor's Name
**1455 Francisco St.**
**San Francisco, CA 94123**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

---

**2.9 38**

**Tanya Arnaiz**
Priority Creditor's Name
**4296 Atlas Ave.**
**Oakland, CA 94619**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____   **$50.00**   **$50.00**   **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify   **Deposits by individuals**
             **Deposits and/or Payments for Children's Educational Programs**

---

**2.9 39**

**Tanya Krueger**
Priority Creditor's Name
**61 Pleasant Knoll Ct.**
**Alamo, CA 94507**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____   **$218.75**   **$218.75**   **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify   **Deposits by individuals**
             **Deposits and/or Payments for Children's Educational Programs**

---

**2.9 40**

**Tara Clancy & Patrick Clancy**
Priority Creditor's Name
**110 Inverness Way**
**Alameda, CA 94502**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____   **$120.00**   **$120.00**   **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify   **Deposits by individuals**
             **Deposits and/or Payments for Children's Educational Programs**

---

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 357 of 407

| 2.9 41 | **Tara Cyphers & Robert Abel** | Last 4 digits of account number ____ | $717.57 | $717.57 | $0.00 |

Priority Creditor's Name
**5437 Lawton Ave**
**Oakland, CA 94618**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**When was the debt incurred?**    varies

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify    **Deposits by individuals**
                    **Deposits and/or Payments for Children's**
                    **Educational Programs**

---

| 2.9 42 | **Tara Desautels & Colin Kemp** | Last 4 digits of account number ____ | $1,020.00 | $1,020.00 | $0.00 |

Priority Creditor's Name
**1719 Oakland Ave.**
**Oakland, CA 94611**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify    **Deposits by individuals**
                    **Deposits and/or Payments for Children's**
                    **Educational Programs**

---

| 2.9 43 | **Tarquin Alwattar & Basil Alwattar** | Last 4 digits of account number ____ | $1,200.00 | $1,200.00 | $0.00 |

Priority Creditor's Name
**6825 Colton Blvd.**
**Oakland, CA 94611**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify    **Deposits by individuals**
                    **Deposits and/or Payments for Children's**
                    **Educational Programs**

Case: 21-40070   Doc# 1   Filed: 01/20/21   Entered: 01/20/21 14:46:39   Page 358 of
407

| 2.9 44 | **Tatiana Vechniakova & Peter Any** | Last 4 digits of account number | $455.00 | $455.00 | $0.00 |

Priority Creditor's Name
**40 Sereno Cir.**
**Oakland, CA 94619**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.9 45 | **Tatjana Petojevic & Massimiliano Fratoni** | Last 4 digits of account number | $600.00 | $600.00 | $0.00 |

Priority Creditor's Name
**2834 Shasta Rd.**
**Berkeley, CA 94708**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.9 46 | **Tempe Minaga-Teves & Randy Teves** | Last 4 digits of account number | $860.00 | $860.00 | $0.00 |

Priority Creditor's Name
**1609 Liberty St.**
**El Cerrito, CA 94530**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

Case: 21-40070   Doc# 1   Filed: 01/20/21   Entered: 01/20/21 14:46:39   Page 359 of 407

| | |
|---|---|
| 2.9 47 | |

**Teresa Scanlan**                    Last 4 digits of account number _____    $480.00    $480.00    $0.00

Priority Creditor's Name

**735 Gooding Way #759**
**Albany, CA 94706**

When was the debt incurred?    _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Debtor 1 only

☐ Unliquidated

☐ Debtor 2 only

☐ Disputed

☐ Debtor 1 and Debtor 2 only

**Type of PRIORITY unsecured claim:**

☐ At least one of the debtors and another

☐ Domestic support obligations

☐ **Check if this claim is for a community debt**

☐ Taxes and certain other debts you owe the government

**Is the claim subject to offset?**

☐ Claims for death or personal injury while you were intoxicated

■ No

■ Other. Specify    **Deposits by individuals**

☐ Yes

**Deposits and/or Payments for Children's**
**Educational Programs**

---

| | |
|---|---|
| 2.9 48 | |

**Teresa Surichamorn & Tim Lewis**        Last 4 digits of account number _____    $910.00    $910.00    $0.00

Priority Creditor's Name

**5030 Pierpoint Ave.**
**Oakland, CA 94602**

When was the debt incurred?    _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Debtor 1 only

☐ Unliquidated

☐ Debtor 2 only

☐ Disputed

☐ Debtor 1 and Debtor 2 only

**Type of PRIORITY unsecured claim:**

☐ At least one of the debtors and another

☐ Domestic support obligations

☐ **Check if this claim is for a community debt**

☐ Taxes and certain other debts you owe the government

**Is the claim subject to offset?**

☐ Claims for death or personal injury while you were intoxicated

■ No

■ Other. Specify    **Deposits by individuals**

☐ Yes

**Deposits and/or Payments for Children's**
**Educational Programs**

---

| | |
|---|---|
| 2.9 49 | |

**Terri Oconnor & Noel Keen**            Last 4 digits of account number _____    $187.60    $187.60    $0.00

Priority Creditor's Name

**4134 Gilbert St.**
**Oakland, CA 94611**

When was the debt incurred?    _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Debtor 1 only

☐ Unliquidated

☐ Debtor 2 only

☐ Disputed

☐ Debtor 1 and Debtor 2 only

**Type of PRIORITY unsecured claim:**

☐ At least one of the debtors and another

☐ Domestic support obligations

☐ **Check if this claim is for a community debt**

☐ Taxes and certain other debts you owe the government

**Is the claim subject to offset?**

☐ Claims for death or personal injury while you were intoxicated

■ No

■ Other. Specify    **Deposits by individuals**

☐ Yes

**Deposits and/or Payments for Children's**
**Educational Programs**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 360 of 407

| | | | | |
|---|---|---|---|---|
| **2.9 50** | **Thach-Giao & Gregor Krings** | Last 4 digits of account number _____ | **$1,070.00** | **$1,070.00** | **$0.00** |

Priority Creditor's Name
**1344 Henry St.**
**Berkeley, CA 94709**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify **Deposits by individuals**
**Deposits and/or Payments for Children's**
**Educational Programs**

---

| | | | | |
|---|---|---|---|---|
| **2.9 51** | **Thao Tran & Brian Kail** | Last 4 digits of account number _____ | **$430.00** | **$430.00** | **$0.00** |

Priority Creditor's Name
**108 Cork Rd.**
**Alameda, CA 94502**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify **Deposits by individuals**
**Deposits and/or Payments for Children's**
**Educational Programs**

---

| | | | | |
|---|---|---|---|---|
| **2.9 52** | **Thea Hornor & Michael Selvidge** | Last 4 digits of account number _____ | **$240.00** | **$240.00** | **$0.00** |

Priority Creditor's Name
**208 Modoc Ave.**
**Oakland, CA 94618**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify **Deposits by individuals**
**Deposits and/or Payments for Children's**
**Educational Programs**

Case: 21-40070   Doc# 1   Filed: 01/20/21   Entered: 01/20/21 14:46:39   Page 361 of 407

| 2.9 53 | **Theresa Obrien & Brad Howells** | Last 4 digits of account number | | **$50.00** | **$50.00** | **$0.00** |
|---|---|---|---|---|---|---|

Priority Creditor's Name
**367 60th St.**
**Oakland, CA 94618**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
    **Deposits and/or Payments for Children's**
    **Educational Programs**

---

| 2.9 54 | **Thuy Bui & Son Nguyen Lucy Chien** | Last 4 digits of account number | | **$480.00** | **$480.00** | **$0.00** |
|---|---|---|---|---|---|---|

Priority Creditor's Name
**6444 Mount Olympus Dr.**
**Castro Valley, CA 94552**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
    **Deposits and/or Payments for Children's**
    **Educational Programs**

---

| 2.9 55 | **Tiffany Chan & Zachary Chan** | Last 4 digits of account number | | **$985.00** | **$985.00** | **$0.00** |
|---|---|---|---|---|---|---|

Priority Creditor's Name
**6295 Acacia Ave.**
**Oakland, CA 94618**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify  **Deposits by individuals**
    **Deposits and/or Payments for Children's**
    **Educational Programs**

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 362 of 407

| 2.9 56 | **Tiffany Cho & Kevin Schroeder** | Last 4 digits of account number ____ | $103.50 | $103.50 | $0.00 |

Priority Creditor's Name
**91 Warfield Dr.**
**Moraga, CA 94556**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify   **Deposits by individuals**
        **Deposits and/or Payments for Children's Educational Programs**

---

| 2.9 57 | **Tiffany Haas & Ben Silverman** | Last 4 digits of account number ____ | $960.00 | $960.00 | $0.00 |

Priority Creditor's Name
**7447 Moeser Ln.**
**El Cerrito, CA 94530**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify   **Deposits by individuals**
        **Deposits and/or Payments for Children's Educational Programs**

---

| 2.9 58 | **Tina Chin-Kaplan and Kory Kaplan** | Last 4 digits of account number  5271 | $0.00 | $0.00 | $0.00 |

Priority Creditor's Name
**1823 Stanton St.**
**Alameda, CA 94501**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify   **Deposits by individuals**
        **For Notice Purposes Only**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                             Best Case Bankruptcy

| 2.9 59 | **Tina Lau & Gordon Mak** | | Last 4 digits of account number _____ | **$58.00** | **$58.00** | **$0.00** |
|---|---|---|---|---|---|---|

Priority Creditor's Name

**1814 Broadway**
**San Francisco, CA 94109**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify    **Deposits by individuals**
          **Deposits and/or Payments for Children's Educational Programs**

---

| 2.9 60 | **Tina Mosier-Tidd & Damion Mosier-Tidd** | | Last 4 digits of account number _____ | **$1,100.00** | **$1,100.00** | **$0.00** |
|---|---|---|---|---|---|---|

Priority Creditor's Name

**2930 Monticello Ave.**
**Oakland, CA 94619**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify    **Deposits by individuals**
          **Deposits and/or Payments for Children's Educational Programs**

---

| 2.9 61 | **Torey Bookstein & David Karp** | | Last 4 digits of account number _____ | **$5,040.00** | **$3,025.00** | **$2,015.00** |
|---|---|---|---|---|---|---|

Priority Creditor's Name

**62 Panoramic Way**
**Berkeley, CA 94704**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify    **Deposits by individuals**
          **Deposits and/or Payments for Children's Educational Programs**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| 2.9 62 | **Tova Wolking & Scott Williams** | Last 4 digits of account number | | $910.00 | $910.00 | $0.00 |

Priority Creditor's Name
**4121 Norton Ave.**
**Oakland, CA 94602**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
                   **Deposits and/or Payments for Children's**
                   **Educational Programs**

---

| 2.9 63 | **Tracy Kobayashi & Tony Kobayashi** | Last 4 digits of account number | | $250.00 | $250.00 | $0.00 |

Priority Creditor's Name
**2407 Edwards St.**
**Berkeley, CA 94702**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
                   **Deposits and/or Payments for Children's**
                   **Educational Programs**

---

| 2.9 64 | **Tram Nguyen & Stanley Greschner** | Last 4 digits of account number | | $26.70 | $26.70 | $0.00 |

Priority Creditor's Name
**4168 High Ridge Pl.**
**Castro Valley, CA 94522**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
                   **Deposits and/or Payments for Children's**
                   **Educational Programs**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| 2.9 65 | **Travis Lodolce & Elizabeth Balin** | Last 4 digits of account number ___ ___ ___ ___ | $1,705.00 | $1,705.00 | $0.00 |

Priority Creditor's Name
**2530 Sacramento St.**
**Berkeley, CA 94702**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify  **Deposits by individuals**
    **Deposits and/or Payments for Children's Educational Programs**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 2.9 66 | **Twilight Greenaway & Justin Limoges** | Last 4 digits of account number ___ ___ ___ ___ | $480.00 | $480.00 | $0.00 |

Priority Creditor's Name
**1011 56th St.**
**Emeryville, CA 94608**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify  **Deposits by individuals**
    **Deposits and/or Payments for Children's Educational Programs**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 2.9 67 | **Tyla Nguyen & Pasto Nguyen** | Last 4 digits of account number ___ ___ ___ ___ | $260.00 | $260.00 | $0.00 |

Priority Creditor's Name
**21034 Baker Rd.**
**Castro Valley, CA 94546**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify  **Deposits by individuals**
    **Deposits and/or Payments for Children's Educational Programs**

**Is the claim subject to offset?**

☑ No
☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| | | | |
|---|---|---|---|

**2.9 68**   **Tyson Fechter & Jill Narcisco**

Last 4 digits of account number _____            $490.00            $490.00            $0.00

Priority Creditor's Name
**411 Cornell Ave. Apt. #11**
**Albany, CA 94706**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify   **Deposits by individuals**
                   **Deposits and/or Payments for Children's**
                   **Educational Programs**

---

**2.9 69**   **Valerie Harrison & Kevin Janiak**

Last 4 digits of account number _____            $520.00            $520.00            $0.00

Priority Creditor's Name
**4891 Shetland Ave**
**Oakland, CA 94605**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify   **Deposits by individuals**
                   **Deposits and/or Payments for Children's**
                   **Educational Programs**

---

**2.9 70**   **Vanessa Bortnick & Brandon Bortnick**

Last 4 digits of account number _____            $480.00            $480.00            $0.00

Priority Creditor's Name
**4247 Lakeshore Ave.**
**Oakland, CA 94610**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify   **Deposits by individuals**
                   **Deposits and/or Payments for Children's**
                   **Educational Programs**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| 2.9 71 | **Vanessa Kong & Michael Hopp** | Last 4 digits of account number _____ | $455.00 | $455.00 | $0.00 |

Priority Creditor's Name
**1638 Stannage Ave.**
**Berkeley, CA 94702**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.9 72 | **Vanessa Mowell & Brian Mowell** | Last 4 digits of account number _____ | $595.00 | $595.00 | $0.00 |

Priority Creditor's Name
**5214 Boyd Ave.**
**Oakland, CA 94618**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.9 73 | **Vannaro Tep & Poly Tep** | Last 4 digits of account number _____ | $480.00 | $480.00 | $0.00 |

Priority Creditor's Name
**2537 Santa Cara Ave.**
**Alameda, CA 94501**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify  **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

Case: 21-40070   Doc# 1   Filed: 01/20/21   Entered: 01/20/21 14:46:39   Page 368 of 407

| | | |
|---|---|---|

**2.9 74**

**Victoria Olivas & Mitch Buttress**
Priority Creditor's Name
**3316 Harrison St.**
**Oakland, CA 94611**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____     $208.89     $208.89     $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify    **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

**2.9 75**

**Vidrik Frankfather & Julia Dietz**
Priority Creditor's Name
**2954 Benvenue Ave.**
**Berkeley, CA 94705**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____     $480.00     $480.00     $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify    **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

**2.9 76**

**Vinay Nariani & Kelsey Nariani**
Priority Creditor's Name
**6233 Thornhill Dr.**
**Oakland, CA 94611**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____     $600.00     $600.00     $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify    **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| 2.9 77 | **Virginia Harrison & Rowy Shirk** | Last 4 digits of account number | | **$95.00** | **$95.00** | **$0.00** |

Priority Creditor's Name
**1015 Middlefield Rd.**
**Berkeley, CA 94708**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of PRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Domestic support obligations

**Is the claim subject to offset?**

☐ Taxes and certain other debts you owe the government

■ No

☐ Claims for death or personal injury while you were intoxicated

☐ Yes

■ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's**
**Educational Programs**

---

| 2.9 78 | **Vivian Kwok & Eric Low** | Last 4 digits of account number | | **$375.20** | **$375.20** | **$0.00** |

Priority Creditor's Name
**7030 Broadway Terrace**
**Oakland, CA 94611**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of PRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Domestic support obligations

**Is the claim subject to offset?**

☐ Taxes and certain other debts you owe the government

■ No

☐ Claims for death or personal injury while you were intoxicated

☐ Yes

■ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's**
**Educational Programs**

---

| 2.9 79 | **Wa Yuan & Jiayuan Meng** | Last 4 digits of account number | | **$315.00** | **$315.00** | **$0.00** |

Priority Creditor's Name
**180 Purcell Dr.**
**Alameda, CA 94502**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of PRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Domestic support obligations

**Is the claim subject to offset?**

☐ Taxes and certain other debts you owe the government

■ No

☐ Claims for death or personal injury while you were intoxicated

☐ Yes

■ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's**
**Educational Programs**

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 370 of
407

| 2.9 80 | **Wendy Chan** | Last 4 digits of account number _____ | **$26.70** | **$26.70** | **$0.00** |

Priority Creditor's Name
**22839 Canyon Terrace Dr.**
**Castro Valley, CA 94552**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only

As of the date you file, the claim is: Check all that apply

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of PRIORITY unsecured claim:**

**Is the claim subject to offset?**

☐ Domestic support obligations

■ No

☐ Taxes and certain other debts you owe the government

☐ Yes

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify    **Deposits by individuals**
**Deposits and/or Payments for Children's**
**Educational Programs**

---

| 2.9 81 | **Wendy Liao & Stephen Lau** | Last 4 digits of account number _____ | **$480.00** | **$480.00** | **$0.00** |

Priority Creditor's Name
**1277 Bay St.**
**Alameda, CA 94501**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only

As of the date you file, the claim is: Check all that apply

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of PRIORITY unsecured claim:**

**Is the claim subject to offset?**

☐ Domestic support obligations

■ No

☐ Taxes and certain other debts you owe the government

☐ Yes

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify    **Deposits by individuals**
**Deposits and/or Payments for Children's**
**Educational Programs**

---

| 2.9 82 | **Wendy Spackman & Thomas Mitchell** | Last 4 digits of account number _____ | **$520.00** | **$520.00** | **$0.00** |

Priority Creditor's Name
**6168 View Crest Dr.**
**Oakland, CA 94619**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only

As of the date you file, the claim is: Check all that apply

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of PRIORITY unsecured claim:**

**Is the claim subject to offset?**

☐ Domestic support obligations

■ No

☐ Taxes and certain other debts you owe the government

☐ Yes

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify    **Deposits by individuals**
**Deposits and/or Payments for Children's**
**Educational Programs**

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 371 of 407

| | | | |
|---|---|---|---|
| **2.9 83** | **Wesley Grubbs & Ivana Bradaric-Grubbs** | Last 4 digits of account number | **$3,240.00** **$3,025.00** **$215.00** |

**Wesley Grubbs & Ivana Bradaric-Grubbs**
Priority Creditor's Name
**940 Dwight Way #15**
**Berkeley, CA 94710**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____ **$3,240.00**   **$3,025.00**   **$215.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

**2.9 84**

**Whitney Quan**
Priority Creditor's Name
**22 Martha Rd.**
**Orinda, CA 94563**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____ **$1,920.00**   **$1,920.00**   **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

**2.9 85**

**Winnie Pham & Mike Schwartz**
Priority Creditor's Name
**145 Creekdale Rd.**
**Walnut Creek, CA 94595**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____ **$129.00**   **$129.00**   **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 372 of 407

---

**2.9 86**

**Xiao Fei Liang**
Priority Creditor's Name
**2870 Buena Vista Ave.**
**Walnut Creek, CA 94597**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **$51.78**    **$51.78**    **$0.00**

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify   **Deposits by individuals**
           **Deposits and/or Payments for Children's Educational Programs**

---

**2.9 87**

**Yahsuan Huang & Jason Price**
Priority Creditor's Name
**1510 Hearst Ave.**
**Berkeley, CA 94703**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **$480.00**    **$480.00**    **$0.00**

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify   **Deposits by individuals**
           **Deposits and/or Payments for Children's Educational Programs**

---

**2.9 88**

**Yen Chau & Kevin Ho**
Priority Creditor's Name
**3867 Rancho Palomares Dr.**
**Castro Valley, CA 94552**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **$26.70**    **$26.70**    **$0.00**

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify   **Deposits by individuals**
           **Deposits and/or Payments for Children's Educational Programs**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| 2.9 89 | **Yenny Ko & Quynh Le** | Last 4 digits of account number _____ | **$53.40** | **$53.40** | **$0.00** |
|---|---|---|---|---|---|

Priority Creditor's Name
**21600 Pheasant Woods Dr.**
**Castro Valley, CA 94552**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's**
**Educational Programs**

---

| 2.9 90 | **Yeon Lee & J. Ian Van Trump** | Last 4 digits of account number _____ | **$600.00** | **$600.00** | **$0.00** |
|---|---|---|---|---|---|

Priority Creditor's Name
**1126 Hopkins St.**
**Berkeley, CA 94702**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's**
**Educational Programs**

---

| 2.9 91 | **Yeonchang & kim Minah** | Last 4 digits of account number _____ | **$75.00** | **$75.00** | **$0.00** |
|---|---|---|---|---|---|

Priority Creditor's Name
**10569 Englewood Dr.**
**Oakland, CA 94605**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's**
**Educational Programs**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| 2.9 92 | **Yesica Pounds** | Last 4 digits of account number | $168.75 | $168.75 | $0.00 |

Priority Creditor's Name
**517 Garrigan Ct.**
**Danville, CA 94506**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's**
**Educational Programs**

---

| 2.9 93 | **Yiu Lee & Wing Lee** | Last 4 digits of account number | $455.00 | $455.00 | $0.00 |

Priority Creditor's Name
**544 Allegheny Dr.**
**Walnut Creek, CA 94598**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's**
**Educational Programs**

---

| 2.9 94 | **Yoel Hanegbi** | Last 4 digits of account number | $53.40 | $53.40 | $0.00 |

Priority Creditor's Name
**3984 Washington Blvd.**
**Fremont, CA 94538**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's**
**Educational Programs**

Case: 21-40070   Doc# 1   Filed: 01/20/21   Entered: 01/20/21 14:46:39   Page 375 of 407

---

| 2.9 95 | **Yoko Nielsen & Erik Nielsen** | Last 4 digits of account number _____ | $570.00 | $570.00 | $0.00 |

Priority Creditor's Name
**483C Wickson Ave.**
**Oakland, CA 94610**
Number Street City State Zip Code

When was the debt incurred?  _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.9 96 | **Yona Abrams & Joshua Abrams** | Last 4 digits of account number _____ | $1,820.00 | $1,820.00 | $0.00 |

Priority Creditor's Name
**2635 Benvenue Ave.**
**Berkeley, CA 94704**
Number Street City State Zip Code

When was the debt incurred?  _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

| 2.9 97 | **Yurily Gorodnichenko & Iryna Dronova** | Last 4 digits of account number _____ | $625.00 | $625.00 | $0.00 |

Priority Creditor's Name
**6080 N Rockridge Blvd.**
**Oakland, CA 94618**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
**Deposits and/or Payments for Children's Educational Programs**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| 2.9 98 | **Yuvarai Nagaraian & Sumana Sriraman** | Last 4 digits of account number ___ ___ ___ ___ | $194.44 | $194.44 | $0.00 |

Priority Creditor's Name
**3016 Fostoria Cir.**
**Danville, CA 94526**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
                   **Deposits and/or Payments for Children's**
                   **Educational Programs**

---

| 2.9 99 | **Yvonne Lee & Brandon Lai** | Last 4 digits of account number ___ ___ ___ ___ | $860.00 | $860.00 | $0.00 |

Priority Creditor's Name
**817 Carmel Ave.**
**Albany, CA 94706**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
                   **Deposits and/or Payments for Children's**
                   **Educational Programs**

---

| 2.1 000 | **Zachary Crowther & Megan Hunter** | Last 4 digits of account number ___ ___ ___ ___ | $3,107.00 | $3,025.00 | $82.00 |

Priority Creditor's Name
**6100 Johnston Dr.**
**Oakland, CA 94611**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
                   **Deposits and/or Payments for Children's**
                   **Educational Programs**

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 377 of 407

| 2.1 001 | | | | |
|---|---|---|---|---|

**Zena Harvill & Lance Kizer**
Priority Creditor's Name
**2312 Tiffin Rd.**
**Oakland, CA 94602**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____   **$1,820.00**   **$1,820.00**   **$0.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
_____
**Deposits and/or Payments for Children's Educational Programs**

| 2.1 002 | | | | |
|---|---|---|---|---|

**Zhen Wen Chen & Susan Yee**
Priority Creditor's Name
**18041 Broadway Terrace**
**Oakland, CA 94611**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____   **$187.60**   **$187.60**   **$0.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
_____
**Deposits and/or Payments for Children's Educational Programs**

| 2.1 003 | | | | |
|---|---|---|---|---|

**Ziwei Zhou & Xun Cai**
Priority Creditor's Name
**133 Danefield Pl.**
**Moraga, CA 94556**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____   **$103.50**   **$103.50**   **$0.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
_____
**Deposits and/or Payments for Children's Educational Programs**

---

**Part 2:   List All of Your NONPRIORITY Unsecured Claims**

3.  **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

**4.** **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  | Total claim |
|---|---|

### 4.1 Adriene Faulkner

Nonpriority Creditor's Name

**18899 Scenic Dr.**
**Redwood Valley, CA 95470**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** ____

**Total claim** $0.00

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **For Notice Purposes Only**

### 4.2 American Express

Nonpriority Creditor's Name

**P.O. Box 981535**
**El Paso, TX 79998-1535**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** 6200

$48,773.00

**When was the debt incurred?** **Various**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Credit card**

### 4.3 Bank of America

Nonpriority Creditor's Name

**P.O. Box 982234**
**El Paso, TX 79998-2234**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** 2298

$8,187.00

**When was the debt incurred?** **Various**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Credit card**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| | |
|---|---|
| **4.4** | **Bank of America** |

| | |
|---|---|
| **4.4** | **Bank of America** | Last 4 digits of account number    **7696**                $19,012.00 |

**4.4**    **Bank of America**

Nonpriority Creditor's Name
**P.O. Box 982234**
**El Paso, TX 79998-2234**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **7696**                **$19,012.00**

**When was the debt incurred?**        **Various**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit card**

---

**4.5**    **Bank of America**

Nonpriority Creditor's Name
**P.O. Box 982234**
**El Paso, TX 79998-2234**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **8907**                **$19,004.00**

**When was the debt incurred?**        **Various**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit card**

---

**4.6**    **Bank of West**

Nonpriority Creditor's Name
**201 N. Civic Drive**
**Ste, 360 B**
**Walnut Creek, CA 94596**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **0059**                **$50,000.00**

**When was the debt incurred?**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Commercial Loan**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| 4.7 | **Bank of West** | | Last 4 digits of account number | | **$4,028.78** |

Nonpriority Creditor's Name
**201 N. Civic Drive
Ste, 360 B
Walnut Creek, CA 94596**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Businesslink Reserve Account (overdraft account)**

---

| 4.8 | **Chase** | | Last 4 digits of account number | **0963** | **$12,394.00** |

Nonpriority Creditor's Name
**P.O. Box 15298
Wilmington, DE 19850-5298**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    **Various**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit card**

---

| 4.9 | **Chase** | | Last 4 digits of account number | **4111** | **$25,392.00** |

Nonpriority Creditor's Name
**P.O. Box 15298
Wilmington, DE 19850-5298**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    **Various**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit card**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| 4.10 | | | |
|---|---|---|---|

**Chase**

Nonpriority Creditor's Name

**P.O. Box 15298**
**Wilmington, DE 19850-5298**

Number City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**    **4344**

**When was the debt incurred?**    **Various**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit card**

**$24,699.00**

---

| 4.11 | | | |
|---|---|---|---|

**Chase**

Nonpriority Creditor's Name

**P.O. Box 15298**
**Wilmington, DE 19850-5298**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**    **8577**

**When was the debt incurred?**    **Various**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit card**

**$16,264.00**

---

| 4.12 | | | |
|---|---|---|---|

**DeSilva Properties**

Nonpriority Creditor's Name

**Attn: Jim DeSilva**
**18049 Columbia Dr.**
**Castro Valley, CA 94552**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **For Notice Purposes Only**

**$0.00**

---

| | |
|---|---|
| 4.1 3 | |

**Ellen Faulkner**
Nonpriority Creditor's Name
**18899 Scenic Dr.**
**Redwood Valley, CA 95470**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____                    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **For Notice Purposes Only**

---

| | |
|---|---|
| 4.1 4 | |

**Fremont Bank**
Nonpriority Creditor's Name
**Attn: CEO**
**37611 Niles Blvd.**
**Fremont, CA 94536**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____                    **$200,600.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **PPP Loan**

---

| | |
|---|---|
| 4.1 5 | |

**John Faulkner**
Nonpriority Creditor's Name
**18899 Scenic Dr.**
**Redwood Valley, CA 95470**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____                    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **For Notice Purposes Only**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Case: 21-40070   Doc# 1   Filed: 01/20/21   Entered: 01/20/21 14:46:39   Page 383 of 407

| 4.1 6 | **Katherine Regalado** | | | |
|---|---|---|---|---|

**Katherine Regalado**
Nonpriority Creditor's Name
**133 Chelsea Hills Dr.**
**Benicia, CA 94510**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____        **$132,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Loan**

---

| 4.1 7 | **Katherine Regalado** |
|---|---|

**Katherine Regalado**
Nonpriority Creditor's Name
**133 Chelsea Hills Dr.**
**Benicia, CA 94510**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____        **$10,025.32**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Loan to Debtor; Debtor has been making loan repayments directly to Patelco on behalf of Ms. Regalado.**

---

| 4.1 8 | **Lisa Harvie Hellam and Deann Kennedy** |
|---|---|

**Lisa Harvie Hellam and Deann Kennedy**
Nonpriority Creditor's Name
**c/o Kenneth S. Katzoff, Esq.**
**Katzoff & Riggs LLP**
**1500 Park Ave., Ste. 300**
**Los Angeles, CA 90067**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____        **Unknown**

**When was the debt incurred?**   **Various**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Damages**

Case: 21-40070   Doc# 1   Filed: 01/20/21   Entered: 01/20/21 14:46:39   Page 384 of 407

| 4.19 | |
|---|---|

**Michael DeSilva**
Nonpriority Creditor's Name
**537 Cashew Place**
**Brentwood, CA 94513**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**☐ Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____          **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **For Notice Purposes Only**

---

| 4.20 | |
|---|---|

**Patelco Credit Union**
Nonpriority Creditor's Name
**P.O. Box 2227**
**Merced, CA 95344-0227**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**☐ Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** **5576**          **$1,173.00**

**When was the debt incurred?**   **Various**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Line**

---

| 4.21 | |
|---|---|

**Ray Morgan Company**
Nonpriority Creditor's Name
**3131 Esplanade**
**Chico, CA 95973**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**☐ Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____          **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Personal Property Lease**

---

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 385 of 407

| 4.2 2 | | | |
|---|---|---|---|

**U.S. Bank**
Nonpriority Creditor's Name
**P.O. Box 6333**
**Fargo, ND 58125-6333**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number   **0468**      **$12,570.00**

**When was the debt incurred?**   **Various**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Credit card**

---

| 4.2 3 | | | |
|---|---|---|---|

**Wells Fargo Financial Leasing, Inc.**
Nonpriority Creditor's Name
**P.O. Box 10306**
**Des Moines, IA 50306-0306**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number   **0691**      **$3,782.06**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Personal Property Lease**

---

**Part 3:**   List Others to Be Notified About a Debt That You Already Listed

**5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

Name and Address
**Anne Hitchcock and Matthew Judd**
**6035 Orchard Ave.**
**Richmond, CA 94804**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **2.86** of (Check one):
- ■ Part 1: Creditors with Priority Unsecured Claims
- ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Carrie Libeu and Aaron Frankel**
**1498 Posen Ave.**
**Albany, CA 94706**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **2.149** of (Check one):
- ■ Part 1: Creditors with Priority Unsecured Claims
- ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Gretchen Krebs and Ian Read**
**1729 Telegraph Ave., 3rd Fl.**
**Oakland, CA 94612**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **2.335** of (Check one):
- ■ Part 1: Creditors with Priority Unsecured Claims
- ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Internal Revenue Service**
**Internal Revenue Service**PO Box
**7346**☐

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **2.352** of (Check one):
- ■ Part 1: Creditors with Priority Unsecured Claims
- ☐ Part 2: Creditors with Nonpriority Unsecured Claims

---

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 386 of 407

**Philadelphia, PA 19101-7346**

|  | Last 4 digits of account number |
|---|---|

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Jen Dary and Chris Dary**<br>**1223 Masonic Ave.**<br>**Berkeley, CA 94706** | Line **2.387** of (Check one):  ■ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |

|  | Last 4 digits of account number |
|---|---|

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Michael DeSilva**<br>**537 Cashew Place**<br>**Brentwood, CA 94513** | Line **4.12** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

|  | Last 4 digits of account number |
|---|---|

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Robabeh Sarvi Pyraivatio**<br>**630 51st St.**<br>**Oakland, CA 94609** | Line **2.830** of (Check one):  ■ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |

|  | Last 4 digits of account number |
|---|---|

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Salima Jiwani and Tessin Daya**<br>**5738 Nottingham Dr.**<br>**Oakland, CA 94611** | Line **2.847** of (Check one):  ■ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |

|  | Last 4 digits of account number |
|---|---|

---

**Part 4:    Add the Amounts for Each Type of Unsecured Claim**

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 641,207.97 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 641,207.97 |

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 587,904.16 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 587,904.16 |

| | | | |
|---|---|---|---|
| Debtor 1 | **Sarah E. Shaffer** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA | | |
| Case number | | | |
| (if known) | | | |

☐ Check if this is an amended filing

# Official Form 106G
# Schedule G: Executory Contracts and Unexpired Leases          12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1.  **Do you have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
    ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|---|
| 2.1 | **DeSilva Properties**<br>**18049 Columbia Dr.**<br>**Castro Valley, CA 94552** | **Warehouse Lease - 2535 West Winton Ave., Ste. 5M, Hayward, CA 94545; $1,400 per month** |
| 2.2 | **DeSilva Properties**<br>**18049 Columbia Dr.**<br>**Castro Valley, CA 94552** | **Warehouse Lease - 2535 West Winton Ave., Suite 4K, Hayward, CA 94545; $2,100 per month.** |
| 2.3 | **Patelco Credit Union**<br>**5050 Hopyard Rd., No. 16**<br>**Pleasanton, CA 94588** | **RAM Van Lease** |
| 2.4 | **Ray Morgan Company**<br>**3131 Esplanade**<br>**Chico, CA 95973** | **5 year Office Equipment Lease date 1/16/19; 2 HP Color Laser Jet E87640z; 2 HP Dual Cassette 2 x 520 sheets; 2 HP Inner Finisher; 2 HP Hole punch - 2/3 for Inner Finisher; 1 HP Fax** |
| 2.5 | **Various Software Vendors** | **See Schedule B, Attachment 27** |
| 2.6 | **Wells Fargo Financial Leasing**<br>**P.O. Box 10306**<br>**Des Moines, IA 50306-0306** | **Lease for copiers and printers:**<br>**HP Copier - Model No. E87640z; Serial No. CNB1KCHOTW**<br>**HP Copier - Model No. E87640z; Serial No. CNB8KBSS02L**<br>**HP Copier - Serial No. PHMCLBH2KS** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | **Sarah E. Shaffer** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA | | |
| Case number | | | |
| (if known) | | | |

☐ Check if this is an
amended filing

## Official Form 106H
## Schedule H: Your Codebtors
12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

■ No
☐ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| *Column 1:* **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.1 _____<br>Name<br><br>_____<br>Number     Street<br>City          State          ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |
| 3.2 _____<br>Name<br><br>_____<br>Number     Street<br>City          State          ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 389 of
407

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Sarah E. Shaffer** |
| Debtor 2<br>(Spouse, if filing) | |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA |
| Case number<br>(If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I

# Schedule I: Your Income

**12/15**

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Describe Employment

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| 1. | **Fill in your employment information.**<br><br>If you have more than one job, attach a separate page with information about additional employers.<br><br>Include part-time, seasonal, or self-employed work.<br><br>Occupation may include student or homemaker, if it applies. | | |

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☐ Employed<br>■ Not employed | ☐ Employed<br>☐ Not employed |
| **Occupation** | Educational Program Provider | |
| **Employer's name** | | |
| **Employer's address** | | |
| **How long employed there?** | | |

### Part 2:  Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2. | $ 0.00 | $ N/A |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ 0.00 | +$ N/A |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. | $ 0.00 | $ N/A |

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | Copy line 4 here | 4. | $ 0.00 | $ N/A |

5. **List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ N/A |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ N/A |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ N/A |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ N/A |
| 5e. | **Insurance** | 5e. | $ 0.00 | $ N/A |
| 5f. | **Domestic support obligations** | 5f. | $ 0.00 | $ N/A |
| 5g. | **Union dues** | 5g. | $ 0.00 | $ N/A |
| 5h. | **Other deductions.** Specify: | 5h.+ | $ 0.00 + | $ N/A |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.  6.  $ 0.00  $ N/A

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.  7.  $ 0.00  $ N/A

8. **List all other income regularly received:**

| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ N/A |
|---|---|---|---|---|
| 8b. | **Interest and dividends** | 8b. | $ 0.00 | $ N/A |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ N/A |
| 8d. | **Unemployment compensation** | 8d. | $ 1,800.00 | $ N/A |
| 8e. | **Social Security** | 8e. | $ 2,469.00 | $ N/A |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ 0.00 | $ N/A |
| 8g. | **Pension or retirement income** | 8g. | $ 0.00 | $ N/A |
| 8h. | **Other monthly income.** Specify: | 8h.+ | $ 0.00 + | $ N/A |

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.  9.  $ 4,269.00  $ N/A

10. **Calculate monthly income.** Add line 7 + line 9.  10.  $ 4,269.00 + $ N/A = $ 4,269.00
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify:  11.  +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies  12.  $ 4,269.00
**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☐ No.
☑ Yes. Explain:  Debtor will be finding a job.

Debtor 1     **Sarah E. Shaffer**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF CALIFORNIA

Case number
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:   Describe Your Household**

1.   **Is this a joint case?**

    ■ No. Go to line 2.
    ☐ Yes. **Does Debtor 2 live in a separate household?**
       ☐ No
       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.   **Do you have dependents?**   ■ No

| Do not list Debtor 1 and Debtor 2. | ☐ Yes. | Fill out this information for each dependent.............. | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|---|---|
| Do not state the dependents names. | | | | | ☐ No ☐ Yes |
| | | | | | ☐ No ☐ Yes |
| | | | | | ☐ No ☐ Yes |
| | | | | | ☐ No ☐ Yes |

3.   **Do your expenses include expenses of people other than yourself and your dependents?**   ■ No   ☐ Yes

**Part 2:   Estimate Your Ongoing Monthly Expenses**

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | **Your expenses** |
|---|---|

4.   **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.    4. $   1,746.00

    **If not included in line 4:**

    4a.   Real estate taxes    4a. $   658.00
    4b.   Property, homeowner's, or renter's insurance    4b. $   312.00
    4c.   Home maintenance, repair, and upkeep expenses    4c. $   400.00
    4d.   Homeowner's association or condominium dues    4d. $   0.00

5.   **Additional mortgage payments for your residence,** such as home equity loans    5. $   668.00

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 392 of 407

| 6. | **Utilities:** | | | |
|---|---|---|---|---|
| | 6a. | Electricity, heat, natural gas | 6a. | $ 400.00 |
| | 6b. | Water, sewer, garbage collection | 6b. | $ 510.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ 551.00 |
| | 6d. | Other. Specify: | 6d. | $ 0.00 |
| 7. | **Food and housekeeping supplies** | | 7. | $ 600.00 |
| 8. | **Childcare and children's education costs** | | 8. | $ 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. | $ 100.00 |
| 10. | **Personal care products and services** | | 10. | $ 50.00 |
| 11. | **Medical and dental expenses** | | 11. | $ 250.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. | $ 80.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. | $ 100.00 |
| 14. | **Charitable contributions and religious donations** | | 14. | $ 20.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. | $ 0.00 |
| | 15b. | Health insurance | 15b. | $ 120.00 |
| | 15c. | Vehicle insurance | 15c. | $ 100.00 |
| | 15d. | Other insurance. Specify: | 15d. | $ 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | | 16. | $ 0.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. | $ 0.00 |
| | 17b. | Car payments for Vehicle 2 | 17b. | $ 0.00 |
| | 17c. | Other. Specify: | 17c. | $ 0.00 |
| | 17d. | Other. Specify: | 17d. | $ 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | | 18. | $ 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | 19. | $ 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | |
| | 20a. | Mortgages on other property | 20a. | $ 4,634.00 |
| | 20b. | Real estate taxes | 20b. | $ 803.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. | $ 270.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. | $ 913.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. | $ 0.00 |
| 21. | **Other:** Specify: **Dog Expenses (Vet and grooming)** | 21. | +$ 150.00 |
| | **ADT Security (1543 Grove Way)** | | +$ 182.00 |
| | **EBMUD (1543 Grove Way)** | | +$ 69.00 |
| | **PG&E (1543 Grove Way)** | | +$ 187.00 |
| | **Pool Maintenance (1543 Grove Way)** | | +$ 135.00 |
| | **Waste Management (1543 Grove Way)** | | +$ 240.00 |

22. **Calculate your monthly expenses**

    22a. Add lines 4 through 21.                                                         $ 14,248.00

    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2     $

    22c. Add line 22a and 22b. The result is your monthly expenses.                 $ 14,248.00

23. **Calculate your monthly net income.**

| | | | |
|---|---|---|---|
| | 23a. | Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ 4,269.00 |
| | 23b. | Copy your monthly expenses from line 22c above. | 23b. -$ 14,248.00 |
| | 23c. | Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ -9,979.00 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.

☑ Yes.    Explain here: **Debtor expects a decrease in expenses associated with the 1543 Grove Way property, based on the assumption that the property will be administered by the ch. 7 trustee.**

Fill in this information to identify your case:

Debtor 1 **Sarah E. Shaffer**
First Name          Middle Name          Last Name

Debtor 2
(Spouse if, filing)   First Name          Middle Name          Last Name

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF CALIFORNIA

Case number
(if known)

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____   Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X **/s/ Sarah E. Shaffer**                          X _____
**Sarah E. Shaffer**                                  Signature of Debtor 2
Signature of Debtor 1

Date   **January 19, 2021**                          Date _____

Fill in this information to identify your case:

| Debtor 1 | Sarah E. Shaffer | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy          4/19

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:     Give Details About Your Marital Status and Where You Lived Before

1.  **What is your current marital status?**

    ☐ Married
    ■ Not married

2.  **During the last 3 years, have you lived anywhere other than where you live now?**

    ■ No
    ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|

3.  **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

    ■ No
    ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2     Explain the Sources of Your Income

4.  **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
    Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
    If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

    ☐ No
    ■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips | $0.00 | ☐ Wages, commissions, bonuses, tips | |
| | ■ Operating a business | | ☐ Operating a business | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **For last calendar year:**<br>(January 1 to December 31, 2020 ) | ☐ Wages, commissions, bonuses, tips<br><br>■ Operating a business | **Unknown** | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, 2019 ) | ☐ Wages, commissions, bonuses, tips<br><br>■ Operating a business | $40,089.00 | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | |

**5.   Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐   No

■   Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | **Social Security Benefits** | $2,426.70 | | |
| | **Unemployment** | $0.00 | | |
| **For last calendar year:**<br>(January 1 to December 31, 2020 ) | **Social Security Benefits** | $29,628.00 | | |
| | **Unemployment** | $27,502.00 | | |
| | **Federal Treasury Stimulus** | $1,200.00 | | |
| **For the calendar year before that:**<br>(January 1 to December 31, 2019 ) | **Social Security Benefits** | $31,254.00 | | |
| | **IRA** | $18,460.00 | | |

| Part 3: | **List Certain Payments You Made Before You Filed for Bankruptcy** |
|---|---|

**6.   Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

■   No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

☐   No.   Go to line 7.

■   Yes   List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

\* Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                              Best Case Bankruptcy

☐   Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐   No.   Go to line 7.

☐   Yes   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **Transamerica Retirement Solutions** | **10/14/20 $17,489.97 (Employer's annual profit sharing contribution) 10/16/20 $216.00 (employee's contribution from employee's wages, not employer's contribution) 10/30/20 $216.00 (see above) 11/13/20 $216.00 (see above) 11/27/20 $216.00 (see above) 12/11/20 $438.75 (see above)** | **$18,792.72** | **$0.00** | ☐ Mortgage ☐ Car ☐ Credit Card ☐ Loan Repayment ☐ Suppliers or vendors ■ Other **For Sarah's Science 401(k) Profit Sharing Plan & Trust. Plan has been terminated.** |
| **United States Treasury** | **10/5/20 $10,969.00 (2019 Federal Income Taxes) 11/19/20 $15,000.00 (Estimated 2020 Federal Income Taxes) 11/24/20 $240.17 12/5/20 $.69 (2019 Federal Income Taxes)** | **$26,209.86** | **$0.00** | ☐ Mortgage ☐ Car ☐ Credit Card ☐ Loan Repayment ☐ Suppliers or vendors ■ Other **Taxes** |
| **Areli Arenal** | **10/16/20 $969.90 10/30/20 $1,299.96 11/13/20 $1,299.96 11/13/20 $438.17 11/27/20 $1,299.96 12/11/20 $1,299.96 12/11/20 $698.49 1/14/21 $500.00 (retainer)** | **$7,806.40** | **$0.00** | ☐ Mortgage ☐ Car ☐ Credit Card ☐ Loan Repayment ☐ Suppliers or vendors ■ Other **Wages owed to employee.** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **Joshua Cohen** | **10/16/20 $1,430.86** <br> **10/30/20 $1,430.86** <br> **11/13/20 $1,430.86** <br> **11/27/20 $1,430.86** <br> **12/11/20 $1,464.98** <br> **12/11/20 $1,430.86** <br> **12/14/20 $5,000.00** <br> **(retainer)** | **$13,619.28** | **$0.00** | ☐ Mortgage <br> ☐ Car <br> ☐ Credit Card <br> ☐ Loan Repayment <br> ☐ Suppliers or vendors <br> ■ Other **Wages owed to employee.** |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

   ☐ No
   ■ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| **Katherine Regalado** <br> **133 Chelsea Hills Dr.** <br> **Benicia, CA 94510** | **1/10/20 $131.54** <br> **1/24/20 $131.54** <br> **3/6/20 $131.56** <br> **3/20/20 $248.90** <br> **10/30/20 $1,508.44** <br> **11/13/20 $1,358.44** <br> **11/27/20 $1,358.44** | **$4,868.86** | **$0.00** | **Wages Owed** |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
   Include payments on debts guaranteed or cosigned by an insider.

   ☐ No
   ■ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment <br> Include creditor's name |
|---|---|---|---|---|
| **Kathy Regalado** <br> **133 Chelsea Hills Dr.** <br> **Benicia, CA 94510** | **1/27/20 $500.00** <br> **2/13/20 $500.00** <br> **2/24/20 $500.00** <br> **4/5/20 $500.00** <br> **4/27/20 $500.00** <br> **6/2/20 $500.00** <br> **6/19/20 $500.00** <br> **7/18/20 $500.00** <br> **8/17/20 $500.00** <br> **9/25/20 $3,000.00** <br> **10/29/20 $1,000.00** <br> **11/24/20 $1,000.00** | **$9,500.00** | **$10,025.32** | **Payments were made to Patelco on behalf of Kathy Regalado, on account of a loan that Ms. Regalado obtained from Patelco. The loan proceeds were in turn loaned by Ms. Regalado to Debtor (interest free).** |

**Part 4:    Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☐ No
   ■ Yes. Fill in the details.

| Case title <br> Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 398 of 407

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Lisa Harvie Hellam, et al. v. Sarah Shaffer, an individual dba Sarah's Science, et al.<br>RG20080712 | Complaint for Damages Based on Conversion, Breach of Contract, and Unfair Business Practices | Alameda County Superior Court<br>1225 Fallon St.<br>Oakland, CA 94612-4293 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?
Check all that apply and fill in the details below.

■ No. Go to line 11.
☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|

11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?

■ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?

■ No
☐ Yes

**Part 5:    List Certain Gifts and Contributions**

13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?

■ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?

■ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

**Part 6:    List Certain Losses**

15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?

■ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of Schedule A/B: Property. | Date of your loss | Value of property lost |
|---|---|---|---|

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 399 of 407

| Part 7: | List Certain Payments or Transfers |

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
■ Yes. Fill in the details.

| Person Who Was Paid Address Email or website address Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Gregory S. Hartman, Esq. 1300 Clay St., Ste. 600 Oakland, CA 94612 Gregory@BayAreaRestructure.com | Retainer | 6/5/20 | $6,000.00 |
| Meyers Law Group, P.C. Attn: Merle C. Meyers, Esq. 44 Montgomery St., Ste. 1010 San Francisco, CA 94104 www.meyerslawgroup.com | Retainer | 10/13/20 | $25,000.00 |
| Meyers Law Group, P.C. Attn: Merle C. Meyers, Esq. 44 Montgomery St., Ste. 1010 San Francisco, CA 94104 | Retainer | 10/26/20 | $25,000.00 |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

■ No
☐ Yes. Fill in the details.

| Person Who Received Transfer Address Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

☐ No
■ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|
| The Sarah Shaffer Trust dated April 5, 2018 | All real property and personal property interests. | 4/5/18 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

**Part 8:**   List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

■ **No**
☐ **Yes. Fill in the details.**

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☐ **No**
■ **Yes. Fill in the details.**

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| **DeSilva Properties 2535 W. Winton Ave., #4K Hayward, CA 94545** | **Sarah Shaffer c/o Meyers Law Group, P.C. Attn: Kathy Quon Bryant, Esq. 44 Montgomery St., Ste. 1010 San Francisco, CA 94104** | **Tools, materials, science kits** | ☐ No ■ Yes |
| **DeSilva Properties 2535 W. Winton Ave., Unit 5M Hayward, CA 94545** | **Sarah Shaffer c/o Meyers Law Group, P.C. Attn: Kathy Quon Bryant, Esq. 44 Montgomery St., Ste. 1010 San Francisco, CA 94104** | **Materials, storage shelves, science kits** | ☐ No ■ Yes |

**Part 9:**   Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

■ **No**
☐ **Yes. Fill in the details.**

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Part 10:**   **Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24.  **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

25.  **Have you notified any governmental unit of any release of hazardous material?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

26.  **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ **No**
☐ **Yes. Fill in the details.**

| Case Title<br>Case Number | Court or agency<br>Name<br>**Address** (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|
| | | | |

**Part 11:**   **Give Details About Your Business or Connections to Any Business**

27.  **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

■ **A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time**

☐ **A member of a limited liability company (LLC) or limited liability partnership (LLP)**

☐ **A partner in a partnership**

☐ **An officer, director, or managing executive of a corporation**

☐ **An owner of at least 5% of the voting or equity securities of a corporation**

☐ **No. None of the above applies.  Go to Part 12.**

■ **Yes. Check all that apply above and fill in the details below for each business.**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **Sarah's Science** | **Children's Summer Camp and Afterschool Program**<br><br>**Joyce Polokoff Smail, CPA**<br>**1228 Wellington St.**<br>**Oakland, CA 94602**<br><br>**Kaylyn Hipple - Bookkeeper**<br>**2205 Hilltop Dr., #101**<br>**Redding, CA 96002** | EIN:     **XX-XXX0014**<br><br>From-To   **1993-2020** |
| **This Land is Your Land Summer Day Camp** | **Children's Summer Day Camp**<br><br>**See Above** | EIN:     **XX-XXX0014**<br><br>From-To   **1993-2020** |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☐ No
☑ Yes. Fill in the details below.

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| **U.S. Small Business Administration**<br>**10737 Gateway West, #300**<br>**El Paso, TX 79935** | **Spring 2020 for EIDL loan due to COVID-19 pandemic** |
| **Fremont Bank**<br>**Attn: CEO**<br>**37611 Niles Blvd.**<br>**Fremont, CA 94536** | **Spring 2020 for PPP Loan due to COVID-19 pandemic** |

| Part 12: | Sign Below |
|---|---|

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
**18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**/s/ Sarah E. Shaffer**
_____
**Sarah E. Shaffer**
**Signature of Debtor 1**

_____
**Signature of Debtor 2**

Date   **January 19, 2021**                    Date   _____

**Did you attach additional pages to** *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* **(Official Form 107)?**
☑ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
☑ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

<table>
<tr><td colspan="2">

**Fill in this information to identify your case:**

Debtor 1    **Sarah E. Shaffer**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   Northern District of California

Case number
(if known)

</td><td>

**Check one box only as directed in this form and in Form 122A-1Supp:**

■ 1. There is no presumption of abuse

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

</td></tr>
</table>

# Official Form 122A - 1
# Chapter 7 Statement of Your Current Monthly Income

04/20

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

**Part 1:**    **Calculate Your Current Monthly Income**

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married**. Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you.** You and your spouse are:

     ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

     ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C § 707(b)(7)(B).

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ _____ | $ _____ |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ _____ | $ _____ |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ _____ | $ _____ |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | | |
|---|---|---|---|
| Gross receipts (before all deductions) | $ _____ | | |
| Ordinary and necessary operating expenses | -$ _____ | | |
| Net monthly income from a business, profession, or farm | $ _____   Copy here -> | $ _____ | $ _____ |

6. **Net income from rental and other real property**

| | Debtor 1 | | |
|---|---|---|---|
| Gross receipts (before all deductions) | $ _____ | | |
| Ordinary and necessary operating expenses | -$ _____ | | |
| Net monthly income from rental or other real property | $ _____   Copy here -> | $ _____ | $ _____ |

| | | |
|---|---|---|
| 7. **Interest, dividends, and royalties** | $ _____ | $ _____ |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 8. **Unemployment compensation** | $ _____ | $ _____ |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

For you .......................................................... $ _____

For your spouse ......................................... $ _____

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.

| | $ _____ | $ _____ |
|---|---|---|

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments made under the Federal law relating to the national emergency declared by the President under the National Emergencies Act (50 U.S.C. 1601 et seq.) with respect to the coronavirus disease 2019 (COVID-19); payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below..

| | | $ _____ | $ _____ |
|---|---|---|---|
| | | $ _____ | $ _____ |
| Total amounts from separate pages, if any. | + | $ _____ | $ _____ |

11. **Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

$ _____ + $ _____ = $ _____ 
**Total current monthly income**

12. **Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11 ........................ **Copy line 11 here=>**   $ _____

Multiply by 12 (the number of months in a year)   **x  12**

12b. The result is your annual income for this part of the form   12b.  $ _____

13. **Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.   _____

Fill in the number of people in your household.   _____

Fill in the median family income for your state and size of household.   13.  $ _____
To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

14a. ☐ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse*.
Go to Part 3. Do NOT fill out or file Official Form 122A-2.

14b. ☐ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2*.
Go to Part 3 and fill out Form 122A–2.

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

X __/s/ Sarah E. Shaffer_____
Sarah E. Shaffer

Case: 21-40070   Doc# 1   Filed: 01/20/21   Entered: 01/20/21 14:46:39   Page 405 of 407

Signature of Debtor 1

Date    **January 19, 2021**
        MM / DD  / YYYY

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.

Case: 21-40070    Doc# 1    Filed: 01/20/21    Entered: 01/20/21 14:46:39    Page 406 of
407

| Fill in this information to identify your case: |
| --- |

Debtor 1 **Sarah E. Shaffer**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Northern District of California

Case number
(if known)

☐ Check if this is an amended filing

## Official Form 122A - 1Supp
## Statement of Exemption from Presumption of Abuse Under § 707(b)(2)   12/15

File this supplement together with *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A-1), if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 122A-1 If you believe that this is required by 11 U.S.C. § 707(b)(2)(C).

| Part 1 | Identify the Kind of Debts You Have |
| --- | --- |

1. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." Make sure that your answer is consistent with the answer you gave at line 16 of the *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 1).

   ■ No. Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

   ☐ Yes. Go to Part 2.

| Part 2: | Determine Whether Military Service Provisions Apply to You |
| --- | --- |

2. **Are you a disabled veteran** (as defined in 38 U.S.C. § 3741(1))?

   ☐ No.   Go to line 3.

   ☐ Yes. Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity?
   10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

   　☐ No.   Go to line 3.

   　☐ Yes.   Go to Form 122A-1: on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

3. **Are you or have you been a Reservist or member of the National Guard?**

   ☐ No.   Complete Form 122A-1. Do not submit this supplement.

   ☐ Yes.   Were you called to active duty or did you perform a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

   　☐ No.   Complete Form 122A-1. Do not submit this supplement.

   　☐ Yes.   Check any one of the following categories that applies:

   　　☐ **I was called to active duty after September 11, 2001,** for at least 90 days and remain on active duty.

   　　☐ **I was called to active duty after September 11, 2001,** for at least 90 days and was released from active duty on _____, which is fewer than 540 days before I file this bankruptcy case.

   　　☐ **I am performing a homeland defense activity for at least 90 days.**

   　　☐ **I performed a homeland defense activity for at least 90 days,** ending on _____, which is fewer than 540 days before I file this bankruptcy case.

   > If you checked one of the categories to the left, go to Form 122A-1. On the top of page 1 of Form 122A-1, check box 3, *The Means Test does not apply now,* and sign Part 3. Then submit this supplement with the signed Form 122A-1. You are not required to fill out the rest of Official Form 122A-1 during the exclusion period. The *exclusion period* means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(2)(D)(ii).
   >
   > If your exclusion period ends before your case is closed, you may have to file an amended form later.